IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, JR.,                                    )
NATHANIEL BRIDDELL,                                   )
GEORGE W. FEDDIMAN,                                   )        C.A. NO. 04-0414-KAJ
JOSEPH GARRISON,                                      )
LARRY E. GIBBS,                                       )        JURY TRIAL DEMANDED
ROY H. WALTERS,                                       )
                                                      )        COLLECTIVE ACTION
ALL SIMILARLY-SITUATED CURRENT AND                    )
FORMER EMLOYEES OF MOUNTAIRE                           )
FARMS, INC., MOUNTAIRE FARMS OF                       )
DELMARVA, INC., and MOUNTAIRE FARMS                   )
OF DELAWARE, INC.,                                    )
                                                      )
                                                      )
        Plaintiffs,                                   )
                                                      )
             v.                                       )
                                                      )
MOUNTAIRE FARMS, INC.,                                )
MOUNTAIRE FARMS OF                                    )
DELMARVA, INC., and                                   )
MOUNTAIRE FARMS OF                                    )
DELAWARE, INC., all Delaware corporations,            )
                                                      )
        Defendants.                                   )

**JOINT STIPULATION
REVISING RULE 16 SCHEDULING ORDER IN PART**

The parties stipulate and agree, subject to approval by the Court, as follows:

**Case Dispositive Motions.**    Any case dispositive motions shall be served and

filed with an opening brief on or before **May 2, 2005.** Briefing schedule will follow Local Court

Rules.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiffs

CONNOLLY BOVE LODGE & HUTZ, LLP

_____
Matthew F. Boyer, Esquire (#2564)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 884-6585
mboyer@cblh.com
Local Counsel for Defendants

**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT COURT JUDGE