## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, JR., *et al.,*            *
                              *

         Plaintiffs,         *       Civil Action No. 04-0414-KAJ

     v.                        *

MOUNTAIRE FARMS, INC., *et al.*  *

         Defendants.      *

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF GEORGE W. FEDDIMAN

Defendant Mountaire Farms Inc. and Plaintiff George W. Feddiman, through undersigned

counsel, hereby stipulate to the dismissal with prejudice of George W. Feddiman as a plaintiff in

the above captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

MARGOLIS EDELSTEIN                     CONNOLLY, BOVE, LODGE & HUTZ, LLP

_____          _____
Jeffrey K. Martin, Esquire (DE #2407)      Matthew F. Boyer, Esquire (DE #2564)
1509 Gilpin Avenue                     The Nemours Building
Wilmington, DE  19806                 1007 North Orange Street
(302) 777-4680                         P. O. Box 2207
Attorneys for Plaintiffs               Wilmington, DE  19899
                                    (302) 884-6585

                                    Arthur M. Brewer (*pro hac vice)*
                                    SHAWE & ROSENTHAL, LLP
                                    20 S. Charles Street
                                    Baltimore, Maryland 21201

                                    Attorneys for Defendant

Dated: April 18, 2005

**SO ORDERED this _____ day of April, 2005.**

                                    _____
                                    **The Honorable Kent A. Jordan**