IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendants. | * | |

**STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR SUMMARY JUDGMENT BRIEFS**

The parties, by and through their undersigned counsel, hereby agree and stipulate, subject to leave of the Court, that the length of the briefs filed in support of and in opposition to the defendants' anticipated summary judgment motion, to be filed on or before May 2, 2005, shall be as follows:

The three defendants will file one opening brief not to exceed 60 pages.

The six plaintiffs will file one answering brief not to exceed 60 pages.

The three defendants will file one answering brief not to exceed 40 pages.

| MARGOLIS EDELSTEIN | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| *(signature)* | *(signature)* |
| Jeffrey K. Martin (Del. Bar No. 2407) | Matthew F. Boyer (Del. Bar No. 2564) |
| 1509 Gilpin Avenue | The Nemours Building |
| Wilmington, DE 19806 | 1007 N. Orange Street |
| (302)-777-4680 | P. O. Box 2207 |
| *Attorney for Plaintiffs* | Wilmington, DE 19899 |
| | (302)-884-6585 |

Arthur M. Brewer *pro hac vice*
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone: (410)-752-1040
Facsimile: (410)-752-8861

*Attorneys for Defendants*

DATED: April 19, 2005

SO ORDERED this _____ day of _____, 2005.

_____
U.S. District Judge Kent A. Jordan

577081v2                                      2