IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., <br> NATHANIEL BRIDDELL, <br> JOSEPH GARRISON, <br> LARRY E. GIBBS, <br> ROY H. WALTERS, <br><br> ALL SIMILARLY-SITUATED CURRENT <br> AND FORMER EMLOYEES OF <br> MOUNTAIRE FARMS, INC., <br> MOUNTAIRE FARMS OF <br> DELMARVA, INC., and MOUNTAIRE <br> FARMS OF DELAWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS, INC., <br> MOUNTAIRE FARMS OF <br> DELMARVA, INC., and <br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., all Delaware corporations, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 04-0414-KAJ <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) COLLECTIVE ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2005, this cause having come to be considered on Plaintiffs' Motion for Summary Judgment and Brief in Support of Plaintiffs' Motion for Summary Judgment, and there being good cause for granting such Motion;

IT IS HEREBY ORDERED, that Plaintiffs' Motion for Summary Judgment is hereby GRANTED.

IT IS FURTHER ORDERED, that a separate hearing will be scheduled at the convenience of the Court to assign an amount to assess damages in this matter.

_____
J.