IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., | : | |
| NATHANIEL BRIDDELL, | : | |
| JOSEPH GARRISON, | : | C.A. NO. |
| LARRY E. GIBBS, | : | |
| ROY H. WALTERS, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOUNTAIRE FARMS OF | : | |
| DELAWARE, INC., | : | |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF NATHANIEL BRIDDELL

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | SS. |
| COUNTY OF NEW CASTLE | : | |

1. I am a Plaintiff in the case against Mountaire Farms of Delaware.

2. I have reviewed the statement of material facts and believe they are accurate.

_____
NATHANIEL BRIDDELL

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 1st day of May, 2005.

_____
NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007