IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, JR.,                    :
NATHANIEL BRIDDELL,                   :
JOSEPH GARRISON,                      :     C.A. NO.
LARRY E. GIBBS,                       :
ROY H. WALTERS,                       :     JURY TRIAL DEMANDED
                                      :
    Plaintiffs,                       :
                                      :
      v.                            :
                                      :
MOUNTAIRE FARMS OF                    :
DELAWARE, INC.,                       :
                                      :
    Defendant.                        :


## AFFIDAVIT OF LARRY E. GIBBS

STATE OF DELAWARE              :
                              :     SS.
COUNTY OF NEW CASTLE          :


1.    I am a Plaintiff in the case against Mountaire Farms of Delaware.

2.    I have reviewed the statement of material facts and believe they are
accurate.

                         _____
                             LARRY E. GIBBS

    SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and

County aforesaid, this 1st day of May, 2005.

                         _____
                             NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007