IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., <br> NATHANIEL BRIDDELL, <br> JOSEPH GARRISON, <br> LARRY E. GIBBS, <br> ROY H. WALTERS, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. NO. <br><br> JURY TRIAL DEMANDED |

## AFFIDAVIT OF WILLIE DAVIS, JR.

STATE OF DELAWARE         :
                          :  SS.
COUNTY OF NEW CASTLE      :

I, Willie Davis, Jr., having been duly sworn, depose and say as follows:

1. It was not a part of my job duties when I was a crew leader to hire or fire employees or to make any recommendations as to their employment status.

2. If there were times that I advised Doug Lynch about the possibility of hiring a catcher, it was because someone I knew needed a job.

3. I was never required to recruit people to be employed by Mountaire Farms.

4. If someone I knew wanted a job I would have them complete an application and/or send that person to Doug Lynch.

5. The total number of people who I had complete an application or sent to Doug



Lynch is very minimal.

_____
WILLIE DAVIS, JR.

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 1st day of May, 2005.

_____
NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., : | |
| NATHANIEL BRIDDELL, : | |
| JOSEPH GARRISON, : | C.A. NO. |
| LARRY E. GIBBS, : | |
| ROY H. WALTERS, : | JURY TRIAL DEMANDED |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| MOUNTAIRE FARMS OF : | |
| DELAWARE, INC., : | |
| : | |
| Defendant. : | |

### AFFIDAVIT OF NATHANIEL BRIDDELL

| | |
|---|---|
| STATE OF DELAWARE : | |
| : | SS. |
| COUNTY OF NEW CASTLE : | |

I, Nathaniel Briddell, having been duly sworn, depose and say as follows:

1. It was not a part of my job duties when I was a crew leader to hire or fire employees or to make any recommendations as to their employment status.

2. If there were times that I advised Doug Lynch about the possibility of hiring a catcher, it was because someone I knew needed a job.

3. I was never required to recruit people to be employed by Mountaire Farms.

4. If someone I knew wanted a job I would have them complete an application and/or send that person to Doug Lynch.

5. The total number of people who I had complete an application or sent to Doug Lynch is very minimal.

*Nathaniel Briddell*
NATHANIEL BRIDDELL

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 1st day of May, 2005.

*[signature]*
NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., <br> NATHANIEL BRIDDELL, <br> JOSEPH GARRISON, <br> LARRY E. GIBBS, <br> ROY H. WALTERS, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. NO. <br><br> JURY TRIAL DEMANDED |

## AFFIDAVIT OF JOSEPH GARRISON

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| COUNTY OF NEW CASTLE | : |

I, Joseph Garrison., having been duly sworn, depose and say as follows:

1. It was not a part of my job duties when I was a crew leader to hire or fire employees or to make any recommendations as to their employment status.

2. If there were times that I advised Doug Lynch about the possibility of hiring a catcher, it was because someone I knew needed a job.

3. I was never required to recruit people to be employed by Mountaire Farms.

4. If someone I knew wanted a job I would have them complete an application and/or send that person to Doug Lynch.

5. The total number of people who I had complete an application or sent to Doug

Lynch is very minimal.

_____
JOSEPH GARRISON

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 1st day of May, 2005.

_____
NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., | : | |
| NATHANIEL BRIDDELL, | : | |
| JOSEPH GARRISON, | : | C.A. NO. |
| LARRY E. GIBBS, | : | |
| ROY H. WALTERS, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOUNTAIRE FARMS OF | : | |
| DELAWARE, INC., | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF LARRY E. GIBBS

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | SS. |
| COUNTY OF NEW CASTLE | : | |

I, Larry E. Gibbs, having been duly sworn, depose and say as follows:

1. It was not a part of my job duties when I was a crew leader to hire or fire employees or to make any recommendations as to their employment status.

2. If there were times that I advised Doug Lynch about the possibility of hiring a catcher, it was because someone I knew needed a job.

3. I was never required to recruit people to be employed by Mountaire Farms.

4. If someone I knew wanted a job I would have them complete an application and/or send that person to Doug Lynch.

5. The total number of people who I had complete an application or sent to Doug

Lynch is very minimal.

_____
LARRY E. GIBBS

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 1st day of May, 2005.

_____
NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., | : | |
| NATHANIEL BRIDDELL, | : | |
| JOSEPH GARRISON, | : | C.A. NO. |
| LARRY E. GIBBS, | : | |
| ROY H. WALTERS, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOUNTAIRE FARMS OF | : | |
| DELAWARE, INC., | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF ROY H. WALTERS

STATE OF DELAWARE      :
                                          :   SS.
COUNTY OF NEW CASTLE  :

I, Roy H. Walters, having been duly sworn, depose and say as follows:

1. It was not a part of my job duties when I was a crew leader to hire or fire employees or to make any recommendations as to their employment status.

2. If there were times that I advised Doug Lynch about the possibility of hiring a catcher, it was because someone I knew needed a job.

3. I was never required to recruit people to be employed by Mountaire Farms.

4. If someone I knew wanted a job I would have them complete an application and/or send that person to Doug Lynch.

5. The total number of people who I had complete an application or sent to Doug

Lynch is very minimal.

_____
ROY H. WALTERS

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State and County aforesaid, this 1st day of May, 2005.

_____
NOTARY PUBLIC

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007