## Page 1

[1]             IN THE UNITED STATES DISTRICT COURT
[2]          IN AND FOR THE DISTRICT OF DELAWARE

[3]   WILLIE DAVIS, JR.,                )
[4]   NATHANIEL BRIDDELL,               )
      GEORGE W. PEDDIMAN,               )
[5]   JOSEPH GARRISON,                  )
                     Plaintiffs,        )
[6]              -vs-                    )   C.A. No. 04-0414
                                        )
[7]   MOUNTAIRE FARMS, INC.,            )
      MOUNTAIRE FARMS OF                )
[8]   DELMARVA, INC., and              )
      MOUNTAIRE FARMS OF                )
[9]                  Defendants.        )   - - - - - - -

[10]         Deposition of JOSEPH GARRISON, taken before

[11]  Pamela C. Washington, Registered Professional Reporter

[12]  and Notary Public, at the law offices of Young,

[13]  Conaway, Stargatt & Taylor, 110 West Pine Street,

[14]  Georgetown, Delaware, on January 14, 2005, beginning

[15]  at 10:00 a.m.

[16]                    - - - - - -

[17]  APPEARANCES:

[18]        On behalf of the Plaintiffs:
            Margolis Edelstein
[19]        BY:  JEFFREY K. MARTIN, ESQ.
            and  KERI L. WILLIAMS, ESQ.
[20]        1509 Gilpin Avenue
            Wilmington, Delaware 19806
[21]
[22]        On behalf of the Defendants:
            Shawe Rosenthal
[23]        BY:  ARTHUR M. BREWER, ESQ.
            and  LAYLA A. PIERSON SCHEINBERG, ESQ.
[24]        20 South Charles Street     11th Floor
            Baltimore, Maryland 21201
[25]

## Page 2

[1]                     I-N-D-E-X

[2]   Witness:
         JOSEPH GARRISON
[3]         Examination by Mr. Brewer ...............

[4]   Exhibits Marked
         Garrison Exhibit 1  .....................
[5]      Garrison Exhibit 2  .....................
         Garrison Exhibit 3  .....................
[6]      Garrison Exhibit 4  .....................
         Garrison Exhibit 5  .....................
[7]      Garrison Exhibit 6  .....................
         Garrison Exhibit 7  .....................
[8]      Garrison Exhibit 8  .....................
         Garrison Exhibit 9  .....................
[9]      Garrison Exhibit 10 .....................
         Garrison Exhibit 11 .....................
[10]     Garrison Exhibit 12 .....................
         Garrison Exhibit 13 .....................
[11]     Garrison Exhibit 14 .....................
         Garrison Exhibit 15 .....................
[12]     Garrison Exhibit 16 .....................
         Garrison Exhibit 17 .....................  2
[13]

[14]

[15]

[16]  CERTIFICATE OF COURT REPORTER ................. 2

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

## Page 3

[1]   WHEREUPON:

[2]                  JOSEPH GARRISON,

[3]   having first been duly sworn by the court reporter,

[4]   thereupon testified upon his oath as follows:

[5]        MR. BREWER:  You have noted the

[6]   appearances for the record, Madame Reporter?

[7]        THE COURT REPORTER:  Yes.

[8]        MR. BREWER:  We have the standard

[9]   stipulation with respect to --

[10]       MR. MARTIN:  In Delaware, we don't have

[11]  any standard stipulations, but I'll be glad to

[12]  stipulate --

[13]       MR. BREWER:  As to the form of the

[14]  question, would be the objections.

[15]       MR. MARTIN:  Yes.

[16]       MR. BREWER:  Okay, that's fine.

[17]  BY MR. BREWER:

[18]       Q    All right.  Mr. Garrison, have you ever

[19]  been deposed before?

[20]       A    Yes.

[21]       Q    You have?  Can you tell me when?

[22]       A    No, not proposed, no, I haven't,

[23]  not ...

[24]       Q    Deposed like having a deposition like

[25]  we're doing today.

## Page 4

[1]       A    No, no, no.

[2]       Q    Have you ever done this before?

[3]       A    No, no.

[4]       Q    Okay, thank you.  You understand that

[5]   you are under oath today, and that you have an

[6]   obligation to tell the truth?

[7]       A    Yes.

[8]       Q    All right.  This is obviously informal,

[9]   but it has the same significance and force as if you

[10]  were with a judge in a courtroom, do you understand

[11]  that, sir?

[12]       A    Yes.

[13]       Q    Okay.  I'll be asking you a series of

[14]  questions; the court reporter, as you can see, will be

[15]  taking down your answers.  At trial, if it comes to

[16]  trial, I will have an opportunity to bring to the

[17]  attention of the judge or jury any changes or

[18]  conflicts in your testimony here today and any future

[19]  proceedings, do you understand that?

[20]       A    Yes.

[21]       Q    Okay.  I would basically ask you this

[22]  and that is not to answer any q[...]

[23]  you do not understand.  If you [...]

[24]  question, please ask me to reph[...]

[25]  it, okay?

**EXHIBIT**

D

Page 53

[ 1]    believe, that was your responsibility to perform?

[ 2]        A    Yes.

[ 3]        Q    And then you're supposed to check with

[ 4]    the driver to make sure his load is secure?

[ 5]        A    Yes.

[ 6]        Q    Okay.  The document goes on to talk

[ 7]    about catching methods, talks about night catching,

[ 8]    day catching --

[ 9]        A    Yes.

[10]        Q    -- and so forth, tunnel ventilation and

[11]    all of those things --

[12]        A    Yes.

[13]        Q    -- these are all responsibilities the

[14]    crew leader has --

[15]        A    Yes.

[16]        Q    -- to make sure these things are done?

[17]        A    Yes.

[18]        Q    Okay, all right.  Now, let me ask you a

[19]    couple of questions, Mr. Garrison.  If I repeat

[20]    myself, please forgive me.  You mentioned before I

[21]    think that you maintain a crew of seven catchers?

[22]        A    Yes.

[23]        Q    There's also a forklift driver

[24]    associated with the crew, isn't there?

[25]        A    I don't pick him up.

Page 54

[ 1]        Q    No, no, I'm not asking you that, but

[ 2]    he's part of the crew?

[ 3]        A    Yes, he is.  Yes, he is.

[ 4]        Q    And the forklift driver gets to the

[ 5]    farm by himself?

[ 6]        A    Yes.

[ 7]        Q    So we have then seven catchers and a

[ 8]    forklift operator is on a normal catching crew?

[ 9]        A    Yes.

[10]        Q    Okay.  How is it determined who is on

[11]    your crew?

[12]        A    I picks them up and I writes the names

[13]    down on my time sheet.

[14]        Q    All right.  So in other words, you know

[15]    the people who are on your crew?

[16]        A    Yes.

[17]        Q    Okay.  Are employees ever assigned to

[18]    your crew that are not normally on your crew?

[19]        A    Repeat that question again.

[20]        Q    Sure.  You have a regular crew

[21]    generally?

[22]        A    Yes.

[23]        Q    Does there come a time when somebody

[24]    who's not on your crew gets assigned to your crew?

[25]        A    What do you mean assigned?  Just using

Page 55

[ 1]    that person that day, is that what you mean?

[ 2]        Q    Someone who's not normally a member of

[ 3]    your crew, have you ever worked with people who are

[ 4]    not normally members of your crew?

[ 5]        A    Yes.

[ 6]        Q    And how does that happen?

[ 7]        A    If I need somebody, if I'm

[ 8]    short-handed, I can get up with the dispatcher and I

[ 9]    would let him know that I need a man.  Or if not, I

[10]    can get up with my supervisor and let him know that I

[11]    need a man.  And what they would do, they would send

[12]    somebody out there with -- for me and help me catch

[13]    the chickens.

[14]        Q    Okay.  But sometimes you catch them

[15]    short?

[16]        A    Sometime I do.

[17]        Q    Okay.  Now, let me ask you this:  You

[18]    are responsible, we have Exhibit 2 there that you're

[19]    looking at, you're responsible for ensuring that the

[20]    catchers, drivers, and the forklift operators follow

[21]    the procedures that are outlined there?

[22]        A    Yes.

[23]        Q    Okay.  And I think you have already

[24]    talked about how you interact with the growers if the

[25]    feeders aren't up, and so you're responsible for that?

Page 56

[ 1]        A    Yes.

[ 2]        Q    Okay.  You're also responsible for

[ 3]    maintaining the full crew, aren't you?

[ 4]        A    Yes, I am.

[ 5]        Q    You also have responsibility for

[ 6]    maintaining a good relationship with the growers,

[ 7]    aren't you?

[ 8]        A    Yes.

[ 9]        Q    And you basically are telling the

[10]    catchers, we went through this, how to go about

[11]    setting up the house and catching them, and watching

[12]    for smothers and everything else, right?

[13]        A    Yes.

[14]        Q    Okay, that's fine.  All right, now, who

[15]    hires the catchers?

[16]        A    Doug Lynch.

[17]        Q    Doug Lynch?  Okay.  Have you ever

[18]    recommended to Mr. Lynch that a catcher be hired?

[19]        A    Yes.

[20]        Q    And has the catcher been hired?

[21]        A    Sometime.  Sometime he not.

[22]        Q    Can you give me the name of catchers

[23]    that you have recommended to Mr. Lynch who have not

[24]    been hired?

[25]        A    Yes.

Page 57

[1]      Q    Okay.

[2]      A    I'm trying to think.  I mean it's not

[3] that many I know of right off.  I know the only thing

[4] I know maybe one of them, one of them like Woodell

[5] Foreman, I recommend him one time, but it's -- he's

[6] just been there before and he just didn't hire him

[7] back, that's all.

[8]      Q    Let me sort of zero in on this now a

[9] little.  The time that I'm referring to about

[10] referring somebody, that's only since you have been a

[11] crew leader, I'm not interested in when you were a

[12] catcher, okay?  So since you have been a crew leader,

[13] you recommended Mr. Foreman?

[14]      A    At one time I have, yes.

[15]      Q    And he had worked at the company

[16] previously?

[17]      A    Before, yes.

[18]      Q    And how did he come not to be employed

[19] by the company, if you know?

[20]      A    Repeat that.

[21]      Q    Was he fired?

[22]      A    I don't know.

[23]      Q    But he worked before and Mr. Lynch said

[24] no?

[25]      A    Right, yes.

Page 58

[1]      Q    How many people have you recommended to

[2] Mr. Lynch be hired and he has hired them?

[3]      A    Rough guess, maybe three.

[4]      Q    Three?  Okay.  Three or four, something

[5] like that?

[6]      A    Yes.

[7]      MR. MARTIN:  For the record, he said

[8] three.

[9]      MR. BREWER:  He said three, all right.

[10] BY MR. BREWER:

[11]      Q    Is it three, or could it be more?

[12]      A    No, definitely couldn't be more.

[13]      Q    How did you go about making that

[14] recommendation to Mr. Lynch?

[15]      A    I just asked him that I probably needed

[16] another man, and I like you look to hire this guy.

[17]      Q    Okay.

[18]      A    And he asked me just bring him in, get

[19] him signed up.

[20]      Q    That's what he told you?

[21]      A    Yeah.

[22]      Q    So in the three cases that we have

[23] talked about, you have needed a man, gone to Mr. Lynch

[24] and said, "I need a man, and I have this fellow," and

[25] you have given him a name, and he has said, "Okay,

Page 59

[1] bring him in, sign him up"?

[2]      A    Uh-huh.  Yes.

[3]      Q    We tried to get some information on

[4] this before, but let me try this a little bit

[5] differently, Mr. Garrison.  If somebody in your crew

[6] needs to have a day off, okay?

[7]      A    Yes.

[8]      Q    They need to have tomorrow or let's say

[9] next Monday off?

[10]      A    Yes.

[11]      Q    And that would make you short a

[12] catcher?

[13]      A    Yes.

[14]      Q    How do you go about getting that man's

[15] position filled for the Monday, just for the one day?

[16]      A    I would probably try get somebody off

[17] another crew.

[18]      Q    Okay.  Describe what you would do to

[19] make that happen.

[20]      A    I would get up with the crew leader.

[21]      Q    The other crew leader?

[22]      A    Yes.  And I would ask him could I use

[23] somebody on his crew, if they were available.  And he

[24] would get back up with me and let me know whether they

[25] are or not.

Page 60

[1]      Q    All right.

[2]      A    You know, sometime I be able to use

[3] one, sometimes I can't.

[4]      Q    Okay.  And does it ever happen that a

[5] crew leader, another crew leader comes to you and

[6] says, "I need somebody; can you assign somebody to my

[7] crew for Monday?"

[8]      A    Yes.

[9]      Q    All right.  And you will make the

[10] decision as to whether you can or can't?

[11]      A    Yes.

[12]      Q    Do you decide which person you're going

[13] to assign to the other fellah's crew?

[14]      A    Yes.

[15]      Q    Okay.  Do catchers sometimes work

[16] double shifts?

[17]      A    Yes.

[18]      Q    Tell me how that happens.

[19]      A    It would have to be on the right shift

[20] for to be able to do it.  What I'm saying is, okay --

[21]      Q    Take your time.

[22]      A    If a catcher on night shift, he would

[23] be able to work with somebody on the 1:00 o'clock

[24] shift the next day he be off, that's the only way you

[25] can do it.

Page 105

[ 1] expect to be paid, I don't show up and you don't
[ 2] approve it, does anything happen to me?
[ 3]     A    Repeat one more time.
[ 4]     Q    Sure. If I ask you for Monday off,
[ 5] today being Friday, and I tell you, "Mr. Garrison,"
[ 6] I'm a member of your crew, "I would like to be off on
[ 7] Monday."
[ 8]     A    Yes.
[ 9]     Q    "I don't expect to be paid, I don't
[10] want to be paid, but I just need the day off."
[11]     A    Right.
[12]     Q    And you tell me no, okay? You tell me
[13] no, I can't do that --
[14]     A    Right.
[15]     Q    -- okay? And I don't show up to work
[16] on Monday, does anything happen to me?
[17]     A    Yeah, he's supposed to be written up.
[18]     Q    Okay, who writes them up?
[19]     A    I do.
[20]     Q    Tell me what happens, to the best of
[21] your knowledge, based on your experience, what happens
[22] if a catcher is injured while working on a farm
[23] catching chickens, hurts himself?
[24]     A    Well, we sends him in with a truck
[25] immediately.

Page 106

[ 1]     Q    I'm sorry, which men do you send?
[ 2]     A    If one of the catcher hurt theirself --
[ 3]     Q    Yes.
[ 4]     A    -- his hand, something like that, we
[ 5] would send them to the nurse.
[ 6]     Q    Who will send him to the nurse?
[ 7]     A    I would.
[ 8]     Q    How do you do that?
[ 9]     A    I let him go in with the truck driver.
[10]     Q    Okay.
[11]     A    Most of the times.
[12]     Q    Go back to the plant?
[13]     A    Yes.
[14]     Q    Suppose it's a serious injury?
[15]     A    Well, if it real serious, either I
[16] would have to take him or call the ambulance.
[17]     Q    Call 911?
[18]     A    Yes.
[19]     Q    Somebody, God forbid, had a heart
[20] attack?
[21]     A    Yes.
[22]     Q    You wouldn't just wait for a truck,
[23] you'd take care of it yourself?
[24]     A    Yes.
[25]     Q    Okay. That's your decisions to make?

Page 107

[ 1]     A    Yes.
[ 2]     Q    I think we have covered this, but if
[ 3] there is damage to the farm caused by your crew --
[ 4]     A    Yes.
[ 5]     Q    -- that is information that you fill
[ 6] out on the farm report --
[ 7]     A    Yes.
[ 8]     Q    -- which is Exhibit 1 to your
[ 9] deposition?
[10]     A    Yes.
[11]     Q    That's where you make that notation?
[12]     A    Yes.
[13]     Q    And it is your responsibility to fill
[14] that out?
[15]     A    Yes.
[16]     Q    Now, we covered this a little bit
[17] before but I just want to make sure I completely
[18] understand it. I think I had asked you if a crew
[19] leader, another crew leader such as yourself, were
[20] short a man --
[21]     A    Yes.
[22]     Q    -- and he needed an extra man --
[23]     A    Yes.
[24]     Q    -- he could come to you and ask you
[25] could you spare a man from your crew?

Page 108

[ 1]     A    Yes.
[ 2]     Q    Okay. And if you could spare a man
[ 3] from your crew, you would?
[ 4]     A    Yes.
[ 5]     Q    And you would tell the man, whoever it
[ 6] is, "Don't come to work for me tomorrow, go to work
[ 7] for this other crew leader"?
[ 8]     A    Yes.
[ 9]     Q    All right. And the same would happen
[10] with the other crew leaders: If you were short, you
[11] could go to them and ask them if they had an extra
[12] catcher?
[13]     A    Yes.
[14]     Q    And if they did, they would assign that
[15] catcher to your crew?
[16]     A    Yes.
[17]     Q    Okay. Let me ask you this, sir: Have
[18] you ever recommended to anybody at the company that
[19] one of the people who's a catcher for you be given a
[20] forklift job?
[21]     A    No.
[22]     Q    You have never done that?
[23]     A    No.
[24]     Q    So the forklift people that you have
[25] worked with since you were a crew chief since 1999, I