IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendants. | * | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, move the Court to grant summary judgment in their favor and against the Plaintiffs. As explained more fully in the accompanying Opening Brief in Support of Defendants' Motion for Summary Judgment and Appendix, the undisputed evidence shows that there is no genuine issue of material fact for trial and that Defendants are entitled to judgment as a matter of law.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*
Matthew F. Boyer (Del. Bar No. 2564)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302)-884-6585

Arthur M. Brewer *pro hac vice*
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone: (410)-752-1040
Facsimile: (410)-752-8861

*Attorneys for Defendants*

DATED: May 2, 2005

## CERTIFICATE OF SERVICE

I certify that on May 2, 2005, I caused a copy of the **Defendants' Motion For Summary Judgment** to be served by first class mail, postage prepaid, upon the following:

> Jeffrey K. Martin, Esquire
> Timothy J. Wilson, Esquire
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> Matthew F. Boyer (Bar No. 2564)
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302)-658-9141

#394397