IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, JR., et al.                 )
                                              )

              Plaintiff,          )
                                              )  C.A. No. 04-414 (KAJ)

              v.                )
                                              )

MOUNTAIRE FARMS, INC., et al.     )

              Defendants.     )
                                              )

**COMPENDIUM OF UNREPORTED CASES CITED IN
THE OPENING BRIEF IN SUPPORT OF DEFENDANTS'
MOTION TO FOR SUMMARY JUDGMENT**

Matthew F. Boyer  (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141

Arthur M. Brewer (admitted *Pro Hac Vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201
(410) 752- 1040
Attorneys for Defendants.

Dated: May 2, 2005

## UNREPORTED CASES

**TAB**

*Cononie v. Allegheny General Hospital,*
    C.A. No. 01-2024, 2002 WL 181357 (3rd Cir. Pa. Feb. 5, 2002) . . . . . . . . . . . . . . . . . . . . . 1

*Harris v. Mercy Healthy Corporation,*
    C.A. No. 97-7802, 2000 WL 1130098 (E.D.Pa. Aug. 9, 2000) . . . . . . . . . . . . . . . . 2

*Johnson v. Home Team Productions, Inc.,*
    C.A. No. 03-2775, 2004 WL 1586552 (E.D.La. July 15, 2004) . . . . . . . . . . . . . . . . . . 3

*Jones v. Virginia Oil Company, Incorporated,*
    C.A. No. 02-1631, 2003 WL 21699882 (4th Cir. Va. July 23, 2003) . . . . . . . . . . . . . . . 4