IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., *et al.*, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-414-KAJ |
| v. ) | |
| ) | |
| MOUNTAIRE FARMS, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## APPENDIX TO THE OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *Pro Hac Vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201
Telephone: (410) 752-1040
Facsimile: (410) 752-8861

DATED: May 2, 2005

# TABLE OF EXHIBITS

| PAGE | TITLE | TAB |
|---|---|---|
| A00001-A00066 | Garrison's Deposition Exhibit 3 – Time Off Request Forms | 1 |
| A00067 | Garrison's Deposition Exhibit 8 – November 1, 2000 Memo to Crew Leaders regarding pay rates | 2 |
| A00068-A00080 | Feddiman's Deposition Exhibit 1 – Time Off Requests | 3 |
| A00081-A00098 | Department of Labor's audit of the Company's North Carolina plant and a suggestion | 4 |
| A00099-A00120 | Garrison's Deposition Exhibit 6 – Collective Bargaining Agreement | 5 |
| A00121 | Garrison's Deposition Exhibit 14 – January 27, 2003 Memo regarding February 15, 2003 Management Meeting | 6 |
| A00122-A00128 | Walters' Deposition Exhibit 3 – Petty Cash Receipts | 7 |
| A00129-A00136 | Briddell's Deposition Exhibit 2 – Petty Cash Receipts | 8 |
| A00137-A00176 | Briddell's Deposition Exhibit 1 – Time Off Requests | 9 |
| A00177-A00182 | Garrison's Deposition Exhibit 5 – Employee Warning Notice (Disciplinary Actions) | 10 |
| A00183-A00231 | Walters' Deposition Exhibit 1 – Time Off Requests | 11 |
| A00232-A00239 | Garrison's Deposition Exhibit 4 – Performance Evaluation | 12 |
| A00240-A00248 | Gibb's Deposition Exhibit 2 – Performance Evaluation | 13 |
| A00249-A00265 | Davis' Deposition Exhibit 1 – Time Off Requests | 14 |
| A00266-A00268 | Garrison's Deposition Exhibit 15 – Christmas Invitation and Guest List | 15 |

## TABLE OF EXHIBITS(Con't)

| PAGE | TITLE | TAB |
|---|---|---|
| A00269 | Gibbs' Deposition Exhibit 6 – Final Warning | 16 |
| A00270-A00275 | Walters' Deposition Exhibit 2 – Employee Warning Notice (Disciplinary Actions) | 17 |
| A00276 | Garrison's Deposition Exhibit 13 – Crew Leader Summary of Benefits | 18 |
| A00277-A00284 | Walters' Deposition Exhibit 6 – Performance Evaluation | 19 |
| A00285-A00365 | Gibbs' Deposition Exhibit 1 – Time Off Requests | 20 |
| A00365.1-A00365.4 | former FLSA Regulations | 21 |
| A00366-A00461 | Excerpts from Plaintiff Joseph Garrison's Deposition Transcript | 22 |
| A00462-A00548 | Excerpts from Plaintiff Larry E. Gibbs' Deposition Transcript | 23 |
| A00549 | Gibbs' Deposition Exhibit 5 – Benefits Comparison | 24 |
| A00550 | Briddell's Deposition Exhibit 3 – Benefit Comparison | 25 |
| A00551-A00633 | Excerpts from Plaintiff Nathaniel Briddell's Deposition Transcript | 26 |
| A00634-A00668 | Excerpts from Plaintiff George Feddiman's Deposition Transcript | 27 |
| A00669-A00682 | Excerpts from Phillip Owens' Deposition Transcript | 28 |
| A00683-A00801 | Excerpts from Plaintiff Roy H. Walters' Deposition Transcript | 29 |
| A00802 | Walter's Deposition Exhibit 7 – Final Warning | 30 |
| A00803-A00823 | Excerpts from Plaintiff Willie Davis' Deposition Transcript | 31 |

## TABLE OF EXHIBIT(Con't)

| PAGE | TITLE | TAB |
|---|---|---|
| A00824-A00887 | Excerpts from Plaintiff William Douglas Lynch's Deposition Transcript | 32 |
| A00887.1 | Affidavit of Phillip Owen | 33 |
| A00888 | Garrison's Deposition Exhibit 1 - Farm Ticket | 34 |
| A00889-A00892 | Garrison's Deposition Exhibit 2 - Mountaire Live Haul Guidelines | 35 |
| A00893-A00894 | Tunnel Ventilation Procedures | 36 |

doc#394380