**1**

MOUNTAIRE FARMS
## Time Off Request Form

Name _Syrinus Bagwell_                    S.S.# _____

Date of Hire _7/23/96_ Full-time 1-05-98   Department _Live Hang_ 81

☑ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED

| (CHECK ONE): Vacation | ✓ | Personal/Floating Holiday - Calendar | _____ |
| | | Personal/Floating Holiday - Anniversary | _____ |

Day/Date(s) Requested  INK  _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Syrinus Bagwell_                    _2-2-99_
Employee's Signature                  Date

_Joseph Garrison_                _2-2-99_     ☑APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE            DATE

_Syrinus Bagwell was told by Mo._       ☑APPROVED ☐DISAPPROVED
_Libby back in_
FOREMAN'S SIGNAT       _July that he couldn't_
_have his vacation_                     ☑APPROVED ☐DISAPPROVE
SUPERINTENDENT'S       _When due because g_
_missed time, but_
_Could have it in_                      ☑APPROVED ☐DISAPPROV
PLANT MANAGER'S       _February. Thanks_          PAYROLL
_Susie_                 FEB - 6

WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011
February 3, 1997

Garrison
Ex # 3
RW 1/4/05

A00001

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire **2/11/85**    Dept. **5622 ☐4**

☐ Union **8620**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Richard Foreman** SS#.

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested **Money Only**    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel me accordingly.*

X **Richard Foreman** _____    X **7-7-03**
Employee Signature                                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

| | **Vacation** | | **Floating Holidays** |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

**PAYROLL**
**JUL 0 5 2003**
**WEEK ENDING**

Human Resources Representative's Signature _____    Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐    Disapproved ☐        **SUPERINTENDENT:** Approved ☐    Disapproved ☐

*Joseph Gannon*

Signature _____ Date        Signature _____ Date

**FOREMAN:** Approved ☑    Disapproved ☐        **PLANT MANAGER:** Approved ☐    Disapproved ☐

Signature _____ Date        Signature _____ Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00002

## MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request 3/12/04 | Dept. 5622 |

☐ Hourly
☐ Salaried

Employee Name Donald Garrison      SS# _____

**VACATION:**

☐ Other _____    Time Requested  FROM _____ TO _____

☐ Full Day        Date Requested _____

☐ Extended Period    Dates Requested    FROM _____ TO _____

**FLOATING HOLIDAY:**

Date Requested Money only    (circle one) Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Donald Garrison                   X  3/12/04
Employee Signature                            Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: 11, 25, 96 |

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | Days Taken: _____ |
| 3) | Days Requested: _____ | Days Requested: _____ |
| 4) | Days Remaining: _____ | Days Remaining: _____ |
|  | (1 - 2 - 3 = 4) |  |

Human Resources Representative's Signature _____      Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☒   Disapproved ☐          SUPERINTENDENT:   Approved ☐   Disapproved ☐

Signature  Joe Harrison   3/12/04          Signature _____ Date _____

FOREMAN:   Approved ☐   Disapproved ☐          PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature _____ Date _____          Signature _____ Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00003

MOUNTAIRE
## Time Off Request Form

Name  Henry Harmon                          S.S.# _____

Date of Hire _____ 1/31/00 _____          Department  Live Haul

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED    5620

| (CHECK ONE): | | |
|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar _____ |
| | | Personal/Floating Holiday -Anniversary |

Day/Date(s) Requested  Money Only _____

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

Henry Harmon                          1-29-2001
Employee's Signature                          Date

Joseph Harmon                          1-29-2001      ☐APPROVED  ☐DISAPPROVED      31 JAN 29 1
SUPERVISOR'S SIGNATURE                          DATE

_____          _____      ☐APPROVED  ☐DISAPPROVED
FOREMAN'S SIGNATURE                          DATE

_____          _____      ☐APPROVED  ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE                          DATE

_____          _____      ☐APPROVED  ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE                          DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL
JAN 27 2001
WEEK ENDING

FORM 011 wp.doc
September 23, 1999

A00004

## Time Off Request Form

Name _Henry Harmon_    S.S.# _____

Date of Hire _1/31/2000_    Department _Livethul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| *(CHECK ONE):* | | | |
|---|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar | Paid 01.27.01 |
| | | Personal/Floating Holiday -Anniversary | ✓ 01 |

Day/Date(s) Requested _March 16, 2001_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Henry Harmon_     X _3-19-2001_
**Employee's Signature**     **Date**

X _Joseph Hannon_     X _3-19-2001_    ☐ APPROVED ☐ DISAPPROVED
**SUPERVISOR'S SIGNATURE**     **DATE**

_____     _____    ☐ APPROVED ☐ DISAPPROVED
**FOREMAN'S SIGNATURE**     **DATE**

_____     _____    ☐ APPROVED ☐ DISAPPROVED
**SUPERINTENDENT'S SIGNATURE**     **DATE**

_____     _____    ☐ APPROVED ☐ DISAPPROVED
**PLANT MANAGER'S SIGNATURE**     **DATE**

PAYROLL
MAR 17 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wyrdate
September 23, 1999

A00005

# MOUNTAIRE
## Time Off Request Form

Name _Peter Major_                    S.S.# _____

Date of Hire _7/8/98_                 Department _Live Hand_

☑ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED    _5620_

---

*(CHECK ONE):*          Personal/Floating
Vacation        ✓       Holiday - Calendar     _____

                        Personal/Floating
                        Holiday -Anniversary

---

Day/Date(s) Requested _Money Only    1 WK_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Peter Major_                    _7 - 3 - 2000_
Employee's Signature             Date

---

_Joseph Marmion_                 _7 - 3 - 2000_    ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE           DATE

_____                  _____  ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE              DATE

                                 PAYROLL
                                 JUL 0 1 2000
_____                  WEEK ENDING        ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE

_____                  _____  ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE        DATE

---

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wyrdaa
September 23, 1999

A00006

# MOUNTAIRE
## Time Off Request Form

Name _Peter Major_                    S.S.# _____

Date of Hire _7/8/58_          Department _Live Haul_

☐ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED

**(CHECK ONE):**

| | |
|---|---|
| Vacation _____ | Personal/Floating Holiday - Calendar _____ |
| | Personal/Floating Holiday -Anniversary ✓ |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Peter Major_                    _6-26-2000_
Employee's Signature              Date

_Joseph Gannon_                  _6-26-2011_   ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE            DATE

_____              _____   ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE               DATE

_____              _____   ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE        DATE

_____              _____   ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE         DATE

| FOR OFFICE USE ONLY: | |
|---|---|
| # OF DAYS DUE | _____ |
| # OF DAYS REQUESTED | _____ |
| # OF DAYS LEFT | _____ |

FORM 011 wp:doc
September 23, 1999

**A00007**

# MOUNTAIRE
## Time Off Request Form

Name _Peter Major_                S.S.# __

Date of Hire __7/8/98__                    Department _Live Haul_

☑ UNION              ☐ NON-UNION HOURLY              ☐ SALARIED _5620_

---

(CHECK ONE):
Vacation _____              Personal/Floating
Holiday - Calendar _✓_

Personal/Floating
Holiday -Anniversary

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Peter Major_
Employee's Signature              _2-5-2001_
Date

_Joseph Harrison_
SUPERVISOR'S SIGNATURE              _2-5-2001_              ☐APPROVED ☐DISAPPROVED
DATE                                                      81 FEB 5 1107

FOREMAN'S SIGNATURE              DATE              ☐APPROVED ☐DISAPPROVED

SUPERINTENDENT'S SIGNATURE              DATE              ☐APPROVED ☐DISAPPROVED

PLANT MANAGER'S SIGNATURE              DATE              ☐APPROVED ☐DISAPPROVED

---

FOR OFFICE USE ONLY:    # OF DAYS DUE _____        PAYROLL
                        # OF DAYS REQUESTED _____   FEB 03 2001
                        # OF DAYS LEFT _____        WEEK ENDING

FRM 011 wp/data
ptember 23, 1999

A00008

# MOUNTAIRE
## Time Off Request Form

Name _Peter Major_

Date of Hire _7/8/98_                         S.S.#___

Department _Live Hand_

☐ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED    _5620_

(CHECK ONE):
Vacation                    ✓          Personal/Floating
                                       Holiday - Calendar

                                       Personal/Floating
                                       Holiday -Anniversary

Day/Date(s) Requested _Money only_    _1 WK_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Peter Major_                          _7-2-2011_
Employee's Signature                   Date

_Joseph Garrison_
SUPERVISOR'S SIGNATURE        _7-2-2011_  ☐APPROVED ☐DISAPPROVED
                              DATE

                                        PAYROLL
FOREMAN'S SIGNATURE           _____   JUL 2001
                              DATE       ☐APPROVED ☐DISAPPROVED
                                        WEEK ENDING

SUPERINTENDENT'S SIGNATURE    _____   ☐APPROVED ☐DISAPPROVED
                              DATE

PLANT MANAGER'S SIGNATURE     _____   ☐APPROVED ☐DISAPPROVED
                              DATE

FOR OFFICE USE ONLY:    # OF DAYS DUE      _____
                        # OF DAYS REQUESTED _____
                        # OF DAYS LEFT     _____

FORM 011 wp.doc
September 23, 1999

# MOUNTAIRE
## Time Off Request Form

Name _Peter Mayor_     S.S.# ____

Date of Hire _7/8/98_     Department _Live Haul_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED

| (CHECK ONE): | | |
|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar ✓ |
| | | Personal/Floating Holiday -Anniversary |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Peter Mayor_     _7-2-2001_
Employee's Signature     Date

_Joseph Garrison_     _7-2-2001_ ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE     DATE

                         8i JUL 5 8:

_____     ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE     DATE

PAYROLL
JUL 07 2001
WEEK ENDING

_____     ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

_____     ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp/dan
September 23, 1999

A00010

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire **7|8|98**    Dept. **5620**

Employee Name: **Peter Major**    SS#___

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested **Money only**    (circle one) **Calendar**   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Peter Major**
Employee Signature

**1-11-02**
Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

## Vacation

1)    Total Days Due:    _____
2)    Days Requested:    _____
3)    Days Remaining:    _____
                         (1 - 2 = 3)

### Floating Holidays

Total Days Due:    _____
Days Requested:    _____
Days Remaining:    _____

Human Resources Representative's Signature                                      Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑    Disapproved ☐

**Joseph Garrison**
Signature                    Date

FOREMAN:    Approved ☐    Disapproved ☐

Signature                    Date

SUPERINTENDENT:    Approved ☐    Disapproved ☐

Signature                    Date

PLANT MANAGER:    Approved ☐    Disapproved ☐

Signature                    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\

MOUNTAIRE
## Time Off Request Form

Name _Valentino Noels_    S.S.# _____

Date of Hire _9/30/9U_    Department _Line Haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5680_

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | ✓ |
| | | Personal/Floating | |
| | | Holiday -Anniversary | _____ |

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Vialentino noels_    _2 - 5 - 2001_
Employee's Signature    Date

_Joseph Stannin_    _2 - 5 - 2001_    ☑ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL
FEB 0 5 2001

FORM 011 wy/das
September 23, 1999

A00012

12/27/00  WED 10:50 FAX 3024901090

# MOUNTAIRE
## Time Off Request Form

Name _Valentino Nocks_          S.S.# _1_____

Date of Hire _9/30/96_          Department _Line Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

**PAYROLL**

| (CHECK ONE): | | |
|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar  **DEC 23 2000** |
| | 135 | **WEEK ENDING** |
| | | Personal/Floating Holiday -Anniversary  ✓ |

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Valentino Nocks_                    _12-27-00_
Employee's Signature                    Date

_____

_Joe Harrison_                    _12/27/00_          ☑ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE              DATE

_____          _____          Cindy,
FOREMAN'S SIGNATURE              DATE              Valentino just
                                                  brought this to
_____          _____          me. if it's in
SUPERINTENDENT'S SIGNATURE        DATE             to late he would
                                                  like it Thurs if
_____          _____          he will be willing to
PLANT MANAGER'S SIGNATURE         DATE             wait thanks Susie

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp/dss
September 23, 1999

A00013

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee*   Date of Hire 9/30/08 96 | Dept. 5620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Valention Noets   SS#

**VACATION:**

☐ ¼ Day          Date Requested _____

☑ Full Day(s)     Date(s) Requested Money only 2wks

**FLOATING HOLIDAY:**

Date Requested _____     (circle one)

Calendar          Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Valentina Noeks                          X 9/24/01
Employee Signature                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* |

| **Vacation** | | **Floating Holidays** |

1) Total Days Due: _____          Total Days Due: _____
2) Days Requested: _____          Days Requested: _____
3) Days Remaining: _____          Days Remaining: _____

(1 - 2 = 3)

Human Resources Representative's Signature _____     Date _____

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SEP 2 2 2001

**SUPERVISOR:**  Approved ☐   Disapproved ☐          **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

Joseph Jamison                                      WEEK ENDING
Signature              Date                          Signature              Date

**FOREMAN:**  Approved ☐   Disapproved ☐          **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Signature              Date                          Signature              Date

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 9/30/96 | Dept. 5622-C4 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Valentino Nocks    SS# _____

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested 8/29/03    (circle one)    **Calendar**    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Valentino Nocks                              8/29/03
Employee Signature                             Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**

1)  Total Days Due:        10
2)  Days Requested:        0
3)  Days Remaining:        (10)
                           (1 - 2 = 3)

**Floating Holidays**

Total Days Due:        2
Days Requested:        1
Days Remaining:        (1)

AUG 30 20__
WEEK E___

Human Resources Representative's Signature         Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**  Approved ☐    Disapproved ☐        **SUPERINTENDENT:**  Approved ☐    Disapproved ☐

Joseph Hamm          8/29/00
Signature                      Date           Signature                      Date

**FOREMAN:**  Approved ☐    Disapproved ☐        **PLANT MANAGER:**  Approved ☐    Disapproved ☐

_____               _____
Signature                      Date           Signature                      Date

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*  Date of Hire 9/30/ɪ 96     Dept. 5620

Employee Name: Valentino Nocks     SS#.

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ¼ Day     Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested 9/28/01     Calendar     (circle one) (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Valentino Nocks
Employee Signature     X 9/24/01     Date

01 SEP 25 8:

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
|  | (1 - 2 = 3) | |

Human Resources Representative's Signature _____     Date _____

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐   Disapproved ☐     **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

Joseph Harrison
Signature _____     Date _____     Signature _____     Date _____

**FOREMAN:**  Approved ☐   Disapproved ☐     **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Signature _____     Date _____     Signature _____     Date _____

---

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

A00016

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Request _9/30/03_   Dept. _5622-4_

Hire Date: 9/30/96

Employee Name: _Valentino Nocks_ _____ SS# _____

☐ Hourly
☐ Salaried

**VACATION:**
☐ Other _____   Time Requested   FROM _____ TO _____
☑ Full Day   Date Requested _____
☐ Extended Period   Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _Fri. Oct. 3, 2003_   Calendar   (circle one) (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

x _Valentino Nocks_ _____   x _9-30-03_
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*   DATE OF HIRE: _____ / _____ / _____

#### Vacation

1) Total Days Eligible: _2 weeks_
2) Days Taken: _____
3) Days Requested: _____
4) Days Remaining: _____

(1 - 2 - 3 = 4)

#### Floating Holidays

Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

_____   _____
Human Resources Representative's Signature   Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑ Disapproved ☐       SUPERINTENDENT: Approved ☐ Disapproved ☐
_Joseph Garrison_ _____   _____
Signature   Date   Signature   Date

FOREMAN: Approved ☐ Disapproved ☐       PLANT MANAGER: Approved ☐ Disapproved ☐

_____   _____   _____   _____
Signature   Date   Signature   Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00017

**MOUNTAIRE FARMS OF DELMARVA**
Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire Sept 20, 1996 | Dept. S620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Valentino Nocks     SS#.

**VACATION:**

☐ ½ Day
☑ Full Day(s)

Date Requested _____
Date(s) Requested Money only (1 week)

**FLOATING HOLIDAY:**

Date Requested _____     Calendar     Anniversary
(circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Valentino Nocks                              X 9-27-02
Employee Signature                              Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* | |

**Vacation**                                                    **Floating Holidays**

1)  Total Days Due:     _____          Total Days Due:     _____
2)  Days Requested:     _____          Days Requested:     _____
3)  Days Remaining:     _____          Days Remaining:     _____

                        (1 - 2 = 3)

Human Resources Representative's Signature                              Date

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☑  Disapproved ☐          SUPERINTENDENT:  Approved ☐  Disapproved ☐

X _____ X 9/27/02
Signature                        Date                    Signature                        Date

FOREMAN:  Approved ☐  Disapproved ☐          PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature                        Date                    Signature                        Date

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wp.

A00018

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire 9/30/96    Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Valentino Nocks    SS# _

**VACATION:**

1/wk

☐ ½ Day          Date Requested _____

☑ Full Day(s)    Date(s) Requested Money only

(circle one)

**FLOATING HOLIDAY:**

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Valentino Nocks                          10-25-02
Employee Signature                       Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

### Vacation                              ### Floating Holidays

1) Total Days Due:      _____    Total Days Due:     _____
2) Days Requested:      _____    Days Requested:     _____
3) Days Remaining:      _____    Days Remaining:     _____
                        (1 - 2 = 3)

Human Resources Representative's Signature          Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐   Disapproved ☐        SUPERINTENDENT: Approved ☐   Disapproved ☐

_____                _____          _____              _____
Signature                  Date                 Signature                Date

FOREMAN: Approved ☑   Disapproved ☐            PLANT MANAGER: Approved ☐   Disapproved ☐

John Harrison    10/25/02                        _____              _____
Signature        Date                            Signature                Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form 0701.wpc

Oct. 29 2002 10:38AM P1    FAX NO. : 3024366441    FROM : Mountaire Live Haul

# MOUNTAIRE
## Time Off Request Form

Name _Richard Satchell_    S.S.# _____ – ___

Date of Hire _6 – 6 – 94_____    Department _Live Haul_
_Store_

☐ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| *(CHECK ONE):* | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday -Calendar⟩ | ✓_____ |
| | | Personal/Floating | |
| | | Holiday -Anniversary | |

Day/Date(s) Requested _____ _Money Only_ _____

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Richard Satchell_____    Date _3/22/00_____
Employee's Signature

_Joseph Harmon_____    _3-22/2000_____ ☑APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____ ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____ ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____ ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| *FOR OFFICE USE ONLY:* | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:disc
September 23, 1999

# MOUNTAIRE
## Time Off Request Form

Name _Richard Satchell_    S.S.#_._

Date of Hire _6/6/94_    Department _Live Haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| (CHECK ONE):<br>Vacation | ✓ | Personal/Floating<br>Holiday - Calendar | |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | JUN - 5 2000 |

Day/Date(s) Requested _June 12th - 17th, 2000_
_WANts vacation Check on the 8th of June_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Richard Satchell_    _6-5-2000_
Employee's Signature    Date

_Joseph Mannon_    _6-5-2000_    ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00021

MOUNTAIRE
**Time Off Request Form**

Name _Richard Satchell_    S.S.# _

Date of Hire _6/1/94_    Department _Live Hand_

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

(CHECK ONE):
Vacation _____ ✓ _____    Personal/Floating
Holiday - Calendar _____

Personal/Floating
Holiday - Anniversary _____

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Richard Satchell_    X _6/12/00_
Employee's Signature    Date

_Joseph Garrison_    _6/12/00_    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

PAYROLL

JUN 1 0 2000

WEEK ENDING

FOR OFFICE USE ONLY:    # OF DAYS DUE _____
# OF DAYS REQUESTED _____
# OF DAYS LEFT _____

FORM 911 wpdac
September 23, 1999

A00022

MOUNTAIRE
**Time Off Request Form**

Name _Richard Satchell_                    S.S.# _____

Date of Hire _6/6/94_                    Department _Live Hand_

☐ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED  _5690_

| (CHECK ONE):<br>Vacation | _____ | Personal/Floating<br>Holiday - Calendar | |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | ✓ |

Day/Date(s) Requested   _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING
SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES.
THEY WILL COUNSEL ACCORDINGLY.*

_Richard Satchell_                    _6-26-2010_
Employee's Signature                    Date

_Joseph Jannon_                    _6-26-2000_  ✓ ☐APPROVED  ☐DISAPPROVED
SUPERVISOR'S SIGNATURE                    DATE

_____                    _____  ☐APPROVED  ☐DISAPPROVED
FOREMAN'S SIGNATURE                    DATE

_____                    _____  ☐APPROVED  ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE                    DATE

_____                    _____  ☐APPROVED  ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE                    DATE

PAYROLL

JUN 26 2000

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ | WEEK ENDING |
|---|---|---|---|
| | # OF DAYS REQUESTED | _____ | |
| | # OF DAYS LEFT | _____ | |

FORM 011  wp:dee
September 23, 1999

A00023

MOUNTAIRE
## Time Off Request Form

Name _Richard Satchell_    S.S.# _____

Date of Hire _6/6/94_    Department _Live Haul_

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5:20_

| (CHECK ONE): | | |
| --- | --- | --- |
| Vacation | _____ | Personal/Floating Holiday - Calendar ✓ |
| | | Personal/Floating Holiday -Anniversary _____ |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Richard Satchell_    _1-25-2001_
Employee's Signature    Date

_Joseph Mannin_    _1-25-2001_    ☐APPROVED ☐DISAPPROVED    01 JAN 29 1:
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| --- | --- | --- |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp/doc
September 23, 1999

# MOUNTAIRE
## Time Off Request Form

Name: *Richard Satchell*    S.S.#: _____

Date of Hire: *June 10, 1994*    Department: *Live Haul*

☑ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED    *5600*

| (CHECK ONE): | | |
|---|---|---|
| Vacation | ✓ | Personal/Floating Holiday - Calendar _____ |
| | | Personal/Floating Holiday -Anniversary *2 wks* |

Day/Date(s) Requested *x Money Only - (Both weeks) Want checks June*

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

x *Richard Satchell*                    x _____ *5/2/2001*
Employee's Signature                    Date

*Joseph Jarmon*                         *5-2-2001*    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE                  DATE

_____              _____    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE                     DATE

_____              _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE              DATE

_____              _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE               DATE

JUN 02 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp/dm
September 23, 1999

A00025

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 6 16 94 | Dept. | 5620 |

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Satchell    SS#

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested    Money Only    (circle one)    ⟨Calendar⟩    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Richard Satchell                          X 1/18/02
Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                                    **Floating Holidays**

1)  Total Days Due: _____          Total Days Due: _____
2)  Days Requested: _____          Days Requested: _____
3)  Days Remaining: _____          Days Remaining: _____

                (1 - 2 = 3)        JAN 19 2002

Human Resources Representative's Signature                          Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**  Approved ☐   Disapproved ☐          **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

Signature                          Date              Signature                          Date

**FOREMAN:**  Approved ☑   Disapproved ☐          **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Jbl Harrison        1/18/02
Signature                          Date              Signature                          Date

NOTE:       PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00026

MOUNTAIRE
# Time Off Request Form

Name _Richard Satchell_                          S.S.# _____

Date of Hire _6/6/94_                    Department _Live Haul_

☐ UNION            ☐ NON-UNION HOURLY            ☐ SALARIED   _5620_

| (CHECK ONE): |  |
|---|---|
| Vacation _____ | Personal/Floating<br>Holiday - Calendar _____ |
|  | Personal/Floating<br>Holiday - Anniversary ✓ |

Day/Date(s) Requested _Money only_ _____

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Richard Satchell_ _____          _6/1/01_ _____
Employee's Signature                        Date

_Joe Harrison_ _____        _6/1/01_ _____  ☑ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE                  DATE

_____          _____   ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE                    DATE

_____          _____   ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE            DATE

_____          _____   ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE            DATE

PAYROLL
JUN 02 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
|  | # OF DAYS REQUESTED | _____ |
|  | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00027

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*     Date of Hire 6|6|94     Dept. 5622-

Employee Name: Richard Satchell     SS#

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**     (circle one)

Date Requested Tues. Aug. 5, 2003     Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Richard Satchell     8/5/03

Employee Signature     Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | *To Be Completed by Human Resources*

|  | **Vacation** |  | **Floating Holidays** |  |
|---|---|---|---|---|
| 1) | Total Days Due: _____ | | Total Days Due: _____ | |
| 2) | Days Requested: _____ | | Days Requested: _____ | |
| 3) | Days Remaining: _____ | | Days Remaining: _____ | |
| | (1 - 2 = 3) | | | |

Human Resources Representative's Signature     Date

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**   Approved ☐   Disapproved ☐

Jr. Harrison     8/5/03

Signature     Date

**SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature     Date

**FOREMAN:**   Approved ☐   Disapproved ☐

Signature     Date

**PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature     Date

NOTE:     PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111  Vacation Form 0701.wpd

A00028

**MOUNTAIRE**
**Request for Vacation or Floating Holiday**

**SECTION 1**  *To Be Completed by Employee*    Date of Request  2/4/04    Dept. 5622

☐ Hourly
Salaried

Employee Name: Richard Satchell    SS#

VACATION:
☐ Other _____    Time Requested  FROM _____ TO _____

☐ Full Day    Date Requested _____

☐ Extended Period    Dates Requested  FROM _____ TO _____

FLOATING HOLIDAY:  Monyonly    (circle one)
Date Requested    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will
contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Richard Satchell    2/4/04
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s)
off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*    DATE OF HIRE:  6, 6, 94

|  | **Vacation** |  | **Floating Holidays** |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | Days Taken: _____ |
| 3) | Days Requested: _____ | Days Requested: _____ |
| 4) | Days Remaining: _____ | Days Remaining: _____ |
|  | (1 - 2 - 3 = 4) |  |

PAYROLL
FEB 07 2004
WEEK ENDING

Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐    SUPERINTENDENT:  Approved ☐  Disapproved ☐

Joe Harrison
Signature    Date    Signature    Date

FOREMAN:  Approved ☐  Disapproved ☐    PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00029

Faxed

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire ___5/20/02___   Dept. __5622__

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Hayward Savage__ SS# _____

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

*already paid w/e 5-17*

**FLOATING HOLIDAY:**                                              (circle one)

Date Requested __Thurs. Sept 4, 2003__   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X __Hayward Savage__                              __9/4/03__
Employee Signature                                Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*

PAYROLL
SEP 0 8 2003
WEEK ENDING

### Vacation                                        ### Floating Holidays

1)  Total Days Due:      _____        Total Days Due:      _____

2)  Days Requested:      _____        Days Requested:      _____

3)  Days Remaining:      _____        Days Remaining:      _____

                (1 - 2 = 3)

Human Resources Representative's Signature                          Date

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature            Date  __9/4/03__         Signature            Date

FOREMAN:  Approved ☐  Disapproved ☐           PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature            Date                      Signature            Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00030

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Request  2/13/04   Dept  5622

☐ Hourly
☐ Salaried

Employee Name: Hayward Savage   SS# 

**VACATION:**
☐ Other _____   Time Requested  FROM _____  TO _____
☐ Full Day   Date Requested _____
☐ Extended Period   Dates Requested  FROM _____  TO _____

**FLOATING HOLIDAY:**   Date Requested  Mony only   (circle one) Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Hayward Savage   2/13/04
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**   *To Be Completed by Human Resources*   DATE OF HIRE: 5 / 20 / 02

| | Vacation | | Floating Holidays |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | | Days Taken: _____ |
| 3) | Days Requested: _____ | | Days Requested: _____ |
| 4) | Days Remaining: _____ | | Days Remaining: _____ |
| | (1  2  3 – 4) | | |

Human Resources Representative's Signature   Date

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☐   Disapproved ☐      SUPERINTENDENT: Approved ☐   Disapproved ☐   FAXED

Signature _____   Date _____      Signature _____   Date _____

FOREMAN:   Approved ☐   Disapproved ☐      PLANT MANAGER:   Approved ☐   Disapproved ☐

Jr. Harrison   2/3/04
Signature   Date      Signature _____   Date _____

NOTE:   PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

**MOUNTAIRE**
**Request for Vacation or Floating Holiday**

**SECTION 1**  *To Be Completed by Employee*    Date of Request _5/5/05_    Dept. _5622-4_

☐ Hourly
☐ Salaried

Employee Name: _Hayward Savage_    SS# _____

VACATION:    1 Week

☑ Other _Money only_    Time Requested    FROM _____    TO _____

☐ Full Day    Date Requested _____

☐ Extended Period    Dates Requested    FROM _____    TO _____    1 WK

FLOATING HOLIDAY:    (circle one)
Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Hayward Savage_ _____    Date _5/5/04_
Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*    DATE OF HIRE: _5/20/02_

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1)  Total Days Eligible: | | Total Days Eligible: | _____ |
| 2)  Days Taken: | | Days Taken: | _____ |
| 3)  Days Requested: | | Days Requested: | _____ |
| 4)  Days Remaining: | | Days Remaining: | _____ |
| | (1 - 2 - 3 = 4) | | |

PAYROLL
MAR 15 2001

Human Resources Representative's Signature _____    Date _____

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐  Disapproved ☐    SUPERINTENDENT:    Approved ☐  Disapproved ☐

_Joe Harrison_ _5/5/04_
Signature    Date  SR    Signature    Date

FOREMAN:    Approved ☐  Disapproved ☐    PLANT MANAGER:    Approved ☐  Disapproved ☐

_____    _____    _____    _____
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00032

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire  5/20/02   Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Hayward Savage   SS#.

**VACATION:**                              1wk   Hold until W/E 5-17-03

☐ ½ Day        Date Requested _____        1 Week

☐ Full Day(s)   Date(s) Requested  Money only

**FLOATING HOLIDAY:**   Money only                (circle one)

Date Requested  Money only      Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Hayward Savage                          4/29/03
Employee Signature                      Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*

### Vacation                                    ### Floating Holidays

1)   Total Days Due:    _____        Total Days Due:    _____
2)   Days Requested:   _____        Days Requested:   _____
3)   Days Remaining:   _____        Days Remaining:   _____
                       (1 - 2 = 3)

                                                MAY 17 2003

Human Resources Representative's Signature                    Date

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☑   Disapproved ☐        SUPERINTENDENT:   Approved ☐   Disapproved ☐

Joe Harrison                    4/29/03
Signature                       Date                Signature                       Date

FOREMAN:   Approved ☐   Disapproved ☐            PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature                       Date                Signature                       Date

NOTE:       PINK TO EMPLOYEE: YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

**A00033**