**1a**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire  5/20/02    Dept.  5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Hayward Savage    SS#

**VACATION:**

Hold until 4/ES-17-03

☐ ½ Day    Date Requested _____    1 Week

☐ Full Day(s)    Date(s) Requested  Money only

**FLOATING HOLIDAY:**    (circle one)

Date Requested  Money only    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Hayward Savage    Date  4/29/03
Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*

### Vacation                                    ### Floating Holidays

1)    Total Days Due:    _____    Total Days Due:    _____

2)    Days Requested:    _____    Days Requested:    _____

3)    Days Remaining:    _____    Days Remaining:    _____

(1 - 2 = 3)

PAYROLL
MAY 17 2003
WEEK

Human Resources Representative's Signature    Date

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**    Approved ☑    Disapproved ☐    **SUPERINTENDENT:**    Approved ☐    Disapproved ☐

Joe Harrison    4/29/03
Signature    Date    Signature    Date

**FOREMAN:**    Approved ☐    Disapproved ☐    **PLANT MANAGER:**    Approved ☐    Disapproved ☐

Signature    Date    Signature    Date

---

NOTE:    PINK TO EMPLOYEE:  YELLOW TO PAYROLL:  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire 5/20/02 | Dept. 5620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Hayward Savage    SS# _____

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**
                                                    (circle one)
Date Requested Money only    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

✗ Hayward Savage                              ✗ 12-5-02
Employee Signature                            Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* | 02 DEC 10 |

**Vacation**                                    **Floating Holidays**

1)   Total Days Due:      _____          Total Days Due:      _____

2)   Days Requested:      _____          Days Requested:      _____

3)   Days Remaining:      _____          Days Remaining:      PAYROLL

                  (1 - 2 = 3)                                      DEC 07 2002

                                                                  WEEK ENDING

Human Resources Representative's Signature                    Date

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☐  Disapproved ☐        **SUPERINTENDENT:** Approved ☐  Disapproved ☐

✗ Joseph Harmon

Signature                    Date                Signature                    Date

**FOREMAN:** Approved ☐  Disapproved ☐          **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature                    Date                Signature                    Date

NOTE:       PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00035

# MOUNTAIRE
## Time Off Request Form

Name _Jasper Smith_    S.S.#_ S

Date of Hire ___7/20/00___    Department _[signature]_

☐ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED

*(CHECK ONE):*    Personal/Floating
Vacation    ✓    Holiday - Calendar    _____

Personal/Floating
Holiday -Anniversary

Day/Date(s) Requested _Money only_  _iilk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Jasper Smith_    _7-2-2011_    PA
Employee's Signature    Date

_Joseph Harrison_    _7-2-2011_    ☑APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dss
September 23, 1999

A00036

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | To Be Completed by Employee | Date of Hire 7/20/00 | Dept. 5620 |

Employee Name: Jasper Smith    SS#_

- ☑ Union
- ☐ Non Union Hourly
- ☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested 8/6/01    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Jasper Smith    X 8/6/01
Employee Signature    Date

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | To Be Completed by Human Resources |

| **Vacation** | | **Floating Holidays** | |
| --- | --- | --- | --- |
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

PAYROLL
AUG 11

Human Resources Representative's Signature _____    Date _____

WEEK ENDING

| **SECTION 3** | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

**SUPERVISOR:** Approved ☐  Disapproved ☐      **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Signature _____    Date _____      Signature _____    Date _____

**FOREMAN:** Approved ☑  Disapproved ☐      **PLANT MANAGER:** Approved ☐  Disapproved ☐

X Joseph Gannon X
Signature _____    Date _____      Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Dsta\WPDATA\FORMS\COR\DelPlant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire ___7/20/00___   Dept. _5620_

Employee Name: _Jasper Smith_   SS#. _____

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ¼ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____   *al ready pd w/c 8-11-01*

**FLOATING HOLIDAY:**

Date Requested _Money only_ '00   (circle one)   Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Jasper Smith_   X _11/10/01_
Employee Signature                                    Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*                                    01 NOV 13

|  | **Vacation** |  | **Floating Holidays** |  |
|---|---|---|---|---|
| 1) | Total Days Due: _____ | | Total Days Due: _____ |
| 2) | Days Requested: _____ | | Days Requested: _____ |
| 3) | Days Remaining: _____ | | Days Remaining: _____ |
|  | (1 – 2 = 3) | | |

_____                              _____
Human Resources Representative's Signature                Date

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑   Disapproved ☐          **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

X _Joe Harrison_
Signature _____ Date _____          Signature _____ Date _____

**FOREMAN:**   Approved ☐   Disapproved ☐          **PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature _____ Date _____          Signature _____ Date _____

---

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire _7/20/00_    Dept. _5620_

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Jasper Smith_    SS# _._

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**
Date Requested _Money Only_    (circle one)    ⬭Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

x _Jasper Smith_    _3-8-02_
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*    02 MAR :1

| | **Vacation** | **Floating Holidays** |
|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

Human Resources Representative's Signature    Date

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑  Disapproved ☐    **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

_Daryl Mannon_
Signature    Date    Signature    Date

**FOREMAN:**  Approved ☐  Disapproved ☐    **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Signature    Date    Signature    Date

---

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00039

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire ___7/20/00___    Dept. _5620_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Jasper Smith_ SS# _____

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _Money only_    (circle one)

(Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_(signature)_                                    _4/19/02_
Employee Signature                               Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| | Vacation | | Floating Holidays |
|---|---|---|---|
| 1) | Total Days Due: _____ | | Total Days Due: _____ |
| 2) | Days Requested: _____ | | Days Requested: _____ |
| 3) | Days Remaining: _____ | | Days Remaining: _____ |
| | (1 - 2 = 3) | | |

_____
Human Resources Representative's Signature          Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐   Disapproved ☐        **SUPERINTENDENT:** Approved ☐   Disapproved ☐

_Joseph Maurson_
Signature                    Date                   Signature                    Date

**FOREMAN:** Approved ☐   Disapproved ☐          **PLANT MANAGER:** Approved ☐   Disapproved ☐

_____                   _____
Signature                    Date                   Signature                    Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form 0701.wpd

A00040

*April — This is the one I called about this morning*

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire _7-20-2000_   Dept. _Live Haul_

☑ Union  _5620_
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Jasper Smith_   SS# _

**VACATION:**   _Money only_   _1 week_   _1140_

☐ ½ Day   Date Requested _23rd & 24_
☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**   (circle one)

Date Requested _____   Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Jasper Smith Jr_   _7/2/02_
Employee Signature   Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

PAID  JUL 2 0 2002  WED

Human Resources Representative's Signature _____   Date _____

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐   |   SUPERINTENDENT:  Approved ☐   Disapproved ☐

_J. Harrison_
Signature _____   Date _____   |   Signature _____   Date _____

FOREMAN:  Approved ☐   Disapproved ☐   |   PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature _____   Date _____   |   Signature _____   Date _____

NOTE:   PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00041

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 7/20/00 | Dept. 5620 |

Employee Name: _Jasper Smith_                SS# _____

☐ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day        Date Requested _____
☐ Full Day(s)  Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _April 11, 2003_   (circle one)   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Jasper Smith_                      X _3/28/03_
Employee Signature                         Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                                    **Floating Holidays**

Total Days Due:      _____          Total Days Due:      _____
Days Requested:      _____          Days Requested:      _____
Days Remaining:      _____          Days Remaining:      _____
                     (1 - 2 = 3)

Human Resources Representative's Signature _____        Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:   Approved ☐   Disapproved ☐        SUPERINTENDENT:   Approved ☐   Disapproved ☐

_Joseph Hamm_                                    _____
Signature                Date                     Signature                Date

MAN:   Approved ☐   Disapproved ☐               PLANT MANAGER:   Approved ☐   Disapproved ☐

_____                                  _____
         Date                                     Signature                Date

PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00042

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire **7-20-00**   Dept. **5622-4**

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Jasper Smith Jr.**   SS# _____

**VACATION:**

*Hold until W/E 7-19-03 /WK*

☐ ½ Day          Date Requested _____
☑ Full Day(s)    Date(s) Requested **July 21 - July 25, 2003**

**FLOATING HOLIDAY:**

(circle one)

Date Requested _____   _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X **Jasper Smith Jr**                          X **7/1/03**
Employee Signature                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*

### Vacation                                    **Floating Holidays**

1)   Total Days Due:      _____           Total Days Due:    _____
2)   Days Requested:      _____           Days Requested:    _____
3)   Days Remaining:      _____           Days Remaining:  *PAYROLL*
                         (1 - 2 = 3)
                                          *JUL 19 2003*
                                          *WEEK ENDING*

Human Resources Representative's Signature                    Date

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

*Joseph Garrison*
Signature                          Date        Signature                          Date

FOREMAN:  Approved ☐  Disapproved ☐           PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature                          Date        Signature                          Date

---

NOTE:      PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
           IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00043

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire *7-20-2000*   Dept. *Live Haul*

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Jasper Smith*   SS# :

**VACATION:**

☐ ½ Day   Date Requested *23 + 24*

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**

(circle one)

Date Requested _____   Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Jasper Smith, Jr.*   *7/2/02*

Employee Signature   Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature _____   Date _____

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☐   Disapproved ☐          SUPERINTENDENT:   Approved ☐   Disapproved ☐

*Joseph Garrison*

Signature _____   Date _____          Signature _____   Date _____

FOREMAN:   Approved ☐   Disapproved ☐          PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature _____   Date _____          Signature _____   Date _____

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

**A00044**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire _July 20, 2000_    Dept. _5622-4_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name _Jasper Smith Jr._    SS# _____

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____
                 _already paid W/E 4-12-03_

**FLOATING HOLIDAY:**

Date Requested _July 17, 2003_    (circle one) (Calendar)   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Jasper Smith Jr_                              X _7/1/03_
Employee Signature                               Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*                      33 JUL 1

### Vacation                                    ### Floating Holidays

1)  Total Days Due:     _____        Total Days Due:     _____
2)  Days Requested:     _____        Days Requested:     _____
3)  Days Remaining:     _____        Days Remaining:     _____
                        (1 - 2 = 3)

_____        _____
Human Resources Representative's Signature          Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐      SUPERINTENDENT:  Approved ☐  Disapproved ☐

_Joseph Gannon_                              _____
Signature                          Date       Signature                    Date

FOREMAN:  Approved ☐  Disapproved ☐          PLANT MANAGER:  Approved ☐  Disapproved ☐

_____          _____
Signature                          Date       Signature                    Date

NOTE:       PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00045

3-26-02;10:42AM;                          DMV PAYROLL        ;3024368027

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire __1/26/98__   Dept. __5620__

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Ron Tingle__   SS# ____

**VACATION:**

☐ ½ Day    Date Requested __Money only works__

☑ Full Day(s)    Date(s) Requested _____

02 MAR 26 19:

**FLOATING HOLIDAY:**

Date Requested _____    Calendar   Anniversary   (circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

__Ron R. Tingle__       __3/22/02__
Employee Signature               Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**   *To Be Completed by Human Resources*

**Vacation**             **Floating Holidays**

1)   Total Days Due: _____      Total Days Due: _____

2)   Days Requested: _____      Days Requested: _____

3)   Days Remaining: _____      Days Remaining: _____

(1 - 2 = 3)

Human Resources Representative's Signature _____   Date _____

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☐   Disapproved ☐      SUPERINTENDENT:   Approved ☐   Disapproved ☐

Signature _____   Date _____      Signature _____   Date _____

FOREMAN:   Approved ☑   Disapproved ☐      PLANT MANAGER:   Approved ☐   Disapproved ☐

__Joseph Garvin__   __3/25/02__      Signature _____   Date _____
Signature      Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00046

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 1/26/98 | Dept. 5620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Ron Tingle     SS#

**VACATION:**

☐ ½ Day          Date Requested  Money only          1 week

☑ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**                                    (circle one)

Date Requested _____          Calendar     Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Ron R. Tingle          3/22/02
Employee Signature                                      Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                                    **Floating Holidays**

1)    Total Days Due:    _____          Total Days Due:    _____

2)    Days Requested:    _____          Days Requested:    _____

3)    Days Remaining:    _____          Days Remaining:    PAYROLL

(1 - 2 = 3)                                      MAR 23 2002
                                                 WEEK ENDING

Human Resources Representative's Signature                    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**  Approved ☐  Disapproved ☐          **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

_____          _____
Signature                 Date          Signature                 Date

**FOREMAN:**  Approved ☑  Disapproved ☐          **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Joseph Banin     3/25/02          _____
Signature                 Date          Signature                 Date

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire __1/26/98__   Dept. __5620__

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Ron Tingle__   SS# _____

**VACATION:**

☐ ½ Day   Date Requested __Money only__   __1 week__

☑ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**   *(circle one)*

Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

__Ron R. Tingle__   __3/22/02__
Employee Signature   Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

1)   Total Days Due:   _____
2)   Days Requested:   _____
3)   Days Remaining:   _____
     (1 - 2 = 3)

### Floating Holidays

Total Days Due:   _____
Days Requested:   _____
Days Remaining:   **PAYROLL**

MAR 23 2002

Human Resources Representative's Signature   Date   VIVEK Chu...

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐   Disapproved ☐

_____   _____
Signature   Date

**SUPERINTENDENT:**  Approved ☐   Disapproved ☐

_____   _____
Signature   Date

**FOREMAN:**  Approved ☑   Disapproved ☐

__Joseph Harrison__   __3/25/02__
Signature   Date

**PLANT MANAGER:**  Approved ☐   Disapproved ☐

_____   _____
Signature   Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Pers\HR1111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 1/26/98 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Ron Tingle          SS#

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested Money Only     (circle one) Calendar  Anniversary     Both

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Ron R. Tingle
Employee Signature

X 12-9-02
Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**

1)     Total Days Due:     _____
2)     Days Requested:     _____
3)     Days Remaining:     _____
        (1 - 2 = 3)

**Floating Holidays**

Total Days Due:     _____
Days Requested:     _____
Days Remaining:

DEC 07 2002

Human Resources Representative's Signature _____     Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**  Approved ☐  Disapproved ☐

Joseph Gannon

Signature          Date

**SUPERINTENDENT:**  Approved ☐  Disapproved ☐

Signature          Date

**FOREMAN:**  Approved ☐  Disapproved ☐

Signature          Date

**PLANT MANAGER:**  Approved ☐  Disapproved ☐

Signature          Date

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00049

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire 1-26-98    Dept. 5620

Employee Name: Ron Tingle    SS# _____ _

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☑ Full Day(s)    Date(s) Requested *Money Only* (2 weeks)

(circle one)

**FLOATING HOLIDAY:**

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Ron R. Tingle    2-7-03
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

|  | **Vacation** |  | **Floating Holidays** |  |
|---|---|---|---|---|
| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | _____ |
| 3) | Days Remaining: | _____ | Days Remaining: | PIV |
|  |  | (1 - 2 = 3) |  |  |

_____    FEB
Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑  Disapproved ☐    **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

Harrison    2/7/00
Signature    Date    Signature    Date

**FOREMAN:**  Approved ☐  Disapproved ☐    **PLANT MANAGER:**  Approved ☐  Disapproved ☐

_____    _____
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire ___1/26/98___    Dept. _5620_

Employee Name: _Ron Tingle_    SS#.

☒ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _Money only_    (circle one) ~~Calendar~~ (Anniversary)    (Both)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Ron R. Tingle_
Employee Signature

X _12-9-02_
Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

**Vacation**

1)    Total Days Due:    _____
2)    Days Requested:    _____
3)    Days Remaining:    _____
(1 - 2 = 3)

**Floating Holidays**

Total Days Due:    _____
Days Requested:    _____
Days Remaining:    _____

PAYROLL
DEC 07 2002
WEEK ENDING

_____    _____
Human Resources Representative's Signature    Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐   Disapproved ☐

_Joseph Gannon_
Signature    Date

**SUPERINTENDENT:** Approved ☐    Disapproved ☐

_____    _____
Signature    Date

**FOREMAN:** Approved ☐   Disapproved ☐

_____    _____
Signature    Date

**PLANT MANAGER:** Approved ☐    Disapproved ☐

_____    _____
Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\...\DATA\FORMS\COR\Deh\Plant\HR\111 - Vacation Form 0701.wpd

A00051

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire 1/26/98 | Dept. 5622-#4 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Ron Tingle    SS#

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested July 7 & 8th, 2003    (Calendar)    (Anniversary)    Both Personal D

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Ron Tingle                                    X Ron R. Tingle
Employee Signature                               Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* |

**Vacation**                          **Floating Holidays**

1)    Total Days Due: _____        Total Days Due: _____

2)    Days Requested: _____        Days Requested: _____

3)    Days Remaining: _____        Days Remaining: _____

(1 - 2 = 3)

JUL 12 2003

Human Resources Representative's Signature          Date

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☐  Disapproved ☐        **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Joseph L. Gannon
Signature                    Date                Signature                    Date

**FOREMAN:** Approved ☐  Disapproved ☐            **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature                    Date                Signature                    Date

NOTE:      PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
           IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00052

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire 1/26/98 | Dept. 5622-#4 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Ron Tingle    SS#.

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested July 7 & 8th, 2005   (circle one)   (Calendar)   (Anniversary)   Both Personals

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Ron Tingle                    X Ron R. Tingle
Employee Signature                Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* | 93 JUL |

### Vacation

1)   Total Days Due: _____

2)   Days Requested: _____

3)   Days Remaining: _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due: _____

Days Requested: _____

Days Remaining: _____

Human Resources Representative's Signature                    Date

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**   Approved ☐   Disapproved ☐

Joseph Gannon

Signature                    Date

**SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature                    Date

**FOREMAN:**   Approved ☐   Disapproved ☐

Signature                    Date

**PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature                    Date

NOTE:   PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00053

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*    Date of Request _2-6-04_    Dept. _5622_

☐ Hourly
☐ Salaried

Employee Name: _Ronald Tingle_    SS# _____

VACATION:
☐ Other _Money Only_    Time Requested FROM _(Two weeks)_ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested FROM _____ TO _____

FLOATING HOLIDAY:
Date Requested _____    (circle one) Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Ron R. Tingle_
Employee Signature    Date _____

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | *To Be Completed by Human Resources*    DATE OF HIRE: _1/26/98_

### Vacation

1)    Total Days Eligible: _____
2)    Days Taken: _____
3)    Days Requested: _____
4)    Days Remaining: _____
      (1 - 2 - 3 = 4)

**PAYROLL**
**FEB 07 2004**
**WEEK ENDING**

### Floating Holidays

Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature    Date _____

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑    Disapproved ☐    SUPERINTENDENT: Approved ☐    Disapproved ☐

_Joe Harrison_
Signature    Date _____    Signature    Date _____

FOREMAN: Approved ☐    Disapproved ☐    PLANT MANAGER: Approved ☐    Disapproved ☐

Signature    Date _____    Signature    Date _____

NOTE:    **PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.**
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*    Date of Hire _4/8/97_    Dept. _5620_

Employee Name: _Russell West_    SS# _____

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested _Money only_    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _Russell West_    Date _____

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ | |
| 2) | Days Requested: _____ | Days Requested: _____ | |
| 3) | Days Remaining: _____ | Days Remaining: _____ | |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature    Date    JUL 20 20__

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**   Approved ☑   Disapproved ☐          **SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature _Joseph Jamison_    Date _____          Signature _____    Date _____

**FOREMAN:**   Approved ☐   Disapproved ☐          **PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature _____    Date _____          Signature _____    Date _____

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
                    IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00055

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire _4/8/97_    Dept. _5620_

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Russell West_    SS# _____

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    Date Requested _Fri – Feb 28th_    (circle one) Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Russell West_    X _2/24/03_
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

| **Vacation** | | **Floating Holidays** |
|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

Human Resources Representative's Signature _____    Date _____

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐    Disapproved ☐          SUPERINTENDENT: Approved ☐    Disapproved ☐

Signature _____    Date _____          Signature _____    Date _____

FOREMAN: Approved ☐    Disapproved ☐          PLANT MANAGER: Approved ☐    Disapproved ☐

_Joseph Jamison_ _2-24-03_          Signature _____    Date _____
Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

**A00056**

6-28-04: 2.02PM.

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request | 10-28-04 | Dept. 3622-4 |

☐ Hourly
☐ Salaried

Employee Name **Russell West**          SS#

**VACATION:**
☐ Other _____     Time Requested FROM _____ TO _____
☐ Full Day          Date Requested _____
☐ Extended Period     Dates Requested FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested **Money only** (circle one) Calendar / Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Russell West                    X 6-28-04
Employee Signature                    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: 4, 8, 90 |

### Vacation                         **Floating Holidays**

PAYROLL

1) Total Days Eligible: _____  JUN 26 2004  Total Days Eligible: _____
2) Days Taken: _____                      Days Taken: _____
3) Days Requested: _____  WEEK ENDING  Days Requested: _____
4) Days Remaining: _____                  Days Remaining: _____

(1 - 2 - 3 = 4)

Human Resources Representative's Signature                    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☑  Disapproved ☐      SUPERINTENDENT: Approved ☐  Disapproved ☐

Joe Harrison          6/8/04
Signature          Date          Signature          Date

FOREMAN: Approved ☐  Disapproved ☐      PLANT MANAGER: Approved ☐  Disapproved ☐

Signature          Date          Signature          Date

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00057

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 4|8|97 | Dept. 5620 |

Employee Name: Russell West    SS# _

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

Hold until W/E 4-5-03

☐ ½ Day        Date Requested _____
☐ Full Day(s)   Date(s) Requested  Money only ( 2 Weeks )

(circle one)

**FLOATING HOLIDAY:**

Date Requested _____        Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Russell West _____        X 03-27-03 _____
Employee Signature                        Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | 03 MAR 27 1 |

### Vacation                                ### Floating Holidays

1)   Total Days Due:     _____        Total Days Due:     _____
2)   Days Requested:     _____        Days Requested:     _____
3)   Days Remaining:     _____        Days Remaining:     _____
         (1 - 2 = 3)

Human Resources Representative's Signature          Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**   Approved ☐   Disapproved ☐        **SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Joe Harrison        3/27/03
Signature            Date                    Signature            Date

**FOREMAN:**   Approved ☐   Disapproved ☐        **PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature            Date                    Signature            Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire 4 | 8 | 97    Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Russell West    SS# _____

**VACATION:**

☐ ½ Day         Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**   Date Requested Money Only    (circle one) Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Russell West _____    X 6-5-03
Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

03 JUN 9

**SECTION 2**  *To Be Completed by Human Resources*

### Vacation                                   ### Floating Holidays

1)  Total Days Due: _____        Total Days Due: _____
2)  Days Requested: _____        Days Requested: _____
3)  Days Remaining: _____        Days Remaining:
                          (1 - 2 = 3)

PAYROLL
JUN 07 2003
WEEK

Human Resources Representative's Signature                              Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐        SUPERINTENDENT:  Approved ☐   Disapproved ☐

Joe Hanson _____  6/5/03        _____
Signature                    Date          Signature                    Date

FOREMAN:  Approved ☐   Disapproved ☐        PLANT MANAGER:  Approved ☐   Disapproved ☐

_____                            _____
Signature                    Date          Signature                    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00059

MOUNTAIRE
## Time Off Request Form

Name _Rodney Briddell_     S.S.#_ _

Date of Hire _4/2/98_     Department _Line Haul_

☐ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED     56:20

| (CHECK ONE): | ✓ | Personal/Floating Holiday - Calendar | |
|---|---|---|---|
| Vacation | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _Money only_     1 WK

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Rodney Briddell_     X _6-26-2000_
Employee's Signature     Date

_Joseph Mannson._     _6-26-2000_ ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE     DATE

_____     _____ ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE     DATE

_____     _____ ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

_____     _____ ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | PAYROLL |
|---|---|---|
| | # OF DAYS REQUESTED | JUN 2 4 2000 |
| | # OF DAYS LEFT | WEEK ENDING |

FORM 011 wp/disc
September 23, 1999

A00060

# MOUNTAIRE
## Time Off Request Form

Name  *Samuel Chandler*    S.S.# _____

Date of Hire  *2/5/90* _____  Department  *Line Haul*

☑ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED        *SloIC*

| *(CHECK ONE):* | | |
|---|---|---|
| Vacation | _____ | Personal/Floating<br>Holiday - Calendar  ✓ |
| | | Personal/Floating<br>Holiday -Anniversary |

Day/Date(s) Requested  *Friday, April 28, 2000* _____

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

✗ _____    ✗ *4/27/00* _____
Employee's Signature                  Date


_____    *4-26-2000* _____  ☑ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE


_____    _____  ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE            DATE


_____    _____  ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE      DATE


_____    _____  ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE      DATE


| FOR OFFICE USE ONLY: | | |
|---|---|---|
| | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011  wp.doc
September 23, 1999

A00061

MOUNTAIRE
# Time Off Request Form

Name _Samuel L Chandler_     S.S.# _____

Date of Hire _5/24/93_     Department _Line Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | | |
|---|---|---|
| Vacation _____ | Personal/Floating Holiday - Calendar | _____ |
| | Personal/Floating Holiday - Anniversary | ✓ |

Day/Date(s) Requested _Friday, June 23, 00_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Samuel Chandler_                    _6/13/2000_
Employee's Signature                    Date

_Joseph Hanson_                    _6-23-2000_     ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE                    DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE                    DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE                    DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE                    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 013 wp-doc
September 23, 1999

A00062

MOUNTAIRE
## Time Off Request Form

Name _Samuel Chandler_ S.S.# _____

Date of Hire _____ 5/24/93 _____ Department _Live Haul_ 562

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| (CHECK ONE):<br>Vacation | ✓<br>PAYROLL<br><br>JUL - 8 2000 | Personal/Floating<br>Holiday - Calendar _____<br><br>Personal/Floating<br>Holiday -Anniversary _____ |

WEEK ENDING
Day/Date(s) Requested _Monday Only_ (2 weeks)

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Samuel Chandler_          _7 - 10 - 2000_
Employee's Signature          Date

_Joseph Harrison_          _7 - 10 - 2000_    ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____          _____    ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____          _____    ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____    ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dac
September 23, 1999

A00063

MOUNTAIRE
**Time Off Request Form**

Name _Anthony Giddins_    S.S.# _____

Date of Hire ___2/8/2000___    Department _Live Haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5050_

| (CHECK ONE): | Personal/Floating | |
|---|---|---|
| Vacation _____ | Holiday - Calendar ____✓____ | |
| | Personal/Floating | |
| | Holiday -Anniversary | |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT ... HAT IF ANYTHING*
*SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURC ... CIRCUMSTANCES.*
*THEY WILL COUNSEL ACCORDINGLY.*

_Anthony Giddens_    _6-19-_    _Need to_
Employee's Signature    Date    _bind_
                                _card_

_Joseph Jasman_    _6-19-_    ✓ _HT-Scr_    ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp/disc
September 23, 1999

JUN 17 2003

WEEK ENDING

## MOUNTAIRE
## Time Off Request Form

Name _Anthony Griddens_                    S.S.# _____

Date of Hire _2/08/2001_ _____      Department _Live Haul_

☐ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED        _5600_

| *(CHECK ONE):* | | | |
|---|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar | _____ |
| | | Personal/Floating Holiday -Anniversary | ✓ |

Day/Date(s) Requested _money only_ _____

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_____                    _2/5/01_
Employee's Signature                          Date

X _Joseph Marinm_                                      ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE        DATE

_____                    _____    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE           DATE

_____                    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____                    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dox
September 23, 1999

# MOUNTAIRE
## Time Off Request Form

Name _Anthony Giddins_    S.S.# _____

Date of Hire _2/8/00_    Department _Line Haul O_

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5620_

| (CHECK ONE): Vacation | Personal/Floating Holiday - Calendar |
|---|---|
| | Personal/Floating Holiday -Anniversary |

Day/Date(s) Requested _Money only_    _IWK_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _____    X _01-29-2001_
Employee's Signature    Date

_Joseph Narvin_    1-29-2001    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE

_____    Pay W/E 2-10.01    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    Check date 0-215.01

_____    Anthony Giddens    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    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

_____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp/dce
September 23, 1999

PAYROLL
FEB 1 0 2001
WEEK ENDING

A00066