**2**

# MOUNTAIRE FARMS OF DELMARVA
## MEMO

TO:  Crewleaders
FROM: Doug Lynch
SUBJECT: Pay Rates
DATE: November 1, 2000


Effective November 1, 2000 crewleaders will not receive additional pay for performing other jobs.  (Catching, forklift).  You should make every effort possible to be fully staffed everyday.  It will be acceptable to pay short hand pay to the catchers.

The crewleader rate of pay will increase to $5.10/1000, effective Oct. 30, 2000.

