3

# MOUNTAIRE
## Time Off Request Form

Name _Ray Leonard_    S.S.# _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_

Date of Hire _1/24/81_    Department _Live Haul_

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED _5620_

| (CHECK ONE): | | |
|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar |
| | | Personal/Floating Holiday -Anniversary |

Day/Date(s) Requested _money only_

I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.

_Ray M Leonard_    Date _12/4/00_
Employee's Signature

_George Feddiman_    _12-5-2000_    ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

PAYROLL

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

DEC 0 9 2000

WEEK ENDING

FORM 011 wp/doc
September 23, 1999

Feddiman
Ex # 1
pcw 2/1/05

A00068

DMV PAYROLL

12- 5-00;12:02PM;

# MOUNTAIRE
## Time Off Request Form

Name _Ray Leonard_      S.S.# _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_

Date of Hire _1/24/81_      Department _Live Haul_

☐ UNION      ☐ NON-UNION HOURLY      ☐ SALARIED

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | ✓ |
| | | Personal/Floating | |
| | | Holiday - Anniversary | _____ |

Day/Date(s) Requested _____ _money only_ _____

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Ray M Leonard_      Date _12/4/00_
Employee's Signature

_George Feddiman_      _12-5-2000_    ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE      DATE

_____      _____    ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE      DATE

_____      _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE      DATE

_Please do
Manuel
Check for Thurs.
Thanks, Susan_      _____    ☐APPROVED ☐DISAPPROVED
PLA      DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wpdoc
September 23, 1999

A00069

# MOUNTAIRE
## Time Off Request Form

Name _Ray Leonard_    S.S.# _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_

Date of Hire _1/24/81_    Department _Live Haul 562C_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

(CHECK ONE):    PAYROLL    Personal/Floating Holiday - Calendar _____

Vacation    JAN 20 2001    Personal/Floating Holiday - Anniversary _____

WEEK ENDING

Day/Date(s) Requested _January 22 2001 - January 27 2001 1/25/01 3_

_Wants All Weeks Pay on 1/25/01_

I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.

_Ron M Leonard_    Date _1/11/01_

Employee's Signature

_George Feldiman_    DATE _1/11/01_    ☑ APPROVED  ☐ DISAPPROVED

SUPERVISOR'S SIGNATURE

_____    DATE _____    ☐ APPROVED  ☐ DISAPPROVED

FOREMAN'S SIGNATURE

_____    DATE _____    ☐ APPROVED  ☐ DISAPPROVED

SUPERINTENDENT'S SIGNATURE

_____    DATE _____    ☐ APPROVED  ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE

FOR OFFICE USE ONLY:    # OF DAYS DUE _____
                        # OF DAYS REQUESTED _____
                        # OF DAYS LEFT _____

FORM 011 Rev.
September 23, 1999

A00070

MOUNTAIRE
## Time Off Request Form

Name _Ray Leonard_        S.S.# _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_

Date of Hire _1/24/81_                    Department _Line Haul 5620_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | PAYROLL | Personal/Floating | | 31 JAN 15 3:5: |
|---|---|---|---|---|
| Vacation | JAN 20 2001 | Holiday - Calendar ____ | | |
| | WEEK ENDING | Personal/Floating Holiday -Anniversary ____ | | |

_only 1 week_

Day/Date(s) Requested _January 22 2001- January 27, 2001_  _on_ _3 wk_

_Wants All weeks pd on 1/25/01_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Ron M Leonard_                    X _1/11/01_
Employee's Signature                    Date

---

_George Feldiman_                    _1/11/01_    ☑ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE                DATE

_____                    _____    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE                 DATE        PAYROLL   1-wk man. ✓

JAN 27 2001   _emp entitled_

_____                    _____    ☑ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE    WEEK ENDING   4 wks

_Payroll e_

_____                    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE           DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dm
September 23, 1999

A00071

MOUNTAIRE

## Time Off Request Form

Name _Roy Leonard_        S.S.# _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_

Date of Hire _1/24/81_        Department _Live Hand_

☑ UNION            ☐ NON-UNION HOURLY            ☐ SALARIED

| (CHECK ONE): | | |
|---|---|---|
| Vacation | _____ | Personal/Floating Holiday - Calendar _✓_ |
| | | Personal/Floating Holiday - Anniversary _____ |

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_+Roy Leonard_                    _4/3/01_                81 APR 3 12:

Employee's Signature            Date

_George Feldman_        _4-3-2001_    ☐ APPROVED  ☐ DISAPPROVED

SUPERVISOR'S SIGNATURE        DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED

FOREMAN'S SIGNATURE        DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED

SUPERINTENDENT'S SIGNATURE        DATE

PAYROLL

APR 07 2001

WEEK ENDING

_____    _____    ☐ APPROVED  ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE        DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00072

# MOUNTAIRE
## Time Off Request Form

Name _Mason Tindley_                    S.S.# _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_

Date of Hire _2/7/80_ -                    Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | ✓ |
| | | Personal/Floating Holiday -Anniversary | ✓ |

Day/Date(s) Requested ____ _money only_ ( Both )

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Mason Tindley_                    _12/4/00_
Employee's Signature                    Date

_George Feldman_                    _12-5-2000_    ☐APPROVED  ☐DISAPPROVED
SUPERVISOR'S SIGNATURE                    DATE

_____                    _____    ☐APPROVED  ☐DISAPPROVED
FOREMAN'S SIGNATURE                    DATE

_____                    _____    ☐APPROVED  ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE                    DATE

_____                    _____    ☐APPROVED  ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE                    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

_Please do manuel Check — Thurs. Thanks_

FORM 011 wyden
September 23, 1999

A00073

# MOUNTAIRE
## Time Off Request Form

Name _Mason Tindley_     S.S.# _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_

Date of Hire _2/7/80_     Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED _5621_

| (CHECK ONE):<br>Vacation _____ | Personal/Floating<br>Holiday - Calendar ✓ _130_ |
| | Personal/Floating<br>Holiday - Anniversary ✓ _135_ |

Day/Date(s) Requested _money only - (Both)_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Mason Tindley_                    _12/4/00_
Employee's Signature                Date

_George Feldman_          _12-5-2000_     ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE     DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE     DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL
DEC 0 9 2000
WEEK ENDING

FORM 011 wpdoc
September 23, 1999

A00074

# MOUNTAIRE
## Time Off Request Form

Name _William Jarmon_    S.S.# _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_

Date of Hire _10-13-97_ ~~~~~~~ Department _Live Hang_
_10-13-1997_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED  _5620_

| (CHECK ONE):<br>Vacation | _____ | Personal/Floating<br>Holiday - Calendar | ☑ _w/c_<br>_3/6/00_ |
| | | Personal/Floating<br>Holiday -Anniversary | _____ |

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _William Jarmon_      X _11-22-00_
Employee's Signature         Date

00 NOV 24 11:

X _George Feddliman_      X _11-22-00_ ____ ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE         DATE

____ ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE         DATE

_Doug Lynch_      _11/24/00_ ____ ☑ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE         DATE

____ ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE         DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL
NOV 25 2000
WEEK ENDING

FORM 011 wydan
September 23, 1999

A00075

# MOUNTAIRE
## Time Off Request Form

Name _William Jarmon_  S.S.# _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_

Date of Hire _10/13/97_ _(illegible)_  Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED    _5620_

---

| (CHECK ONE): | ✓ | Personal/Floating Holiday - Calendar | _____ |
|---|---|---|---|
| Vacation | | | |
| | | Personal/Floating Holiday - Anniversary | _____ |

---

Day/Date(s) Requested _Money only_  _1 WK_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _William J. Jarmon_  X _11-22-00_

Employee's Signature _____  Date _____    08 NOV 24 11:

X _George Feldman_  X _11-22-00_  ☑ APPROVED ☐ DISAPPROVED

SUPERVISOR'S SIGNATURE _____  DATE _____

_____  ☐ APPROVED ☐ DISAPPROVED

FOREMAN'S SIGNATURE _____  DATE _____

_Doug Lynch_  _11/24/00_  ☑ APPROVED ☐ DISAPPROVED

SUPERINTENDENT'S SIGNATURE _____  DATE _____

_____  ☐ APPROVED ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE _____  DATE _____

---

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

**PAYROLL**

**NOV 25 2000**

**WEEK ENDING**

FORM 011 wp:dm
September 23, 1999

A00076

# MOUNTAIRE
## Time Off Request Form

Name _Richard Parker_ S.S.# _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_

Date of Hire _12/21/89_ Department _Live Haul 562_

☐ UNION ☐ NON-UNION HOURLY ☐ SALARIED

| (CHECK ONE):<br>Vacation | ✓ | Personal/Floating<br>Holiday - Calendar _____ |
|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary _____ |

Day/Date(s) Requested _Dec 11, 2000 - Dec. 16, 2000  1 WK_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

x _Richard Parker_                     _11/29/2000_
Employee's Signature                    Date

_George Feldman_          _11/29/2000_  ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE      DATE                      00 NOV 30 1

_____  _____  ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE        DATE

_____  _____  ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE  DATE

_____  _____  ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL

DEC 02 2000

WEEK ENDING

FORM 011 wp:disc
September 23, 1999

A00077

# MOUNTAIRE
## Time Off Request Form

Name _Richard Parker_     S.S.# _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_

Date of Hire _12/21/89_     Department _Live Hang_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED _5620_

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | _____ |
| | | Personal/Floating | ✓ |
| | | Holiday -Anniversary | _____ |

Day/Date(s) Requested _~~Thursday~~ Dec. 7, 2000_

I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.

X _Richard Parker_       X _11/29/2000_
Employee's Signature       Date

_George Feddiman_       _11/29/2000_ ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE       DATE

_____       _____ ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE       DATE

_____       _____ ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE       DATE

_____       _____ ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE       DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL

DEC 09 2000

WEEK ENDING

FORM 011 wpfiles
September 23, 1999

A00078

MOUNTAIRE
## Time Off Request Form

Name _Richard Parker_                 S.S.# _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_

Date of Hire _12/21/89_               Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | Personal/Floating | |
|---|---|---|
| Vacation _____ | Holiday - Calendar ✓ | |
| | Personal/Floating | |
| | Holiday -Anniversary _____ | |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Richard Parker_                    _4/3/01_
Employee's Signature                   Date

_George Feldman_              _4-3-2001_      ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE         DATE

_____      _____      ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE            DATE

_____      _____      ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

PAYROLL
APR _____ 2001

_____      _____      ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE      DATE

WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dsw
September 23, 1999

A00079

# Time Off Request Form

Name _Nathaniel White_   S.S.# _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_

Date of Hire _5/8/00_   Department _Line Hand_

☑ UNION       ☐ NON-UNION HOURLY       ☐ SALARIED      _56.70_

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | _✓_ |
| | | Personal/Floating | |
| | | Holiday -Anniversary | _____ |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Nathaniel White_                           X _3/7/01_
**Employee's Signature**                      **Date**

_George Feddeman_                _3/7/2001_         ☑APPROVED ☐DISAPPROVED
**SUPERVISOR'S SIGNATURE**        **DATE**

_____             _____        ☐APPROVED ☐DISAPPROVED
**FOREMAN'S SIGNATURE**           **DATE**

_____             _____        ☐APPROVED ☐DISAPPROVED
**SUPERINTENDENT'S SIGNATURE**    **DATE**

_____             _____        ☐APPROVED ☐DISAPPROVED
**PLANT MANAGER'S SIGNATURE**     **DATE**

PAYROLL
MAR 1 0 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00080