**6**



# MOUNTAIRE OF DELMARVA LIVEHAUL INTER - COMPANY MEMO

**Date:** 1/27/2003

**To:** Crewleaders, Nuse

**From:** Doug Lynch

**RE: Feb. 15, 2003 Management Meeting**

---

There will be a meeting on Saturday, Feb. 15, 2003, for all management to discuss the companies future direction and plans. This is a mandatory meeting for all management, which includes crewleaders. The time will be from 7:30 AM – 12:00 noon. The place will be decided soon. Keep this date open, to attend this important meeting.

