7

**RECEIVED OF PETTY CASH**

No. 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   DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Thomas Majes | 200.00 |
| W/e 6/1 Per Dave | |
| WEEK ENDING | |
| CHARGE TO ACCOUNT   TOTAL | 200.00 |

Received by: Thomas Majes
Approved by: Roy Walters

TOPS FORM 3008   MADE IN U.S.A.

Walters
Ex # 3
P.W. 2/15/05

**RECEIVED OF PETTY CASH**

No. 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   DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Daniel Miller | $1.00 |
| Short Bond Pay | |
| WEEK ENDING 6/8 Rosare | |
| **PAYROLL** JUN 08/2002 | |
| CHARGE TO ACCOUNT | TOTAL $1.00 |

RECEIVED BY _____   APPROVED BY _____

TOPS FORM 3008                      MADE IN U.S.A.

**RECEIVED OF PETTY CASH**

No. 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    DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| William Harvey | 11.00 |
| Short Payday | |
| PAYROLL JUN 08 2002 WEEK ENDING | w/e 6/8 Per Dave |

CHARGE TO ACCOUNT    TOTAL  11.00

RECEIVED BY: William Harvey    APPROVED BY: Jay Walters

TOPS FORM 3008    MADE IN U.S.A.

**RECEIVED OF PETTY CASH**

No. 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   DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Isaiah Daniels | $11.00 |
| Short hand day PAYROLL JUN 08 2002 Per Day WEEK ENDING | |
| CHARGE TO ACCOUNT   TOTAL | $11.00 |

Isaiah Daniels
RECEIVED BY

_[signature]_
APPROVED BY

TOPS FORM 3008                               MADE IN U.S.A.

**RECEIVED OF PETTY CASH**

No. 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   DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Richard Satchell | $11.00 |
| Short hand pay | |

PAYROLL
JUN 0 8 2002   6/8 per Jane
WEEK ENDING   TOTAL $11.00

Richard Satchell   Roy Walters
RECEIVED BY   APPROVED BY

TOPS FORM 3008   MADE IN U.S.A.

**RECEIVED OF PETTY CASH**

No. 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   DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Norman Manuel | 911.00 |
| Short Payroll | |
| JUN 08 2002 ble 6/8 per Core | |
| WEEK ENDING | |
| CHARGE TO ACCOUNT   TOTAL | 911.00 |

Norman C. Manuel  —  Joy Watters
RECEIVED BY         APPROVED BY

TOPS FORM 3008                         MADE IN U.S.A.

**RECEIVED OF PETTY CASH**

No. 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     DATE 6-3-02

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Coolidge Frazier | $11.00 |
| Short hand PAYROLL JUN 0 8 2002 WEEK ENDING: Per Day | |
| | |
| **TOTAL** | $11.00 |

CHARGE TO ACCOUNT

Coolidge Frazier — RECEIVED BY

Roy _____ — APPROVED BY

TOPS FORM 3008     MADE IN U.S.A.