8

No. 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   Amount $ 60.00

**RECEIVED OF PETTY CASH** ✓

Date 7/3/2002

For Freddie Matthews

Charge to _____

PAYROLL
JUL 06 2002
WEEK ENDING

Nathaniel Briddell          Freddie Matthews
Approved by                 Received by

AMPAD  23-140 - 40 SHEETS



DEPOSITION
EXHIBIT
Briddell 2
1-27-05  LH

No. 214-464665    Amount $ 50.00

**RECEIVED OF PETTY CASH**

Date 7/3/2002

For Daniel Collick

Charge to

PAYROLL
JUL 1 2002
WEEK ENDING

Nathaniel Briddell                  [signature]
Approved by                         Received by

AMPAD  23-140 - 40 SHEETS

No. 216.38.8147   Amount $ 60.00

**RECEIVED OF PETTY CASH**

Date 9/2/2002

For Warren Purnell

Charge to Warren Purnell

*Nathaniel Briddell*
Approved by            Received by

*Stamp: PAYROLL JUL 06 2002 WEEK ENDING*

AMPAD 23-140 - 40 SHEETS

**RECEIVED OF PETTY CASH**

No. 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    DATE 6/14/2002

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| Charles Jooks | 190 00 |
| PAYROLL JUN 15 2002 WEEK ENDING | |

CHARGE TO ACCOUNT    TOTAL

*Nathaniel Briddell*    *Charles Jooks*
RECEIVED BY    APPROVED BY

TOPS FORM 3008    MADE IN U.S.A.

No. 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   Amount $ 25.00

**RECEIVED OF PETTY CASH**

Date 5/17/2002

For Friddrich Finny   PAYROLL

Charge to _____   MAY 18 2002

WEEK ENDING

Nathaniel Briddell          Frederick Franey
Approved by              Received by

AMPAD  23-140 - 40 SHEETS

No. 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    Amount $ 110.00 95.00

**RECEIVED OF PETTY CASH**

PAYROLL Date 5/21/2002

For _Mike Phillips_

Charge to _WEEKEND DOUBLE OFF_ Doug

_Nathaniel Briddell_
Approved by

_Michael Phillips_
Received by
_Nathaniel Briddell_

AMPAD 23-140 - 40 SHEETS

No. 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   Amount $ 125.00 Verbal

DAVPO~

**RECEIVED OF PETTY CASH**

MAY 18 2002   Date 5/17/2002

For 1, 2, 5, WEEK ENDING

Charge to Ricky Sturgis

_Nathaniel Briddell_   _Ricky Sturgis_
Approved by   Received by

AMPAD  23-140 - 40 SHEETS

No. 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   Amount $ 62.00
                              $67.00
**RECEIVED OF PETTY CASH**
                    Date 5/31/2002
For Charles Joo PAYROLL
Charge to          JUN 0 1 2002
                WEEK ENDING
Nathaniel Briddell    Charles Sooks
Approved by          Received by

AMPAD  23-140 - 40 SHEETS