**9**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 2/11/85 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Foreman    SS# 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

**VACATION:**

Hold until w/e 2-8-03

☐ ½ Day        Date Requested Money only    3 wks

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**                    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

x Richard Foreman _____    x _____
Employee Signature                      Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**                              **Floating Holidays**

1) Total Days Due: _____    Total Days Due: _____

2) Days Requested: _____    Days Requested: _____    PAYROLL

3) Days Remaining: _____    Days Remaining: _____    FEB 08 2003

    (1 - 2 = 3)                              WEEK

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR: Approved ☑    Disapproved ☐        SUPERINTENDENT: Approved ☐    Disapproved ☐

Nathaniel Briddell    1/24/03            _____    _____
Signature              Date              Signature            Date

FOREMAN: Approved ☐    Disapproved ☐        PLANT MANAGER: Approved ☐    Disapproved ☐

_____    _____        _____    _____
Signature            Date                  Signature            Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

**DEPOSITION EXHIBIT**
Briddell 1
1-27-05  LH

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00137

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Hire | 2/11/85 | Dept. 5620 |
|---|---|---|---|---|

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Foreman   ss# 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

5620

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

                                    (circle one)

**FLOATING HOLIDAY:**

Date Requested  Money only          Calendar      (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X  Richard Foreman                              Date 7/20/01
Employee Signature

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | To Be Completed by Human Resources |
|---|---|

**Vacation**                                          **Floating Holidays**

1)   Total Days Due:      _____       Total Days Due:      _____
2)   Days Requested:      _____       Days Requested:      _____
3)   Days Remaining:      _____       Days Remaining:      _____
                          (1 - 2 = 3)

_____       _____
Human Resources Representative's Signature                Date

---

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |
|---|---|

SUPERVISOR:  Approved ☐  Disapproved ☐          SUPERINTENDENT:  Approved ☐  Disapproved ☐

Nathaniel Braddell  7/23/01                     _____
Signature          Date                         Signature                    Date

FOREMAN:  Approved ☐  Disapproved ☐             PLANT MANAGER:  Approved ☐  Disapproved ☐

                                                **PAYROLL**
_____
Signature          Date                         Signature                    Date
                                                JUL 2 ? 2001

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.   **WEEK ENDING**
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

A00138

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 1/24/81 | Dept. | 5620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Roy Leonard    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

(circle one)

Date Requested *Money only*    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Roy M Leonard    X 1/30/03
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

03 FEB 3

| SECTION 2 | *To Be Completed by Human Resources* |

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

FEB

_____    _____
Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**  Approved ☑  Disapproved ☐

Nathaniel Briddell  1/31/03
Signature    Date

**SUPERINTENDENT:**  Approved ☐  Disapproved ☐

_____    _____
Signature    Date

**FOREMAN:**  Approved ☐  Disapproved ☐

_____    _____
Signature    Date

**PLANT MANAGER:**  Approved ☐  Disapproved ☐

_____    _____
Signature    Date

NOTE:  PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation F.

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 1/24/81 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Roy Leonard    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested  Money only    (4 weeks)

(circle one)

**FLOATING HOLIDAY:**    Calendar    Anniversary

Date Requested _____

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Roy M Leonard    X 2/26/03

Employee Signature    Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

03 FEB 2

| SECTION 2 | *To Be Completed by Human Resources* | | |
|---|---|---|---|

### Vacation

1)    Total Days Due: _____

2)    Days Requested: _____

3)    Days Remaining: _____
           (1 - 2 = 3)

Human Resources Representative's Signature

### Floating Holidays

Total Days Due: _____

Days Requested: PAID

Days Remaining: MAR 01 2003
WEEK ENDING

Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:    Approved ☑    Disapproved ☐

X Nathaniel Briddell

Signature    Date

FOREMAN:    Approved ☐    Disapproved ☐

Signature    Date

SUPERINTENDENT:    Approved ☐    Disapproved ☐

Signature    Date

PLANT MANAGER:    Approved ☐    Disapproved ☐

Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpt

**A00140**

# Time Off Request Form

Name _Warren Purnell_          S.S.# _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_

Date of Hire _4/26/93_          Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): Vacation | ✓ | Personal/Floating Holiday - Calendar | _____ |
|---|---|---|---|
| | | Personal/Floating Holiday -Anniversary | _____ |

Day/Date(s) Requested _Money only    (Both) 2 Wk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Warren Purnell_                    _3/23/01_
Employee's Signature                 Date

_Nathaniel Riddell_          _3/23/01_     ☑ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____          _____     ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____          _____     ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____     ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dm
September 23, 1999

A00141

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee*   Date of Hire __4/10/93__ | Dept. __5620__ |
|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Warren Purnell__   SS# __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__

**VACATION:**

☐ ½ Day          Date Requested __money only__   _Jurs_
☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

                                          (circle one)
Date Requested _____   Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

__Warren Purnell__                          __3/21/02__
Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

02 MAR 29

**Vacation**                                          **Floating Holidays**

1)   Total Days Due:     _____        Total Days Due:     _____
2)   Days Requested:     _____        Days Requested:     _____
3)   Days Remaining:     _____        Days Remaining:     _____
                         (1 - 2 = 3)

Human Resources Representative's Signature        Date

---

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**  Approved ☑  Disapproved ☐        **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

__Nathaniel Bruddel__                                Signature                          Date
Signature                          Date

**FOREMAN:**  Approved ☐  Disapproved ☐            **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Signature                          Date                Signature                          Date

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\t                                        .wpd

**A00142**

# Time Off Request Form

Name _Warren Purnell_    S.S.# _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_

Date of Hire _4/26/93_    Department _Livehand_

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| (CHECK ONE):<br>Vacation | _____ | Personal/Floating<br>Holiday - Calendar | _____ |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | ✓ |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Warren Purnell_    Date _3/23/01_
Employee's Signature

_Nathaniel Braddell_    _3/23/01_    ☑APPROVED  ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐APPROVED  ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED  ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

MAR 24 2001

_____    _____    ☐APPROVED  ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00143

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire ___4/26/93___   Dept. ___362C___
                                                          ___11/10/95___      ☑ Union

Employee Name: _Warren Purnell_   SS# _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_       ☐ Non-Union Hourly
                                                          ☐ Salaried

**VACATION:**                       *Hold until w/e 4-5-03*

☐ ½ Day          Date Requested _____
☐ Full Day(s)    Date(s) Requested _Money only_ (⟨2⟩ 3 Weeks)

                                              (circle one)

**FLOATING HOLIDAY:**

_____ Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Warren Purnell_                              _3/11/03_
Employee Signature                            Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*

### Vacation                                   ### Floating Holidays

1)   Total Days Due:      _____        Total Days Due:      _____
2)   Days Requested:      _____        Days Requested:      _____
3)   Days Remaining:      _____        Days Remaining:      _____
                          (1 - 2 = 3)

Human Resources Representative's Signature _____   Date _____

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐
_Nathaniel Brisdell_
Signature              Date                    Signature              Date

FOREMAN:  Approved ☐  Disapproved ☐           PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature              Date                    Signature              Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*     Date of Hire  4/26/93      Dept. 5620

Employee Name: Warren Purnell      SS# 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

☐ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day      Date Requested _____

☐ Full Day(s)      Date(s) Requested _____

**FLOATING HOLIDAY:**      (circle one)     Both

Date Requested  Monday      (Calendar)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Warren K. Purnell          X 12/10/02
Employee Signature                Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
   (1 - 2 = 3)

Human Resources Representative's Signature

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐

Nathaniel Briddell
Signature                Date

FOREMAN:   Approved ☐   Disapproved ☐

Signature                Date

SUPERINTENDENT:  Approved ☐   Disapproved ☐

Signature                Date

PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature                Date

NOTE:      PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WP\DATA\FORMS\COR\\                l.wpd

A00145

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 4/26/90 | Dept. 5620 |
|---|---|---|---|

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Warren Purnell          SS# 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

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**                                    (circle one)    Both
          Date Requested ~~Thanksgiving~~    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Warren K. Purnell                        X 12/10/02
Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**

1)   Total Days Due:       _____
2)   Days Requested:       _____
3)   Days Remaining:       _____
                           (1 - 2 = 3)

**Floating Holidays**

Total Days Due:       _____
Days Requested:       _____
Days Remaining:       _____

                                DEC 1 4 20
                                WIRES

_____
Human Resources Representative's Signature          Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**  Approved ☐   Disapproved ☐          **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

Nathaniel Briddell
_____                            _____
Signature              Date                          Signature              Date

**FOREMAN:**  Approved ☐   Disapproved ☐          **PLANT MANAGER:**  Approved ☐   Disapproved ☐

_____                            _____
Signature              Date                          Signature              Date

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\D.                                    wpd

A00146

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 4/10/95 | Dept. 5620 |
|---|---|---|---|

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Warren Purnell    SS# 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

**VACATION:**

☐ ¼ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested Money only    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Warren Purnell                                3/21/03
Employee Signature                           Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                                    **Floating Holidays**

1) Total Days Due: _____     Total Days Due: _____

2) Days Requested: _____     Days Requested: _____

3) Days Remaining: _____     Days Remaining: _____
        (1 - 2 = 3)

Human Resources Representative's Signature _____     Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☐  Disapproved ☐        **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Nathaniel Briddell 3/21/00
Signature          Date                           Signature          Date

**FOREMAN:** Approved ☐  Disapproved ☐          **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature          Date                           Signature          Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\P1

# MOUNTAIRE
## Time Off Request Form

Name _Warren Purnell_    S.S.# _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_

Date of Hire _4/26/93_ _04-10 95_ _FT_    Department _Live Haul_ _56¢_

☐ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED

| *(CHECK ONE):* | | |
|---|---|---|
| Vacation | Personal/Floating Holiday - Calendar | ✓ _01_ |
| | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Warren Purnell_                           X _1/6/01_
Employee's Signature                           Date

_Nathaniel Briddell_                     _1/6/01_    ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE                 DATE

_____        _____    ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE                    DATE

_____        _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE             DATE

_____        _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE              DATE

| *FOR OFFICE USE ONLY:* | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wydm
September 22, 1999

PAYROLL
JAN 0 6 2001
WEEK ENDING

A00148

MOUNTAIRE
## Time Off Request Form

Name _Ricky Sturgis_            S.S.# _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_

Date of Hire _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_      Department _Sindland_
                 _6/30/1977_                    _562C_

☑ UNION      ☐ NON-UNION HOURLY      ☐ SALARIED

---

| *(CHECK ONE):* | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | ✓ |
| | | Personal/Floating | |
| | | Holiday -Anniversary | _____ |

---

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Ricky Sturgis_              X _1/23/01_
Employee's Signature              Date

---

_Nathaniel Braddell_         _1/23/01_         ☑APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE        DATE

_____      _____      ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____      _____      ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____      _____      ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

---

| *FOR OFFICE USE ONLY:* | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011  wp-disc
September 23, 1999

# MOUNTAIRE
## Time Off Request Form

Name _Ricky Sturgis_          S.S.# _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_

Date of Hire _6/30/77_          Department _Live Hang_

◻ UNION          ◻ NON-UNION HOURLY          ◻ SALARIED     _5670_

| (CHECK ONE): | | | | |
|---|---|---|---|---|
| Vacation | ✓ | | Personal/Floating Holiday - Calendar | |
| | | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested  _Money only    (4 weeks)_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Ricky Sturgis_          X _6/30/01_
Employee's Signature          Date

_Nathaniel Bruddell_          _7/4/01_     ☑APPROVED ◻DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____          _____     ◻APPROVED ◻DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____          _____     ◻APPROVED ◻DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____     ◻APPROVED ◻DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

PAYROLL
JUL 0 7 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wp:dss
September 23, 1999

A00150

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 6/30/77 | Dept. 5620 |

Employee Name: Ricky Sturgis     SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**     Date Requested Feb. 13, 2002     (circle one) (Calendar)  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Ricky S Sturgis
Employee Signature _____     X _____ Date

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                                    **Floating Holidays**

1)     Total Days Due: _____     Total Days Due: _____

2)     Days Requested: _____     Days Requested: _____

3)     Days Remaining: _____     Days Remaining: _____

(1 - 2 = 3)

Human Resources Representative's Signature _____     Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☐  Disapproved ☐        **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Nathaniel Briddell
Signature _____ Date _____        Signature _____ Date _____

**FOREMAN:** Approved ☐  Disapproved ☐        **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature _____ Date _____        Signature _____ Date _____

**NOTE:**     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

CAD....FORMS\CORD...\Plant\HR\111 - Vaca

A00151

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Hire 6/30/77 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Ricky Sturgis    SS# 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

**VACATION:**

5 wks

☐ ½ Day        Date Requested _____

☐ Full Day(s)    Date(s) Requested Money only (All Weeks Due)

**FLOATING HOLIDAY:**

(circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Ricky Sturgis                                6/21/02

Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources |
|---|---|

**Vacation**                                    **Floating Holidays**

1) Total Days Due: _____        Total Days Due: _____

2) Days Requested: _____        Days Requested: _____

3) Days Remaining: _____        Days Remaining: _____

(1 - 2 = 3)

_____        _____
Human Resources Representative's Signature                    Date

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |
|---|---|

**SUPERVISOR.** Approved ☑  Disapproved ☐        **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

Nathaniel Buddell
_____        _____
Signature                    Date                Signature                    Date

**FOREMAN:**  Approved ☐  Disapproved ☐        **PLANT MANAGER:**  Approved ☐  Disapproved ☐

_____        _____
Signature                    Date                Signature                    Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Deh\Plant\l

**A00152**

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*     Date of Hire **6/30/77**     Dept. **5620**

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Ricky Sturgis**     SS# **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**

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**     (circle one)     **Both**

Date Requested **March 20th & 21st, 2603**     (Calendar)     (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my superior and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature **Ricky S Sturgis**          Date **3/17/03**

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

**Vacation**                                      **Floating Holidays**

1)   Total Days Due:     _____          Total Days Due:     _____

2)   Days Requested:     _____          Days Requested:     _____

3)   Days Remaining:     _____          Days Remaining:     _____

(1 - 2 = 3)

Human Resources Representative's Signature _____          Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐  Disapproved ☐          **SUPERINTENDENT:** Approved ☐  Disapproved ☐

**Nathaniel Braddell**
Signature _____  Date _____          Signature _____  Date _____

**FOREMAN:** Approved ☐  Disapproved ☐          **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature _____  Date _____          Signature _____  Date _____

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\H1

A00153

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee* | Date of Hire 7/7/80 | Dept. 5620

Employee Name: Mason Tindley | SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day | Date Requested _____

☐ Full Day(s) | Date(s) Requested _____

**FLOATING HOLIDAY:** (circle one)

Date Requested Money only ~~Calendar~~ (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Mason Tindley | 12/20/02
Employee Signature | Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** | *To Be Completed by Human Resources*

02 DEC 24

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) Total Days Due: _____ | | Total Days Due: _____ | |
| 2) Days Requested: _____ | | Days Requested: _____ | |
| 3) Days Remaining: _____ | | Days Remaining: _____ | |
| (1 - 2 = 3) | | | |

PAYROLL
DEC 21 2002
WEEK ENDING

Human Resources Representative's Signature _____ | Date _____

---

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☑  Disapproved ☐ | **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Nathaniel Bruddell 12/20/02
Signature | Date | SM | Signature | Date

**FOREMAN:** Approved ☐  Disapproved ☐ | **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature _____ | Date _____ | Signature _____ | Date _____

---

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\DATA\WPDATA\FORMS\COR\DefPl:

A00154

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*     Date of Hire ___7/7/80___     Dept. __5620__

Employee Name: __Mason Tindley__     SS# __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__

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**     Date Requested __Money only__     (circle one)     Calendar     (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature __Mason Tindley__     Date __12/20/02__

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | |
| | (1 – 2 = 3) | | DEC 21 2002 |

Human Resources Representative's Signature _____     Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑     Disapproved ☐          SUPERINTENDENT:  Approved ☐     Disapproved ☐

Signature __Nathaniel Bruddell__  Date __12/20/02__     Signature _____     Date _____

FOREMAN:  Approved ☐     Disapproved ☐          PLANT MANAGER:  Approved ☐     Disapproved ☐

Signature _____     Date _____     Signature _____     Date _____

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WTDATA\FORMS\CORD\NPlant\HR\

**A00155**

MOUNTAIRE
## Time Off Request Form

Name _Mason Tindley_     S.S.# _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_

Date of Hire _7/7/80_     Department _Live Haul 056_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED

| (CHECK ONE): | | | |
|---|---|---|---|
| Vacation | ✓ | Personal/Floating Holiday - Calendar | |
| | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _Money only_    (_4 weeks_)

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Mason Tindley_                     _7/9/01_     31 JUL 9 1:
Employee's Signature               Date

_Nathaniel Braddell_               _✓_              ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE            DATE

_____        _____   ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE              DATE

_____        _____   ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE       DATE

_____        _____   ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE        DATE

PAYROLL
JUL 0 7 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011  rev. date
September 23, 1999

A00156

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** To Be Completed by Employee   Date of Hire _7/7/80_   Dept. _562C_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Mason Tindley_ SS# _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_

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**                                   (circle one)

Date Requested _Money only_   Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Mason Tindley_                                    _12/14/01_
Employee Signature                                 Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  To Be Completed by Human Resources

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature                    Date

**SECTION 3** To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR:  Approved ☐  Disapproved ☐       SUPERINTENDENT:  Approved ☐  Disapproved ☐

_Nathaniel Briddell_   _12/14/01_
Signature                Date              Signature                Date

FOREMAN:  Approved ☐  Disapproved ☐        PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature                Date              Signature                Date

NOTE:      PINK TO EMPLOYEE; YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
           IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form ...

**A00157**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire 7/7/80   Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Mason Tindley   SS# 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

**VACATION:**

☐ ½ Day      Date Requested   Money only ( 4 weeks )
☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**
(circle one)

Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Mason Tindley                    2/3/02

Employee Signature                    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*                    02 JUL 3

**Vacation**                                **Floating Holidays**

1)   Total Days Due: _____          Total Days Due: _____
2)   Days Requested: _____          Days Requested: _____
3)   Days Remaining: _____          Days Remaining: _____
          (1 - 2 = 3)

Human Resources Representative's Signature _____          Date _____

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐   Disapproved ☐          **SUPERINTENDENT:** Approved ☐   Disapproved ☐

Nathaniel Briddell
Signature                    Date          Signature                    Date

**FOREMAN:** Approved ☐   Disapproved ☐          **PLANT MANAGER:** Approved ☐   Disapproved ☐

Signature                    Date          Signature                    Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPh

A00158

# Time Off Request Form

Name _Robert Wise_          S.S.# _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_

Date of Hire _2/21/2000_          Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | | |
|---|---|---|
| Vacation _____ | Personal/Floating<br>Holiday - Calendar | ✓ |
| | Personal/Floating<br>Holiday -Anniversary | |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Robert L. Wise_          _2/23/01_
Employee's Signature          Date

---

_Nathaniel Briddell_          _2/23/01_          ☑ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____          ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____          ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wyr:dan
September 23, 1999

MOUNTAIRE
## Time Off Request Form    150·60·6813

Name **Robert L. Wise**           S.S.# *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*

Date of Hire **2-21-00**                    Department **Live Haul**

☐ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED     5620
                                                              5134

| (CHECK ONE): Vacation | ✓ | Personal/Floating Holiday - Calendar | |
| | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested  **Money only**                    **1 wk**

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

**Robert L. Wise**                          **2/6/01**
Employee's Signature                        Date

**Nathaniel Briddell**          **2/6/01**      ☑ APPROVED   ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____          _____      ☐ APPROVED   ☐ DISAPPROVED
FOREMAN'S SIGNATURE              DATE

_____          _____      ☐ APPROVED   ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE       DATE

_____          _____      ☐ APPROVED   ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE        DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

PAYROLL
FEB 10 2001
WEEK ENDING

FORM 011 wp.doc
September 23, 1999

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 8/2/01 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Fred Finney*    SS# 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

**VACACTION:**

☐ ½ Day         Date Requested _____ /WK

☐ Full Day(s)   Date(s) Requested *Money only*

**FLOATING HOLIDAY:**

Date Requested _____      (circle one)   Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X *Frederick Finney*                    X 8-2-02
Employee Signature                          Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

### Vacation                                    ### Floating Holidays

1)  Total Days Due:     _____        Total Days Due:     _____
2)  Days Requested:     _____        Days Requested:     _____
3)  Days Remaining:     _____        Days Remaining:     _____

(1 - 2 = 3)

Human Resources Representative's Signature                          Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:** Approved ☐  Disapproved ☐        **SUPERINTENDENT:** Approved ☐  Disapproved ☐

*Nathaniel Baddil*
Signature                        Date         Signature                        Date

**FOREMAN:** Approved ☐  Disapproved ☐        **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature                        Date         Signature                        Date

NOTE:      PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
           IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\PI

A00161

MOUNTAIRE
## Time Off Request Form

Name _Wardell Foreman Jr_ S.S.# _214 06 9479_

Date of Hire _2-23-94_ _____ Department _Live haul_

☐ UNION        ☐ NON-UNION HOURLY        ☐ SALARIED   _56 ._

| *(CHECK ONE):* | | Personal/Floating | |
|---|---|---|---|
| Vacation | ✓ | Holiday - Calendar | |
| | | Personal/Floating | |
| | | Holiday -Anniversary | |

Day/Date(s) Requested _Money only ( 1 week )_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Wardell Foreman_ _____ Date _2/5/01_
Employee's Signature

01 FEB 5 21

_Nathaniel B. Riddell_ _____ _2/5/01_ ☒APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE        DATE

_____ _____ ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE        DATE

_____ _____ ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE        DATE

_____ _____ ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE        DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wpdaa
September 13, 1999

A00162

# Time Off Request Form

Name _Wardell Foreman_     S.S.# _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_

Date of Hire _2/23/96_          Department _Live Hand_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED

| *(CHECK ONE)*: Vacation _____ | Personal/Floating Holiday - Calendar | ✓ |
| | Personal/Floating Holiday - Anniversary | ✓ |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Wardell Foreman_          _3-26-01_
Employee's Signature          Date

_Nathaniel Biddell_                          _____ ☑ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____          _____ ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____          _____ ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____ ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

| *FOR OFFICE USE ONLY:* | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dss
September 23, 1999

A00163

MOUNTAIRE

# Time Off Request Form

Name _Wardell Foreman_    S.S.# _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_

Date of Hire _2/23/96_    Department _Live Hang Cre_

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| *(CHECK ONE):* | | |
|---|---|---|
| Vacation | Personal/Floating Holiday - Calendar | ✓ |
| | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Wardell Foreman_    X _1/12/01_
Employee's Signature    Date

_Nathaniel Ruddell_    _1/12/01_    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| *FOR OFFICE USE ONLY:* | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp-dox
September 23, 1999

PAYROLL
JAN
WEEK EN

A00164

MOUNTAIRE

## Time Off Request Form

Name  Anthony Jackson          S.S.#  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

Date of Hire  4/15/97          Department  LineHand 3620

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE):<br>Vacation | _____ | Personal/Floating<br>Holiday - Calendar | ✓ |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | |

Day/Date(s) Requested  Money only

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING
SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES.
THEY WILL COUNSEL ACCORDINGLY.*

Anthony C. Jackson              X   1/16/01                    01 JAN 17 9:
Employee's Signature                    Date

Nathaniel Riddell              1/16/01      ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_____      _____  ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE             DATE

_____      _____  ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE      DATE

_____      _____  ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE       DATE

PAYROLL

JAN 20 2001

WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wpdss
September 23, 1999

A00165

# Time Off Request Form

Name _Anthony Jackson_    S.S.# _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_

Date of Hire _4/15/99_    Department _Line Hand_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| (CHECK ONE): | | Personal/Floating |
| --- | --- | --- |
| Vacation | ✓ | Holiday - Calendar |
| | | Personal/Floating |
| | | Holiday -Anniversary |

Day/Date(s) Requested _X Money only 1 Wk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Anthony Jackson_    _4/4/01_
Employee's Signature    Date

_Nathaniel Briddell_    _4/4/01_    ☑ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
| --- | --- | --- |
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wp.doc
September 23, 1999

PAYROLL

APR 0 7 2001

WEEK ENDING

A00166

31 NOV 30 4:

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee*   Date of Hire 11/9/79 | Dept. 5620 |

Employee Name: Robert Jarmon   SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**                                (circle one)

Date Requested Money Only     Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Robert J Jarmon                    X 11/27/01
Employee Signature                        Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* |

| **Vacation** | | **Floating Holidays** |

1)   Total Days Due:     _____         Total Days Due:     _____

2)   Days Requested:     _____         Days Requested:     _____

3)   Days Remaining:     _____         Days Remaining:     _____
                  (1 - 2 = 3)

Human Resources Representative's Signature _____        Date _____

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

DEC 0 1 2001

**SUPERVISOR:**  Approved ☐   Disapproved ☐        **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

Signature _____   Date _____        Signature _____   Date _____

**FOREMAN:**  Approved ☑   Disapproved ☐        **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Nathaniel Briddell  11/27/01
Signature _____   Date                        Signature _____   Date _____

NOTE:        PINK TO EMPLOYEE, YELLOW TO PAYROLL, WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\CORVacation                    0701.wpd

**A00167**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee*   Date of Hire   11/9/79 | Dept.  5620 |

Employee Name: Robert Jarmon     SS# 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

- ☑ Union
- ☐ Non-Union Hourly
- ☐ Salaried

**VACATION:**

- ☐ ½ Day       Date Requested _____
- ☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**                    (circle one)

Date Requested  money only    (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X  Robert A. Jarmon                              1/10/02
Employee Signature                                Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* |

### Vacation                                    Floating Holidays        31 JAN 11

| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | PAYROLL |
| 3) | Days Remaining: | _____ | Days Remaining: | |
| | | (1 - 2 = 3) | | JAN 12 |

Human Resources Representative's Signature                    Date

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☑   Disapproved ☐        SUPERINTENDENT:  Approved ☐   Disapproved ☐

Nathaniel Brickell
Signature           Date                        Signature           Date

FOREMAN:  Approved ☐   Disapproved ☐           PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature           Date                        Signature           Date

NOTE:       PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlant\HR\111

A00168

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 4/19/01 | Dept. | 5620 |

Employee Name: *Freddie Matthews*  SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day      Date Requested _____

☐ Full Day(s)      Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested *Money only*  (circle one)   ~~Calendar~~   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X *Freddie Matthews*
Employee Signature

✓ Date 1/5/02

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

| **Vacation** | | **Floating Holidays** |
|---|---|---|
| 1) Total Days Due: _____ | | Total Days Due: _____ |
| 2) Days Requested: _____ | | Days Requested: _____ |
| 3) Days Remaining: _____ | | Days Remaining: _____ |
| (1 - 2 = 3) | | |

*PAID  JAN 05  WEEK ENDING*

Human Resources Representative's Signature _____      Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

Signature _____  Date _____          Signature _____  Date _____

FOREMAN:  Approved ☑   Disapproved ☐          PLANT MANAGER:  Approved ☐   Disapproved ☐

*Nathaniel Briddell* 1/5/02
Signature _____  Date          Signature _____  Date _____

**NOTE:**     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlan

pd

A00169

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

Dept. **5620**

**SECTION 1** *To Be Completed by Employee*  Date of Hire **4/19/01**

☐ Union
☑ Non-Union Hourly
☐ Salaried

Employee Name: **Freddie Matthews** SS# **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**

**VACATION:**

☐ ½ Day
☑ Full Day(s)

Date Requested **April 29 - May 4th 2002**  1wk
Date(s) Requested _____

*Wants vac check + Personal Day on check he receives on the 26th*

**FLOATING HOLIDAY:** **money only**  (circle one)
Date Requested ~~April 26th~~   Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X **Freddie R. Matthews**
Employee Signature

X **3/28/02**
Date

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

**Vacation**

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
   (1 - 2 = 3)

**Floating Holidays**

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature      Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☑ Disapproved ☐
**Nathaniel Briddell**
Signature      Date

**SUPERINTENDENT:** Approved ☐ Disapproved ☐
Signature      Date

**FOREMAN:** Approved ☐ Disapproved ☐
Signature      Date

**PLANT MANAGER:** Approved ☐ Disapproved ☐
Signature      Date

**NOTE:** PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\De

A00170

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire 2/19/01    Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Freddie Matthews    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested Money only    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Freddie Matthews    ✓ 12/31/02
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    03 JAN 3

### Vacation

| | | |
|---|---|---|
| 1) | Total Days Due: | _____ |
| 2) | Days Requested: | _____ |
| 3) | Days Remaining: | _____ |
| | (1 - 2 = 3) | |

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: PAYOFF

JAN 04 2003
WEEK ENDING

Human Resources Representative's Signature    Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑    Disapproved ☐    SUPERINTENDENT: Approved ☐    Disapproved ☐

Nathaniel Briddell 1/2/03
Signature    Date    Signature    Date

FOREMAN: Approved ☐    Disapproved ☐    PLANT MANAGER: Approved ☐    Disapproved ☐

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\...\WPDATA\FORMS\COR\DelPlant

A00171

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Hire 9/1/62 | Dept. S620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Sylvester Mitchell**  SS# 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

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**   (circle one)

Date Requested **Money only**   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Sylvester Mitchell**                    1/18/02
Employee Signature                        Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources |

**Vacation**                                    **Floating Holidays**

1) Total Days Due: _____           Total Days Due: _____
2) Days Requested: _____           Days Requested: _____
3) Days Remaining: _____           Days Remaining: _____
   (1 - 2 = 3)

PAYROLL
JAN 19 2002
WEEK ENDING

Human Resources Representative's Signature _____ Date _____

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

**SUPERVISOR:** Approved ☐  Disapproved ☐     **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Signature _____ Date _____       Signature _____ Date _____

**FOREMAN:** Approved ☑  Disapproved ☐   **PLANT MANAGER:** Approved ☐  Disapproved ☐

**Nathaniel Briddell**  1/18/02
Signature          Date                Signature _____ Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DefPln

**A00172**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*     Date of Hire __5/9/02__     Dept. __5620__

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Mike Phillips__     SS# __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__

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**                              (circle one)

Date Requested __Money only__     (Calendar)     Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X __Mike O Phillips__ _____     X __2-25-03__
Employee Signature                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*                    03 FEB 2?

### Vacation                              **Floating Holidays**

1)  Total Days Due: _____     Total Days Due: _____

2)  Days Requested: _____     Days Requested: _____

3)  Days Remaining: _____     Days Remaining: _____

        (1 - 2 = 3)

                                        MAR 0 1 2003
                                        WELA Phillips

Human Resources Representative's Signature _____     Date _____

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐ ✓  Disapproved ☐     **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

__Nathaniel Briddell__

Signature _____ Date _____     Signature _____ Date _____

**FOREMAN:**  Approved ☐  Disapproved ☐     **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Signature _____ Date _____     Signature _____ Date _____

---

NOTE:     PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\I

**A00173**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*  Date of Hire ___5/23/01___  Dept __5620__

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Leroy Taylor*  SS# 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

**VACATION:**

☐ ½ Day  Date Requested _____

☐ Full Day(s)  Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested *Money only* (circle one)  (Calendar)  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Leroy J. Taylor*  +09/5/01

Employee Signature  Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

**Vacation**  *Hold Well*  PAYROLL
SEP 08 2001
WEEK ENDING

1)  Total Days Due: _____

2)  Days Requested: _____

3)  Days Remaining: _____

(1 - 2 = 3)

Human Resources Representative's Signature

**SECTION 3**  *To Be Completed by Employee's supervisor and a Manager*

SUPERVISOR:  Approved ☒  Disapproved ☐

*Nathaniel Braddell*  SUPERINTENDENT:  PAYROLL  Approved ☐  Disapproved ☐

Signature  Date  Signature  SEP 08 2001 Date
WEEK ENDING

FOREMAN:  Approved ☐  Disapproved ☐  PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature  Date  Signature  Date

NOTE:  PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\1

A00174

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire **2/11/85**   Dept. **5620**

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Richard Foreman**   SS# **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**

**VACATION:**

☐ ½ Day    Date Requested **Money only (3 weeks)**
☐ Full Day(s)   Date(s) Requested _____   **Wants checks 2/15/0?**

**FLOATING HOLIDAY:**

Date Requested **money only**   (circle one) (Calendar)  Anniversary   **Wants checks on Friday 2/15**

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Richard Foreman** _____   **2/11/02**
Employee Signature                    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

#### Vacation

1)   Total Days Due:      _____
2)   Days Requested:     _____
3)   Days Remaining:    _____
              (1 – 2 = 3)

#### Floating Holidays

Total Days Due:      _____
Days Requested:     _____
Days Remaining:    _____

**PAYROLL**
**FEB 09 2002**
**WEEK ENDING**

Human Resources Representative's Signature _____   Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑   Disapproved ☐     **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

**Nathaniel Briddell**
Signature _____   Date _____            Signature _____   Date _____

**FOREMAN:**  Approved ☐   Disapproved ☐     **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Signature _____   Date _____            Signature _____   Date _____

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
              IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Pla:        Form 0701.wpd

**A00175**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire __2/11/85__   Dept. __5620__

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Richard Foreman__ SS# __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__

**VACATION:**

☐ ½ Day         Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested __Money only__   (circle one)   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

__Richard Foreman__                          Date __2/7/03__
Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**   *To Be Completed by Human Resources*                    03 FEB 10

### Vacation                                        ### Floating Holidays

1) Total Days Due: _____        Total Days Due: _____

2) Days Requested: _____        Days Requested: _____

3) Days Remaining: _____        Days Remaining: _____

        (1 - 2 = 3)                                   FEB 08 2003

_____                   _____
Human Resources Representative's Signature          Date

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐      SUPERINTENDENT:  Approved ☐   Disapproved ☐

__Nathaniel Briddell__ __2/7/03__
Signature        Date                        Signature                  Date

FOREMAN:  Approved ☐   Disapproved ☐      PLANT MANAGER:  Approved ☐   Disapproved ☐

_____   _____            _____   _____
Signature        Date                        Signature                  Date

NOTE:     PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\... Vacation Form 0701.wpd

A00176