**10**

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 6 / 2 / 03

NAME/ NOMBRE: Jasper Smith

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL:

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: ___/___/___

COMPANY POLICY/ POLITICA DE LA COMPANIA: He should let me no when he take off or Call

VIOLATION/ VIOLACION: Jasper was not home when I went to Pick him up or he did not Call

ACTION/ ACCION:   ORAL   1ST/ PRIMERA   (2ND/ SEGUNDA)   FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indicuir el despido.

Jasper Smith                              6/3/03
Employee's Signature/ Firma del empleado   Date/ Fecha

Joseph Gannon                             6-2-03
Supervisor/ Foreman Signature              Date

_____            _____
Human Resources Manager's Signature         Date


Garrison
Ex # 5
pew 1/14/05

## EMPLOYEE WARNING NOTICE
## *NOTIFICACION DE ADVERTENCIA AL EMPLEADO*

DATE/ *FECHA:* 5 / 30 / 03

NAME/ *NOMBRE:* Jasper Smith

SOCIAL SECURITY NUMBER/ *NUMERO DE SEGURO SOCIAL:*

DEPARTMENT/ *DEPARTAMENTO:* Live Haul

DATE OF HIRE/ *FECHA DE CONTRATACION:* ___/___/___

COMPANY POLICY/ *POLITICA DE LA COMPANIA:* He should let me no when he take off. or Call

VIOLATION/ *VIOLACION:* Jasper was not home when i went to pick him up or he did not Call

ACTION/ *ACCION:*     ORAL     (1ST/ *PRIMERA*)     2ND/ *SEGUNDA*     FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ *He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podría inclcuir el despido.*

Jasper Smith Jr.
Employee's Signature/ *Firma del empleado*     6/3/03
                                                 Date/ *Fecha*

Joseph M annion.
Supervisor/ Foreman Signature     5-30-03
                                   Date

_____
Human Resources Manager's Signature     Date

A00178



# EMPLOYEE WARNING NOTICE

NAME *Clarence Heath*   DATE *12-23-02*
DEPARTMENT *Live Haul*   ID # _____
DATE OF HIRE _____

WORK RULE *Be work on Time*

VIOLATION

*Clarence was late for work. He came to the second stop but I told him that I did not need him. We were just about done. Unexcused*

ACTION  SE   ORAL   1ST   2ND   (3RD)

I HAVE READ AND UNDERSTAND THE ABOVE VIOLATION. I UNDERSTAND THAT DISREGARD OF COMPANY RULES COULD RESULT IN DISCIPLINARY ACTION OR DISCHARGE.

EMPLOYEE SIGNATURE *Refused to Sign 12/27/02 with* ___
SUPERVISOR'S SIGNATURE *Joseph Marvin*
HUMAN RESOURCES MANAGER _____

Mountaire Farms of Delmarva, Inc.
P.O. Box 710, Selbyville, Delaware 19975-0710



# EMPLOYEE WARNING NOTICE

NAME *Clarence Heath*    DATE *10-21-02*
DEPARTMENT *Live Haul*    ID # _____
                         DATE OF HIRE _____

WORK RULE _____

VIOLATION

*Clarence did not work on this day. Because he said he had something to do. unxc*

ACTION   ORAL   1ST   (2ND)   3RD

I HAVE READ AND UNDERSTAND THE ABOVE VIOLATION. I UNDERSTAND THAT DISREGARD OF COMPANY RULES COULD RESULT IN DISCIPLINARY ACTION OR DISCHARGE.

EMPLOYEE SIGNATURE *He Refuse to sign.*
SUPERVISOR'S SIGNATURE *Joseph Garrison*
HUMAN RESOURCES MANAGER _____

Mountaire Farms of Delmarva, Inc.
P.O. Box 710, Selbyville, Delaware 19975-0710

A00180



## EMPLOYEE WARNING NOTICE

NAME *Clarence Heath*  DATE *10-18-02*
DEPARTMENT *Line Haul*  ID # _____
                        DATE OF HIRE _____

WORK RULE *Be work on time*

VIOLATION *Late for work Miss 1 load*

ACTION    ORAL    (1ST)    2ND    3RD

I HAVE READ AND UNDERSTAND THE ABOVE VIOLATION. I UNDERSTAND THAT DISREGARD OF COMPANY RULES COULD RESULT IN DISCIPLINARY ACTION OR DISCHARGE.

EMPLOYEE SIGNATURE *He Refuse sign.*
SUPERVISOR'S SIGNATURE *Joseph Gannon*
HUMAN RESOURCES MANAGER _____

*Mountaire Farms of Delmarva, Inc.
P.O. Box 710, Selbyville, Delaware 19975-0710*

# EMPLOYEE WARNING NOTICE
## *NOTIFICACION DE ADVERTENCIA AL EMPLEADO*

DATE/ *FECHA*: 7 / 10 / 02

NAME/ *NOMBRE*: Clarence Heath

SOCIAL SECURITY NUMBER/ *NUMERO DE SEGURO SOCIAL*:

DEPARTMENT/ *DEPARTAMENTO*: Line Haul

DATE OF HIRE/ *FECHA DE CONTRATACION*: ___/___/___

COMPANY POLICY/ *POLITICA DE LA COMPANIA*: _____

VIOLATION/ *VIOLACION*: Clarence did not come to the second stop. left the job unexcused

ACTION/ *ACCION*:   (ORAL)   1ST/ *PRIMERA*   2ND/ *SEGUNDA*   FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ *He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indicuir el despido.*

Clarence Heath                                    7/11/02
Employee's Signature/ *Firma del empleado*        Date/ *Fecha*

Joseph Harrison                                   7-10-02
Supervisor/ Foreman Signature                     Date

_____                   _____
Human Resources Manager's Signature               Date

A00182