**11**

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Request | 9/24/03 | Dept. 5622 |

Hire Date: 11/01/02

☐ Hourly
☐ Salaried

Employee Name: Syrinus Bagwell     SS# 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

**VACATION:**
☐ Other _____     Time Requested FROM _____ TO _____
☐ Full Day     Date Requested _____
☐ Extended Period     Dates Requested FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested Money only     (circle one) (Calendar) Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Syrinus I Bagwell
Employee Signature          9/24/03 Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* | DATE OF HIRE: 11 / 1 / 02 |

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ | |
| 2) | Days Taken: _____ | Days Taken: _____ | |
| 3) | Days Requested: _____ | Days Requested: _____ | |
| 4) | Days Remaining: _____ | Days Remaining: _____ | |
| | (1 - 2 - 3 = 4) | | |

Human Resources Representative's Signature          Date

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☑ Disapproved ☐     SUPERINTENDENT: Approved ☐ Disapproved ☐

Roy Walters
Signature          Date          Signature          Date

FOREMAN: Approved ☐ Disapproved ☐     PLANT MANAGER: Approved ☐ Disapproved ☐

Signature          Date          Signature          Date

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

Walters
Ex #1
pw 2/15/05

P:\WP Forms\COR\ALL\HR\11 - Vacation Form - Rev 0503.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*     Date of Hire **5/9/94**     Dept. **Line Haul**

☑ Union **567**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **WALTER Brown**     SS# **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**

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**
                                                                    (circle one)
Date Requested **1/10/03**      (Calendar)      Anniversary **money only**

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**WALTER Brown** _____     **1/10/03** _____
Employee Signature                                        Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*                                   27 JAN 15

### Vacation                                                  ### Floating Holidays

1)     Total Days Due:     _____          Total Days Due:     _____

2)     Days Requested:    _____          Days Requested:    **PAYROLL**

3)     Days Remaining:   _____          Days Remaining:   **JAN 1 1 2003**

                              (1 - 2 = 3)                                                 **WEEK ENDING**

_____          _____
Human Resources Representative's Signature          Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑  Disapproved ☐          **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

**Roy Walters**  /  **1/10/03**                              _____  _____
Signature          Date                              Signature          Date
            *Sup*

**FOREMAN:**  Approved ☐  Disapproved ☐          **PLANT MANAGER:**  Approved ☐  Disapproved ☐

_____  _____          _____  _____
Signature          Date                              Signature          Date

---

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDA                              - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| **SECTION 1** To Be Completed by Employee | Date of Hire **5/9/94** | Dept. **LIVE HAUL** |
|---|---|---|

☑ Union **5600**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Walter Brown JR**      SS# **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**

**VACATION:**                           *Hold until W/E 5-10-03*          **2wks**

☐ ½ Day          Date Requested _____

☑ Full Day(s)     Date(s) Requested **5-2-03 - 5-19-03**

**FLOATING HOLIDAY:**                                        (circle one)

Date Requested **5-2-03**          (**Calendar**)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Walter Brown JR**                                        **3/28/03**
Employee Signature                                          Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| **SECTION 2** To Be Completed by Human Resources |
|---|

**Vacation**                                              **Floating Holidays**

1)    Total Days Due:     _____          Total Days Due:     _____
2)    Days Requested:    _____          Days Requested:    _____
3)    Days Remaining:   _____          Days Remaining:   _____
                        (1 - 2 = 3)

Human Resources Representative's Signature _____          Date _____

---

| **SECTION 3** To Be Completed by Employee's Supervisor(s) and/or Manager(s) |
|---|

**SUPERVISOR:** Approved ☑  Disapproved ☐          **SUPERINTENDENT:** Approved ☐  Disapproved ☐

*Gy Walters*          **MAY 10 2003**

Signature _____     Date _____          Signature _____     Date _____

**FOREMAN:** Approved ☐  Disapproved ☐          **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature _____     Date _____          Signature _____     Date _____

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

**A00185**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire 5/9/94 | Dept Live Haul |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Walter Brown JR    SS# 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

**VACATION:**

Hold until W/E 5-10-03

☐ ½ Day    Date Requested _____

☑ Full Day(s)    Date(s) Requested 5-2-03 - 5-19-03

**FLOATING HOLIDAY:**

Date Requested 5-2-03    (circle one) as *already paid* W/E 1-11-03    ~~Calendar~~ (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Walter Brown JR    3/28/03
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| **SECTION 2** | *To Be Completed by Human Resources* |
|---|---|

### Vacation

1)    Total Days Due: _____
2)    Days Requested: _____
3)    Days Remaining: _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

PAYROLL
MAY 1 0 2003
WEEK ENDING

Human Resources Representative's Signature    Date

---

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:  Approved ☑    Disapproved ☐        SUPERINTENDENT:  Approved ☐    Disapproved ☐

Coy Watters
Signature    Date        Signature    Date

FOREMAN:  Approved ☐    Disapproved ☐        PLANT MANAGER:  Approved ☐    Disapproved ☐

Signature    Date        Signature    Date

---

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
    IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00186

# Time Off Request Form

Name _Walter Brow JR_                          S.S.# _221 - 42 - 8257_

Date of Hire _5 / 9 / 94_                    Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED    _5680_

| | | |
|---|---|---|
| **(CHECK ONE):** Vacation | _____ | Personal/Floating Holiday - Calendar |
| | | Personal/Floating Holiday -Anniversary |

Day/Date(s) Requested  _2 / 14 / 01_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Walter Brow JR_                              _2 / 8 / 01_
Employee's Signature                          Date

_Ray Watter_                                 _2-8-01_          ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE                        DATE

                                             31 FEB 12 8:

_____                    _____    ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE                           DATE

_____                    _____    ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE                    DATE

_____                    _____    ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE                     DATE

| | | |
|---|---|---|
| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL
FEB 17 2001
WEEK

FORM 011 wpdocs
September 23, 1999

A00187

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*     Date of Request _____2/11/04_____  Dept. **5622**

☐ Hourly
☐ Salaried

Employee Name: __Isaiah Daniels__      SS# __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__

**VACATION:**

☐ Other _____     Time Requested  FROM _____ TO _____

☐ Full Day          Date Requested _____

☐ Extended Period    Dates Requested  FROM _____   TO _____

**FLOATING HOLIDAY:** _Money only_   (circle one)
Date Requested _____   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

__Isaiah Daniels__                    __2/11/04__
Employee Signature                       Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*     DATE OF HIRE: __8 27 01__

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Eligible: _____ | | Total Days Eligible: _____ | |
| 2) Days Taken: _____ | | Days Taken: _____ | |
| 3) Days Requested: _____ | | Days Requested: _____ | |
| 4) Days Remaining: _____ | | Days Remaining: _____ | |
| (1 - 2 - 3 = 4) | | | |

_____           _____
Human Resources Representative's Signature           Date

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑   Disapproved ☐       SUPERINTENDENT:   Approved ☐    Disapproved ☐

__Roy Walters__   __2/11/04__
Signature       Date                          Signature                Date

FOREMAN:   Approved ☐   Disapproved ☐       PLANT MANAGER:   Approved ☐    Disapproved ☐

_____   _____                        _____        _____
Signature       Date                          Signature                Date

NOTE:      PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00188

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire  _8/27/01_        Dept. _5622_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Isaiah Daniels_  SS# _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_

### VACATION:

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

### FLOATING HOLIDAY:

Date Requested _Monday Sept 15, 2003_   (circle one) Calendar  (**Anniversary**)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Isaiah Daniels_ _sm_          X  _8/27/01_
Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1)  Total Days Due: | _____ | Total Days Due: | _____ |
| 2)  Days Requested: | _____ | Days Requested: | _____ |
| 3)  Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature _____   Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

_Roy Watters_  _8/27/01_
Signature            Date                       Signature            Date

FOREMAN:  Approved ☐  Disapproved ☐          PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature            Date                       Signature            Date

NOTE:     PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORI                                   rm 0701.wpd

**MOUNTAIRE FARMS OF DELMARVA**
**Request for Vacation or Floating Holiday**

*5080*

**SECTION 1** | *To Be Completed by Employee*   Date of Hire _8-27-01_   Dept. _Live haul_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Elsiah Daniels_   SS# _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_

**VACATION:**

☐ ½ Day   Date Requested _____   _/wk_

☑ Full Day(s)   Date(s) Requested _8-29-03 to 9-4-03_   ↑

**FLOATING HOLIDAY:**   (circle one)   ┌─────────────┐
                                       │ 1 Weeks Pay │
Date Requested _____   Calendar   Anniversary   └─────────────┘

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Isaiah J Daniel_   _7-31-03_
Employee Signature   Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | *To Be Completed by Human Resources*   03 AUG 11

**Vacation**   **Floating Holidays**

1)   Total Days Due: _____   Total Days Due: _____   *PAYROLL*

2)   Days Requested: _____   Days Requested: _____   *AUG 28 2003*

3)   Days Remaining: _____   Days Remaining: _____   *WEEK ENDING*
     (1 - 2 = 3)

_____   _____
Human Resources Representative's Signature   Date

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☑   Disapproved ☐   SUPERINTENDENT:   Approved ☐   Disapproved ☐

_Roy H Walton_   _7-31-03_
Signature   Date   Signature   Date

FOREMAN:   Approved ☐   Disapproved ☐   PLANT MANAGER:   Approved ☐   Disapproved ☐

_____   _____   _____   _____
Signature   Date   Signature   Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

**A00190**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire Aug. 27, 01 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Isaiah Daniels    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested Money only    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Isaiah J Daniels _____    X 1-14-03 _____
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* |
|---|---|

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
   (1 - 2 = 3)

_____    _____
Human Resources Representative's Signature    Date

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

JAN 10 2003

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:    Approved ☑    Disapproved ☐

Roy Walters _____    1-17-03
Signature    Date

SUPERINTENDENT:    Approved ☐    Disapproved ☐

_____    _____
Signature    Date

FOREMAN:    Approved ☐    Disapproved ☐

_____    _____
Signature    Date

PLANT MANAGER:    Approved ☐    Disapproved ☐

_____    _____
Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
    IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMSRECORDS\Plant\HR\111 - Vacation Form 0701.wpd

A00191

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire **8-27-01**    Dept. **5620**

Employee Name: **Isaiah Daniels**    SS# **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**

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day                Date Requested _____

☐ Full Day(s)          Date(s) Requested _____

**FLOATING HOLIDAY:** **Money Only**          (circle one)

Date Requested _____    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X **Isaiah J Daniels**                          X **10-10-02**
Employee Signature                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1)  Total Days Due: | _____ | Total Days Due: | |
| 2)  Days Requested: | _____ | Days Requested: | **10-18-02** |
| 3)  Days Remaining: | _____ | Days Remaining: | |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature _____    Date _____

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☑  Disapproved ☐          **SUPERINTENDENT:** Approved ☐  Disapproved ☐

*Roy Watters* **10-10-02**
Signature                Date                     Signature                Date

**FOREMAN:** Approved ☐  Disapproved ☐          **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature _____    Date _____             Signature _____    Date _____

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form 0701.wpd

A00192

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire 8/27/01    Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Isaiah Daniels    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____
☐ Full Day(s)    Date(s) Requested Money only (1 week) Wants on 23rd Taking 3 Days off

**FLOATING HOLIDAY:**    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Isaiah J. Daniels    7-25-02
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*    02 JUL 26

### Vacation                    ### Floating Holidays

1)  Total Days Due: _____    Total Days Due: _____
2)  Days Requested: _____    Days Requested: _____
3)  Days Remaining: _____    Days Remaining: _____

                (1 - 2 = 3)

Human Resources Representative's Signature    Date

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐    SUPERINTENDENT: Approved ☐  Disapproved ☐

Roy Walters    7-25-02
Signature    Date    Signature    Date

FOREMAN: Approved ☐  Disapproved ☐    PLANT MANAGER: Approved ☐  Disapproved ☐

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire **8/27/2001** | Dept. **Live Haul** |
|---|---|---|---|

☑ Union **5620**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Isaiah Daniels**    SS# **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**

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**  **Money Only**  (circle one)

Date Requested **12-28-01**    (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature **Isaiah J Daniels**          Date **12-19-01**

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

01 DEC 24 9:

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**                                    **Floating Holidays**

1)  Total Days Due:        _____   Total Days Due:   _____

2)  Days Requested:        _____   Days Requested:   _____

3)  Days Remaining:        _____   Days Remaining:   _____

(1 - 2 = 3)

PAYROLL

DEC 29 2001

WEEK ENDING

Human Resources Representative's Signature              Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR: Approved ☑  Disapproved ☐          SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature **Roy Watters**  Date **12-19-01**          Signature _____  Date _____

FOREMAN:  Approved ☐  Disapproved ☐          PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature _____  Date _____          Signature _____  Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire  4/16/01    Dept. 5622

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Arthur Fosque    SS# 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

**VACATION:**    1 wk

☐ ½ Day    Date Requested _____

☑ Full Day(s)    Date(s) Requested  Sept. 15, 2003 – Sept. 19, 2003

**FLOATING HOLIDAY:**    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Arthur Fosque
Employee Signature    Date  8/22/03

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

### Vacation

1)  Total Days Due:    _____
2)  Days Requested:    _____
3)  Days Remaining:    _____

(1 - 2 = 3)

SEP 0 3 2003
WEEK ENDING

### Floating Holidays

Total Days Due:    _____
Days Requested:    _____
Days Remaining:    _____

Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

Roy Walters
Signature    Date        Signature    Date

FOREMAN:  Approved ☐  Disapproved ☐        PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature    Date        Signature    Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

## MOUNTAIRE
### Request for Vacation or Floating Holiday

---

**SECTION 1**  *To Be Completed by Employee*     Date of Request **2-3-04**     Dept. **5622**

☐ Hourly
☐ Salaried

Employee Name: **Arthur Fosque**     SS# **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**

**VACATION:**
☐ Other_____     Time Requested  FROM _____ TO _____
☐ Full Day     Date Requested _____
☐ Extended Period     Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested **Monday, Feb. 9th, 2004**  (circle one) (Calendar)  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Arthur Fosque**                                      **2-5-04**
Employee Signature                                      Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*     DATE OF HIRE: **4,16,01**

**Vacation**                                             **Floating Holidays**                24 FEB

1)     Total Days Eligible: _____      ~~PAYROLL~~      Total Days Eligible: _____
2)     Days Taken: _____                               Days Taken: _____
3)     Days Requested: _____      FEB 0 7 2004    Days Requested: _____
4)     Days Remaining: _____       WEEK ENDING   Days Remaining: _____

                            (1 - 2 - 3 = 4)

Human Resources Representative's Signature _____              Date _____

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑  Disapproved ☐       **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

**Roy Watters     1-5-04**
Signature                    Date                     Signature                    Date

**FOREMAN:**  Approved ☐  Disapproved ☐          **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Signature                    Date                     Signature                    Date

---

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00196

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*  Date of Hire 4 | 16 | 01   Dept. 5620

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Arthur Fosque   SS# 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

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**   Oct. 16, 2002          (circle one)

Date Requested                    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Arthur Fosque                          X
Employee Signature                        Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| | Vacation | | Floating Holidays | |
|---|---|---|---|---|
| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | _____ |
| 3) | Days Remaining: | _____ | Days Remaining: | _____ |
| | | (1 - 2 = 3) | | |

Human Resources Representative's Signature          Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐      SUPERINTENDENT: Approved ☐  Disapproved ☐

Signature        9-30-02        Signature                    Date
         Date

FOREMAN:  Approved ☐  Disapproved ☐       PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature          Date               Signature                    Date

NOTE:      PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
           IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00197

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 4/25/01 | Dept. 5620 |

Employee Name: Arthur Fosque    SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**                                    (circle one)

Date Requested March 14, 2003    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Arthur Fosque _____    X 3-11-03
Employee Signature                            Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |                    12 MAR 13 8:

### Vacation                                    ### Floating Holidays

1)  Total Days Due:     _____    Total Days Due:     _____
2)  Days Requested:     _____    Days Requested:     _____
3)  Days Remaining:     _____    Days Remaining:     _____
            (1 - 2 = 3)                        MAR 18 2003

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☑    Disapproved ☐    SUPERINTENDENT:    Approved ☐    Disapproved ☐

Signature Roy Walther   3-11-03           Signature _____    Date _____
            Date

FOREMAN:    Approved ☐    Disapproved ☐    PLANT MANAGER:    Approved ☐    Disapproved ☐

Signature _____    Date _____    Signature _____    Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00198

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 1/24/81 | Dept. | 5620 |

Employee Name: Roy Leonard    SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**                                   (circle one)

Date Requested Money only          Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Roy m Leonard          X 10/.8/02
Employee Signature                                      Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

|  | **Vacation** |  | **Floating Holidays** |
|---|---|---|---|
| 1) | Total Days Due: _____ | | Total Days Due: _____ |
| 2) | Days Requested: _____ | | Days Requested: _____ |
| 3) | Days Remaining: _____ | | Days Remaining: _____ |
|  | (1 - 2 = 3) | | |

_____          _____
Human Resources Representative's Signature          Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

Roy Walters
Signature                    Date 5??          Signature                    Date

FOREMAN:  Approved ☐   Disapproved ☐          PLANT MANAGER:  Approved ☐   Disapproved ☐

                                                Roy m Leonard
Signature                    Date          Signature                    Date

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form 0701.wpd

A00199

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire ___1/24/81___   Dept. _5620_

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Roy Leonard_   SS# _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_

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**   (circle one)

Date Requested _Money only_   (Calendar)   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Roy m Leonard_     X _10/18/02_
Employee Signature                      Date

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

**Vacation**                                     **Floating Holidays**

1)  Total Days Due: _____        Total Days Due: _____
2)  Days Requested: _____        Days Requested: _____
3)  Days Remaining: _____        Days Remaining: _____
        (1 - 2 = 3)

PAYROLL
OCT 1 9 2002
WEEK ENDING

Human Resources Representative's Signature _____   Date _____

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐   Disapproved ☐        **SUPERINTENDENT:** Approved ☐   Disapproved ☐

_Roy Walters_   sr        _____
Signature            Date              Signature              Date

**FOREMAN:** Approved ☐   Disapproved ☐        **PLANT MANAGER:** Approved ☐   Disapproved ☐

_____                        _Roy m Leonard_
Signature            Date              Signature              Date

**NOTE:**   PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
           IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.

A00200

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request 5/28/04 | Dept. 5622-2 |

☐ Hourly
☐ Salaried

Employee Name: Richard Satchell   SS# 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

**VACATION:**

☐ Other _____   Time Requested   FROM _____   TO _____

☐ Full Day   Date Requested _____

☐ Extended Period   Dates Requested   FROM _____   TO _____

**FLOATING HOLIDAY:**

Date Requested Mon only   (circle one)   (Calendar)   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Richard Satchell                    X 5/28/04
Employee Signature                    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: 6, 6, 94 |

| **Vacation** | | **Floating Holidays** |

1)   Total Days Eligible: _____        Total Days Eligible: _____

2)   Days Taken: _____        Days Taken: _____

3)   Days Requested: _____        Days Requested: _____

4)   Days Remaining: _____        Days Remaining: _____

(1 - 2 - 3 = 4)

Human Resources Representative's Signature _____   Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:   Approved ☑   Disapproved ☐        SUPERINTENDENT:   Approved ☐   Disapproved ☐

Roy Walters 5/28/04
Signature        Date        Signature        Date

FOREMAN:   Approved ☐   Disapproved ☐        PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature        Date        Signature        Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00201

## MOUNTAIRE
### Request for Vacation or Floating Holiday

Dept. **5622-2**

**SECTION 1** *To Be Completed by Employee*    Date of Request **5/26/04**

☐ Hourly
☐ Salaried

Employee Name: **Richard Satchell**    SS# **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**

**VACATION:**
☐ Other **3 weeks Pay**    Time Requested   FROM _____ TO _____
                                              *Please Ck  605.04*
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**    (circle one)
Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X **Richard Satchell**    Date **5/26/04**
Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: **6/6/94**

*120 hrs*

|  | **Vacation** |  | **Floating Holidays** |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | | Days Taken: _____ |
| 3) | Days Requested: _____ | | Days Requested: _____ |
| 4) | Days Remaining: _____ | | Days Remaining: _____ |
|  | (1 - 2 - 3 = 4) | | |

*PAYROLL* ...2004

Human Resources Representative's Signature _____    Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐    Disapproved ☐        SUPERINTENDENT:    Approved ☐    Disapproved ☐
**Roy Walters**    **5/26/04**                    Signature _____    Date _____
Signature    Date

FOREMAN:    Approved ☐    Disapproved ☐        PLANT MANAGER:    Approved ☐    Disapproved ☐
                                              Signature _____    Date _____
Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.5

**A00202**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire 6-6-94       Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Satchell   SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____   Jwt S

☑ Full Day(s)   Date(s) Requested (Money only) checks for week of June 7

**FLOATING HOLIDAY:**                                        (circle one)

Date Requested _____   Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Richard Satchell                           5-31-02
Employee Signature                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| | Vacation | | Floating Holidays |
|---|---|---|---|
| 1) | Total Days Due: _____ | | Total Days Due: _____ |
| 2) | Days Requested: _____ | | Days Requested: _____ |
| 3) | Days Remaining: _____ | | Days Remaining: _____ |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature _____   Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐        SUPERINTENDENT: Approved ☐  Disapproved ☐

Roy Walters                        5-31-02
Signature              Date                    Signature                    Date

FOREMAN:  Approved ☐  Disapproved ☐        PLANT MANAGER:  Approved ☐  Disapproved ☐

_____   _____              _____   _____
Signature              Date                    Signature                    Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelsPlant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 6/6/94 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Satchell    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested Money only    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Richard L. Satchell    X 10/18/02
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**                                      **Floating Holidays**

1)  Total Days Due:  _____    Total Days Due:  _____

2)  Days Requested:  _____    Days Requested:  _____

3)  Days Remaining:  _____    Days Remaining:  _____

(1 - 2 = 3)

_____    _____
Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:  Approved ☑  Disapproved ☐    SUPERINTENDENT:  Approved ☐  Disapproved ☐

Rory Walters  10/18/02
Signature    Date SM    Signature    Date

FOREMAN:  Approved ☑  Disapproved ☐    PLANT MANAGER:  Approved ☐  Disapproved ☐

_____    _____
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00204

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire 6/6/94   Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Satchell   SS# 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

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested Mon. January 13, 03   (circle one)

(Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Richard Satchell _____   X _____
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____

(1 - 2 = 3)

Human Resources Representative's Signature _____   Date _____

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

JAN 13 2003

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☑   Disapproved ☐

Roy Walters   1-17-03
Signature   Date

**SUPERINTENDENT:** Approved ☐   Disapproved ☐

Signature _____   Date _____

**FOREMAN:** Approved ☐   Disapproved ☐

Signature _____   Date _____

**PLANT MANAGER:** Approved ☐   Disapproved ☐

Signature _____   Date _____

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlant\HR\111 - Vacation Form 0701.wpd

A00205

*kuy*

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire _6/6/94_    Dept. _5620_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Richard Satchell_    SS# _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_

**VACATION:**

☐ ½ Day    Date Requested _____    _2wks_

☑ Full Day(s)    Date(s) Requested _Wants Both Checks_ ! June 9-13, June 16, 2003
_Day_    _(6 Days 96)_

**FLOATING HOLIDAY:**

Date Requested _____    Calendar    Anniversary    (circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Richard L. Satchell_    _5/23/03_
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

PAYROLL
JUN 07 2003

Human Resources Representative's Signature _____    Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑ Disapproved ☐    SUPERINTENDENT: Approved ☐ Disapproved ☐

_Roy Watters 5-23-03_
Signature    Date    Signature    Date

FOREMAN: Approved ☐ Disapproved ☐    PLANT MANAGER: Approved ☐ Disapproved ☐

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00206

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request 6/17/04 | Dept. 3622-4 |
| --- | --- | --- | --- |

☐ Hourly
☐ Salaried

Employee Name: Jasper Smith Jr.     SS# 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

**VACATION:**

☐ Other_____     Time Requested FROM _____ TO _____

☐ Full Day     Date Requested 7/20/04     2 wks

☑ Extended Period     Dates Requested FROM _____ TO _____

**FLOATING HOLIDAY:**

Date Requested _____     (circle one)
Calendar     Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _Jasper Smith Jr._     6/29/04
                                                         Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: 7 / 20 / 00 |
| --- | --- | --- |

### Vacation

PAYROLL
JUL 24 2004
WEEK ENDING

1) Total Days Eligible: 10
2) Days Taken:
3) Days Requested: 10
4) Days Remaining: 0

(1 - 2 - 3 = 4)

### Floating Holidays

Total Days Eligible: _____ JUL 6
Days Taken: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____     Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
| --- | --- |

**SUPERVISOR:** Approved ☑  Disapproved ☐

Signature _Roy Watters_     6-29-04
                                          Date

**SUPERINTENDENT:** Approved ☐  Disapproved ☐

Signature _____     Date

**FOREMAN:** Approved ☐  Disapproved ☐

Signature _____     Date

**PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature _____     Date

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00207

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire  **7/20/00**    Dept. **5622-**

☐ Union
☐ Non-Uni
☐ Salaried

Employee Name: **Jasper Smith**    SS# **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**

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested **More Monday**    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my ret
contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accord*

**Jasper Smith Jr.**    **5/11/04**
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requeste
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

| | **Vacation** | | **Floating Holidays** | |
|---|---|---|---|---|
| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | _____ |
| 3) | Days Remaining: | _____ | Days Remaining: | _____ |
| | | (1 - 2 = 3) | | |

Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐    SUPERINTENDENT:  Approved ☐  Disa

**Roy Walters  5/11/04**
Signature    Date    Signature    Date

FOREMAN:  Approved ☐  Disapproved ☐    PLANT MANAGER:  Approved ☐  Disa

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\CORP\DelPlant\HR\111 - Vacation F

A00208

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 7/7/80 | Dept. 5622 |
|---|---|---|---|

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Mason Tindley    SS# 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

**VACATION:**

☐ ½ Day

☐ Full Day(s)

Date Requested _____ 4wks    All Weeks

Date(s) Requested ~Money only~ (circle one)

**FLOATING HOLIDAY:**

Date Requested _____    Calendar    Anniversary

(circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Mason Tindly
Employee Signature

7-11-03
Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**

1) Total Days Due: _____

2) Days Requested: _____

3) Days Remaining: _____

(1 - 2 = 3)

**Floating Holidays**

Total Days Due: _____

Days Requested: _____

Days Remaining: _____

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**  Approved ☑  Disapproved ☐

Roy Walters / Walt Brown
Signature                    Date

**SUPERINTENDENT:**  Approved ☐  Disapproved ☐

Signature _____    Date _____

**FOREMAN:**  Approved ☐  Disapproved ☐

Signature _____    Date _____

**PLANT MANAGER:**  Approved ☐  Disapproved ☐

Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

**MOUNTAIRE**
**Request for Vacation or Floating Holiday**

| SECTION 1 | *To Be Completed by Employee* | Date of Request | 4-30-04 | Dept Live Haul |

☐ Hourly
☐ Salaried

Employee Name: *Leon Tucker*    SS# 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

**VACATION:**
☐ Other _____    Time Requested   FROM _____ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested  5-7-04    Calendar   (Anniversary)    04 MAY 5

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature *Leon V. Tucker*    Date 4-30-04

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: | 1, 16, 03 |

**Vacation**                                          **Floating Holidays**

1) Total Days Eligible: _____        Total Days Eligible: _____
2) Days Taken: _____                 Days Taken: _____
3) Days Requested: _____             Days Requested: _____
4) Days Remaining: _____             Days Remaining: _____

PAYROLL
MAY - 3 2004
WEEK ENDING

(1 - 2 - 3 = 4)

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☑  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature *Coy Walters*    Date 4-30-04        Signature _____    Date _____

FOREMAN:  Approved ☐  Disapproved ☐        PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature _____    Date _____        Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00210

# Time Off Request Form

Name _Russell West_           S.S.# _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_

Date of Hire _4/8/97_                    Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

---

(CHECK ONE):                    Personal/Floating
Vacation _____           Holiday - Calendar    ✗✗✗

                               Personal/Floating
                               Holiday -Anniversary   ✓

---

Day/Date(s) Requested _4/2/01_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

x _Russell West_____        _____
Employee's Signature                     Date

_____            _3-18-01_____  ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE                    DATE

_____            _____  ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE                       DATE

_____            _____  ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE                DATE

                                         APR 07 2001

_____            _____  ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE                 DATE

---

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011  wy:dm
September 23, 1999

A00211

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Request _____ 5/4/04 _____   Dept. 5620 E4

☐ Hourly
☐ Salaried

Employee Name: Antonio Walters   SS# 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

**VACATION:**

☐ Other _____   Time Requested   FROM _____ TO _____

☐ Full Day   Date Requested _____

☐ Extended Period   Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested Money only   (circle one)   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Antonio Walters

Employee Signature

Date 5/4/04

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*   DATE OF HIRE: 4 / 19 / 99

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Eligible: | _____ | Total Days Eligible: | _____ |
| 2) Days Taken: | _____ | Days Taken: | _____ |
| 3) Days Requested: | _____ | Days Requested: | _____ |
| 4) Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 - 3 = 4) | | |

Roy Walters

Human Resources Representative's Signature

Date 5/4/04

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**   Approved ☐   Disapproved ☐      **SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature _____ Date _____      Signature _____ Date _____

**FOREMAN:**   Approved ☐   Disapproved ☐      **PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature _____ Date _____      Signature _____ Date _____

NOTE:       PINK TO EMPLOYEE; YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\I11 - Vacation Form - Rev 0503.wpd

A00212

# Time Off Request Form

2619

Name _Steven Abney_                     S.S.# _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_

Date of Hire _2/28/2000_         Department _Pine Hand_

5620

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| *(CHECK ONE)*: | | |
|---|---|---|
| Vacation | Personal/Floating Holiday - Calendar | ✓ |
| | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _4 Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Steven Abney_                     Date _2/12/01_          01 FEB 12
Employee's Signature

_Lou Watters_                     _2-12-01_          ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE               DATE

_____          _____          ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE                  DATE

_____          _____          ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE           DATE

_____          _____          ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE            DATE

PAYROLL
FEB 10 2001
WEEKLY

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp-dat
September 23, 1999

A00213

# Time Off Request Form

Name _Steven Abney_     S.S.# _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_

Date of Hire _2/28/00_     Department _Live Haul_

☐ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED     _S620_

| (CHECK ONE):<br>Vacation | ✓ | Personal/Floating<br>Holiday - Calendar | _____ |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | _____ |

Day/Date(s) Requested _Money only     1 wk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Steven Abney_     _2/12/01_     31 FEB 11

Employee's Signature     Date

_Roy Watters_     _2-12-01_     ☐ APPROVED ☐ DISAPPROVED

SUPERVISOR'S SIGNATURE     DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED

FOREMAN'S SIGNATURE     DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED

SUPERINTENDENT'S SIGNATURE     DATE

_____     _____     ☐ APPROVED ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE     DATE

PAYROLL

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FEB 17 2001

WEEK ENDING

FORM 011 wpdm
September 23, 1999

A00214

## Time Off Request Form

Name _Steven Abney_    S.S.# _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_

Date of Hire _Feb 28 00_    Department _Lve Hal_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5630_

*(CHECK ONE):*    _Paid_ (Personal/Floating
Vacation    _2/0_01    Holiday - Calendar    _2 personal days_

(Personal/Floating
Holiday -Anniversary    ✓

Day/Date(s) Requested _Just money_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Steven Abney_    _May 4 2001_
Employee's Signature    Date

_[signature]_    _5-4-01_    ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

*FOR OFFICE USE ONLY:*    # OF DAYS DUE    _____
# OF DAYS REQUESTED    _____
# OF DAYS LEFT    _____

PAYROLL
MAY 0 5 2001

FORM 011 wp.doc
September 23, 1999

A00215

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*  Date of Hire _Sept. 20, 01_   Dept. _5620_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Keith Lofland_   SS# _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_

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

_____

**FLOATING HOLIDAY:**

→ Date Requested _12-22-2001_   (circle one) (Calendar) Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

✗ _Keith Lofland_     ✗ _12-20-2001_
Employee Signature                    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*                                            01 DEC 24

| Vacation | Floating Holidays |
|---|---|
| 1) Total Days Due: _____ | Total Days Due: _____ |
| 2) Days Requested: _____ | Days Requested: _____ |
| 3) Days Remaining: _____ | Days Remaining: _____ |
| (1 - 2 = 3) | |

PAYROLL
DEC 22 2001
WEEK ENDING

Human Resources Representative's Signature                    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐        SUPERINTENDENT:   Approved ☐   Disapproved ☐

_Gary Watters_     _12-20-01_
Signature                    Date                                    Signature                    Date

FOREMAN:   Approved ☐   Disapproved ☐         PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature                    Date                                    Signature                    Date

NOTE:       PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\CORP\DelPlant\HR\111 - Vacation Form Draft 0701.wpd

A00216

MOUNTAIRE

## Time Off Request Form

Name _Thomas Majors_     S.S.# _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_

Date of Hire _1/6/00_     Department _LiveHaul 0562C_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED

| (CHECK ONE): | | | |
|---|---|---|---|
| Vacation | ✓ | Personal/Floating Holiday - Calendar | |
| | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _Money only Jan-12-18 1WK_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Thomas Mgr._     X _1-5-01_     31 JAN 8 1:
Employee's Signature          Date

_Roy Watters_     _1-5-01_     ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

PAYROLL
JAN 0 6 2001
WEEK ENDING

FORM 011 wpdocs
September 23, 1999

A00217

# Time Off Request Form

Name _Thomas Majors_     S.S.# _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_

Date of Hire _1/16/00_     Department _LiveHaul_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED     _5630_

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | _____ | Holiday - Calendar | |
| | | Personal/Floating | |
| | | Holiday - Anniversary | ✓ |

Day/Date(s) Requested _Money only Jan 12-18 Both Personal_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Thomas Major_     _1-5-01_
Employee's Signature     Date

_Jay Watters_     _1-5-01_     ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wpdm
September 23, 1999

PAYROLL
JAN 1 3 2001
WEEK ENDING

MOUNTAIRE
## Time Off Request Form

Name _Thomas Majors_          S.S.# _222-38-381C_

Date of Hire _1/6/00_          Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | | Personal/Floating | |
|---|---|---|---|
| Vacation | | Holiday (Calendar) | ✓ |
| | | Personal/Floating Holiday - Anniversary | |

Day/Date(s) Requested _Money Only Jan-12-_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANY
SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTA.
THET WILL COUNSEL ACCORDINGLY.*

_Thomas majo_          _1-5-01_
Employee's Signature          Date

_Jay Watters_          _1-5-01_          ☐ APPROVED  ☐ DISAPP
SUPERVISOR'S SIGNATURE          DATE

_____          _____          ☐ APPROVED  ☐ DISAPP
FOREMAN'S SIGNATURE          DATE

_____          _____          ☐ APPROVED  ☐ DISAPPR
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____          ☐ APPROVED  ☐ DISAPPRO
PLANT MANAGER'S SIGNATURE          DATE

PAYRO

JAN 20

WEEK EN

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 .wp/des
September 23, 1999

A00219

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire _1/6/00_   Dept. _5620_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Thomas Majors_   SS# _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_

**VACATION:**

☐ ½ Day   Date Requested _Money only_   _1 wk_

☑ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**   (circle one)

Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _Thomas Mgr_   X _12-28-2000_
Employee Signature   Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

PAYROLL

Human Resources Representative's Signature _____   Date   DEC 2 9 2001

WEEK ENDING

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☐   Disapproved ☐       SUPERINTENDENT:   Approved ☐   Disapproved ☐

_Roy Waller_   _12-28-01_
Signature   Date       Signature   Date

FOREMAN:   Approved ☐   Disapproved ☐       PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature   Date       Signature   Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Delt\Plt\STP111 : Vacation Form Draft 0701.wpd

A00220

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 1/10/02 | Dept. 5620 |

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Daniel Miller    SS# 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

**VACATION:**

☐ ½ Day    Date Requested 2-20-03 to 2-26-03    INK

☐ Full Day(s)    Date(s) Requested MONEY ONLY

**FLOATING HOLIDAY:**    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Daniel L. Miller    2-5-03
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |    X FEB 10

### Vacation                                    ### Floating Holidays

1)    Total Days Due:    _____    Total Days Due:    _____
2)    Days Requested:    _____    Days Requested:    _____    PAYROLL
3)    Days Remaining:    _____    Days Remaining:    _____    FEB 08 2003
        (1 - 2 = 3)                                    WEEK ENDING

Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☑  Disapproved ☐        SUPERINTENDENT:  Approved ☐    Disapproved ☐

Coy Waters
Signature            Date            Signature            Date

FOREMAN:  Approved ☐  Disapproved ☐        PLANT MANAGER:  Approved ☐    Disapproved ☐

Signature            Date            Signature            Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00221

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire 1/10/02    Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Daniel Miller    SS# 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

**VACATION:**

☐ ½ Day    Date Requested 2-20-03 to 2-26-03    WK

☑ Full Day(s)    Date(s) Requested Money only

**FLOATING HOLIDAY:**    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Daniel L. Miller_    2-5-03
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    02 FEB 18

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | |

PAYROLL
FEB 08 2003
WEEK ENDING

Human Resources Representative's Signature _____    Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑    Disapproved ☐        SUPERINTENDENT: Approved ☐    Disapproved ☐

_Coy Watters_
Signature _____    Date _____        Signature _____    Date _____

FOREMAN: Approved ☐    Disapproved ☐        PLANT MANAGER: Approved ☐    Disapproved ☐

Signature _____    Date _____        Signature _____    Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00222

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire _1-10-02_ | Dept. _LIVE HAUL_ |
|---|---|---|---|

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _DANIEL L. MILLER_    SS# _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_

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _Money only_ (circle one) (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _Daniel L. Miller_          Date _9/6/02_

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

02 SEP 9

| **SECTION 2** | *To Be Completed by Human Resources* |
|---|---|

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
|  | (1 - 2 = 3) | |

Human Resources Representative's Signature _____          Date _____

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:  Approved ☒   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

Signature _Roy Walters_  Date _9-5-02_          Signature _____  Date _____

FOREMAN:  Approved ☐   Disapproved ☐          PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature _____  Date _____          Signature _____  Date _____

NOTE:       PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\...        on Form 0701.wpd

A00223

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire 1-10-02    Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Daniel Miller    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

(circle one)

Date Requested Money only    (Calendar) / Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _Daniel K. Miller_    Date 1-03-02

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

1)  Total Days Due: _____
2)  Days Requested: _____
3)  Days Remaining: _____
    (1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

JAN 0 4 2003

Human Resources Representative's Signature _____    Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature _Roy Walters_    Date 1/3/03        Signature _____    Date _____

FOREMAN:  Approved ☐  Disapproved ☐        PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature _____    Date _____        Signature _____    Date _____

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\111 - Vacation Form 0701.wpd

A00224

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* Date of Hire 9/1/62 | Dept. 5620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Sylvester Mitchell   SS# 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

**VACATION:**

☐ ½ Day          Date Requested  Money only – 5 weeks
☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _____   (circle one)
                                      Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Sylvester Mitchell _____   ✗ 8/17/01
Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* | 31 AUG 24 9: |

**Vacation**                                    **Floating Holidays**

1)  Total Days Due: _____      Total Days Due: _____
2)  Days Requested: _____      Days Requested: _____
3)  Days Remaining: _____      Days Remaining: _____
                    (1 - 2 = 3)

Human Resources Representative's Signature _____   Date _____

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature _____   Date _____      Signature _____   Date _____

FOREMAN:  Approved ☑  Disapproved ☐           PLANT MANAGER:  Approved ☐  Disapproved ☐

Lou Watters   8-21-01                          Signature _____   Date _____
Signature     Date

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*    Date of Request _7-27-04_    Dept. _Deboxhoul_

☐ Hourly
☐ Salaried

Employee Name: _Isaiah Daniels_    SS# _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_

**VACATION:**

☐ Other _____    Time Requested  FROM _____ TO _____

☐ Full Day    Date Requested _8-27-04_

☐ Extended Period    Dates Requested    FROM _8-27-04_ TO _9-1-04_

**FLOATING HOLIDAY:**
Date Requested _____    (circle one)    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _Isaiah J Daniels_    Date _7-27-04_

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | *To Be Completed by Human Resources*    DATE OF HIRE: _/ / /_

### Vacation

|   |   |   |
|---|---|---|
| 1) | Total Days Eligible: | _____ |
| 2) | Days Taken: | _____ |
| 3) | Days Requested: | _____ |
| 4) | Days Remaining: | _____ |

(1 - 2 - 3 = 4)

### Floating Holidays

| | |
|---|---|
| Total Days Eligible: | _____ |
| Days Taken: | _____ |
| Days Requested: | _____ |
| Days Remaining: | _____ |

Human Resources Representative's Signature _____    Date _____

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐    SUPERINTENDENT: Approved ☐  Disapproved ☐

Signature _____  Date _7-27-04_    Signature _____  Date _____

FOREMAN: Approved ☐  Disapproved ☐    PLANT MANAGER: Approved ☐  Disapproved ☐

Signature _____  Date _____    Signature _____  Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request _____    Dept. _____

Employee Name: _____    SS# _____

☐ Hourly
☐ Salaried

**VACATION:**

☐ Other _____    Time Requested  FROM _____  TO _____

☐ Full Day    Date Requested _____

☑ Extended Period    Dates Requested  FROM _____  TO _____

**FLOATING HOLIDAY:**

(circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _____    Date _6/29/04_

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: _____

### Vacation

1) Total Days Eligible: _____
2) Days Taken: _____
3) Days Requested: _____
4) Days Remaining: _____

(1 - 2 - 3 = 4)

### Floating Holidays

Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____    Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑    Disapproved ☐

Signature _____    Date _____

**SUPERINTENDENT:**  Approved ☐    Disapproved ☐

Signature _____    Date _____

**FOREMAN:**  Approved ☐    Disapproved ☐

Signature _____    Date _____

**PLANT MANAGER:**  Approved ☐    Disapproved ☐

Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
    IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00227

POSTED

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request 4-30-04    Dept. *Live Haul*

Employee Name: *Keon Tucker*    SSH 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

☐ Hourly
☐ Salaried

**VACATION:**

☐ Other _____    Time Requested    FROM _____ TO _____

☐ Full Day    Date Requested _____

☐ Extended Period    Dates Requested    FROM _____    TO _____

**FLOATING HOLIDAY:**    5-7-04    (circle one) .......
    Date Requested    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Keon V. Tucker*    4-30-04
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE:  1 , 16 , __

### Vacation

1)    Total Days Eligible:    _____
2)    Days Taken:    _____
3)    Days Requested:    _____
4)    Days Remaining:    _____
    (1 - 2 - 3 = 4)

### Floating Holidays

    Total Days Eligible:    _____
    Days Taken:    _____
    Days Requested:    _____
    Days Remaining:    _____

_____    _____
Human Resources Representative's Signature    Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☒    Disapproved ☐        SUPERINTENDENT:    Approved ☐    Disapproved ☐

*Gary Waltter*    4-30-04
Signature    Date        Signature    Date

FOREMAN:    Approved ☐    Disapproved ☐        PLANT MANAGER:    Approved ☐    Disapproved ☐

_____    _____        _____    _____
Signature    Date        Signature    Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00228

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request _2-3-04_ | | Dept. _5622_ |

☐ Hourly
☐ Salaried

Employee Name: _Arthur Teague_   SS# _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_

**VACATION:**
☐ Other _____   Time Requested   FROM _____ TO _____
☐ Full Day   Date Requested _____
☐ Extended Period   Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _Friday Feb. 9th, 2004_   (circle one)   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Arthur Teague_   _2-5-04_
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: ___/___/___ |

**Vacation**   **Floating Holidays**

1) Total Days Eligible: _____   Total Days Eligible: _____
2) Days Taken: _____   Days Taken: _____
3) Days Requested: _____   Days Requested: _____
4) Days Remaining: _____   Days Remaining: _____

(1 - 2 - 3 = 4)

Human Resources Representative's Signature   Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☑  Disapproved ☐   SUPERINTENDENT: Approved ☐  Disapproved ☐

_[signature]_ _2-5-04_
Signature   Date   Signature   Date

FOREMAN: Approved ☐  Disapproved ☐   PLANT MANAGER: Approved ☐  Disapproved ☐

Signature   Date   Signature   Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503 .wpd

A00229

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*  Date of Hire **6/17/01**  Dept. **5620**

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Gregory Williams**  SSN# **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**

**VACATION:**

☐ ½ Day  Date Requested _____

☐ Full Day(s)  Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested **Money only**  (circle one) **Calendar**  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X _____  X **1-11-02**
Employee Signature  Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*

### Vacation

|   |   |   |   |
|---|---|---|---|
| 1) | Total Days Due: | _____ |
| 2) | Days Requested: | _____ |
| 3) | Days Remaining: | _____ |
|    |                 | (1 - 2 = 3) |

### Floating Holidays

Total Days Due: _____

Days Requested: _____

Days Remaining: _____

**PAYROLL**

Human Resources Representative's Signature  Date

**WEEK ENDING**

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐     SUPERINTENDENT: Approved ☐  Disapproved ☐

Signature **Coy Watson** — **1-8-02**  Date     Signature _____  Date

FOREMAN: Approved ☐  Disapproved ☐     PLANT MANAGER: Approved ☐  Disapproved ☐

Signature _____  Date     Signature _____  Date

NOTE:  PINK TO EMPLOYEE, YELLOW TO PAYROLL, WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlant\HR\111 - Vacation Form Draft 0701.wpd

# Time Off Request Form

Name _William M Young_          S.S.# _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_

Date of Hire _2-3-2000_                    Department _Line Powl_

☐ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| | (CHECK ONE): | | Personal/Floating |
|---|---|---|---|
| | Vacation | ✓ | Holiday - Calendar |
| | | | Personal/Floating |
| | | | Holiday -Anniversary |

Day/Date(s) Requested _Money only_          _1 wk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_William Young_                    _1-25-00-1_
Employee's Signature                Date

_signature_                         _1/25/01_    ☐APPROVED  ☐DISAPPROVED
SUPERVISOR'S SIGNATURE               DATE

_____                    _____    ☐APPROVED  ☐DISAPPROVED
FOREMAN'S SIGNATURE                 DATE

_____                    _____    ☐APPROVED  ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____                    _____    ☐APPROVED  ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE           DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

PAYROLL
JAN 27 2001
WEEK ENDING

FORM 011 wp.doc
September 23, 1999

A00231