**12**

# MOUNTAIRE CORPORATION
## PERFORMANCE EVALUATION

NAME  Joe Garrison

JOB TITLE  Crewleader

DEPARTMENT  Live Haul

HIRE DATE  08/19/96

COMPANY  Mountaire Farms of Delmarva

LOCATION  Selbyville, De

DATE OF LAST EVALUATION  1 st

REVIEW PERIOD  06/15/02  TO  09/10/03

CHECK ONE:  [ x ] ANNUAL  [ ] TRANSFER  [ ] PROMOTION  [ ] OTHER

---

## PROCEDURES

1) TWO MONTHS PRIOR TO SALARY REVIEW DATE, HUMAN RESOURCES SENDS EVALUATION FORMS TO SUPERVISOR.

2) SUPERVISOR PROVIDES SELF EVALUATION FORM TO EMPLOYEE AND SETS DATE FOR REVIEW.

3) SUPERVISOR COMPLETES EVALUATION AND REVIEWS DRAFT WITH HIS/HER MANAGER (TWO WEEKS).

4) SUPERVISOR HOLDS PERFORMANCE REVIEW WITH EMPLOYEE (ONE WEEK).

5) SIGNED EVALUATION FORWARDED TO MANAGER WITH SALARY RECOMMENDATION (ONE WEEK).

6) MANAGER FORWARDS TO HUMAN RESOURCES FOR REVIEW AND PROCESSING (ONE WEEK).

7) HUMAN RESOURCES FORWARDS FOR NECESSARY APPROVALS AND PAYROLL PROCESSING (ONE WEEK).

---

## PERFORMANCE LEVEL DEFINITIONS

OUTSTANDING:    CONSISTENTLY EXCEEDED ALL PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. DEMONSTRATED EXCEPTIONAL TEAMWORK, BUILT TEAMS, FACILITATED TEAM PROCESS, AND SHARED INFORMATION. RECOGNIZED TRENDS AND TOOK INITIATIVE TO PREVENT PROBLEMS WITH SOUND AND INNOVATIVE DECISION/ACTIONS. REQUIRED VERY LITTLE DIRECTION.

EXCEEDS EXPECTATIONS:    FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND SEVERAL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE VERY GOOD, AND MINIMUM DIRECTION WAS REQUIRED. DEMONSTRATED STRONG TEAMWORK AND SHARED INFORMATION. ANTICIPATED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

MEETS EXPECTATIONS:    USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE GOOD, WITH A NORMAL AMOUNT OF DIRECTION REQUIRED. DEMONSTRATED TEAMWORK AND INFORMATION SHARING. RESOLVED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

BELOW EXPECTATIONS:    DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE INCONSISTENT; THIS INDIVIDUAL REQUIRED MORE DIRECTION THAN EXPECTED. DID NOT CONSISTENTLY MAKE MEANINGFUL CONTRIBUTIONS TOWARD TEAMWORK OR TEAM PROCESS. DID NOT CONSISTENTLY RESOLVE PROBLEMS OR MAY HAVE AVOIDED PROBLEM SITUATIONS.

UNSATISFACTORY:    PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. QUALITY AND/OR QUANTITY OF WORK WERE UNACCEPTABLE, AND THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. AVOIDED PROBLEMS AND/OR MADE DECISIONS WHICH MAY HAVE PLACED BUSINESS IN JEOPARDY.

---

## OUR PEOPLE

### WE BELIEVE THAT OUR PEOPLE MAKE THE DIFFERENCE AND WE HAVE A GENUINE DESIRE TO SEE THEM SUCCEED



A00232

## PERFORMANCE BEHAVIORS AND RESULTS
## (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | S | M | D | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|------|---|---|---|------|--------|
| **1. COMMITMENT TO QUALITY** | | | | Joe realizes the importance of quality work and products. Joe has a strong commitment to make sure the product is delivered on time. The condition of the product is not given the same importance. Encourage better catching techniques. | 3 |
| A. Analyzes quality problems to determine root cause | | x | | | |
| B. Develops and implements plans to improve quality | | | x | | |
| C. Maintains systems to measure quality | | | x | | |
| D. Produces quality work consistently | | x | | | |
| **2. INTERNAL AND EXTERNAL CUSTOMER SATISFACTION** | | | | Joe's commitment to customer satisfaction is not as strong as needed. There should be a stronger consideration given to the growers property. (Farm damage, trash, portable toilet use, etc.) | 2.5 |
| A. Understands customers' needs and serves others | | | x | | |
| B. Provides products and services which meet or exceed customers' requirements | | x | | | |
| C. Develops close customer relationships | | x | | | |
| D. Responds quickly to customer problems | | x | | | |
| **3. PLANNING** | | | | Joe identifies daily task very easily. Establishing long-term goals and priorities is an opportunity. Follow up skills need to be refined a little. (Water techniques, DOA's, farm damage) | 3 |
| A. Identifies tasks clearly | | x | | | |
| B. Establishes goals and priorities | | | x | | |
| C. Demonstrates good follow-up skills | | x | | | |
| D. Accomplishes results and objectives | | x | | | |
| **4. INITIATIVE** | | | | Joe has a very strong initiative and will go far beyond what is expected to get the job done. Example: spanish class, forklift operation, catching, watering). | 4 |
| A. Considers alternatives before deciding on the best way to proceed | | x | | | |
| B. Encourages and supports creativity and looks at "failures" as learning opportunities | | x | | | |
| C. Looks for ways to implement significant positive change | | x | | | |
| D. Fosters participation and supports prudent risk-taking | | x | | | |
| **5. DECISION MAKING AND PROBLEM SOLVING** | | | | Joe occassionally deviates from his instructions (cage count). Joe sometimes allows others to influence his good decision making (Hurley, Catchers). He is pretty flexible. | 3 |
| A. Recognizes and defines the root cause of problems | | x | | | |
| B. Makes logical and timely decisions based upon facts and experience | | x | | | |
| C. Follows through with decisions | | x | | | |
| D. Demonstrates flexibility | | x | | | |

S=Strength
M=Meets Requirements
D=Developmental Area
(mark with an x or leave blank if not applicable)

Page 2

A00233

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | S=Strength M=Meets Requirements D=Developmental Area (leave blank if not applicable) | | | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|---|---|---|
| | S | M | D | | |
| **6.   BUSINESS SUCCESS AND RESULTS** | | | | Joe is very determined to get the job done. He has done a good job handling emergency situations. His DOA's and headcount usually meet expectations. The biggest opportunity is to help improve farm damage. | 3.5 |
| A. Gets things done | | x | | | |
| B. Handles emergency situations | | x | | | |
| C. Meets quality and safety standards | | | x | | |
| D. Operates within budget, improves margin | | x | | | |
| **7.   LEADERSHIP AND INFLUENCE** | | | | Joe has a real strong work ethic and does most of his leading by example. He gives positive feedback to his crew. Encourage the crew to participate more. | 3 |
| A. Creates and communicates a vision that motivates | | x | | | |
| B. Empowers others to take action | | | x | | |
| C. Leads by example (puts values into action) | x | | | | |
| D. Recognizes and rewards contributions and milestones | | x | | | |
| **8.   COMMUNICATION** | | | | Joe doesn't always listen as well as he should. He sometimes doesn't receive corrective critism very well and is argumentative. His written communication meets expectations. | 2.5 |
| A. Listens attentively to others and demonstrates understanding | | | x | | |
| B. Is accessible and approachable | | x | | | |
| C. Encourages others to express their ideas and opinions | | x | | | |
| D. Speaks and writes clearly and effectively; is constructive | | x | | | |
| **9.   TEAMWORK** | | | | Joe understands the team concept and is willing to do his part. Managing conflict is an opportunity for Joe. Example: (loading procedures or catching procedures, Hurley) | 3 |
| A. Contributes to team objectives | | x | | | |
| B. Builds productive work relationships | | x | | | |
| C. Effectively manages conflict | | | x | | |
| D. Balances team issues with self-interests | | x | | | |
| **10.   SAFETY AND ENVIRONMENT** | | | | Joe and his crew are aware of our safety policies and follow them. Continue to promote, follow, and enforce our safety programs. | 3 |
| A. Knows and follows safety and environmental rules and procedures | | x | | | |
| B. Maintains good housekeeping and controls potential hazards | | x | | | |
| C. Uses prescribed safety devices and protective equipment | | x | | | |
| D. Participates in safety meetings and training | | x | | | |

A00234

## SUMMARY ANALYSIS

| RATING | CTQ | I&ECS | P | I | DM/PS | BS/R | L/I | C | TW | S&E | AVERAGE RATING |
|--------|-----|-------|---|---|-------|------|-----|---|----|-----|----------------|
| | 3.00 | 2.50 | 3.00 | 4.00 | 3.00 | 3.50 | 3.00 | 2.50 | 3.00 | 3.00 | **3.05** |

## OVERALL EVALUATION

ON THE BASIS OF THE PRECEDING EVALUATION OF PERFORMANCE AGAINST JOB RESPONSIBILITIES, OBJECTIVES, AND PERFORMANCE SKILLS, RATE THIS EMPLOYEE'S PERFORMANCE DURING THIS REVIEW PERIOD. SELECT ONE PERFORMANCE RATING FROM THE CHOICES, AND MARK WITH AN X.

| | | |
|---|---|---|
| _____ | OUTSTANDING: | CONSISTENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. REQUIRED VERY LITTLE DIRECTION. |
| _____ | EXCEEDS EXPECTATIONS: | FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. MINIMUM DIRECTION WAS REQUIRED. |
| x | MEETS EXPECTATIONS: | USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. NORMAL AMOUNT OF DIRECTION REQUIRED. |
| _____ | BELOW EXPECTATIONS: | DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. REQUIRED MORE DIRECTION THAN EXPECTED. |
| _____ | UNSATISFACTORY: | PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. |

## IMPROVEMENTS, TRAINING, AND DEVELOPMENT PLAN

INDIVIDUAL'S DEVELOPMENTAL POTENTIAL:

| | | |
|---|---|---|
| x | 1) | Individual continues to develop within this position. |
| | 2) | Individual is fully developed for this position. |
| | 3) | Individual has the potential or skills to make a lateral move to: list position(s). |
| | 4) | Individual has the potential to progress to at least the next level. |
| | 5) | Individual has potential to progress at least two levels above their present job. |

### NEXT YEAR'S DEVELOPMENT PLAN

**COMMENTS AND SIGNATURES** *(Employee's Signature: Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.)*

| Employee: Signature | Date |
|---|---|
| *Joseph J Cannon* | 9/10/03 |
| Appraised by (Manager): Signature | Date |
| *Doug Lynch* | 9/10/03 |
| Reviewed by (Next Level Manager): Signature | Date |
| *Everett Deaver 10-20-03* | |

Comments: *This space is provided for any additional job-related comments by the employee, manager, or reviewer. Attach additional pages if needed.*

*[signature] 10-26-03*      *[signature] 11/4/03*

A00235

# MOUNTAIRE CORPORATION
## PERFORMANCE EVALUATION SELF ASSESSMENT

NAME *Joseph Garrison*  COMPANY *Mountaire*

JOB TITLE *Crew Leader*  LOCATION *Selbyville*

DEPARTMENT *Live Haul*

HIRE DATE *9-19-96*

## PROCEDURES

1) TWO MONTHS PRIOR TO SALARY REVIEW DATE, HUMAN RESOURCES SENDS EVALUATION FORMS TO SUPERVISOR.

2) SUPERVISOR PROVIDES SELF EVALUATION FORM TO EMPLOYEE AND SETS DATE FOR REVIEW.

3) SUPERVISOR COMPLETES EVALUATION AND REVIEWS DRAFT WITH HIS/HER MANAGER (TWO WEEKS).

4) SUPERVISOR HOLDS PERFORMANCE REVIEW WITH EMPLOYEE (ONE WEEK).

5) SIGNED EVALUATION FORWARDED TO MANAGER WITH SALARY RECOMMENDATION (ONE WEEK).

6) MANAGER FORWARDS TO HUMAN RESOURCES FOR REVIEW AND PROCESSING (ONE WEEK).

7) HUMAN RESOURCES FORWARDS FOR NECESSARY APPROVALS AND PAYROLL PROCESSING (ONE WEEK).

## PERFORMANCE LEVEL DEFINITIONS

OUTSTANDING: CONSISTENTLY EXCEEDED ALL PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. DEMONSTRATED EXCEPTIONAL TEAMWORK, BUILT TEAMS, FACILITATED TEAM PROCESS, AND SHARED INFORMATION. RECOGNIZED TRENDS AND TOOK INITIATIVE TO PREVENT PROBLEMS WITH SOUND AND INNOVATIVE DECISION/ACTIONS. REQUIRED VERY LITTLE DIRECTION.

EXCEEDS EXPECTATIONS: FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND SEVERAL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE VERY GOOD, AND MINIMUM DIRECTION WAS REQUIRED. DEMONSTRATED STRONG TEAMWORK AND SHARED INFORMATION. ANTICIPATED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

MEETS EXPECTATIONS: USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE GOOD, WITH A NORMAL AMOUNT OF DIRECTION REQUIRED. DEMONSTRATED TEAMWORK AND INFORMATION SHARING, RESOLVED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

BELOW EXPECTATIONS: DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE INCONSISTENT; THIS INDIVIDUAL REQUIRED MORE DIRECTION THAN EXPECTED. DID NOT CONSISTENTLY MAKE MEANINGFUL CONTRIBUTIONS TOWARD TEAMWORK OR TEAM PROCESS. DID NOT CONSISTENTLY RESOLVE PROBLEMS OR MAY HAVE AVOIDED PROBLEM SITUATIONS.

UNSATISFACTORY: PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. QUALITY AND/OR QUANTITY OF WORK WERE UNACCEPTABLE, AND THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. AVOIDED PROBLEMS AND/OR MADE DECISIONS WHICH MAY HAVE PLACED BUSINESS IN JEOPARDY.

## OUR PEOPLE

### WE BELIEVE THAT OUR PEOPLE MAKE THE DIFFERENCE AND WE HAVE A GENUINE DESIRE TO SEE THEM SUCCEED

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|
| **6. BUSINESS SUCCESS AND RESULTS**<br>A. Gets things done<br>B. Handles emergency situations<br>C. Meets quality and safety standards<br>D. Operates within budget, improves margin | Im a person that always thinging of doing what Every I have to do to get it done thats why I gave my self a 4 | 4 |
| **7. LEADERSHIP AND INFLUENCE**<br>A. Creates and communicates a vision that motivates<br>B. Empowers others to take action<br>C. Leads by example (puts values into action)<br>D. Recognizes and rewards contributions and milestones | Working together is one of the Frist things you need to do as a Leader seeing Job geting done by help them out | 4 |
| **8. COMMUNICATION**<br>A. Listens attentively to others and demonstrates understanding<br>B. Is accessible and approachable<br>C. Encourages others to express their ideas and opinions<br>D. Speaks and writes clearly and effectively; is constructive | Communicates have alot to do on the Job that why I Listens to thure ideas then I will decide the best thing to do | 4 |
| **9. TEAMWORK**<br>A. Contributes to team objectives<br>B. Builds productive work relationships<br>C. Effectively manages conflict<br>D. Balances team issues with self-interests | Puting the men in the right Job assigment, where ereyone is comfortable and works has a team. | 4 |
| **10. SAFETY AND ENVIRONMENT**<br>A. Knows and follows safety and environmental rules and procedures<br>B. Maintains good housekeeping and controls potential hazards<br>C. Uses prescribed safety devices and protective equipment<br>D. Participates in safety meetings and training | Staying alert, looking for unsafety hazards. makes a safe environment. | 4 |

Page 3

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

| | |
|---|---|
| 5- | OUTSTANDING |
| 4- | EXCEEDS EXPECTATIONS |
| 3- | MEETS EXPECTATIONS |
| 2 | BELOW EXPECTATIONS |
| 1- | UNSATISFACTORY |

| AREA | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|
| **1. COMMITMENT TO QUALITY**<br>A. Analyzes quality problems to determine root cause<br>B. Develops and implements plans to improve quality<br>C. Maintains systems to measure quality<br>D. Produces quality work consistently | When I See the Problems I Solving it right of way | 4 |
| **2. INTERNAL AND EXTERNAL CUSTOMER SATISFACTION**<br>A. Understands customers' needs and serves others<br>B. Provides products and services which meet or exceed customers' requirements<br>C. Develops close customer relationships<br>D. Responds quickly to customer problems | I Try to Satisfy them the best way I no how and under stands what they want done | 4 |
| **3. PLANNING**<br>A. Identifies tasks clearly<br>B. Establishes goals and priorities<br>C. Demonstrates good follow-up skills<br>D. Accomplishes results and objectives | Some Job you do have to Look at it and make good deciding. That one way you can accomplishs your goals. | 4 |
| **4. INITIATIVE**<br>A. Considers alternatives before deciding on the best way to proceed<br>B. Encourages and supports creativity and looks at "failures" as learning opportunities<br>C. Looks for ways to implement significant positive change<br>D. Fosters participation and supports prudent risk-taking | The Region we alternatives because we trying to find the best way to do it. if one way do not work the other way will. the best way. | 4 |
| **5. DECISION MAKING AND PROBLEM SOLVING**<br>A. Recognizes and defines the root cause of problems<br>B. Makes logical and timely decisions based upon facts and experience<br>C. Follows through with decisions<br>D. Demonstrates flexibility | Frist of all you have to as questions about the Problem then you get down to the root that Cause the Problem then you Solving it | 4 |

Page 2

A00238

# PERFORMANCE EVALUATION SELF ASSESSMENT

NAME   *Joseph Gannon*

THE QUESTIONS WHICH FOLLOW WILL HELP YOU PREPARE FOR YOUR REVIEW AND OBJECTIVE-SETTING MEETING WITH YOUR MANAGER.

### EVALUATION OF PERFORMANCE VERSUS LAST YEAR'S DEVELOPMENT PLAN
*BRIEFLY DESCRIBE YOUR DEVELOPMENT PLAN AND THE RESULTS ACHIEVED DURING THE PAST YEAR.*

| A. DEVELOPMENT PLAN | B. RESULTS ACHIEVED |
|---|---|
| To keep my DOA down and head count down and to have a Consistant Crew | Improve my Crew and my plan has been Achieved |

1.  What specific skills do you want to focus on this coming year? These may be strengths you wish to enhance or areas in which you need improvement or development. Consider appropriate training courses, coaching, and on the job activities.

    I want to be able Communicate with my Spanish Works

2.  Looking ahead to next year's work, what do you believe should be your principle objectives and/or job responsibilities? Establish a measurable or observable target for each. List these objectives in order of priority.

    I do believe that I will Achieved Every thing that I'm Focus on by working hard on it. Meet Safety Standards keep farm damges down DOA dawn head Count down

3.  What assistance (resources/advice) will you need from your manager or others to implement these objectives/job responsibilities?

    I need your Corporation when I need Something for the Job.

4.  Are there any additional subjects you would like to cover during your meeting with your manager?   no

A00239