13

# MOUNTAIRE CORPORATION
## PERFORMANCE EVALUATION


EXHIBIT 2
1-20-05 Gibbs

| | | | |
|---|---|---|---|
| NAME | Larry Gibbs | COMPANY | Mountaire Farms of Delmarva |
| JOB TITLE | Crewleader | LOCATION | Selbyville, De |
| DEPARTMENT | Live Haul | DATE OF LAST EVALUATION | |
| HIRE DATE | 05/09/94 | REVIEW PERIOD | 06/15/03 TO 09/11/03 |

CHECK ONE:   [x] ANNUAL   [ ] TRANSFER   [ ] PROMOTION   [ ] OTHER

### PROCEDURES

1) TWO MONTHS PRIOR TO SALARY REVIEW DATE, HUMAN RESOURCES SENDS EVALUATION FORMS TO SUPERVISOR.
2) SUPERVISOR PROVIDES SELF EVALUATION FORM TO EMPLOYEE AND SETS DATE FOR REVIEW.
3) SUPERVISOR COMPLETES EVALUATION AND REVIEWS DRAFT WITH HIS/HER MANAGER (TWO WEEKS).
4) SUPERVISOR HOLDS PERFORMANCE REVIEW WITH EMPLOYEE (ONE WEEK).
5) SIGNED EVALUATION FORWARDED TO MANAGER WITH SALARY RECOMMENDATION (ONE WEEK).
6) MANAGER FORWARDS TO HUMAN RESOURCES FOR REVIEW AND PROCESSING (ONE WEEK).
7) HUMAN RESOURCES FORWARDS FOR NECESSARY APPROVALS AND PAYROLL PROCESSING (ONE WEEK).

### PERFORMANCE LEVEL DEFINITIONS

**OUTSTANDING:** CONSISTENTLY EXCEEDED ALL PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. DEMONSTRATED EXCEPTIONAL TEAMWORK, BUILT TEAMS, FACILITATED TEAM PROCESS, AND SHARED INFORMATION. RECOGNIZED TRENDS AND TOOK INITIATIVE TO PREVENT PROBLEMS WITH SOUND AND INNOVATIVE DECISION/ACTIONS. REQUIRED VERY LITTLE DIRECTION.

**EXCEEDS EXPECTATIONS:** FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND SEVERAL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE VERY GOOD, AND MINIMUM DIRECTION WAS REQUIRED. DEMONSTRATED STRONG TEAMWORK AND SHARED INFORMATION. ANTICIPATED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**MEETS EXPECTATIONS:** USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE GOOD, WITH A NORMAL AMOUNT OF DIRECTION REQUIRED. DEMONSTRATED TEAMWORK AND INFORMATION SHARING. RESOLVED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**BELOW EXPECTATIONS:** DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE INCONSISTENT; THIS INDIVIDUAL REQUIRED MORE DIRECTION THAN EXPECTED. DID NOT CONSISTENTLY MAKE MEANINGFUL CONTRIBUTIONS TOWARD TEAMWORK OR TEAM PROCESS. DID NOT CONSISTENTLY RESOLVE PROBLEMS OR MAY HAVE AVOIDED PROBLEM SITUATIONS.

**UNSATISFACTORY:** PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. QUALITY AND/OR QUANTITY OF WORK WERE UNACCEPTABLE, AND THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. AVOIDED PROBLEMS AND/OR MADE DECISIONS WHICH MAY HAVE PLACED BUSINESS IN JEOPARDY.

### OUR PEOPLE

**WE BELIEVE THAT OUR PEOPLE MAKE THE DIFFERENCE AND WE HAVE A GENUINE DESIRE TO SEE THEM SUCCEED**

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | S=Strength | M=Meets Requirements | D=Developmental Area | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|---|---|---|
| | S | M | D | | |
| **1. COMMITMENT TO QUALITY** | | | | Larry is committed to producing quality work. Continue to emphasize the importance of delivering a quality product. Work with catchers on techniques and gentleness. | 3 |
| A. Analyzes quality problems to determine root cause | | x | | | |
| B. Develops and implements plans to improve quality | | x | | | |
| C. Maintains systems to measure quality | | | x | | |
| D. Produces quality work consistently | x | | | | |
| **2. INTERNAL AND EXTERNAL CUSTOMER SATISFACTION** | | | | Larry totally understands the needs and concerns of his cutomers (growers). He is very respectful, courteous, and well liked. | 4 |
| A. Understands customers' needs and serves others | x | | | | |
| B. Provides products and services which meet or exceed customers' requirements | x | | | | |
| C. Develops close customer relationships | x | | | | |
| D. Responds quickly to customer problems | | x | | | |
| **3. PLANNING** | | | | Larry is very organized and plans ahead. He handles almost every situation with minimal supervision and these characteristics are seen in his crew. | 4 |
| A. Identifies tasks clearly | x | | | | |
| B. Establishes goals and priorities | | x | | | |
| C. Demonstrates good follow-up skills | | x | | | |
| D. Accomplishes results and objectives | x | | | | |
| **4. INITIATIVE** | | | | Larry demonstrates good initiative and looks to make positive change. Larry delegates the work in an organized manner. | 3 |
| A. Considers alternatives before deciding on the best way to proceed | | x | | | |
| B. Encourages and supports creativity and looks at "failures" as learning opportunities | | x | | | |
| C. Looks for ways to implement significant positive change | | x | | | |
| D. Fosters participation and supports prudent risk-taking | | x | | | |
| **5. DECISION MAKING AND PROBLEM SOLVING** | | | | Larry makes sound, logical, decisions and has the ability to effectively solve problems. He has shown good flexibility. | 3.5 |
| A. Recognizes and defines the root cause of problems | x | | | | |
| B. Makes logical and timely decisions based upon facts and experience | | x | | | |
| C. Follows through with decisions | | x | | | |
| D. Demonstrates flexibility | | x | | | |

Page 2

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | S=Strength | M=Meets Requirements | D=Developmental Area | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|:---:|:---:|:---:|---|:---:|
| | S | M | D | | |
| **6. BUSINESS SUCCESS AND RESULTS** | | | | Larry and his crew do a good job getting things done. They consistently meet goal on DOA's, headcount, and farm damage. Continue to focus on sending a quality product to the plant. | 4 |
| A. Gets things done | x | | | | |
| B. Handles emergency situations | x | | | | |
| C. Meets quality and safety standards | | x | | | |
| D. Operates within budget, improves margin | | x | | | |
| **7. LEADERSHIP AND INFLUENCE** | | | | Larry is a good motivator and does empower people. He is well respected and leads by example. | 3.5 |
| A. Creates and communicates a vision that motivates | | x | | | |
| B. Empowers others to take action | | x | | | |
| C. Leads by example (puts values into action) | x | | | | |
| D. Recognizes and rewards contributions and milestones | | x | | | |
| **8. COMMUNICATION** | | | | Larry is a good listener and is acessible and approachable. He encouages and receives positive feedback from the Catchers. His writing is acurate and timely. | 3.5 |
| A. Listens attentively to others and demonstrates understanding | | x | | | |
| B. Is accessible and approachable | x | | | | |
| C. Encourages others to express their ideas and opinions | | x | | | |
| D. Speaks and writes clearly and effectively; is constructive | | x | | | |
| **9. TEAMWORK** | | | | Larry is a good team player and leader. He effectively manages conflict and balances team issues with self interest. | 4 |
| A. Contributes to team objectives | x | | | | |
| B. Builds productive work relationships | x | | | | |
| C. Effectively manages conflict | | x | | | |
| D. Balances team issues with self-interests | | x | | | |
| **10. SAFETY AND ENVIRONMENT** | | | | Larry and his crew are aware of our safety policies. Larry's crew did have a lost-time accident this year. (Brantley Lewis). Continued emphasis should be placed on eliminating horseplay. | 2.5 |
| A. Knows and follows safety and environmental rules and procedures | | | x | | |
| B. Maintains good housekeeping and controls potential hazards | | x | | | |
| C. Uses prescribed safety devices and protective equipment | | x | | | |
| D. Participates in safety meetings and training | | x | | | |

Page 3

A00242

## SUMMARY ANALYSIS

| RATING | CTQ | I&ECS | P | I | DM/PS | BS/R | L/I | C | TW | S&E | AVERAGE RATING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3.00 | 4.00 | 4.00 | 3.00 | 3.50 | 4.00 | 3.50 | 3.50 | 4.00 | 2.50 | 3.50 |

## OVERALL EVALUATION

ON THE BASIS OF THE PRECEDING EVALUATION OF PERFORMANCE AGAINST JOB RESPONSIBILITIES, OBJECTIVES, AND PERFORMANCE SKILLS, RATE THIS EMPLOYEE'S PERFORMANCE DURING THIS REVIEW PERIOD. SELECT ONE PERFORMANCE RATING FROM THE CHOICES, AND MARK WITH AN X.

| | OUTSTANDING: | CONSISTENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. REQUIRED VERY LITTLE DIRECTION. |
|---|---|---|
| | EXCEEDS EXPECTATIONS: | FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. MINIMUM DIRECTION WAS REQUIRED. |
| X | MEETS EXPECTATIONS: | USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. NORMAL AMOUNT OF DIRECTION REQUIRED. |
| | BELOW EXPECTATIONS: | DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. REQUIRED MORE DIRECTION THAN EXPECTED. |
| | UNSATISFACTORY: | PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. |

## IMPROVEMENTS, TRAINING, AND DEVELOPMENT PLAN

**INDIVIDUAL'S DEVELOPMENTAL POTENTIAL:**

| | | |
|---|---|---|
| | 1) | Individual continues to develop within this position. |
| X | 2) | Individual is fully developed for this position. |
| | 3) | Individual has the potential or skills to make a lateral move to: list position(s). |
| | 4) | Individual has the potential to progress to at least the next level. |
| | 5) | Individual has potential to progress at least two levels above their present job. |

### NEXT YEAR'S DEVELOPMENT PLAN

**COMMENTS AND SIGNATURES** (Employee's Signature: Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.)

| Employee: Signature | Date |
|---|---|
| [signature] Larry E. Hill | 9/11/03 |
| Appraised by (Manager): Signature | Date |
| [signature] Doug Lynch | 9/11/03 |
| Reviewed by (Next Level Manager): Signature | Date |
| | |

Comments: This space is provided for any additional job-related comments by the employee, manager, or reviewer. Attach additional pages if needed.

Larry has been and continues to be a tremendous asset to our company.

[signatures: Everett Brown 12/17/03, [illegible] 12/17/03, [illegible] 12/18/03]

Supveval.doc  Form #126   12/1/01

08/02/03

ANNUAL OBJECTIVES
QUARTERLY PERFORMANCE EVALUATION

## 3RD QUARTER FY02-FY03

### LARRY GIBBS

| | MAY | JUNE | JULY | Qtr Total | YTD Total |
|---|---|---|---|---|---|
| **1. DOA'S** | | | | | |
| Budget | 0.27% | 0.32% | 0.35% | 0.31% | 0.30% |
| Actual | 0.26% | 0.29% | 0.29% | 0.28% | |
| **2. HEADCOUNT VARIANCE** | | | | | |
| Budget | ≤.25% | ≤.25% | ≤.25% | ≤.25% | ≤.25% |
| Actual | 1.08% | 0.30% | -1.08% | 0.10% | |
| **3. FARM DAMAGE** | | | | | |
| Budget | $430.00 | $345.00 | $345.00 | $1,120.00 | $3,360.00 |
| Actual | $0.00 | $0.00 | $953.00 | $953.00 | |
| **4. EXT. TQS %** | | | | | |
| Budget | 85% | 85% | 85% | 85% | 85% |
| Actual | 83.33% | 83.33% | 68.67% | 78.44% | 79.92% |
| **5. SAFETY RECORDABLE CASES** | | | | | |
| Budget | 0.024 | 0.024 | 0.024 | 0.072 | 0.216 |
| Actual | 0 | 0 | 0 | 0 | |
| **6. SAFETY RESTRICTED CASES** | | | | | |
| Budget | 0.024 | 0.024 | 0.024 | 0.072 | 0.216 |
| Actual | 0 | 0 | 0 | 0 | |

# MOUNTAIRE CORPORATION
## PERFORMANCE EVALUATION SELF ASSESSMENT

NAME: Larry Gibbs
JOB TITLE: Crew Leader
DEPARTMENT: Live Haul
HIRE DATE: 5/9/94

COMPANY: Mountaire Farms of Delmarva
LOCATION: Selbyville, DE

### PROCEDURES

1) TWO MONTHS PRIOR TO SALARY REVIEW DATE, HUMAN RESOURCES SENDS EVALUATION FORMS TO SUPERVISOR.
2) SUPERVISOR PROVIDES SELF EVALUATION FORM TO EMPLOYEE AND SETS DATE FOR REVIEW.
3) SUPERVISOR COMPLETES EVALUATION AND REVIEWS DRAFT WITH HIS/HER MANAGER (TWO WEEKS).
4) SUPERVISOR HOLDS PERFORMANCE REVIEW WITH EMPLOYEE (ONE WEEK).
5) SIGNED EVALUATION FORWARDED TO MANAGER WITH SALARY RECOMMENDATION (ONE WEEK).
6) MANAGER FORWARDS TO HUMAN RESOURCES FOR REVIEW AND PROCESSING (ONE WEEK).
7) HUMAN RESOURCES FORWARDS FOR NECESSARY APPROVALS AND PAYROLL PROCESSING (ONE WEEK).

### PERFORMANCE LEVEL DEFINITIONS

**OUTSTANDING:** CONSISTENTLY EXCEEDED ALL PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. DEMONSTRATED EXCEPTIONAL TEAMWORK, BUILT TEAMS, FACILITATED TEAM PROCESS, AND SHARED INFORMATION. RECOGNIZED TRENDS AND TOOK INITIATIVE TO PREVENT PROBLEMS WITH SOUND AND INNOVATIVE DECISION/ACTIONS. REQUIRED VERY LITTLE DIRECTION.

**EXCEEDS EXPECTATIONS:** FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND SEVERAL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE VERY GOOD, AND MINIMUM DIRECTION WAS REQUIRED. DEMONSTRATED STRONG TEAMWORK AND SHARED INFORMATION. ANTICIPATED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**MEETS EXPECTATIONS:** USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE GOOD, WITH A NORMAL AMOUNT OF DIRECTION REQUIRED. DEMONSTRATED TEAMWORK AND INFORMATION SHARING. RESOLVED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**BELOW EXPECTATIONS:** DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE INCONSISTENT; THIS INDIVIDUAL REQUIRED MORE DIRECTION THAN EXPECTED. DID NOT CONSISTENTLY MAKE MEANINGFUL CONTRIBUTIONS TOWARD TEAMWORK OR TEAM PROCESS. DID NOT CONSISTENTLY RESOLVE PROBLEMS OR MAY HAVE AVOIDED PROBLEM SITUATIONS.

**UNSATISFACTORY:** PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. QUALITY AND/OR QUANTITY OF WORK WERE UNACCEPTABLE, AND THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. AVOIDED PROBLEMS AND/OR MADE DECISIONS WHICH MAY HAVE PLACED BUSINESS IN JEOPARDY.

### OUR PEOPLE

WE BELIEVE THAT OUR PEOPLE MAKE THE DIFFERENCE AND WE HAVE A GENUINE DESIRE TO SEE THEM SUCCEED

### PERFORMANCE BEHAVIORS AND RESULTS
(INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|
| 1. COMMITMENT TO QUALITY<br>A. Analyzes quality problems to determine root cause<br>B. Develops and implements plans to improve quality<br>C. Maintains systems to measure quality<br>D. Produces quality work consistently | Produces quality Product by maintaining working guidelines and regulations | 3 |
| 2. INTERNAL AND EXTERNAL CUSTOMER SATISFACTION<br>A. Understands customers' needs and serves others<br>B. Provides products and services which meet or exceed customers' requirements<br>C. Develops close customer relationships<br>D. Responds quickly to customer problems | Works well with growers, drivers and others. respectful of their concerns and needs | 4 |
| 3. PLANNING<br>A. Identifies tasks clearly<br>B. Establishes goals and priorities<br>C. Demonstrates good follow-up skills<br>D. Accomplishes results and objectives | Do well at organizing and planning to get what needs to be done | 4 |
| 4. INITIATIVE<br>A. Considers alternatives before deciding on the best way to proceed<br>B. Encourages and supports creativity and looks at "failures" as learning opportunities<br>C. Looks for ways to implement significant positive change<br>D. Fosters participation and supports prudent risk-taking | Encourages and delegate work in a respectful manner | 3 |
| 5. DECISION MAKING AND PROBLEM SOLVING<br>A. Recognizes and defines the root cause of problems<br>B. Makes logical and timely decisions based upon facts and experience<br>C. Follows through with decisions<br>D. Demonstrates flexibility | Make Sound logical Decisions Solve problems effectively | 3 |

Page 2

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | |
|---|---|---|
| **6. BUSINESS SUCCESS AND RESULTS** <br> A. Gets things done <br> B. Handles emergency situations <br> C. Meets quality and safety standards <br> D. Operates within budget, improves margin | Meet goal on DOA's, headcount and farm damage | |
| **7. LEADERSHIP AND INFLUENCE** <br> A. Creates and communicates a vision that motivates <br> B. Empowers others to take action <br> C. Leads by example (puts values into action) <br> D. Recognizes and rewards contributions and milestones | Continue good leadership and lead by example | |
| **8. COMMUNICATION** <br> A. Listens attentively to others and demonstrates understanding <br> B. Is accessible and approachable <br> C. Encourages others to express their ideas and opinions <br> D. Speaks and writes clearly and effectively; is constructive | good listener and Communicate well | 3 |
| **9. TEAMWORK** <br> A. Contributes to team objectives <br> B. Builds productive work relationships <br> C. Effectively manages conflict <br> D. Balances team issues with self-interests | Have good productive work relationship with Crew and management | 7 |
| **10. SAFETY AND ENVIRONMENT** <br> A. Knows and follows safety and environmental rules and procedures <br> B. Maintains good housekeeping and controls potential hazards <br> C. Uses prescribed safety devices and protective equipment <br> D. Participates in safety meetings and training | Knows safety Policies and rules Work with Crew to follow guidelines and procedures | 3 |

Page 3

# PERFORMANCE EVALUATION SELF ASSESSMENT

NAME _Larry Gibbs_

THE QUESTIONS WHICH FOLLOW WILL HELP YOU PREPARE FOR YOUR REVIEW AND OBJECTIVE-SETTING MEETING WITH YOUR MANAGER.

### EVALUATION OF PERFORMANCE VERSUS LAST YEAR'S DEVELOPMENT PLAN
BRIEFLY DESCRIBE YOUR DEVELOPMENT PLAN AND THE RESULTS ACHIEVED DURING THE PAST YEAR.

| A. DEVELOPMENT PLAN | B. RESULTS ACHIEVED |
|---|---|
|  |  |

1. What specific skills do you want to focus on this coming year? These may be strengths you wish to enhance or areas in which you need improvement or development. Consider appropriate training courses, coaching, and on the job activities.

   _I would like to focus on my leadership skills._

2. Looking ahead to next year's work, what do you believe should be your principle objectives and/or job responsibilities? Establish a measurable or observable target for each. List these objectives in order of priority.

   _Maintain a complete catching crew that produces below budget results._

3. What assistance (resources/advice) will you need from your manager or others to implement these objectives/job responsibilities?

   _My boss should keep me totally informed of my crews results and provide us with reliable equipment._

4. Are there any additional subjects you would like to cover during your meeting with your manager?

   _NO_

Selfeval.doc   Form #125   12/1/01                                                                Page 4

A00248