14

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Request: 10/30/03   Dept. 5622 #2

D.O.H. - 4/16/03

Employee Name: Arthur Fosque   SS# 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 (struck through: 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)

☐ Hourly
☐ Salaried

**VACATION:**
- ☐ Other _____   Time Requested FROM ___ TO ___
- ☐ Full Day   Date Requested _____
- ☐ Extended Period   Dates Requested FROM ___ TO ___

*(margin note: Davis Ex #1 Paw 3/1/05)*

**FLOATING HOLIDAY:**
Date Requested: Nov. 7th, 2003   Calendar / **Anniversary** (circled)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Arthur Fosque   Date: _____

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*   DATE OF HIRE: 4/16/03

### Vacation
1) Total Days Eligible: _____
2) Days Taken: _____
3) Days Requested: _____
4) Days Remaining: _____
(1 - 2 - 3 = 4)

### Floating Holidays
Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

*(stamp: PAYROLL NOV 03 2003 WEEK END)*

Human Resources Representative's Signature _____   Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☒  Disapproved ☐
Signature: [signed]   Date: 10/30/03

SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature _____   Date _____

FOREMAN: Approved ☐  Disapproved ☐
Signature _____   Date _____

PLANT MANAGER: Approved ☐  Disapproved ☐
Signature _____   Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

A00373

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee   Date of Hire: 4/16/01   Dept. 5620

Employee Name: Arthur Fosque   SS#: 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day   Date Requested: _____

☐ Full Day(s)   Date(s) Requested: _____

**FLOATING HOLIDAY:**   (circle one)

Date Requested: Nov. 15th, 2001   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Arthur Fosque   Date: X 10/19/01

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — To Be Completed by Human Resources

| | **Vacation** | | **Floating Holidays** | |
|---|---|---|---|---|
| 1) | Total Days Due: | | Total Days Due: | |
| 2) | Days Requested: | | Days Requested: | |
| 3) | Days Remaining: | (1 - 2 = 3) | Days Remaining: | |

PAYROLL
NOV 17 2001
WEEK ENDING

31 OCT 19 3:

Human Resources Representative's Signature: _____   Date: _____

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☐   Disapproved ☐          SUPERINTENDENT: Approved ☐   Disapproved ☐

Signature: William Pa___   Date: _____          Signature: _____   Date: _____

FOREMAN: Approved ☐   Disapproved ☐          PLANT MANAGER: Approved ☐   Disapproved ☐

Signature: _____   Date: _____          Signature: _____   Date: _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE. IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00028

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** | To Be Completed by Employee   Date of Hire: 4/16/01   Dept. 5620

Employee Name: Arthur Fosque   SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day   Date Requested: _wk_
☑ Full Day(s)   Date(s) Requested: money only   (1 week Due)

(circle one)

**FLOATING HOLIDAY:**

Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Arthur Fosque                    X [signature] 5/2/02
Employee Signature                    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** | To Be Completed by Human Resources                          02 MAY 3 P:

### Vacation                                          ### Floating Holidays

1) Total Days Due: _____        Total Days Due: _____
2) Days Requested: _____        Days Requested: _____
3) Days Remaining: _____        Days Remaining: _____
   (1 - 2 = 3)

MAY 04

Human Resources Representative's Signature                    Date

---

**SECTION 3** | To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☐ Disapproved ☐       SUPERINTENDENT: Approved ☐ Disapproved ☐

[signature] 5/2/02
Signature          Date                    Signature          Date

FOREMAN: Approved ☐ Disapproved ☐          PLANT MANAGER: Approved ☐ Disapproved ☐

Signature          Date                    Signature          Date

NOTE:  PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.   D00029
       IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** — *To Be Completed by Employee*   Date of Hire: 4/16/01   Dept. 5620

Employee Name: Arthur Fosque Jr.   SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**   (circle one)

Date Requested: May 10 – 2002   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Arthur Fosque   Date: 4/12/02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — *To Be Completed by Human Resources*

| | Vacation | | Floating Holidays | |
|---|---|---|---|---|
| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | 1 |
| 3) | Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | | |

Human Resources Representative's Signature _____   Date _____

**SECTION 3** — *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐     SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature: [signed]   Date: 4/12/02        Signature _____   Date _____

FOREMAN: Approved ☐  Disapproved ☐        PLANT MANAGER: Approved ☐  Disapproved ☐
Signature _____   Date _____   Signature _____   Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE. IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00030

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee    Date of Request  11/4/03    Dept. L.H.

Employee Name: Leon Tucker    SS# 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    ☒ Hourly  ☐ Salaried

**VACATION:**
- ☐ Other _____    Time Requested FROM ____ TO ____
- ☐ Full Day    Date Requested _____
- ☐ Extended Period    Dates Requested FROM ____ TO ____

**FLOATING HOLIDAY:** Date Requested 11/5/03 money only  (circle one) Calendar / Anniversary    Work

I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.

Employee Signature: Leon V. Tucker    Date: 11/4/03

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — To Be Completed by Human Resources    DATE OF HIRE: 1/16/03

### Vacation
1) Total Days Eligible: ____
2) Days Taken: ____
3) Days Requested: ____
4) Days Remaining: ____
   (1 - 2 - 3 = 4)

### Floating Holidays
- Total Days Eligible: ____
- Days Taken: ____
- Days Requested: ____
- Days Remaining: PAYROLL

NOV 08 2003

Human Resources Representative's Signature ____    Date ____    WEEK ____

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☒  Disapproved ☐    SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature: Willie Davis    Date: 11/4/03    Signature ____    Date ____

FOREMAN: Approved ☐  Disapproved ☐    PLANT MANAGER: Approved ☐  Disapproved ☐
Signature ____    Date ____    Signature ____    Date ____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.    D00031
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire: 4/8/97   Dept. 5620

Employee Name: Russell West   SS#: 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

- [x] Union
- [ ] Non-Union Hourly
- [ ] Salaried

**VACATION:**
- [ ] ½ Day   Date Requested: _____
- [ ] Full Day(s)   Date(s) Requested: _____

**FLOATING HOLIDAY:**   Date Requested: money only    only 1  (circle one)   Calendar / Anniversary / **Both** (circled)

I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.

Employee Signature: Russell West    Date: 2/12/02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*   FEB 14

| | Vacation | Floating Holidays |
|---|---|---|
| 1) Total Days Due: | _____ | _____ |
| 2) Days Requested: | _____ | _____ |
| 3) Days Remaining: | _____ | _____ |

(1 - 2 = 3)

Human Resources Representative's Signature: _____   Date: _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐ Disapproved ☐   Signature: Willie Va___   Date: 02/12/02

SUPERINTENDENT: Approved ☐ Disapproved ☐   Signature: _____   Date: _____

FOREMAN: Approved ☐ Disapproved ☐   Signature: _____   Date: _____

PLANT MANAGER: Approved ☐ Disapproved ☐   Signature: _____   Date: _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE. IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00032

C:\Data\WPDATA\FORMS\COP...   1.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — *To Be Completed by Employee*   Date of Hire __4/8/97__   Dept. __5620__

☐ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: __Russell West__   SS# __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__

**VACATION:**

☐ ½ Day   Date Requested __money only (2 weeks)__
☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _____   (circle one)   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X __Russell West__   X _____
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** — *To Be Completed by Human Resources*   02 MAR 25

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____   Date _____

---

**SECTION 3** — *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☒   Disapproved ☐
Signature __[signed]__   Date _____

SUPERINTENDENT: Approved ☐   Disapproved ☐
Signature _____   Date _____

FOREMAN: Approved ☐   Disapproved ☐
Signature _____   Date _____

PLANT MANAGER: Approved ☐   Disapproved ☐
Signature _____   Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00033

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\I11 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

FAX 12/8

**SECTION 1** — To Be Completed by Employee    Date of Hire: 4/19/99    Dept. 5622

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Antonio Walters    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested: Money only    (circle one) Calendar / **Anniversary**

I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.

Employee Signature: Antonio Walters    Date: X 12/5/03

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — To Be Completed by Human Resources

| | Vacation | Floating Holidays |
|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: _____ |
| 2) Days Requested: | _____ | Days Requested: _____ |
| 3) Days Remaining: | _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

Human Resources Representative's Signature _____    Date _____

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☑  Disapproved ☐
Signature: Willie Davis    Date: 12/5/03

SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature _____    Date _____

FOREMAN: Approved ☐  Disapproved ☐
Signature _____    Date _____

PLANT MANAGER: Approved ☐  Disapproved ☐
Signature _____    Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE. IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00034

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee   Date of Hire: 2/23/96   Dept.: 5620

Employee Name: Wardell Foreman   SS#: 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

☒ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day   Date Requested: _____

☐ Full Day(s)   Date(s) Requested: _____

**FLOATING HOLIDAY:**
Date Requested: Money only   (circle one) **Calendar**   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Wardell Freeman Jr.   Date: 1-10-02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** — To Be Completed by Human Resources

**Vacation**
1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 - 2 = 3)

**Floating Holidays**
Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature: _____   Date: _____

---

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☒   Disapproved ☐
Signature: Willie Dean   Date: 01/10/02

SUPERINTENDENT: Approved ☐   Disapproved ☐
Signature: _____   Date: _____

FOREMAN: Approved ☐   Disapproved ☐
Signature: _____   Date: _____

PLANT MANAGER: Approved ☐   Disapproved ☐
Signature: _____   Date: _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00035

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*  Date of Hire 2/23/96  Dept. 5620

Employee Name: Wardell Foreman  SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day  Date Requested: Money only ~~check~~

☐ Full Day(s)  Date(s) Requested: 2 weeks

**FLOATING HOLIDAY:**  (circle one)

Date Requested _____  Calendar  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Wardell Foreman   Date: 02/11/02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

| Vacation | Floating Holidays |
|---|---|
| 1) Total Days Due: _____ | Total Days Due: _____ |
| 2) Days Requested: _____ | Days Requested: _____ |
| 3) Days Remaining: _____ | Days Remaining: _____ |
| (1 - 2 = 3) | |

Human Resources Representative's Signature _____  Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐  Disapproved ☐    SUPERINTENDENT: Approved ☐  Disapproved ☐

Signature: [signed]  Date: 02/11/02    Signature _____  Date _____

FOREMAN: Approved ☐  Disapproved ☐    PLANT MANAGER: Approved ☐  Disapproved ☐

Signature _____  Date _____    Signature _____  Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00036

C:\Data\WPDATA\FORMS\COR\Del\

A00258

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee   Date of Hire: 2/23/96   Dept. 5620

Employee Name: Wardell Foreman   SS# 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
☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

*Already paid w/e 1-12-02*

**FLOATING HOLIDAY:**   Date Requested: *Money only*   (circle one) Calendar / Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Wardell Foreman   Date: 2/1/02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** — To Be Completed by Human Resources

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| (1 - 2 = 3) | | | |

Human Resources Representative's Signature _____   Date _____

---

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☐  Disapproved ☐     SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature: Willie Co___   Date _____          Signature _____   Date _____

FOREMAN: Approved ☐  Disapproved ☐           PLANT MANAGER: Approved ☐  Disapproved ☐
Signature _____   Date _____                 Signature _____   Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00037

C:\Data\WPDATA\FORMS\COR\Del\Plan

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee    Date of Hire: 1-6-2000    Dept. 5620

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Thomas Major    SS# 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

**VACATION:**

☐ ½ Day    Date Requested: _____

☐ Full Day(s)    Date(s) Requested: _____

**FLOATING HOLIDAY:**    Date Requested: Money Only    (circle one)  Calendar  (Anniversary)  Both

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Thomas Major    Date: 6/12/02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** — To Be Completed by Human Resources

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| (1 - 2 = 3) | | | |

Human Resources Representative's Signature: _____    Date: JUN 15 2002

---

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☐  Disapproved ☐        SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature: Willie Da___    Date: _____    Signature: _____    Date: _____

FOREMAN: Approved ☐  Disapproved ☐        PLANT MANAGER: Approved ☐  Disapproved ☐
Signature: _____    Date: _____    Signature: _____    Date: _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE    D00038
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\CO...0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee   Date of Hire 1-6-2000   Dept. 5620

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Thomas Major   SS# 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

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY**   Date Requested: Money Only   (circle one) Calendar / [illegible] / Both

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Thomas Major   Date: 6/12/02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — To Be Completed by Human Resources

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| (1 - 2 = 3) | | | |

JUN 15 2002  WEEK ENDING

Human Resources Representative's Signature _____   Date _____

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR:  Approved ☐  Disapproved ☐      SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature: Willis Da_____   Date _____      Signature _____   Date _____

FOREMAN:  Approved ☐  Disapproved ☐      PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature _____   Date _____      Signature _____   Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE. IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00039

C:\Data\WPDATA\FORMS\COR\Def

# MOUNTAIRE
## Time Off Request Form

Name: Richard Parker   S.S.#: 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

Date of Hire: ~~[scribbled]~~ 3-14-95   Department: Chicken Catcher

☒ UNION   ☐ NON-UNION HOURLY   ☐ SALARIED   56JV

| (CHECK ONE): | | |
|---|---|---|
| Vacation | ✓ | Personal/Floating Holiday - Calendar |
| | | Personal/Floating Holiday - Anniversary |

Day/Date(s) Requested: 07/09/01 until 07/16/01 1wk

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

Richard Parker   6-19-01
Employee's Signature   Date

_[signature]_   06/24/01   ☒ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE   DATE

_____   _____   ☐ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE   DATE

_____   _____   ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE   DATE

_____   _____   PAYROLL ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE   DATE   JUN 30 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wp:dist
September 23, 1999

D00040

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee    Date of Hire: 12/21/89    Dept: CATCHER 5620

Employee Name: Richard Parker    SS#: 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

☑ Union    ☐ Non-Union Hourly    ☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested: _____

☑ Full Day(s)    Date(s) Requested: 12-14-01    (1) 1st

**FLOATING HOLIDAY:**    (circle one)

Date Requested: _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Richard Parker    12/13/01
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — To Be Completed by Human Resources    01 DEC 1

### Vacation
1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 - 2 = 3)

DEC 15 2001

### Floating Holidays
Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature    Date

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☑  Disapproved ☐        SUPERINTENDENT: Approved ☑  Disapproved ☐

Signature: [signed]    Date: 12/12/01        Signature: _____    Date: _____

FOREMAN: Approved ☐  Disapproved ☐        PLANT MANAGER: Approved ☐  Disapproved ☐

Signature: _____    Date: _____        Signature: _____    Date: _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00041

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form Draft 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** — *To Be Completed by Employee*   Date of Hire: 03/14/95   Dept. 5620

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Parker   SS#: 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

**VACATION:**

☐ ½ Day   Date Requested: _____

☐ Full Day(s)   Date(s) Requested: _____

**FLOATING HOLIDAY:**   (circle one)   **for 2001**

Date Requested: Money only   Calendar   **(Anniversary)**

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Richard Parker   Date: 3·15·02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** — *To Be Completed by Human Resources*

**Vacation**

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 - 2 = 3)

**Floating Holidays**

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature   Date

**SECTION 3** — *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☒   Disapproved ☐
Signature: Willie Q___   Date: 3/15/02

SUPERINTENDENT: Approved ☐   Disapproved ☐
Signature: _____   Date: _____

FOREMAN: Approved ☐   Disapproved ☐
Signature: _____   Date: _____

PLANT MANAGER: Approved ☐   Disapproved ☐
Signature: _____   Date: _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE. IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

D00042

C:\Data\WPDATA\FORMS\COR\Del\f

A00264

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** — To Be Completed by Employee    Date of Hire: 12/21/89    Dept. Catcher

☑ Union  5680
☐ Non-Union Hourly
☐ Salaried

Employee Name: Richard Parker    SS# 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

**VACATION:**
☐ ½ Day    Date Requested _____
☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**
Date Requested 5-2-02    (circle one) **Calendar** / Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: Richard Parker    Date: 4-26-02

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** — To Be Completed by Human Resources

**Vacation**
1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 - 2 = 3)

**Floating Holidays**
Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____    Date _____

---

**SECTION 3** — To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR: Approved ☑  Disapproved ☐
Signature: Willie Oa___    Date _____

SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature _____    Date _____

FOREMAN: Approved ☐  Disapproved ☐
Signature _____    Date _____

PLANT MANAGER: Approved ☐  Disapproved ☐
Signature _____    Date _____

NOTE: PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.    D00043

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\...