15

## 2003 Christmas Dinner Invitation List

**Mike Tirrell**
Karen Mulstay
Roger Marino

**Brett Ryan**
Eric Cathell

**John Wren**
Jeff Smith
Denise Showell

**Richard Williams**
Fred Bowen
Bobby Paramore
Robin Price
George Thornes
Kim Wilkins

**Everett Brown**
Linda Elliott

**Ron Witte**
Mike Wilde
Skip O'Neal
Handley Orr
Richard Mosley (H)
Ivory Williams (H)

**Al Jones**
Ken Chandler
John Dawson
Jim Fritz
Bill Grimes
Ian Harmon
Joe Lodanski
Steve Horsey
Kass Miller (H)
Tim Horner (H)
Anthony Lewis
Dwayne Wolford

**Pat Lynch**
Holly Hudson (H)
Deb Behney (H)
Rob James
Craig Edick (H)
Nestor Benavides
Marian Bolli (H)

**Tom Miller**
LeAnn Fox
Mark Sutphin
Cheryl Parker
Anita Keller

**Mike Steele**
Sam Littleton
Bob Santos
Dennis Brady
Vincente Bello
Leonard James
James Beckwith
David Lowther

**Sam Rascona**
Alex Duke
Larry Wescott
Juan Mercado (H)
Augusto Lopez (H)
Chris Parsons
Rickey Gray
Flo Turlington
Alice Turner
Merry Chambers
William Beck
Joan Milbourne
Ronnie Bradford
Mario Robles
George Horsey (H)
Bea Frisch
Duane Dismuke
Sam Bautista
Russell Burton
Henri Blake
Marty Pointer
Scott Holdren

**Ralph Baker**
Larry Davis
Rodrique Exatyl
Gary Kelly
Eric Colon
Gabriel Soto
Bernadino Ortiz
Ramiro Noriega
Tom Henning
Karl Schwamberger
Martin Tovar (H)
Luis Rivera (H)
Andrew Gibson
Aniceto Ortiz
Robert Leonard
Reginald Roberts
David Lowary
Oziel Del Toro
Jesus Bazan

**Rick Smoak**
A.Camposeco-Rojas (H)
Stanley Johnson
Staccato Sampson
Mike Dondarski
Preston Riley (H)
Gilbert Lopez (H)
Peter Tyler
Bill Billings (H)
Ivan Sutton

**Terry Baker**
Audrey Spence
Darrell Bennett
Maria Ibarra
Sanjuana Robles
Veronica Gomez (H)
Linnette Mojica (H)
Daisey Mercado (H)
Brenda Johnson (H)
Rosalva Alvarez (H)
Hyan Suk Kwon (H)
Corina Seja (H)
Maria Mendoza
Joe Roberts
Antonio Juarez (H)
Luis Samper
Maria Vasquez
Yolanda Vazquez-Ruiz
Idelz Valazquez (H)
Pam Hagans
Alberta Lopez
Marvis Colona
Vanessa Showell (H)
Joanna Meranda-Rivera (H)

**Doug Lynch**
David Nuse
Susie McCauley
Terry Morris
Francisco Hernandez
Joe Garrison
Larry Gibbs
Francisco Sarabia
Enrique Sarabia
Willie Davis

**Dave Tanner**
Al Zlotorzynski
Terry Sinclair
Debbie Jackson
Anita Morris-Hopkins (H)
Kevin Holloway
Bob Kendall
Robert Dye
Sharon Blake (H)
Teresa Drummond (H)
John Ward
Sixto Nunez (H)
Vicente Nunez
Vincent Leon-Check
Phil Webster
Loyda Cabrera (H)
Gary Purnell (H)



GARRISON
Ex # 15
Pw 1/14/05

Mountaire wishes you all the happiness of the season and peace and prosperity in the new year.



# MOUNTAIRE FARMS OF DELMARVA
## ANNUAL CHRISTMAS DINNER

Saturday, December 7, 2002

Holiday Inn Conference Center
67th Street & Ocean
Ocean City, Maryland

*Mountaire Creed*

*To provide quality and service consistently.*

*To be honest and fair with everyone, including customers, suppliers, community neighbors and each other.*

*To provide an environment dedicated to personal and corporate growth.*

*To be good stewards of all the assets God has entrusted to us.*



*Happy Holidays!*

## 2001 Christmas Dinner Invitation List

**Mike Tirrell**
Karen Mulstay
Jeff Walther
Roger Marino

**Brett Ryan**
Jerrod Bates

**John Wren**
Jeff Smith
Denise Showell

**Richard Williams**
Fred Bowen
Charles Elliott
Phyllis Fisher
George Thornes
Kim Wilkins

**Mike Sebach**
Linda Elliott

Richard Mosley (H)
Ivory Williams (H)

**Al Jones**
Ken Chandler
John Dawson
Jim Fritz
Bill Grimes
Ian Harmon
Steve Hitch
Steve Horsey
Daryl Revel (H)
Floyd Twilley (H)
Tony Waters
Dwayne Wolford

**Pat Lynch**
Joel Robles
Deb Behney (H)
Marian Bolli (H)
Nestor Benavides
Rob James
Kass Miller

**Mike Wilde**
Jim Nilan
Belinda White

**Thomas Miller**
Bobbie Hillman
Mark Sutphin
Cheryl Parker
Anita Keller

**Mike Steele**
Sam Littleton

**Sam Rascona**
Preston Scott
Larry Wescott
Francisco Sarabia
Chris Parsons
Ricky Gray
Elsie Cannon
Ruby Briddell
Flo Turlington
Alice Turner
Merry Chambers
Alex Duke
Joan Hopkins
Ronnie Bradford
Ervin Wallace
Jesus Rebolledo
Jonathan Gates
Heath Davis
Mario Robles
Doug Showell
Bea Frisch
Richard Rush
George Horsey (H)
Joseph Roberts
Duane Dismuke
Jose Guzman (H)
Bob Santos
Dennis Brady
Vincente Bello
Leonard James
James Beckwith
David Lowther
Scott Holdren

**Rick Smoak**
A. Camposeco-Rojas (H)
Stanley Johnson
Staccato Sampson
Mike Dondarski
Mark Bennett
Preston Riley (H)
Alvin Christopher (H)
Peter Tyler
Bill Billings (H)

**Ralph Baker**
Larry Davis
Willie Johnson
Ismael Mendoza (H)
Augusto Rodriguez
Hector Lemus-Najarro

Rodrique Exatyl
Gary Kelly
Bruce Pusey
Rodimiro Vasquez
Gabriel Soto
Bernadino Ortiz
Faithe White
Martin Tovar
Juan Rodriquez
Tom Henning
Eva Robles
Bob Maher
Gilberto Aguillon
Evelyn Ortiz
Maytee Ponce
Francisco Calles
Ivan Sutton
Gary Brown

**Terry Baker**
Mike Moldrik
Audrey Spence
Yolanda Vasquez-Ruiz
Eliseo Roblero
Matthew Tull
Antonio Juarez (H)
Evelyn Silva
Josephina Rivera
Russell Burton
Brenda Johnson (H)
Darrell Bennett
Jesus Bazan
Henri Blake
Julio Hernandez Haya
Oziel R. Del Toro
Terry Lewis
Gabriela Marquez
Ryan Guerra (H)
Modesto Hernandez
Luis Samper
Irma Garcia (H)
Drema Menafee
Maria Vasquez
Maria Ibarra
Pam Hagans
Juanita Rojas (H)
Vanessa Showell (H)
Maria Mendoza
Virginia Acosta (H)
Alerta Lopez (H)
Kelly Taylor (H)
**Dave Tanner**
Al Zlotorzynski
Terry Sinclair
Debbie Jackson
Anita Morris
Carolyn Borowski
Ximena Sidel
Kevin Holloway
Bob Kendall

Robert Dye
Richard Gatti
Sharon Blake (H)
Teresa Drummond (H)
Willia Peoples
Ellie Webb
John Ward
Sixto Nunez (H)
Vicente Nunez
Vincent Leon-Check

**Doug Lynch**
David Nuse
Susie McCauley
Terry Morris
Willie Davis
Joe Garrison
Larry Gibbs
Mike Bailey
Roy Walters
Nathaniel Briddell

Total 176