17

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/23/04

NAME/ NOMBRE: Leon Tucker

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: __/__/__

COMPANY POLICY/ POLITICA DE LA COMPANIA: call, if not working

VIOLATION/ VIOLACION: No call and no show

ACTION/ ACCION:   ORAL   1ST/ PRIMERA   2ND/ SEGUNDA   (FINAL)
3 days off

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañia puede resultar en acción disciplinaria que podría indlcuir el despido.

Employee's Signature/ Firma del empleado

[signature]
Supervisor/ Foreman Signature

Date/ Fecha
4-23-04

Human Resources Manager's Signature   Date

Walters
Ex # 2
pcw 2/15/05

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/21/04

NAME/ NOMBRE: Richard Satchell

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: __/__/__

COMPANY POLICY/ POLITICA DE LA COMPANIA: call, if not working - No time to fine someone call late after 10 p.m.

VIOLATION/ VIOLACION: Call to late

ACTION/ ACCION:    ORAL    1ST/ PRIMERA    (2ND/ SEGUNDA)    FINAL

one day off

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañia puede resultar en acción disciplinaria que podría indicuir el despido.

Employee's Signature/ Firma del empleado     Date/ Fecha

[signature]                                  4-20-04
Supervisor/ Foreman Signature                Date

Human Resources Manager's Signature          Date

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/19/04

NAME/ NOMBRE: Leon Tucker

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: 2/ /03

COMPANY POLICY/ POLITICA DE LA COMPANIA: Call Supervisor if not working

VIOLATION/ VIOLACION: 3rd Violation

ACTION/ ACCION:      ORAL      1ST/ PRIMERA      2ND/ SEGUNDA      FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indlcuir el despido.

Employee's Signature/ Firma del empleado                    Date/ Fecha

Supervisor/ Foreman Signature                              4-19-04
                                                           Date

Human Resources Manager's Signature                         Date

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/19/04

NAME/ NOMBRE: Edward Massey

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: ___/___/___

COMPANY POLICY/ POLITICA DE LA COMPANIA: Call supervisor if not working

VIOLATION/ VIOLACION: Violation #2

ACTION/ ACCION:    ORAL    1ST/ PRIMERA    2ND/ SEGUNDA    FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podria indlcuir el despido.

Employee's Signature/ Firma del empleado

Supervisor/ Foreman Signature: Cay Walter

Date/ Fecha: 4-19-04

Human Resources Manager's Signature

Date

A00273

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

NAME/ NOMBRE: Leon Tucker          DATE/ FECHA: 2/13/04

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: 11-1-03

COMPANY POLICY/ POLITICA DE LA COMPANIA: notify supervisor if not working

VIOLATION/ VIOLACION: did not notify supervisor that he was not working 1-23-04 and 2-13-04

ACTION/ ACCION:    ORAL    1ST/ PRIMERA    2ND/ SEGUNDA    FINAL
1 day off 2-16-04

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indlcuir el despido.

_____          _____
Employee's Signature/ Firma del empleado       Date/ Fecha

_____          2-16-04
Supervisor/ Foreman Signature                  Date

_____          _____
Human Resources Manager's Signature            Date

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 2/6/04

NAME/ NOMBRE: Bernie Johnson

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: ___-___-___

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: ___/___/___

COMPANY POLICY/ POLITICA DE LA COMPANIA: Notify supervisor if not working

VIOLATION/ VIOLACION: Said he was driving to farm, but did not show

ACTION/ ACCION:    (ORAL)    1ST/ PRIMERA    2ND/ SEGUNDA    FINAL

None taking at this time

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podría indlcuir el despido.

Employee's Signature/ Firma del empleado

Supervisor/ Foreman Signature: Roy Walters

Date/ Fecha: 2-9-04

Human Resources Manager's Signature    Date

A00275