**18**

CREWLEADER SUMMARY OF ...

### YEAR 2001

| I.D. # | PROCESSING LEVEL 3 EMPLOYEE | Nov-00 Performance Earned | Dec-00 Performance Earned | Jan-01 Performance Earned | Feb-01 Performance Earned | Mar-01 Performance Earned | Apr-01 Performance Earned | May-01 Performance Earned | Jun-01 Performance Earned | Jul-01 Performance Earned | Aug-01 Performance Earned | Sep-01 Performance Earned | Oct-01 Performance Earned | YTD Total Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Termed | BRIDDELL, NATHANIAL | $0.00 | $99.12 | $315.30 | $262.31 | $0.00 | | | | | | | | |
| start Jun-01 | DAVIS, WILLIE | | | | | | | | | | | | | |
| May-01 | FEDDIMAN, GEORGE | $0.00 | $0.00 | $8.79 | $256.88 | $211.58 | $224.75 | $0.00 | $0.00 | $0.00 | $114.63 | $0.00 | | $1,423.60 |
| | GARRISON, JOSEPH | $309.05 | $191.65 | $204.11 | $252.11 | $170.79 | $172.75 | $211.17 | $0.00 | $273.84 | $9.22 | $286.05 | $202.21 | $2,282.98 |
| | GIBBS, LARRY | $107.53 | $349.01 | $82.53 | $236.5 | $170.03 | $130.63 | $289.98 | $0.00 | $151.22 | $98.89 | $144.82 | $428.90 | $2,190.45 |
| start Dec-00 | WALTERS, ROY | | $319.54 | $0.00 | $393.77 | $192.61 | $53.80 | $357.40 | $154.51 | $0.00 | $7.08 | $211.80 | $957.54 | $7,950.77 |
| | **TOTAL PAYMENTS** | $416.58 | $959.31 | $611.13 | $1,401.57 | $572.90 | $568.76 | $1,083.30 | $154.51 | $498.14 | $108.11 | $618.52 | $957.54 | $7,950.77 |

### YEAR 2002

| I.D. # | PROCESSING LEVEL 3 EMPLOYEE | Nov-01 Performance Earned | Dec-01 Performance Earned | Jan-02 Performance Earned | Feb-02 Performance Earned | Mar-02 Performance Earned | Apr-02 Performance Earned | May-02 Performance Earned | Jun-02 Performance Earned | Jul-02 Performance Earned | Aug-02 Performance Earned | Sep-02 Performance Earned | Oct-02 Performance Earned | YTD Total Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Termed | BRIDDELL, NATHANIAL | $40.26 | $0.00 | $126.9 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $116.46 | $0.00 | $345.92 |
| Jan-02 | DAVIS, WILLIE | $7.59 | $148.19 | $0.00 | $18.88 | $31.72 | $0.00 | $209.31 | $0.00 | $0.00 | $0.00 | | | $415.49 |
| | GARRISON, JOSEPH | $176.03 | $169.97 | $139.15 | $143.61 | $134.55 | $103.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.83 | $902.69 |
| | GIBBS, LARRY | $346.46 | $158.95 | $306.73 | $96.6 | $190.13 | $103.33 | $68.04 | $64.17 | $151.22 | $98.89 | $325.42 | $366.67 | $2,090.69 |
| | WALTERS, ROY | $89.16 | $35.44 | $0.00 | $141.99 | $74.47 | $0.00 | $26.85 | $154.51 | LOA | LOA | LOA | LOA | $368.05 |
| | **TOTAL PAYMENTS** | $659.50 | $512.55 | $572.77 | $401.02 | $430.84 | $206.93 | $304.20 | $64.17 | $126.88 | $441.83 | $402.50 | $4,122.84 |

### YEAR 2003

| I.D. # | PROCESSING LEVEL 3 EMPLOYEE | Nov-02 Performance Earned | Dec-02 Performance Earned | Jan-03 Performance Earned | Feb-03 Performance Earned | Mar-03 Performance Earned | Apr-03 Performance Earned | May-03 Performance Earned | Jun-03 Performance Earned | Jul-03 Performance Earned | Aug-03 Performance Earned | Sep-03 Performance Earned | Oct-03 Performance Earned | YTD Total Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Termed | BRIDDELL, NATHANIAL | $0.00 | $0.00 | $71.67 | $80.58 | $152.29 | $35.87 | $358.33 | $152.29 | $143.33 | $0.00 | $250.83 | $71.67 | $1,657.28 |
| Apr-03 | GARRISON, JOSEPH | $0.00 | $128.92 | $92.08 | $202.58 | $152.29 | $368.33 | $238.33 | $265.83 | $174.17 | $0.00 | $440.00 | $91.67 | $2,126.66 |
| | GIBBS, LARRY | $0.00 | $335.83 | $232.92 | $223.95 | $134.55 | $91.67 | $265.83 | $297.50 | $70.00 | $0.00 | $315.00 | $1,303.75 | |
| Oct-03 | WALTERS, ROY | $0.00 | $146.67 | $256.66 | $265.83 | $155.83 | $91.67 | $175.00 | $715.62 | $387.50 | $0.00 | $1,005.83 | $163.34 | $5,401.23 |
| | **TOTAL PAYMENTS** | $0.00 | $182.50 | $0.00 | $210.00 | $148.75 | $87.50 | $175.00 | LOA | LOA | LOA | LOA | LOA | |
| | | $496.34 | $440.59 | $561.15 | $789.37 | $609.16 | $215.00 | $771.66 | $715.62 | | | | | |

### YEAR 2004

| I.D. # | PROCESSING LEVEL 3 EMPLOYEE | Nov-03 Performance Earned | Dec-03 Performance Earned | Jan-04 Performance Earned | Feb-04 Performance Earned | Mar-04 Performance Earned | Apr-04 Performance Earned | May-04 Performance Earned | Jun-04 Performance Earned | Jul-04 Performance Earned | Aug-04 Performance Earned | Sep-04 Performance Earned | Oct-04 Performance Earned | YTD Total Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Termed | GARRISON, JOSEPH | $294.57 | $128.92 | $92.08 | $202.58 | $257.83 | $368.33 | $147.33 | $184.17 | Have not completed these months. | | | | $1,675.91 |
| Jun-04 | GIBBS, LARRY | $201.57 | $311.67 | $92.00 | $132.13 | $151.60 | $226.50 | $358.63 | $358.63 | | | | | $1,740.23 |
| start May-04 | WALTERS, ROY | | | | | | | $175.00 | $0.00 | Have not completed these months. | | | | $175.00 |
| | **TOTAL PAYMENTS** | $496.14 | $440.59 | $92.38 | $334.71 | $408.83 | $594.83 | $680.96 | $542.80 | $0.00 | $0.00 | $0.00 | | $3,591.14 |



GARRISON
Ex # 13
pw 1/14/05

| EMPLOYEE | 2001 Monthly | 2001 Annual | 2002 Monthly | 2002 Annual | 2003 Monthly | 2003 Annual | 2004 Mth-ytd | Totals |
|---|---|---|---|---|---|---|---|---|
| Briddell, Nathaniel | $1,423.50 | $4,425.97 | $345.92 | $0.00 | $313.54 | $0.00 | $0.00 | $6,509.03 |
| Davis, Willie | $92.17 | $1,623.53 | $415.49 | $0.00 | $0.00 | $0.00 | $0.00 | $2,133.19 |
| Feddiman, George | $271.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $271.12 |
| Garrison, Joseph | $2,282.98 | $4,371.00 | $902.69 | $0.00 | $1,657.28 | $1,634.00 | $1,675.91 | $12,523.86 |
| Gibbs, Larry | $2,190.45 | $4,368.64 | $2,090.59 | $0.00 | $2,126.66 | $1,672.00 | $1,740.23 | $14,188.67 |
| Walters, Roy | $1,690.45 | $4,284.36 | $368.35 | $0.00 | $1,303.75 | $0.00 | $175.00 | $7,821.81 |
| Totals | $7,950.77 | $19,073.50 | $4,122.84 | $0.00 | $5,401.23 | $3,306.00 | $3,591.14 | $43,447.68 |