19

# MOUNTAIRE CORPORATION
## PERFORMANCE EVALUATION

NAME  Roy Walters                      COMPANY  Mountaire Farms of Delmarva

JOB TITLE  Crewleader                  LOCATION  Selbyville, De

DEPARTMENT  Live Haul                  DATE OF LAST EVALUATION  06/03

HIRE DATE  10/04/82                    REVIEW PERIOD  06/03  TO  06/04

CHECK ONE:  [x] ANNUAL   [ ] TRANSFER   [ ] PROMOTION   [ ] OTHER

### PROCEDURES

1) TWO MONTHS PRIOR TO SALARY REVIEW DATE, HUMAN RESOURCES SENDS EVALUATION FORMS TO SUPERVISOR.
2) SUPERVISOR PROVIDES SELF EVALUATION FORM TO EMPLOYEE AND SETS DATE FOR REVIEW.
3) SUPERVISOR COMPLETES EVALUATION AND REVIEWS DRAFT WITH HIS/HER MANAGER (TWO WEEKS).
4) SUPERVISOR HOLDS PERFORMANCE REVIEW WITH EMPLOYEE (ONE WEEK).
5) SIGNED EVALUATION FORWARDED TO MANAGER WITH SALARY RECOMMENDATION (ONE WEEK).
6) MANAGER FORWARDS TO HUMAN RESOURCES FOR REVIEW AND PROCESSING (ONE WEEK).
7) HUMAN RESOURCES FORWARDS FOR NECESSARY APPROVALS AND PAYROLL PROCESSING (ONE WEEK).

### PERFORMANCE LEVEL DEFINITIONS

**OUTSTANDING:** CONSISTENTLY EXCEEDED ALL PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. DEMONSTRATED EXCEPTIONAL TEAMWORK, BUILT TEAMS, FACILITATED TEAM PROCESS, AND SHARED INFORMATION. RECOGNIZED TRENDS AND TOOK INITIATIVE TO PREVENT PROBLEMS WITH SOUND AND INNOVATIVE DECISION/ACTIONS. REQUIRED VERY LITTLE DIRECTION.

**EXCEEDS EXPECTATIONS:** FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND SEVERAL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE VERY GOOD, AND MINIMUM DIRECTION WAS REQUIRED. DEMONSTRATED STRONG TEAMWORK AND SHARED INFORMATION. ANTICIPATED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**MEETS EXPECTATIONS:** USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE GOOD, WITH A NORMAL AMOUNT OF DIRECTION REQUIRED. DEMONSTRATED TEAMWORK AND INFORMATION SHARING. RESOLVED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**BELOW EXPECTATIONS:** DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE INCONSISTENT; THIS INDIVIDUAL REQUIRED MORE DIRECTION THAN EXPECTED. DID NOT CONSISTENTLY MAKE MEANINGFUL CONTRIBUTIONS TOWARD TEAMWORK OR TEAM PROCESS. DID NOT CONSISTENTLY RESOLVE PROBLEMS OR MAY HAVE AVOIDED PROBLEM SITUATIONS.

**UNSATISFACTORY:** PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. QUALITY AND/OR QUANTITY OF WORK WERE UNACCEPTABLE, AND THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. AVOIDED PROBLEMS AND/OR MADE DECISIONS WHICH MAY HAVE PLACED BUSINESS IN JEOPARDY.

### OUR PEOPLE

WE BELIEVE THAT OUR PEOPLE MAKE THE DIFFERENCE AND WE HAVE A GENUINE DESIRE TO SEE THEM SUCCEED

Walters
Ex # 6
pw 2/15/05

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | S=Strength | M=Meets Requirements | D=Developmental Area (mark with an x or leave blank if not applicable) | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|---|---|---|
| | S | M | D | | |
| **1. COMMITMENT TO QUALITY** | | | | Quality in Live Haul is measured by the growers and the plant. Roy understands the importance of delivering a quality product. Continue to work with the catchers to improve their catching techniques to deliver the best quality product. | 3 |
| A. Analyzes quality problems to determine root cause | | X | | | |
| B. Develops and implements plans to improve quality | | | X | | |
| C. Maintains systems to measure quality | | X | | | |
| D. Produces quality work consistently | | X | | | |
| **2. INTERNAL AND EXTERNAL CUSTOMER SATISFACTION** | | | | Roy understands the needs of his customers, the growers and the plant. The biggest opportunity in the field is farm damage and farmer consideration (trash, partitions, fans,etc) The opportunities for the plant are improved bird quality (bruising) and accurate head counts. (chain speed) | 2.5 |
| A. Understands customers' needs and serves others | | X | | | |
| B. Provides products and services which meet or exceed customers' requirements | | | X | | |
| C. Develops close customer relationships | | X | | | |
| D. Responds quickly to customer problems | | | X | | |
| **3. PLANNING** | | | | Roy has many years of experience in Live Haul, which gives him the ability to identify task. Day to day planning is adequate. Long term planning is an opportunity. Example: Building a strong, reliable crew. | 3 |
| A. Identifies tasks clearly | | X | | | |
| B. Establishes goals and priorities | | | X | | |
| C. Demonstrates good follow-up skills | | X | | | |
| D. Accomplishes results and objectives | | X | | | |
| **4. INITIATIVE** | | | | Roys initiative is adequate. He does participate to get the job done. Would like to see Roy implement more significant positive change in the crew. (new catchers) Continue to motivate and involve the workers. | 2.5 |
| A. Considers alternatives before deciding on the best way to proceed | | X | | | |
| B. Encourages and supports creativity and looks at "failures" as learning opportunities | | X | | | |
| C. Looks for ways to implement significant positive change | | | X | | |
| D. Fosters participation and supports prudent risk-taking | | | X | | |
| **5. DECISION MAKING AND PROBLEM SOLVING** | | | | Roy's exposure to many different Live Haul issues allows him to recognize most problems. Roy doesn't always follow the procedures exactly and may deviate to satisfy the catching team, which may be detrimental to work quality or performance. | 2.5 |
| A. Recognizes and defines the root cause of problems | | X | | | |
| B. Makes logical and timely decisions based upon facts and experience | | | X | | |
| C. Follows through with decisions | | X | | | |
| D. Demonstrates flexibility | | | X | | |

Page

## PERFORMANCE BEHAVIORS AND RESULTS
### (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

S=Strength
M=Meets Requirements
D=Developmental Area
(leave blank if not applicable)

| AREA | S | M | D | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATE |
|---|---|---|---|---|---|
| **6. BUSINESS SUCCESS AND RESULTS** | | | | Roy's crew does a fairly good job getting things done. They are generally at least average in cost and performance. Roy and his crew have been helpful and understanding during emergency situations. | 3 |
| A. Gets things done | | X | | | |
| B. Handles emergency situations | | X | | | |
| C. Meets quality and safety standards | | X | | | |
| D. Operates within budget, improves margin | | X | | | |
| **7. LEADERSHIP AND INFLUENCE** | | | | Roy sometimes seems to lack the necessary leadership. He doesn't appear to have the total respect of his crew. Respect demands respect. Involve the team in all aspects of the business and get total commitment from all. (DOA's, Headcount, Safety, Farm Damage, etc. | 2 |
| A. Creates and communicates a vision that motivates | | | X | | |
| B. Empowers others to take action | | | X | | |
| C. Leads by example (puts values into action) | | X | | | |
| D. Recognizes and rewards contributions and milestones | | | X | | |
| **8. COMMUNICATION** | | | | Roy is a good listener and communicates verbally and in writing very well. His paper work is usually accurate and thorough. | 3 |
| A. Listens attentively to others and demonstrates understanding | | X | | | |
| B. Is accessible and approachable | | X | | | |
| C. Encourages others to express their ideas and opinions | | X | | | |
| D. Speaks and writes clearly and effectively; is constructive | | X | | | |
| **9. TEAMWORK** | | | | Roy understands the importance of the team concept. He is willing to get involved and do what it takes to deliver the product. Managing conflict is an opportunity for Roy | 3 |
| A. Contributes to team objectives | | X | | | |
| B. Builds productive work relationships | | | X | | |
| C. Effectively manages conflict | | | X | | |
| D. Balances team issues with self-interests | | X | | | |
| **10. SAFETY AND ENVIRONMENT** | | | | Roy and his crew are aware of the safety policies and generally apply them. Manage the crew closely and assure that all Safety policies are followed. | 3 |
| A. Knows and follows safety and environmental rules and procedures | | X | | | |
| B. Maintains good housekeeping and controls potential hazards | | | X | | |
| C. Uses prescribed safety devices and protective equipment | | X | | | |
| D. Participates in safety meetings and training | | X | | | |

Page

FEB-15-2005 12:55 PM   MOUNTAIRE FARMS SELBY

A00279

## SUMMARY ANALYSIS

| RATING | CTQ | I&ECS | P | I | DM/PS | BS/R | LA | C | TW | S&E | AVERAGE RATING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3.00 | 2.50 | 3.00 | 2.50 | 2.50 | 3.00 | 2.00 | 3.00 | 3.00 | 3.00 | 2.75 |

## OVERALL EVALUATION

ON THE BASIS OF THE PRECEDING EVALUATION OF PERFORMANCE AGAINST JOB RESPONSIBILITIES, OBJECTIVES, AND PERFORMANCE SKILLS, RATE THIS EMPLOYEE'S PERFORMANCE DURING THIS REVIEW PERIOD. SELECT ONE PERFORMANCE RATING FROM THE CHOICES, AND MARK WITH AN X.

- **OUTSTANDING:** CONSISTENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. REQUIRED VERY LITTLE DIRECTION.
- **EXCEEDS EXPECTATIONS:** FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. MINIMUM DIRECTION WAS REQUIRED.
- **[X] MEETS EXPECTATIONS:** USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. NORMAL AMOUNT OF DIRECTION REQUIRED.
- **BELOW EXPECTATIONS:** DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. REQUIRED MORE DIRECTION THAN EXPECTED.
- **UNSATISFACTORY:** PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION.

## IMPROVEMENTS, TRAINING, AND DEVELOPMENT PLAN

**INDIVIDUAL'S DEVELOPMENTAL POTENTIAL:**

- [X] 1) Individual continues to develop within this position.
- [ ] 2) Individual is fully developed for this position.
- [ ] 3) Individual has the potential or skills to make a lateral move to: list position(s).
- [ ] 4) Individual has the potential to progress to at least the next level.
- [ ] 5) Individual has potential to progress at least two levels above their present job.

### NEXT YEAR'S DEVELOPMENT PLAN

Continue to organize and build a strong catching team. Promote total employee involvement and create a sense of pride and commitment throughout the crew.

**COMMENTS AND SIGNATURES** (Employee's Signature: Your signature indicates that you have seen, reviewed, and discussed this appraisal with your manager and you have been given an opportunity to add your comments.)

Employee: Signature *[signed: Ray Walter]* — Date: 6-29-04

Appraised by (Manager): Signature *[signed: Doug Lynn]* — Date: 6/29/04

Reviewed by (Next Level Manager): Signature *[signed]* — Date: 6/29/04

Comments: This space is provided for any additional job-related comments by the employee, manager, or reviewer. Attach additional pages if needed.

*[signatures: 7-21-04, 8/2/04, 7/30/04]*

Supv*[...]*.doc Form #126   12/1/01                                                                 Page 4

# MOUNTAIRE CORPORATION
## PERFORMANCE EVALUATION SELF ASSESSMENT

NAME _Roy H. Walters_  COMPANY _Mountaire Farms_
JOB TITLE _Crew Leader_  LOCATION _Selbyville, De_
DEPARTMENT _Linehaul_
HIRE DATE _10-4-82_

### PROCEDURES

1) TWO MONTHS PRIOR TO SALARY REVIEW DATE, HUMAN RESOURCES SENDS EVALUATION FORMS TO SUPERVISOR.
2) SUPERVISOR PROVIDES SELF EVALUATION FORM TO EMPLOYEE AND SETS DATE FOR REVIEW.
3) SUPERVISOR COMPLETES EVALUATION AND REVIEWS DRAFT WITH HIS/HER MANAGER (TWO WEEKS).
4) SUPERVISOR HOLDS PERFORMANCE REVIEW WITH EMPLOYEE (ONE WEEK).
5) SIGNED EVALUATION FORWARDED TO MANAGER WITH SALARY RECOMMENDATION (ONE WEEK).
6) MANAGER FORWARDS TO HUMAN RESOURCES FOR REVIEW AND PROCESSING (ONE WEEK).
7) HUMAN RESOURCES FORWARDS FOR NECESSARY APPROVALS AND PAYROLL PROCESSING (ONE WEEK).

### PERFORMANCE LEVEL DEFINITIONS

**OUTSTANDING:** CONSISTENTLY EXCEEDED ALL PERFORMANCE EXPECTATIONS AND KEY OBJECTIVES. DEMONSTRATED EXCEPTIONAL TEAMWORK, BUILT TEAMS, FACILITATED TEAM PROCESS, AND SHARED INFORMATION. RECOGNIZED TRENDS AND TOOK INITIATIVE TO PREVENT PROBLEMS WITH SOUND AND INNOVATIVE DECISION/ACTIONS. REQUIRED VERY LITTLE DIRECTION.

**EXCEEDS EXPECTATIONS:** FULLY MET AND FREQUENTLY EXCEEDED PERFORMANCE EXPECTATIONS AND SEVERAL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE VERY GOOD, AND MINIMUM DIRECTION WAS REQUIRED. DEMONSTRATED STRONG TEAMWORK AND SHARED INFORMATION. ANTICIPATED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**MEETS EXPECTATIONS:** USUALLY MET AND OCCASIONALLY EXCEEDED PERFORMANCE EXPECTATIONS AND OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE GOOD, WITH A NORMAL AMOUNT OF DIRECTION REQUIRED. DEMONSTRATED TEAMWORK AND INFORMATION SHARING. RESOLVED PROBLEMS AND MADE SOUND BUSINESS DECISIONS.

**BELOW EXPECTATIONS:** DID NOT CONSISTENTLY MEET PERFORMANCE EXPECTATIONS NOR ACHIEVE ALL KEY OBJECTIVES. QUALITY AND QUANTITY OF WORK WERE INCONSISTENT; THIS INDIVIDUAL REQUIRED MORE DIRECTION THAN EXPECTED. DID NOT CONSISTENTLY MAKE MEANINGFUL CONTRIBUTIONS TOWARD TEAMWORK OR TEAM PROCESS. DID NOT CONSISTENTLY RESOLVE PROBLEMS OR MAY HAVE AVOIDED PROBLEM SITUATIONS.

**UNSATISFACTORY:** PERFORMANCE WAS CONSISTENTLY BELOW EXPECTATIONS AND MANY OBJECTIVES WERE NOT ACHIEVED. QUALITY AND/OR QUANTITY OF WORK WERE UNACCEPTABLE, AND THE INDIVIDUAL REQUIRED INTENSIVE DIRECTION. AVOIDED PROBLEMS AND/OR MADE DECISIONS WHICH MAY HAVE PLACED BUSINESS IN JEOPARDY.

### OUR PEOPLE

WE BELIEVE THAT OUR PEOPLE MAKE THE DIFFERENCE AND WE HAVE A GENUINE DESIRE TO SEE THEM SUCCEED

### PERFORMANCE BEHAVIORS AND RESULTS
(INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN)

5- OUTSTANDING
4- EXCEEDS EXPECTATIONS
3- MEETS EXPECTATIONS
2- BELOW EXPECTATIONS
1- UNSATISFACTORY

| AREA | COMMENTS (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | RATING |
|---|---|---|
| **1. COMMITMENT TO QUALITY**<br>A. Analyzes quality problems to determine root cause<br>B. Develops and implements plans to improve quality<br>C. Maintains systems to measure quality<br>D. Produces quality work consistently | I have always been committed to doing the best that Roy can do | 4 |
| **2. INTERNAL AND EXTERNAL CUSTOMER SATISFACTION**<br>A. Understands customers' needs and serves others<br>B. Provides products and services which meet or exceed customers' requirements<br>C. Develops close customer relationships<br>D. Responds quickly to customer problems | Have been able to communicate with customers to get the job done | 3 |
| **3. PLANNING**<br>A. Identifies tasks clearly<br>B. Establishes goals and priorities<br>C. Demonstrates good follow-up skills<br>D. Accomplishes results and objectives | have been able to identifies problems, and establishes goals and priorities to accomplishe results | 3 |
| **4. INITIATIVE**<br>A. Considers alternatives before deciding on the best way to proceed<br>B. Encourages and supports creativity and looks at "failures" as learning opportunities<br>C. Looks for ways to implement significant positive change<br>D. Fosters participation and supports prudent risk-taking | my crew and I have made some changes as we have learn from our failures | 2 |
| **5. DECISION MAKING AND PROBLEM SOLVING**<br>A. Recognizes and defines the root cause of problems<br>B. Makes logical and timely decisions based upon facts and experience<br>C. Follows through with decisions<br>D. Demonstrates flexibility | have recognizes problems and made decisions to accomplishe results | 3 |

Page 2

| | PERFORMANCE BEHAVIORS AND RESULTS (INSERT CORRESPONDING PERFORMANCE VALUE IN RATING COLUMN) | |
|---|---|---|
| | 5- OUTSTANDING  4- EXCEEDS EXPECTATIONS  3- MEETS EXPECTATIONS  2- BELOW EXPECTATIONS  1- UNSATISFACTORY | |
| **AREA** | **COMMENTS** (GIVE SPECIFIC EXAMPLES TO SUPPORT RATING) | **RATING** |
| 6. BUSINESS SUCCESS AND RESULTS  A. Gets things done  B. Handles emergency situations  C. Meets quality and safety standards  D. Operates within budget, improves margin | I consider I have done these things as a crew leader | 3 |
| 7. LEADERSHIP AND INFLUENCE  A. Creates and communicates a vision that motivates  B. Empowers others to take action  C. Leads by example (puts values into action)  D. Recognizes and rewards contributions and milestones | My crew understand what I as a crewleader wants and we together have try to reach that goal | 3 |
| 8. COMMUNICATION  A. Listens attentively to others and demonstrates understanding  B. Is accessible and approachable  C. Encourages others to express their ideas and opinions  D. Speaks and writes clearly and effectively; is constructive | I consider I have done these things as a crew leader | 3 |
| 9. TEAMWORK  A. Contributes to team objectives  B. Builds productive work relationships  C. Effectively manages conflict  D. Balances team issues with self-interests | with some help from supervision, there have been some conflicts that needed to be look at | 3 |
| 10. SAFETY AND ENVIRONMENT  A. Knows and follows safety and environmental rules and procedures  B. Maintains good housekeeping and controls potential hazards  C. Uses prescribed safety devices and protective equipment  D. Participates in safety meetings and training | Safety has always been a number one priority | 4 |

Page 3

## PERFORMANCE EVALUATION SELF ASSESSMENT

NAME: Roy H. Walters

THE QUESTIONS WHICH FOLLOW WILL HELP YOU PREPARE FOR YOUR REVIEW AND OBJECTIVE-SETTING MEETING WITH YOUR MANAGER.

### EVALUATION OF PERFORMANCE VERSUS LAST YEAR'S DEVELOPMENT PLAN
BRIEFLY DESCRIBE YOUR DEVELOPMENT PLAN AND THE RESULTS ACHIEVED DURING THE PAST YEAR.

| A. DEVELOPMENT PLAN | B. RESULTS ACHIEVED |
|---|---|
| I wanted to have more team work with the mens in my crew | I have seen some 30 to 40% change toward this plan |

1. What specific skills do you want to focus on this coming year? These may be strengths you wish to enhance or areas in which you need improvement or development. Consider appropriate training courses, coaching, and on the job activities.

   I want to focus on working the chickens for improvement of SOP's as each farm is not the same

2. Looking ahead to next year's work, what do you believe should be your principle objectives and/or job responsibilities? Establish a measurable or observable target for each. List these objectives in order of priority.

   Making shore the job gets done right

3. What assistance (resources/advice) will you need from your manager or others to implement these objectives/job responsibilities?

   Helping to hire good working mens, that want to work

4. Are there any additional subjects you would like to cover during your meeting with your manager?

   ZZZ.

Selfeval.doc   Form #125   12/1/01

EDBH
7-21-04

Page 4

FEB-15-2005 12:50 PM   MOUNTAIRE FARMS SELBY   302 436 9549

A00284