**20**

81

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request **7-28-04**    Dept **Livchael**

Employee Name: **Herman Jernigan**    SS# **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**    ☑ Hourly ☐ Salaried

**VACATION:**

☐ Other _____    Time Requested  FROM _____ TO _____

☐ Full Day    Date Requested _____

☐ Extended Period    Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**

Date Requested **7-28-04**    Calendar    (Anniversary) *(circle one)*

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _*Herman J Jernigan*_    Date **7-28-04**

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: **7 / 25 / 94**

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | Days Taken: _____ |
| 3) | Days Requested: _____ | Days Requested: _____ |
| 4) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 - 3 = 4) | |

Human Resources Representative's Signature _____    Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:    Approved ☑    Disapproved ☐    SUPERINTENDENT:    Approved ☐    Disapproved ☐

Signature _*Larry Nibbs*_    Date **7-28-04**    Signature _____    Date _____

FOREMAN:    Approved ☐    Disapproved ☐    PLANT MANAGER:    Approved ☐    Disapprove

Signature _____    Date _____    Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

EXHIBIT

A00285

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Request _7-8-04_   Dept. _Livehaul_

☑ Hourly
☐ Salaried

Employee Name: _Herman Jernigan_   SS# _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_

**VACATION:**
☐ Other _Money Only 3wks._   Time Requested   FROM _____ TO _____
☐ Full Day   Date Requested _____
☐ Extended Period   Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**   (circle one)
Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Herman J Jernigan_   _7-8-04_
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*   DATE OF HIRE: _7 / 25 / 94_

#### Vacation
1) Total Days Eligible: _____
2) Days Taken: _____
3) Days Requested: _____
4) Days Remaining: _____
(1 - 2 - 3 = 4)

#### Floating Holidays
Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

_____   _____
Human Resources Representative's Signature   Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑   Disapproved ☐   SUPERINTENDENT: Approved ☐   Disapproved ☐
_Larry Gibbs_   _7-8-04_
Signature   Date   Signature   Date

FOREMAN: Approved ☐   Disapproved ☐   PLANT MANAGER: Approved ☐   Disapproved ☐
_____   _____   _____   _____
Signature   Date   Signature   Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\CC   )503.wpd

A00286

## MOUNTAIRE
### Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Request | 6/14/04 | Dept. 5622-3 |

☐ Hourly
☐ Salaried

Employee Name: Peter Major    SS# 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

**VACATION:**
☑ Other _Money only_    Time Requested  FROM _____ TO _____
☐ Full Day    Date Requested _____ 2 weeks
☐ Extended Period    Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _Money only_    (circle one) Calendar  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Peter Major    6/14/04
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| **SECTION 2** | *To Be Completed by Human Resources* | DATE OF HIRE: | 7/8/98 |

| Vacation | | Floating Holidays | |
| --- | --- | --- | --- |
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | Days Taken: _____ |
| 3) | Days Requested: _____ | Days Requested: _____ |
| 4) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 - 3 = 4) | |

Human Resources Representative's Signature _____    Date _____

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☑  Disapproved ☐    **SUPERINTENDENT:** Approved ☐  Disapproved ☐
Larry Gibb    6-21-04
Signature    Date    Signature    Date

**FOREMAN:** Approved ☐  Disapproved ☐    **PLANT MANAGER:** Approved ☐  Disapproved ☐
_____    _____    _____    _____
Signature    Date    Signature    Date

NOTE:    **PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.**
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COI    Rev. 0503.wpd

A00287

**POSTED**

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request **5-3-04** | Dept. **Live haul** |

☑ Hourly
☐ Salaried

Employee Name: **Arthur Belfield**     SS# **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**

**VACATION:**
☐ Other **Money Only**     Time Requested   FROM _____ TO _____
☐ Full Day     Date Requested _____
☐ Extended Period     Dates Requested   FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _____          (circle one)
Calendar     Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**arthur Belfield**          **5-3-04**
Employee Signature          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources:* | DATE OF HIRE: **5 / 15 / 03** |

| **Vacation** | | **Floating Holidays** |
|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | Days Taken: _____ |
| 3) | Days Requested: _____ | Days Requested: _____ |
| 4) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 - 3 = 4) | |

Human Resources Representative's Signature _____          Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☑   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

**Larry Hibb**          **5-3-04**
Signature          Date          Signature          Date

FOREMAN:  Approved ☐   Disapproved ☐          PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature          Date          Signature          Date

NOTE:     PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

F:\WP Forms\COR          03.wpd

A00288

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Request **4-21-04**    Dept. **Live haul**

☑ Hourly
☐ Salaried

Employee Name: **James H. Gibbs**    SS# **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**

VACATION:
☐ Other **3 WKS. Money Only**    Time Requested  FROM _____ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested  FROM _____ TO _____

FLOATING HOLIDAY:
Date Requested _____    (circle one)    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**James Gibbs**                                        **4-21-04**
Employee Signature                                   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*    DATE OF HIRE: **05 / 09 / 94**

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Eligible: _____ | | Total Days Eligible: _____ | |
| 2) Days Taken: _____ | | Days Taken: _____ | |
| 3) Days Requested: _____ | | Days Requested: _____ | |
| 4) Days Remaining: _____ | | Days Remaining: _____ | |
| (1 - 2 - 3 = 4) | | | |

_____                    _____
Human Resources Representative's Signature              Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐        SUPERINTENDENT: Approved ☐  Disapproved ☐

**Larry Gibbs**        **4-21-04**
Signature              Date                        Signature              Date

FOREMAN: Approved ☐  Disapproved ☐          PLANT MANAGER: Approved ☐  Disapproved ☐

_____    _____            _____    _____
Signature              Date                        Signature              Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\                    r 0503.wpd

A00289

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request **4-21-04**    Dept. **Live haul**

Employee Name: **Donald L. Gibbs**    SS# **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**    ☑ Hourly    ☐ Salaried

**VACATION:**
☐ Other **3wks Money Only**    Time Requested  FROM _____ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _____    Calendar    Anniversary
(circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Donald Gibbs**    **4-21-04**
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: **05 / 09 / 94**

#### Vacation
1)    Total Days Eligible: _____
2)    Days Taken: _____
3)    Days Requested: _____
4)    Days Remaining: _____

(1 - 2 - 3 = 4)

#### Floating Holidays
Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature    Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☑  Disapproved ☐    **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

**Larry Gibb**    **4-21-04**
Signature    Date    Signature    Date

**FOREMAN:**  Approved ☐  Disapproved ☐    **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\

v 0503.wpd

A00290

MOUNTAIRE

## Time Off Request Form

Name _LEOnard E Ayres_    S.S.# _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_

Date of Hire _8-17-98_    Department _Side Haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _S680_

(CHECK ONE):
Vacation _____    Personal/Floating
Holiday - Calendar ✓

Personal/Floating
Holiday - Anniversary

Day/Date(s) Requested _6-26-01_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Leonard C ayres_    _6-28-01_
Employee's Signature    Date

41 JUN 29 3

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_Larry Gibb_    _6-28-01_    ☑ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

PAYROLL
JUN ____ 2001
_____    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE    WEEK ENDING

| FOR OFFICE USE ONLY: | | |
|---|---|---|
| # OF DAYS DUE | _____ |
| # OF DAYS REQUESTED | _____ |
| # OF DAYS LEFT | _____ |

FORM 011 wp/dan
September 23, 1999

A00291

MOUNTAIRE

## Time Off Request Form

Name _LEonard E Ayres_                    S.S.# _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_

Date of Hire _8-17-98_                    Department _Live Haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED     _5620_

| (CHECK ONE): | | |
|---|---|---|
| Vacation | ✔ | Personal/Floating Holiday - Calendar |
| | | Personal/Floating Holiday -Anniversary |

Day/Date(s) Requested _8-30-01_                    _1 W.K ?_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Leonard E ayres_                    _8-23-01_
Employee's Signature                    Date

                                        31 AUG 24

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE       DATE

_Larry Giff_                _8-23-01_            ☑APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE   DATE

_____    _____    ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wycdaa
September 23, 1999

A00292

MOUNTAIRE

## Time Off Request Form

Name _LEONARD E Ayres_          S.S.# _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_

Date of Hire _8-17-98_          Department _Lide Haul_

(5020)

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): Vacation _____ | Personal/Floating Holiday - Calendar | X  _pd w/le 6-5_ |
|---|---|---|
| | Personal/Floating Holiday -Anniversary | X |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Leonard E Ayres_                    _10-16-01_
Employee's Signature                    Date

SUPERVISOR'S SIGNATURE _____    DATE _____    ☐ APPROVED  ☐ DISAPPROVED

_Larry E Gibb_                    _10-19-01_    ☑ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE                DATE

SUPERINTENDENT'S SIGNATURE _____    DATE _____    ☐ APPROVED  ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE _____    DATE _____    ☐ APPROVED  ☐ DISAPPROVED

PAYROLL

OCT 20 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011  wp.doc
September 23, 1999

A00293

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire _8-17-98_    Dept. _Live Haul_

☑ Union _3080_
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Leonard E. Ayres_    SS# _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_

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _8-26-02_ ———— _9-9-02_

**FLOATING HOLIDAY:**

Date Requested _8-8-02_     (circle one)
                            ⟨Calendar⟩    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Leonard E. Ayres_ _____     _8-6-02_
Employee Signature                             Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*                          02 AUG 7

| **Vacation** | | **Floating Holidays** |
|---|---|---|

1)   Total Days Due: _____        Total Days Due: _____

2)   Days Requested: _____        Days Requested: _____

3)   Days Remaining: _____        Days Remaining: _____

(1 – 2 = 3)

Human Resources Representative's Signature _____        Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐   Disapproved ☐         **SUPERINTENDENT:** Approved ☐   Disapproved ☐

Signature _____ Date _____                Signature _____ Date _____

**FOREMAN:** Approved ☑   Disapproved ☐            **PLANT MANAGER:** Approved ☐   Disapproved ☐

_Larry Hill_  _8-5-02_                             Signature _____ Date _____
Signature       Date

NOTE:   PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DaR... ... ...0701.wpd

**A00294**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire **8-17-93**   Dept. *Live Haul*

☑ Union **5680**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Leonard E Ayres**   SS# **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**

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested **8-26-02 — 9-9-02**

**FLOATING HOLIDAY:**

Date Requested **8-8-02**   (circle one)   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Leonard E Ayres**
Employee Signature                                   **8-6-02**
                                                     Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*                     82 AUG 7

### Vacation                                              ### Floating Holidays

1)  Total Days Due: _____            Total Days Due: _____

2)  Days Requested: _____            Days Requested: _____

3)  Days Remaining: _____            Days Remaining: _____

                    (1 - 2 = 3)

Human Resources Representative's Signature                   Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐      SUPERINTENDENT:   Approved ☐   Disapproved ☐

Signature _____ Date _____            Signature _____ Date _____

FOREMAN:  Approved ☑   Disapproved ☐      PLANT MANAGER:   Approved ☐   Disapproved ☐

**Larry Hill  8-5-02**
Signature         Date                     Signature _____ Date _____

NOTE:  PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
       IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\CC                Vacation Form 0701.wpd

A00295

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

*5622*

| SECTION 1 | *To Be Completed by Employee* | Date of Hire **8-17-98** | Dept. **Livehaul** |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Leonard Ayres**    SS# **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**

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)    Date(s) Requested **Money Only 2 WKS.**

**FLOATING HOLIDAY:**                    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Leonard E. Ayres*                    **8-13-03**
Employee Signature                    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | *To Be Completed by Human Resources* |

03 AUG 15

### Vacation                              ### Floating Holidays

| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | _____ |
| 3) | Days Remaining: | _____ | Days Remaining: | _____ |
|    | (1 - 2 = 3) |

Human Resources Representative's Signature _____    Date _____

---

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐    Disapproved ☐        SUPERINTENDENT:  Approved ☐    Disapproved ☐

_____                    _____
Signature                    Date        Signature                    Date

FOREMAN:  Approved ☑    Disapproved ☐        PLANT MANAGER:  Approved ☐    Disapproved ☐

*Larry Hibb*    **8-13-03**            _____
Signature                    Date        Signature                    Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 - Vacation Form 0701.wpd

A00296

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire **8-17-98**    Dept. **Live Haul**

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Leonard E Ayres**    SS# **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**

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    **September 25th + 26th** (circle one)

Date Requested **2 Personal Days**    (Calendar)    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Leonard E Ayres**    **9-16-03**
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    03 SEP 18

### Vacation

1)    Total Days Due:    _____
2)    Days Requested:    _____
3)    Days Remaining:    _____
     (1 - 2 = 3)

### Floating Holidays

Total Days Due:    _____
Days Requested:    _____
Days Remaining:    **PAYROLL**

**SEP 27 2003**

**WEEK ENDING**

Human Resources Representative's Signature    Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐    Disapproved ☐    **SUPERINTENDENT:**  Approved ☐    Disapproved ☐

Signature    Date    Signature    Date

**FOREMAN:**  Approved ☒    Disapproved ☐    **PLANT MANAGER:**  Approved ☐    Disapproved ☐

**Larry Hitt**    **9-16-03**
Signature    Date    Signature    Date

---

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COORD. ... ...tion Form 0701.wpd

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire _8-17-98_    Dept. _Live Haul_

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Leonard E Ayres_    SS# _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_

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    _September 25th + 26th_ (circle one)
Date Requested _2 Personal Days_    (Calendar)    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Leonard E Ayres_    _9-16-03_
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    03 SEP 18 8:

### Vacation

1)  Total Days Due: _____
2)  Days Requested: _____
3)  Days Remaining: _____
    (1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____    PAYROLL
Days Remaining: _____    OCT 27 2003
                              WEEK ENDING

_____    _____
Human Resources Representative's Signature    Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐    Disapproved ☐

SUPERINTENDENT:  Approved ☐    Disapproved ☐

_____    _____
Signature    Date    Signature    Date

FOREMAN:  Approved ☒    Disapproved ☐

PLANT MANAGER:  Approved ☐    Disapproved ☐

_Larry Hitch_    _9-16-03_
Signature    Date

_____    _____
Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\    0701.wpd

A00298

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Hire 5-15-03 | Dept. Livehaul |

Employee Name: Arthur BelField    SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**                    (circle one)

Date Requested 10-3-03    (Calendar)   Anniversary

*I understand that if this request is granted, I can to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Arthur BelField                            10-1-03
Employee Signature                         Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources |      AT OCT 3 |

**Vacation**                              **Floating Holidays**

1)  Total Days Due:   _____    Total Days Due:   _____
2)  Days Requested:   _____    Days Requested:   _____
3)  Days Remaining:   _____    Days Remaining:   _____

                (1 − 2 = 3)

PAYROLL
OCT 0 4 2003
WEEK ENDING

_____
Human Resources Representative's Signature          Date

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

SUPERVISOR:  Approved ☐   Disapproved ☐       SUPERINTENDENT:  Approved ☐   Disapproved ☐

_____              _____
Signature            Date                Signature            Date

FOREMAN:   Approved ☑   Disapproved ☐        PLANT MANAGER:   Approved ☐   Disapproved ☐

Larry Giff      10-1-03
Signature            Date                Signature            Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR                    .wpd

A00299

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request *3-4-04*    Dept. *Livehaul*

☐ Hourly
☐ Salaried

Employee Name: *Arthur Belfield*    SS# *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*

**VACATION:**
☐ Other_____
☐ Full Day    Date Requested _____    Time Requested FROM _____ TO _____
☐ Extended Period    Dates Requested FROM _____ TO _____

**FLOATING HOLIDAY:**    Date Requested *3-1-04*    (circle one) (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Arthur Belfield*    *3-4-04*
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: *5 , 15 , 04*

**Vacation**                                              **Floating Holidays**

1)  Total Days Eligible: _____    [MAR 0 6 2004 WEEK ENDING stamp]    Total Days Eligible: _____
2)  Days Taken: _____    Days Taken: _____
3)  Days Requested: _____    Days Requested: _____
4)  Days Remaining: _____    Days Remaining: _____

(1 - 2 - 3 = 4)

Human Resources Representative's Signature _____    Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑  Disapproved ☐    SUPERINTENDENT:  Approved ☐  Disapproved ☐

*Larry Gibb*    *3-4-04*
Signature    Date    Signature    Date

FOREMAN:  Approved ☐  Disapproved ☐    PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALLMIR\111 - Vacation Form - Rev 0503.wpd

A00300

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request: 5-3-04    Dept. *Live haul*

☒ Hourly
☐ Salaried

Employee Name: Arthur Belfield    SS# 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

**VACATION:**
☐ Other: Money Only    Time Requested FROM _____ TO _____
☐ Full Day    Date Requested _____    1 wk.
☐ Extended Period    Dates Requested FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _____    (circle one) Calendar   Anniversary    04 MAY 5

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: arthur Belfield    Date: 5-3-04

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: 5 / 15 / 03

| | Vacation | | Floating Holidays | |
|---|---|---|---|---|
| 1) | Total Days Eligible: | _____ | Total Days Eligible: | _____ |
| 2) | Days Taken: | _____ | Days Taken: | _____ |
| 3) | Days Requested: | _____ | Days Requested: | _____ |
| 4) | Days Remaining: | _____ | Days Remaining: | _____ |
| | | (1 - 2 - 3 = 4) | | |

**PAYROLL**
**MAY 1 5 2004**
**WEEK ENDING**

Human Resources Representative's Signature _____    Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☑ Disapproved ☐    **SUPERINTENDENT:** Approved ☐ Disapproved ☐

Signature: Larry Hibb    Date: 5-3-04    Signature _____ Date _____

**FOREMAN:** Approved ☐ Disapproved ☐    **PLANT MANAGER:** Approved ☐ Disapproved ☐

Signature _____ Date _____    Signature _____ Date _____

---

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vacation Form - Rev 0503.wpd

# MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*  Date of Hire _5 - 9 - 94_    Dept. _Live haul_

Employee Name: _Donald Gibb_    SS# _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_

☑ Union _562e_
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _3 - 11 - 02_    (circle one)  (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Donald Gibb_
Employee Signature

_3-11-02_
Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

| Vacation | | Floating Holidays |
|---|---|---|
| 1) Total Days Due: _____ | | Total Days Due: _____ |
| 2) Days Requested: _____ | | Days Requested: _____ |
| 3) Days Remaining: _____ | | Days Remaining: _____ |
| (1 - 2 = 3) | | |

Human Resources Representative's Signature _____    Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐  Disapproved ☐

_____    _____
Signature    Date

SUPERINTENDENT:  Approved ☐  Disapproved ☐

_____    _____
Signature    Date

FOREMAN:  Approved ☑  Disapproved ☐

_Larry Gibb_    _3-8-02_
Signature    Date

PLANT MANAGER:  Approved ☐  Disapproved ☐

_____    _____
Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\CORP\Plant\HR\1 1 1... Vacatio...      1.wpd

A00302

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire **5-9-94**      Dept **Live haul**

Employee Name **Donald Gibbs**      SS# **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**

☑ Union **680**
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested **Money only**      **2 weeks**

**FLOATING HOLIDAY:**

Date Requested _____        Calendar     Anniversary
                                        (circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Donald Gibbs**                           **4-22-02**
Employee Signature                          Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

| | Vacation | | Floating Holidays |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

Human Resources Representative's Signature _____        Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

Signature _____  Date _____      Signature _____  Date _____

FOREMAN:  Approved ☐   Disapproved ☐             PLANT MANAGER:  Approved ☐   Disapproved ☐

**Larry E. Gibb**      **4-22-02**
Signature          Date                            Signature _____  Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\D........ .. .. .. ..  '01.wpd

A00303

# MOUNTAIRE
## Time Off Request Form

Name _Donald G. bbs_          S.S.# _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_

Date of Hire _5-9-94_          Department _Live haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED          _Sb26_

| (CHECK ONE): | Personal/Floating | X  pd w/E |
| --- | --- | --- |
| Vacation | Holiday - Calendar | 2-10-01 |
| | Personal/Floating Holiday - Anniversary | X |

Day/Date(s) Requested _Money Only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Donald Gibbs_                    _6-22-01_
**Employee's Signature**              **Date**

_____          _____    ☐ APPROVED ☐ DISAPPROVED
**SUPERVISOR'S SIGNATURE**              **DATE**

_Larry Gibb_                    _6-22-01_    ☑ APPROVED ☐ DISAPPROVED
**FOREMAN'S SIGNATURE**              **DATE**

_____          _____    ☐ APPROVED ☐ DISAPPROVED
**SUPERINTENDENT'S SIGNATURE**              **DATE**

_____          _____    ☐ APPROVED ☐ DISAPPROVED
**PLANT MANAGER'S SIGNATURE**              **DATE**

PAYROLL
JUL 2 3 2001

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| --- | --- | --- |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00304

# MOUNTAIRE
## Time Off Request Form

Name _Donald Gibbs_    S.S.# _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_

Date of Hire _5-9-94_    Department _Live haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5620_

| _(CHECK ONE):_ | | | |
|---|---|---|---|
| Vacation | _____ | Personal/Floating<br>Holiday - Calendar | _✓_ |
| | | Personal/Floating<br>Holiday -Anniversary | |

Day/Date(s) Requested _Thurs. 2-8-01_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Donald L. Gibbs_    _2-8-01_
Employee's Signature    Date

___

                                                        δ: FEB 6 5:
_____    _____    ☐APPROVED  ☐DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_Larry Gibbs_    _2-7-01_    ☑APPROVED  ☐DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐APPROVED  ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐APPROVED  ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE    PA
                                    FEB ' '01
                                    WEE

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp-doc
September 23, 1999

A00305

# MOUNTAIRE
## Time Off Request Form

Name _Donald Gibbs_                S.S.# _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_

Date of Hire _5-9-94_                      Department _Live haul_

☑ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED          _5630_

| (CHECK ONE):<br>Vacation | _✓_ | Personal/Floating<br>Holiday - Calendar | |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | |

Day/Date(s) Requested _Cash only    2 weeks_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Donald Lee Gibbs_                _4-25-01_                  31 APR 26 31
Employee's Signature                Date

---

SUPERVISOR'S SIGNATURE                DATE                ☐APPROVED ☐DISAPPROVED

_Larry E. Gibbs_                _4-25-01_          ☑APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE                DATE

                                    PAYROLL
SUPERINTENDENT'S SIGNATURE          DATE          ☐APPROVED ☐DISAPPROVED
                                    APR 28 2001
                                    WEEK ENDING

PLANT MANAGER'S SIGNATURE          DATE          ☐APPROVED ☐DISAPPROVED

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wp-doc
September 23, 1999

A00306

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire ~~5-9-03~~    Dept. Live haul

5-9-94

☑ Union  500
☐ Non-Union Hourly
☐ Salaried

Employee Name: Donald Gibbs    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested _____    (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Donald Gibb    6-30-03
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

03 JUN 30

**SECTION 2**  *To Be Completed by Human Resources*

### Vacation

1)  Total Days Due:    _____
2)  Days Requested:    _____
3)  Days Remaining:    _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due:    _____
Days Requested:    PAYROLL
Days Remaining:    JUN 28 2003
WEEK ENDING

_____    _____
Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐  Disapproved ☐    **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

_____    _____    _____    _____
Signature    Date    Signature    Date

**FOREMAN:**  Approved ☑  Disapproved ☐    **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Larry Gibb  6-30-03    _____    _____
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR

**A00307**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire _5-9-94_   Dept. _Live haul_

Employee Name: _Donald Gibbs_   SS# _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_

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested _6-23-03_   (circle one)   Calendar   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Donald Gibbs_   _6-23-03_
Employee Signature   Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

|  | Vacation | | Floating Holidays | |
|---|---|---|---|---|
| 1) | Total Days Due: | _____ | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | Days Requested: | _____ |
| 3) | Days Remaining: | _____ | Days Remaining: | _____ |
|  | (1 - 2 = 3) | | | |

Human Resources Representative's Signature   Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐

Signature   Date

SUPERINTENDENT:  Approved ☐   Disapproved ☐

Signature   Date

FOREMAN:  Approved ☑   Disapproved ☐

_Larry Webb_   _6-23-03_
Signature   Date

PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature   Date

NOTE:   PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\H

A00308

## MOUNTAIRE
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request | **2-10-04** | | Dept. **Live haul** |

☑ Hourly
☐ Salaried

Employee Name: **Donald Gibbs**    SS# **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**

**VACATION:**
☐ Other _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested FROM _____ TO _____

Time Requested FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested **2-11-04**    (circle one)    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Donald Gibbs**    **2-10-04**
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: **5,9  94** |

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | Days Taken: _____ |
| 3) | Days Requested: _____ | Days Requested: _____ |
| 4) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 - 3 = 4) | |

PAYROLL
FEB 1 4 2004
WEEK ENDING

Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:    Approved ☐    Disapproved ☐

SUPERINTENDENT:    Approved ☑    Disapproved ☐    FAXED

Signature    Date    Signature    Date

FOREMAN:    Approved ☑    Disapproved ☐

**Karry Hiff**    **2-10-04**
Signature    Date

PLANT MANAGER:    Approved ☐    Disapproved ☐

Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALLV

**A00309**

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Request  6-18-04    Dept. *Livehaul*

Employee Name: *Donald Gibb*    SS# 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    ☑ Hourly  ☐ Salaried

**VACATION:**
☐ Other_____    Time Requested  FROM _____  TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested  FROM _____  TO _____

**FLOATING HOLIDAY:**  Date Requested  6-18-04    Paid  2-04 ~~Calendar~~  (circle one)  (Anniversary)  Ok    84 HRS 9

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Donald Gibb* _____    6-17-04
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*    DATE OF HIRE:  5, 9, 94

### Vacation                                         Floating Holidays

1)  Total Days Eligible: _____       Total Days Eligible: _____
2)  Days Taken: _____                Days Taken: _____
3)  Days Requested: _____            Days Requested: _____
4)  Days Remaining: _____            Days Remaining: _____
    (1 - 2 - 3 = 4)

PAYROLL
JUN 19 2004
WEEK ENDING

_____    _____
Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☑  Disapproved ☐       SUPERINTENDENT:  Approved ☐  Disapproved ☐
*Larry Gibb*    6-17-04
Signature    Date                                Signature    Date

FOREMAN:  Approved ☐  Disapproved ☐           PLANT MANAGER:  Approved ☐  Disapproved ☐

_____    _____            _____    _____
Signature    Date                                Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALLAH

A00310

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 5-9-94 | Dept *Live hnul* |
|---|---|---|---|

Employee Name: *Donald Gibbs*    SS# 222·40·0288

☑ Union *5628*
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

*already paid P/E 4-27-02*

**FLOATING HOLIDAY:**

Date Requested 6-5-02    (circle one)    '02

Calendar    ~~Anniversary~~

*I understand that if this request is granted, I can return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Donald Gibbs*    6-7-02
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation** | **Floating Holidays**

1) Total Days Due: _____    Total Days Due: _____

2) Days Requested: _____    Days Requested: _____

3) Days Remaining: _____    Days Remaining: *PAYROLL*

(1 - 2 = 3)    JUN 08 2002

Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**    Approved ☐    Disapproved ☐

**SUPERINTENDENT:**    Approved ☐    Disapproved ☐

Signature    Date    Signature    Date

**FOREMAN:**    Approved ☑    Disapproved ☐

**PLANT MANAGER:**    Approved ☐    Disapproved ☐

*Larry Gibb*    6-7-02
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plan

**A00311**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire **5-9-94** | Dept. **Livehaul** |
|---|---|---|---|

☑ Union **QJO**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Donald Gibbs**    SS# **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**

**VACATION:**

**Hold until **E 5-1003**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested **2 WKS  Money Only**

**FLOATING HOLIDAY:**

Date Requested _____    Calendar    Anniversary

(circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Donald Gibbs**                                    **4-25-03**
Employee Signature                                    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | | 03 NAV 2 |
|---|---|---|---|

### Vacation                                    Floating Holidays

1)    Total Days Due: _____    Total Days Due: _____

2)    Days Requested: _____    Days Requested: _____

3)    Days Remaining: _____    Days Remaining: _____

(1 - 2 = 3)

Human Resources Representative's Signature _____    Date    **PAYROLL**

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* | **MAY 10 2003** |
|---|---|---|

**WEEK ENDING**

SUPERVISOR:   Approved ☐    Disapproved ☐          SUPERINTENDENT:   Approved ☐    Disapproved ☐

Signature _____    Date          Signature _____    Date

FOREMAN:   Approved ☑    Disapproved ☐          PLANT MANAGER:   Approved ☐    Disapproved ☐

**Larry Gibbs    4-25-03**
Signature          Date          Signature _____    Date

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\...\WPDATA\FORMS\...

A00312

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*  Date of Hire **2/24/03**    Dept. **5600** Line Hand

Employee Name: **Henry Harmon**    SS# **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**

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day        Date Requested _____

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**                    (circle one)
Date Requested **July 4th, 2003**  (**Calendar**)  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**(Henry Harmon)**                      X **6-18-03**
Employee Signature                        Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

**Vacation**                          **Floating Holidays**

1)  Total Days Due:  _____   Total Days Due:  _____
2)  Days Requested:  _____   Days Requested:  _____    **PAYROLL**
3)  Days Remaining:  _____   Days Remaining:  _____    **JUL 05 2003**
          (1 - 2 = 3)                                        **WEEK ENDING**

Human Resources Representative's Signature            Date

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐  Disapproved ☐      **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

Signature                  Date          Signature                  Date

**FOREMAN:**  Approved ☑  Disapproved ☐      **PLANT MANAGER:**  Approved ☐  Disapproved ☐

**Larry Neff**   **6-23-03**
Signature                  Date          Signature                  Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPln

**A00313**

## MOUNTAIRE
### Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Request _1/21/04_ | Dept. _5622_ |

☐ Hourly
☐ Salaried

Employee Name: _Henry Harmon_    SS# _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_

VACATION:    Time Requested  FROM _____ TO _____

☐ Other _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested  FROM _____ TO _____

FLOATING HOLIDAY:
Date Requested _1-19-04_    (circle one) (Calendar) Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Henry Harmon_    Date _1/21/04_
Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources | DATE OF HIRE: _2,24,2003_ |

04 JAN 2?

### Vacation    Floating Holidays

1)  Total Days Eligible: _____    Total Days Eligible: _____
2)  Days Taken: _____    Days Taken: _____    PAYROLL
3)  Days Requested: _____    Days Requested: _____    JAN 2 ?
4)  Days Remaining: _____    Days Remaining: _____    WEEK ENDIN
      (1 - 2 - 3 = 4)

Date _____

Human Resources Representative's Signature

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

SUPERINTENDENT:  Approved ☐   Disapproved ☐

SUPERVISOR:  Approved ☐   Disapproved ☐

Signature _____    Date _____

Signature _____    Date _____    PLANT MANAGER:  Approved ☐   Disapproved ☐

FOREMAN:  Approved ☐   Disapproved ☐

_Larry Gibbs_    Signature _____    Date _____
Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\CORVA\

A00314

# MOUNTAIRE
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Request 2/17/04    Dept. 5622

☐ Hourly
☐ Salaried

Employee Name: Henry Harmon    SS# 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

**VACATION:**

☐ Other money only    Time Requested FROM _____ TO _____

☐ Full Day    Date Requested _____    1wk

☐ Extended Period    Dates Requested    FROM _____ TO _____

**FLOATING HOLIDAY:**    (circle one)
Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Henry Harmon    2-17-04
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*    DATE OF HIRE: 2,24,03

### Vacation    ### Floating Holidays

| | | |
|---|---|---|
| 1) Total Days Eligible: _____ | | Total Days Eligible: _____ |
| 2) Days Taken: _____ | | Days Taken: _____ |
| 3) Days Requested: _____ | | Days Requested: _____ |
| 4) Days Remaining: _____ | | Days Remaining: _____ |
| (1 - 2 - 3 = 4) | | |

RECEIVED
FEB 21 2004
WEEK ENDING

Human Resources Representative's Signature    Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐    Disapproved ☐    SUPERINTENDENT: Approved ☐    Disapproved ☐

_____    _____    _____    _____
Signature    Date    Signature    Date

FOREMAN: Approved ☑    Disapproved ☐    PLANT MANAGER: Approved ☐    Disapproved ☐

Larry E. Gibb    2-17-04
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 -

A00315

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Request 4/7/04 | Dept. 5622-3 |

□ Hourly
□ Salaried

Employee Name: Henry Narmon

SS# 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

**VACATION:**

□ Other _____ Time Requested FROM _____ TO _____

□ Full Day     Date Requested _____

□ Extended Period     Dates Requested     FROM _____ TO _____     04 APP 17

**FLOATING HOLIDAY:**
Date Requested April 7 2004     (circle one) Calendar ⟨Anniversary⟩

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Henry Harmon
Employee Signature                                    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources | DATE OF HIRE: 2-24-03 |

### Vacation

1) Total Days Eligible: _____
2) Days Taken: _____
3) Days Requested: _____
4) Days Remaining: _____

(1 - 2 - 3 = 4)

**PAYROLL**
APR 10 2004
**WEEK ENDING**

### Floating Holidays

Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature                    Date

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

**SUPERVISOR:** Approved ☑  Disapproved □          **SUPERINTENDENT:** Approved □  Disapproved □

Larry Hibbs
Signature                    Date                         Signature                    Date

**FOREMAN:** Approved □  Disapproved □               **PLANT MANAGER:** Approved □  Disapproved □

Signature          Date                    Signature          Date

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\11

A00316

# MOUNTAIRE
## Time Off Request Form

Name _Herman L. Jernigan_    S.S.# _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_

Date of Hire _7-25-94_    Department _L-H_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _5620_

| (CHECK ONE):<br>Vacation | _____ | Personal/Floating<br>Holiday - Calendar | _✓_ |
|---|---|---|---|
| | | Personal/Floating<br>Holiday -Anniversary | |

Day/Date(s) Requested _2-9-2001_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Herman L. Jernigan_    _2-6-2001_
Employee's Signature    Date

---

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_Larry Gibb_    _2/6/01_    ☑ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

PAYROLL
FEB 10 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp-line
September 23, 1999

A00317

# MOUNTAIRE
## Time Off Request Form

Name _HERMAN L. JERNIGAN_    S.S.# _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_

Date of Hire _7-25-94_    Department _Livehaul (Catcher)_

56R

☐ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED

| (CHECK ONE): | ✓ | Personal/Floating Holiday - Calendar | |
|---|---|---|---|
| Vacation | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _Money Only (2 WKS)_    01 JUL

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Herman Jernigan_    _7-8-2001_
Employee's Signature    Date

                                        ☐ APPROVED  ☐ DISAPPROVED

SUPERVISOR'S SIGNATURE    DATE

_Larry Gibbs_    _7-9-01_    ☑ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

                                        ☐ APPROVED  ☐ DISAPPROVED

SUPERINTENDENT'S SIGNATURE    DATE

                                        ☐ APPROVED  ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE    DATE

DAY HULL
JUL 07 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wp/dss
September 23, 1999

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 7~25~1994 | Dept. L~H |

☑ Union 5600
☐ Non-Union Hourly
☐ Salaried

Employee Name Herman L Jernigan  Soc# 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

**VACATION:**

☐ ½ Day    Date Requested 2-20-02

☑ Full Day(s)    Date(s) Requested 2-21-2002

**FLOATING HOLIDAY:**

(circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Herman L Jernigan
Employee Signature

2-20-2002
Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

02 FEB 21

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                    **Floating Holidays**

1)  Total Days Due: _____     Total Days Due: _____

2)  Days Requested: _____     Days Requested: _____

3)  Days Remaining: _____     Days Remaining: _____

(1 - 2 = 3)

PAYROLL
FEB 23 2002
WEEK ENDING

Human Resources Representative's Signature        Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐    Disapproved ☐     SUPERINTENDENT:  Approved ☐    Disapproved ☐

Signature        Date            Signature        Date

FOREMAN:  Approved ☑    Disapproved ☐      PLANT MANAGER:  Approved ☐    Disapproved ☐

Larry Hill        2-20-02        Signature        Date
Signature        Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\...

**A00319**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*    Date of Hire **7-25-94**    Dept. **Live haul**    **Sb3c**

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Herman Jernigan**    SS# **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**

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested **2 Wks Money Only**

**FLOATING HOLIDAY:**

Date Requested _____    (circle one)    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature **Herman J Jernigan**    Date **7-9-02**

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

1)    Total Days Due:    _____
2)    Days Requested:    _____
3)    Days Remaining:    _____
       (1 - 2 = 3)

### Floating Holidays

Total Days Due:    _____
Days Requested:    _____
Days Remaining:    _____

Human Resources Representative's Signature _____    Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**    Approved ☐    Disapproved ☐       **SUPERINTENDENT:**    Approved ☐    Disapproved ☐

Signature _____    Date _____       Signature _____    Date _____

**FOREMAN:**    Approved ☑    Disapproved ☐       **PLANT MANAGER:**    Approved ☐    Disapproved ☐

Signature **Larry Gibbs**    Date **7-9-02**       Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plar

A00320

MOUNTAIRE
## Time Off Request Form

Name _HERMAN JERNIGAN_ S.S.# _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_

Date of Hire _7-25-1994_    Department _L-Haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    5620
210

| (CHECK ONE):<br>Vacation | _____ | Personal/Floating<br>Holiday - Calendar | X pd W/E 210 |
| | | Personal/Floating<br>Holiday -Anniversary | X 00 |

Day/Date(s) Requested _7-26-2001_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Herman Jernigan_                     _7-23-2001_
Employee's Signature                     Date

01 JUL 23

_____                  ☐ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE        DATE

_Larry E. Gibb_              _7-23-01_   ☑ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____                  ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

                                         PAYROLL
_____                  ☐ APPROVED  ☐ DISAPPROVED  JUL 28 2001
PLANT MANAGER'S SIGNATURE     DATE       WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wy.doc
September 23, 1999

A00321

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire 7/25/94 | Dept. 5620 |
|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Herman Jernigan_    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

(circle one)

Date Requested _Money only_    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_X Herman E Jernigan_    7-20-d2

Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| **SECTION 2** | *To Be Completed by Human Resources* |
|---|---|

### Vacation

1)    Total Days Due: _____
2)    Days Requested: _____
3)    Days Remaining: _____
     (1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

JUL 27
WEEK

Human Resources Representative's Signature    Date

---

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:    Approved ☑    Disapproved ☐

_Larry Gibbs_ x 7/26/02

Signature    Date

FOREMAN:    Approved ☐    Disapproved ☐

Signature    Date

SUPERINTENDENT:    Approved ☐    Disapproved ☐

Signature    Date

PLANT MANAGER:    Approved ☐    Disapproved ☐

Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\f

**A00322**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| **SECTION 1** | *To Be Completed by Employee* | Date of Hire *7-25-94* | Dept. *Live haul* |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Herman Jernigan*    SS# *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*

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested *1-31-03*    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: *Herman L Jernigan*    Date: *1-28-03*

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| **SECTION 2** | *To Be Completed by Human Resources* |     03 JAN 29 |

| **Vacation** | | **Floating Holidays** |

| | | | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 – 2 = 3) | |

Human Resources Representative's Signature _____    Date _____

---

| **SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:**   Approved ☐   Disapproved ☐      **SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature _____   Date _____      Signature _____   Date _____

**FOREMAN:**   Approved ☑   Disapproved ☐      **PLANT MANAGER:**   Approved ☐   Disapproved ☐

Signature *Larry E Webb*   Date *1-28-03*      Signature _____   Date _____

---

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
                  IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\Vook\Uen"Tant

A00323

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Hire | 7-25-94 | Dept. | Live haul 5620 |

☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Herman Jernigan**    SS# **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**

Hold until 4/e 7-26-03

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested **2 Wks. Money Only** _____

(circle one)

**FLOATING HOLIDAY:**

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature: *Herman J Jernigan*    Date: **7-7-03**

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources | | 03 JUL 9 |

### Vacation
1)  Total Days Due: _____
2)  Days Requested: _____
3)  Days Remaining: _____
    (1 - 2 = 3)

### Floating Holidays
Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

**SUPERVISOR:** Approved ☐  Disapproved ☐       **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Signature _____    Date _____       Signature _____    Date _____

**FOREMAN:** Approved ☒  Disapproved ☐       **PLANT MANAGER:** Approved ☐  Disapproved ☐

Signature *Larry Giff*    Date **7-7-03**       Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Def\Plant\HR\1

A00324

*Faxed A Copy*

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

2020

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 7-25-94 | Dept. *Live haul* |
|---|---|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Herman Jernigan    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested 8-1-03    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Herman Jernigan _____    7-28-03
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

**Vacation**                                    **Floating Holidays**

1)  Total Days Due:    _____        Total Days Due:    _____
2)  Days Requested:    _____        Days Requested:    _____
3)  Days Remaining:    _____        Days Remaining:    _____
                        (1 - 2 = 3)

AUG 02 2003
WEEK END...

_____        _____
Human Resources Representative's Signature        Date

---

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**  Approved ☐  Disapproved ☐          **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

_____    _____        _____    _____
Signature    Date        Signature    Date

**FOREMAN:**  Approved ☑  Disapproved ☐          **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Larry Gibb    7-28-03
Signature    Date        _____    _____
                        Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
        IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelNFl: