**20a**

FAX

## MOUNTAIRE
### Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Request 3-1-04 | Dept. Livehad |

☑ Hourly
☐ Salaried

Employee Name: Herman Jernigan    SS# 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

**VACATION:**

☐ Other _____    Time Requested FROM _____ TO _____

☐ Full Day    Date Requested _____

☐ Extended Period    Dates Requested FROM _____ TO _____

**FLOATING HOLIDAY:**    Date Requested 3-5-04    (circle one) Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Herman E Jernigan    3-1-04
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources | DATE OF HIRE: 7/25/94 |

| | **Vacation** | | **Floating Holidays** |

1)    Total Days Eligible: _____    Total Days Eligible: _____

2)    Days Taken: _____    Days Taken: _____

3)    Days Requested: _____    Days Requested: _____

4)    Days Remaining: _____    Days Remaining: _____

(1 - 2 - 3 = 4)

PAYROLL
MAR 06 2004
WEEK ENDING

Human Resources Representative's Signature    Date

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

SUPERVISOR: Approved ☑  Disapproved ☐    SUPERINTENDENT: Approved ☐  Disapproved ☐

Larry Hiff    3-1-04    _____    _____
Signature    Date    Signature    Date

FOREMAN:    Approved ☐  Disapproved ☐    PLANT MANAGER: Approved ☐  Disapproved ☐

_____    _____    _____    _____
Signature    Date    Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\1

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request *7-8-04* | Dept. *Livehaul* |
| --- | --- | --- | --- |

☑ Hourly
☐ Salaried

Employee Name: *Herman Jernigan*        SS# *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*

**VACATION:**
☐ Other *Money Only 3wks.*   Time Requested  FROM _____ TO _____ *Process W/E 7.24.04*
☐ Full Day        Date Requested _____
☐ Extended Period    Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested _____        (circle one)
                Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Herman J. Jernigan*                    *7-8-04*
Employee Signature                    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: *7 / 25 / 94* |
| --- | --- | --- |

| Vacation | PAYROLL | Floating Holidays |
| --- | --- | --- |

JUL 24 2004

WEEK ENDING

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1) | Total Days Eligible: | _____ | Total Days Eligible: | _____ |
| 2) | Days Taken: | _____ | Days Taken: | _____ |
| 3) | Days Requested: | _____ | Days Requested: | _____ |
| 4) | Days Remaining: | _____ | Days Remaining: | _____ |

(1 - 2 - 3 = 4)

_____                    _____
Human Resources Representative's Signature            Date

---

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
| --- | --- |

SUPERVISOR: Approved ☑   Disapproved ☐    SUPERINTENDENT: Approved ☐   Disapproved ☐

*Larry Gibbs*   *7-8-04*
nature       Date              Signature        Date

N:  Approved ☐   Disapproved ☐    PLANT MANAGER: Approved ☐   Disapproved ☐

_____        _____
Date              Signature        Date

O EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
ROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR

A00327

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*    Date of Request **7-28-04**    Dept. *Livehaul*

☑ Hourly
☐ Salaried

Employee Name: **Herman Jernigan**    SS# **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**

**VACATION:**
☐ Other _____    Time Requested FROM _____ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested    FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested **7-28-04**    (circle one) Calendar / (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Herman J Jernigan_    **7-28-04**
Employee Signature                    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** | *To Be Completed by Human Resou*  PAYROLL  DATE OF HIRE: **7-25-94**  HA JUL 30

**Vacation**    JUL 31 2004    **Floating Holidays**

|   | | | |   |
|---|---|---|---|---|
| 1) | Total Days Eligible: | _____ | Total Days Eligible: | 2 |
| 2) | Days Taken: | WEEK ENDING | Days Taken: | 1 |
| 3) | Days Requested: | OL | Days Requested: | 1 |
| 4) | Days Remaining: | Om | Days Remaining: | 0 |

(1 - 2 - 3 = 4)

_Om_    _Jl 30 04_
Human Resources Representative's Signature    Date

---

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☑    Disapproved ☐    SUPERINTENDENT:  Approved ☐    Disapproved ☐

_Larry Hibbs_    **7-28-04**
Signature            Date            Signature            Date

FOREMAN:  Approved ☐    Disapproved ☐    PLANT MANAGER:  Approved ☐    Disapproved ☐

Signature            Date            Signature            Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee*   Date of Hire **7-8-98** | Dept. **Live haul** |
|---|---|---|

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Peter Major**   SS# **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**

**VACATION:**

☐ ½ Day

☐ Full Day(s)

Date Requested **Money Only   (2 wks)**

Date(s) Requested _____ **Hold until 4/E 7-5-03**

(circle one)

**FLOATING HOLIDAY:**

Date Requested _____   Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel me accordingly.*

*Peter Major*                                **6-16-03**
Employee Signature                            Date

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

03 JUN 17

### Vacation

1)   Total Days Due: _____

2)   Days Requested: _____

3)   Days Remaining: _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due: _____

Days Requested: _____

Days Remaining: _____

JUL 05 2003
WEEK ...

Human Resources Representative's Signature                    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:**   Approved ☐   Disapproved ☐          **SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature                    Date                      Signature                    Date

**FOREMAN:**   Approved ☑   Disapproved ☐          **PLANT MANAGER:**   Approved ☐   Disapproved ☐

*Larry Gibb*   **6-16-03**
Signature                    Date                      Signature                    Date

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
                    IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

**A00329**

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 7 | 8 | 98 | Dept. _____ |

Employee Name: Peter Major     SS# 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

☑ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)     Date(s) Requested _____

**FLOATING HOLIDAY:**
(circle one)

Date Requested Money only     Calendar     (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Peter Major
Employee Signature          X _____ Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | **PAYROLL** |

AUG 2 3 2003

| | **Vacation** | WEEK ENDING | **Floating Holidays** |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: | _____ |
| 2) | Days Requested: _____ | Days Requested: | _____ |
| 3) | Days Remaining: _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature _____     Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:     Approved ☑     Disapproved ☐        SUPERINTENDENT:     Approved ☐     Disapproved ☐

X Larry Mitho 8/22/03
Signature          Date          Signature          Date

FOREMAN:     Approved ☐     Disapproved ☐        PLANT MANAGER:     Approved ☐     Disapproved ☐

Signature          Date          Signature          Date

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plan

A00330

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**FAXED**

**SECTION 1**  *To Be Completed by Employee*    Date of Request **1-29-04**    Dept. **Live haul**

☐ Hourly
☐ Salaried

Employee Name: **Peter Major**    SS# **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**

**VACATION:**
☐ Other_____    Time Requested  FROM _____ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**
Date Requested **1-29-04**    (circle one)
(Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Peter Major**    **1-30-04**
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*    DATE OF HIRE: **7 , 8 , 98**

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Eligible: _____ | Total Days Eligible: _____ | |
| 2) | Days Taken: _____ | Days Taken: _____ | |
| 3) | Days Requested: _____ | Days Requested: | PAYROLL |
| 4) | Days Remaining: _____ | Days Remaining: | JAN 31 2004 |
| | (1 - 2 - 3 = 4) | | WEEK ENDING |

Human Resources Representative's Signature    Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐    Disapproved ☐        SUPERINTENDENT:  Approved ☐    Disapproved ☐

Signature    Date        Signature    Date

FOREMAN:    Approved ☑    Disapproved ☐        PLANT MANAGER:  Approved ☐    Disapproved ☐

**Larry Diffo**    **1-30-04**
Signature    Date        Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

A00331

6-21-04; 8:39AM;                                    DMV PAYROLL     :3024368027          # A- 1

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request 6/14/04 | Dept. 5622-3 |

Employee Name: Peter Major          SS# 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          ☐ Hourly
☐ Salaried

VACATION:
☑ Other   Money only          Time Requested   FROM _____ TO _____
☐ Full Day          Date Requested _____
☐ Extended Period     Dates Requested   FROM   2 weeks   TO _____   Process

FLOATING HOLIDAY:
Date Requested   Money only          Calendar   (Anniversary)   (circle one)   4 7-03 04

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Peter Major                                        6/14/04
Employee Signature                                 Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: 7, 8, 98 |

### Vacation                                        PAYROLL                    ### Floating Holidays

1)   Total Days Eligible: _____          JUL 03 2004          Total Days Eligible: _____
2)   Days Taken: _____                   WEEK ENDING           Days Taken: _____
3)   Days Requested: _____                                     Days Requested: _____
4)   Days Remaining: _____                                     Days Remaining: _____

(1 - 2 - 3 = 4)

Human Resources Representative's Signature _____          Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:   Approved ☑   Disapproved ☐          SUPERINTENDENT:   Approved ☐   Disapproved ☐

Larry Gibb                6-21-04
Signature                 Date                     Signature _____          Date _____

FOREMAN:   Approved ☐   Disapproved ☐          PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature _____          Date _____          Signature _____          Date _____

NOTE:          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:WP Forms\COR\ALL\HR\\\\

A00332

PERS 135

**MOUNTAIRE**
Request for Vacation or Floating Holiday

**FAXED**
6/21

| SECTION 1 | *To Be Completed by Employee* | Date of Request 6/14/04 | Dept. 5622-3 |

☐ Hourly
☐ Salaried

Employee Name: Peter Major          SS# 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

**VACATION:**
☐ Other  Money only          Time Requested FROM _____ TO _____
☐ Full Day    Date Requested
☐ Extended Period    Dates Requested    FROM 2 Weeks TO _____

**FLOATING HOLIDAY:**
Date Requested  Money only    Calendar    (circle one)  Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Peter Major                          6/14/04
Employee Signature                          Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | **PAYROLL**  DATE OF HIRE: 7 / 8 / 98 |

JUL 0 3 2004
**WEEK ENDING**

| | **Vacation** | | **Floating Holidays** | |
|---|---|---|---|---|
| 1) | Total Days Eligible: _____ | | Total Days Eligible: _____ |
| 2) | Days Taken: _____ | | Days Taken: _____ |
| 3) | Days Requested: _____ | | Days Requested: _____ |
| 4) | Days Remaining: _____ | | Days Remaining: _____ |
| | (1 - 2 - 3 = 4) | | |

_____          _____
Human Resources Representative's Signature          Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☑   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

Larry Hill          6-21-04
Signature          Date          Signature          Date

FOREMAN:  Approved ☐   Disapproved ☐          PLANT MANAGER:  Approved ☐   Disapproved ☐

Signature          Date          Signature          Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire **2-8-98**   Dept. **Livehaul**

☑ Union **5680**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Peter H. Major Jr.**   SS# **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**

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested **2 Wks. Money Only** _____

**FLOATING HOLIDAY:**

Date Requested _____   (circle one)

Calendar   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature *Peter Major* _____   Date **6-25-02**

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | _____ |
| 3) Days Remaining: | _____ | Days Remaining: | _____ |
| | (1 - 2 = 3) | | |

Human Resources Representative's Signature _____   Date _____

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:   Approved ☐   Disapproved ☐

_____
Signature                           Date

SUPERINTENDENT:   Approved ☐   Disapproved ☐

_____
Signature                           Date

FOREMAN:   Approved ☑   Disapproved ☐

*Larry Gibb*   **6-25-02**
Signature                           Date

PLANT MANAGER:   Approved ☐   Disapproved ☐

_____
Signature                           Date

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire | 7-8-98 | Dept. Livehaul |
|---|---|---|---|---|

Employee Name: Peter Major    SS# 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

☑ Union 5636
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____
already mark 4E 6-29-02

**FLOATING HOLIDAY:**

Date Requested 7-12-02    (circle one)
(Calendar)    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Peter Major    7-16-02
Employee Signature    Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

#### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 − 2 = 3)

#### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

JUL 27 2002

_____    _____
Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

**SUPERVISOR:** Approved ☐    Disapproved ☐

_____    _____
Signature    Date

**SUPERINTENDENT:** Approved ☐    Disapproved ☐

_____    _____
Signature    Date

**FOREMAN:** Approved ☑    Disapproved ☐

Larry Hiff    7-16-02
Signature    Date

**PLANT MANAGER:** Approved ☐    Disapproved ☐

_____    _____
Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

A00335

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*    Date of Hire 7/8/98    Dept. 5620

Employee Name: Petvr Major    SS# 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

☐ Union
☐ Non-Union Hourly
☐ Salaried

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

Date Requested March 17, 2003    (circle one)    Calendar / Anniversary    1755

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature ~Petvr Major~    Date 3-12-03

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*    03 MAR 14 8:32

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____

(1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____    Date _____

**PAYROLL**
**MAR 22 2003**
**WEEK ENDING**

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:    Approved ☐    Disapproved ☐

Signature _____    Date _____

FOREMAN:    Approved ☑    Disapproved ☐

Signature ~Larry Gibb~    Date 3-12-03

SUPERINTENDENT:    Approved ☐    Disapproved ☐

Signature _____    Date _____

PLANT MANAGER:    Approved ☐    Disapproved ☐

Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

A00336

**MOUNTAIRE**
**Request for Vacation or Floating Holiday**

FAXED

| SECTION 1 | *To Be Completed by Employee* | Date of Request 1/30/04 | Dept. 5622 |

☐ Hourly
☐ Salaried

Employee Name: Warren Purcell          SS# 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

**VACATION:**
☐ Other _____          Time Requested  FROM _____ TO _____
☐ Full Day          Date Requested _____
☐ Extended Period          Dates Requested  FROM _____ TO _____

**FLOATING HOLIDAY:**  Date Requested Money only     (Calendar)  Anniversary   (circle one)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

X Warren H. Purcell _____          X Date 1/30/04

Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

DATE OF HIRE: 4/26/93
4/10/85

**Vacation**                    **Floating Holidays**

1)  Total Days Eligible: _____          Total Days Eligible: _____
2)  Days Taken: _____          Days Taken: _____
3)  Days Requested: _____          Days Requested: _____
4)  Days Remaining: _____          Days Remaining: _____
                 (1 - 2 - 3 = 4)

_____          Date _____
Human Resources Representative's Signature

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐   Disapproved ☐          SUPERINTENDENT:  Approved ☐   Disapproved ☐

Larry Gibbs   1/30/04          _____
Signature          Date          Signature          Date

FOREMAN:  Approved ☐   Disapproved ☐          PLANT MANAGER:  Approved ☐   Disapproved ☐

_____          _____
Signature          Date          Signature          Date

NOTE:     PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
          IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\l

**A00337**

## MOUNTAIRE
### Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request | 4/7/04 | Dept 5622-3 |

☐ Hourly
☐ Salaried

Employee Name: Warren Purnell                SS# 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

VACATION:
☑ Other    Money only    *all weeks*    Time Requested   FROM _____ TO _____
☐ Full Day    Date Requested _____
☐ Extended Period    Dates Requested   FROM _____ TO _____

FLOATING HOLIDAY:
Date Requested   Money only    (circle one)    Calendar    (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature _____        Date _____

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: | 4/10/95 |

#### Vacation
1) Total Days Eligible: _____
2) Days Taken: _____
3) Days Requested: all
4) Days Remaining: _____

PAYROLL
APR 10 2004
WEEK ENDING

(1 - 2 - 3 = 4)

#### Floating Holidays
Total Days Eligible: 2
Days Taken: 1
Days Requested: 1
Days Remaining: 0

Human Resources Representative's Signature _____        Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☐   Disapproved ☐        SUPERINTENDENT: Approved ☐   Disapproved ☐

Signature _____ Date _____        Signature _____ Date _____

FOREMAN: Approved ☑   Disapproved ☐        PLANT MANAGER: Approved ☐   Disapproved ☐

Larry Gibbs    4/7/04
Signature _____ Date _____        Signature _____ Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\11

A00338

## MOUNTAIRE
### Request for Vacation or Floating Holiday

**SECTION 1** To Be Completed by Employee    Date of Request _2/27/04_    Dept. _5622-_

☐ Hourly
☐ Salaried

Employee Name: _Warren Purnell_    SS# _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_

VACATION:    _(All weeks)_

☑ Other _Money only_    Time Requested FROM _____ TO _____

☐ Full Day    Date Requested _____    _Hold until_ _√/E_

☐ Extended Period    Dates Requested   FROM _____ TO _____ _4-10-0?_

FLOATING HOLIDAY:
Date Requested _Money only_    Calendar   (circle one)   _(Anniversary)_

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Warren K. Purnell_      Date _2/27/04_

Employee Signature

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** To Be Completed by Human Resources    DATE OF HIRE: _4 , 10 , 95_    04 FEB 27 P1

#### Vacation               Floating Holidays

1)   Total Days Eligible: _____      Total Days Eligible: _____

2)   Days Taken: _____      Days Taken: _____

3)   Days Requested: _____      Days Requested: _____

4)   Days Remaining: _____      Days Remaining: _____

         (1 - 2 - 3 = 4)

Human Resources Representative's Signature      Date

**SECTION 3** To Be Completed by Employee's Supervisor(s) and/or Manager(s)

SUPERVISOR:   Approved ☑   Disapproved ☐      SUPERINTENDENT:   Approved ☐   Disapproved ☐

_Larry Gibbs_   _2/27/04_      Signature      Date

Signature      Date

FOREMAN:   Approved ☐   Disapproved ☐      PLANT MANAGER:   Approved ☐   Disapproved ☐

Signature      Date      Signature      Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - \

**A00339**

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Request 2/27/04 | Dept. 5622- |

☐ Hourly
☐ Salaried

Employee Name: Waren Purnell    SS# 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

VACATION:
☐ Other  *Money only*    Time Requested    FROM _____
☐ Full Day    Date Requested _____    (All weeks)  Hold until w/e 4-10-04  →  2 WKS
☐ Extended Period    Dates Requested    FROM _____    TO _____

FLOATING HOLIDAY:
Date Requested *Money only*    Calendar    (circle one)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Employee Signature *Warren K. Purnell*    Date 2/27/04

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.  If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* | DATE OF HIRE: 4 , 10 , 95 |

### Vacation

1) Total Days Eligible: _____
2) Days Taken: _____
3) Days Requested: _____
4) Days Remaining: _____

(1 - 2 - 3 = 4)

PAYROLL
APR 10 2004
WEEK ENDING

### Floating Holidays

Total Days Eligible: _____
Days Taken: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☑  Disapproved ☐

Signature *Larry Gibbs*    Date 2/27/04

SUPERINTENDENT:  Approved ☐  Disapproved ☐

Signature _____    Date _____

FOREMAN:  Approved ☐  Disapproved ☐

Signature _____    Date _____

PLANT MANAGER:  Approved ☐  Disapproved ☐

Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\111 - Vi

A00340

MOUNTAIRE

## Time Off Request Form

S: NOV 30  4:1

Name _Ron R. Tingle_          S.S.# _221 46 2951_

Date of Hire _1-26-98._          Department _Chicken Catcher_

☑UNION          ☐ NON-UNION HOURLY          ☐ SALARIED _SCJE_

| (CHECK ONE): | Personal/Floating |
|---|---|
| Vacation _____ | Holiday - Calendar _____ |
| | Personal/Floating Holiday - Anniversary _Two Personal_ |

Day/Date(s) Requested _Money Only For 2 Personal days._

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Ron R. Tingle_                          _11-28-01_
Employee's Signature                    Date

_____          _____          ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_Larry Hill_                    _11-28-8 1_          ☑APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE             DATE

_____          _____          ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____          ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

DEC 0 1 2001

WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wyndam
September 13, 1999

A00341

# Time Off Request Form

Name _Ronald Tingle_          S.S.# _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_

Date of Hire _1/26/98_          Department _Live Haul_

                                                    _5620_

☐ UNION          ☐ NON-UNION HOURLY          ☐ SALARIED

| (CHECK ONE): | | Personal/Floating |
|---|---|---|
| Vacation | _✓_ | Holiday - Calendar |
| | | Personal/Floating |
| | | Holiday -Anniversary |

Day/Date(s) Requested _March 19th - March 23rd, 2001_  _1 Wk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

X _Ron R - Tingle_          X _3 - 9 - 01_
Employee's Signature                    Date

---

_____          _____          ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE          DATE

_Larry E. Giff Jr._          _3-12-01_          ☑APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE          DATE

_____          _____          ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE          DATE

_____          _____          ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE          DATE

PAYROLL

| FOR OFFICE USE ONLY: | # OF DAYS DUE | MAR 1 0 2001 |
|---|---|---|
| | # OF DAYS REQUESTED | WEEK ENDING |
| | # OF DAYS LEFT | |

FORM 011 wp.doc
September 23, 1999

**A00342**

# Time Off Request Form

91 NOV 30 41:

Name _Ron R. Tingle_    S.S.# _221 46 2951_

Date of Hire _1-26-98_    Department _Chicken Catcher_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED _SбJС_

| (CHECK ONE): | Personal/Floating Holiday/Calendar | X |
| Vacation | | |
| | Personal/Floating Holiday -Anniversary | Two Personal |

Day/Date(s) Requested _Money Only For 2 Personal days_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ME ACCORDINGLY.*

_Ron R. Tingle_    _11-28-01_
Employee's Signature    Date

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_Larry Hitch_    _11-28-8 1_    ☑ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

PAYROLL
DEC 01 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:doc
September 23, 1999

A00343

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

02 800 4 1:

| SECTION 1 | To Be Completed by Employee | Date of Hire 4-19-99 | Dept. live haul |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Antonio Walters_    SS# _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_

**VACATION:**

☐ ½ Day        Date Requested _money only_

☐ Full Day(s)    Date(s) Requested _____    2 weeks pay

**FLOATING HOLIDAY:**                    (circle one)

Date Requested _money only_    (Calendar)    (Anniversary) - 2

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Antonio Walters_                    _11-1-02_
Employee Signature                    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: _____ |
| | (1 - 2 = 3) | |

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR: Approved ☐    Disapproved ☐        SUPERINTENDENT: Approved ☐    Disapproved ☐

Signature _____    Date _____        Signature _____    Date _____

FOREMAN:    Approved ☑    Disapproved ☐        PLANT MANAGER: Approved ☐    Disapproved ☐

_Larry E Hills_    _11-1-02_
Signature    Date                Signature _____    Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111 -

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*    Date of Hire _4-19-99_    Dept. _live haul_

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Antonio Walters_    SS# _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_

**VACATION:**

☐ ½ Day        Date Requested _money only_

☐ Full Day(s)   Date(s) Requested _____ _2 weeks pay_

**FLOATING HOLIDAY:**

Date Requested _money only_    (circle one)  Calendar  (Anniversary) — _2_

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Antonio Walters_                          _11-1-02_
Employee Signature                          Date

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** | *To Be Completed by Human Resources*

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
   (1 - 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____    Date _____

---

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐  Disapproved ☐

Signature _____    Date _____

FOREMAN: Approved ☑  Disapproved ☐

_Larry E Giff_    _11-1-02_
Signature          Date

SUPERINTENDENT: Approved ☐  Disapproved ☐

Signature _____    Date _____

PLANT MANAGER: Approved ☐  Disapproved ☐

Signature _____    Date _____

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelVPlant

A00345

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

02 NOV 4

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 4-19-99 | Dept. *live haul* |

☑ Union  *5630*
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Antonio Walters_   SS# _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_

**VACATION:**

☐ ½ Day       Date Requested _money only_

☐ Full Day(s)   Date(s) Requested _____   *2 weeks pay*

**FLOATING HOLIDAY:**                    (circle one)

Date Requested _money only_   Calendar   (Anniversary)  - 2

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel me accordingly.*

_Antonio Walters_                       _11-1-02_
Employee Signature                      Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | *To Be Completed by Human Resources* |

### Vacation

1)    Total Days Due: _____
2)    Days Requested: _____
3)    Days Remaining: _____
         (1 – 2 = 3)

### Floating Holidays

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

PAYROLL
NOV 02 2002
WEEK ENDING

Human Resources Representative's Signature                Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☐  Disapproved ☐          **SUPERINTENDENT:** Approved ☐  Disapproved ☐

Signature                    Date          Signature                    Date

**FOREMAN:** Approved ☑  Disapproved ☐          **PLANT MANAGER:** Approved ☐  Disapproved ☐

_Larry E Hibb_   _11-1-02_
Signature                    Date          Signature                    Date

NOTE:         PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
              IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPlantHR\111

A00346

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Hire 4-19-99 | Dept. live haul |
|---|---|---|---|

☑ Union 4080
☐ Non-Union Hourly
☐ Salaried

Employee Name: Antonio walters    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    9-4-02

Date Requested 9-5-02    money only (circle one)    (Calendar)    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Antonio walters _____    9-6-02
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

02 SEP 9

| SECTION 2 | To Be Completed by Human Resources |
|---|---|

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: _____ | | Total Days Due: _____ | |
| 2) Days Requested: _____ | | Days Requested: _____ | |
| 3) Days Remaining: _____ | | Days Remaining: _____ | |
| (1 - 2 = 3) | | | |

Human Resources Representative's Signature _____    Date _____

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |
|---|---|

SUPERVISOR:  Approved ☐    Disapproved ☐        SUPERINTENDENT:  Approved ☐    Disapproved ☐

Signature _____  Date _____        Signature _____  Date _____

FOREMAN:  Approved ☑    Disapproved ☐        PLANT MANAGER:  Approved ☐    Disapproved ☐

Larry E Stibb Sr 9-6-02
Signature    Date        Signature _____  Date _____

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\1

**A00347**

# MOUNTAIRE FARMS OF DELMARVA

## Request for Vacation or Floating Holiday

02 NOV 4 1?

| SECTION 1 | *To Be Completed by Employee*   Date of Hire 4-19-99 | Dept. *live haul* |

☑ Union   S(e S(e)
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Antonio Walters*   SS# *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*

**VACATION:**                                    *'st* / *'02*

☐ ½ Day        Date Requested *money only*

☐ Full Day(s)     Date(s) Requested _*2 weeks pay*_

**FLOATING HOLIDAY:**                        (circle one)

Date Requested *money only*   (Calendar)  (Anniversary)  - 2

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Antonio Walters*                              *11-1-02*
Employee Signature                         Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | *To Be Completed by Human Resources* |

### Vacation                              Floating Holidays

| | | | | | |
|---|---|---|---|---|---|
| 1) | Total Days Due: | _____ | | Total Days Due: | _____ |
| 2) | Days Requested: | _____ | | Days Requested: | _____ |
| 3) | Days Remaining: | _____ | | Days Remaining: | PAYROLL |
|    |                 | (1 - 2 = 3) |   |             | NOV 0 2 2002 |

_____
Human Resources Representative's Signature       Date

---

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

**SUPERVISOR:** Approved ☐   Disapproved ☐          **SUPERINTENDENT:** Approved ☐   Disapproved ☐

_____                          _____
Signature          Date                          Signature          Date

**FOREMAN:** Approved ☑   Disapproved ☐           **PLANT MANAGER:** Approved ☐   Disapproved ☐

*Larry E Hills*   *11-1-02*
_____                          _____
Signature          Date                          Signature          Date

NOTE:       PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
            IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\1

A00348

# MOUNTAIRE
## Request for Vacation or Floating Holiday

| SECTION 1 | To Be Completed by Employee | Date of Request 4-20-04 | Dept. Live Gal |

☐ Hourly
☐ Salaried

Employee Name: Antonio Walters    SS# 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

**VACATION:**

☐ Other _____     Time Requested    FROM 4-20-04 TO 5-4-04

☑ Full Day    Date Requested _____    Process WC 04 1764

☐ Extended Period    Dates Requested    FROM _____ TO _____  2 wks

**FLOATING HOLIDAY:**
Date Requested _____     (circle one)
Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Antonio Walters _____    4-6-04
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

| SECTION 2 | To Be Completed by Human Resources | DATE OF HIRE: 4/19/99 |

**Vacation**    **Floating Holidays**

| | | | | |
|---|---|---|---|---|
| 1) | Total Days Eligible: | 2 Weeks | Total Days Eligible: | 2 |
| 2) | Days Taken: | 2 weeks  0 | Days Taken: | |
| 3) | Days Requested: | 2 weeks | Days Requested: | |
| 4) | Days Remaining: | 0 | Days Remaining: | |

(1 - 2 - 3 = 4)

PAYROLL
APR 17 2004
WEEK ENDING

Human Resources Representative's Signature    Date

| SECTION 3 | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

SUPERVISOR: Approved ☑  Disapproved ☐          SUPERINTENDENT: Approved ☐  Disapproved ☐

Larry Hills    4-6-04
Signature    Date          Signature    Date

FOREMAN: Approved ☐  Disapproved ☐          PLANT MANAGER: Approved ☐  Disapproved ☐

Signature    Date          Signature    Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

P:\WP Forms\COR\ALL\HR\1

**A00349**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire  4-19-99   Dept. 5620

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Antonio Walters  SS# 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

**VACATION:**    Hold until P/E 4-19-03

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested  Money only    2 Weeks

**FLOATING HOLIDAY:**                    (circle one)

Date Requested _____    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Antonio Walters                      4-3-03
Employee Signature                   Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**  *To Be Completed by Human Resources*                    03 APR 7 34

### Vacation                              ### Floating Holidays

1)    Total Days Due:    _____      Total Days Due:    _____

2)    Days Requested:    _____      Days Requested:    _____

3)    Days Remaining:    _____      Days Remaining:    _____

                    (1 - 2 - 3)                               APR 19 2011
                                                              WEEK

_____              _____
Human Resources Representative's Signature    Date

---

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:**  Approved ☐  Disapproved ☐       **SUPERINTENDENT:**  Approved ☐  Disapproved ☐

_____              _____
Signature              Date                   Signature              Date

**FOREMAN:**  Approved ☑  Disapproved ☐       **PLANT MANAGER:**  Approved ☐  Disapproved ☐

Larry E. Gibb   4-3-03
_____              _____
Signature              Date                   Signature              Date

NOTE:        PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\H

A00350

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**   *To Be Completed by Employee*   Date of Hire _4-19-99_   Dept. _live haul_   3020

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Antonio Walters_   SS# _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_

**VACATION:**

☐ ½ Day           Date Requested _____
☑ Full Day(s)     Date(s) Requested _1-22-03_

**FLOATING HOLIDAY:**                         (circle one)

Date Requested _1-22-03_   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Antonio walters_                          _1-21-03_       03 JAN 24
Employee Signature                          Date

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2**   *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ | |
| 2) | Days Requested: _____ | Days Requested: _____ | |
| 3) | Days Remaining: _____ | Days Remaining: _____ | |
| | (1 - 2 = 3) | JAN 25 2003 | |

Human Resources Representative's Signature          Date

---

**SECTION 3**   *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

**SUPERVISOR:** Approved ☐  Disapproved ☐          **SUPERINTENDENT:** Approved ☐  Disapproved ☐

_____                    _____
Signature                    Date                 Signature                    Date

**FOREMAN:** Approved ☑  Disapproved ☐            **PLANT MANAGER:** Approved ☐  Disapproved ☐

_Kerry E Kibb  1-21-03_                          _____
Signature                    Date                 Signature                    Date

---

**NOTE:**          PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
                   IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DoR\Plant\HR\

**A00351**

# MOUNTAIRE
## Time Off Request Form

Name _Patrick Bratton_     S.S.# _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_

Date of Hire _07/31/00_     Department _Live-Haul_

☑ UNION      ☐ NON-UNION HOURLY      ☐ SALARIED     _568_

| (CHECK ONE): | Personal/Floating | |
|---|---|---|
| Vacation _____ | Holiday - Calendar _✓_ | |
| | Personal/Floating | |
| | Holiday -Anniversary | |

Day/Date(s) Requested _____ _Cash only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Patrick Bratton_     _5-10-01_
Employee's Signature     Date

_Larry LHB_     _5-10-01_     ☑ APPROVED  ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
FOREMAN'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE     DATE

_____     _____     ☐ APPROVED  ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE     DATE

MAY 12 2001

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wyckes
September 23, 1999

A00352

# MOUNTAIRE
## Time Off Request Form

Name _Patrick O'Bratton_     S.S.# _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_

Date of Hire _7/31/00_     Department _Live-Haul_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED     _S680_

JUL 17 2

| (CHECK ONE): | | Personal/Floating |
|---|---|---|
| Vacation | ✓ | Holiday - Calendar |
| | | Personal/Floating |
| | | Holiday -Anniversary |

Day/Date(s) Requested _Money Only    1wk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Patrick B ratton_     Date _7/16/01_
Employee's Signature

---

SUPERVISOR'S SIGNATURE _____     DATE _____     ☐APPROVED ☐DISAPPROVED

_Larry Gibb_     DATE _7-16-01_     ☑APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE

_Doug Lynn_     DATE _7/17/01_     ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE

PAYROLL
JUL 21 2001

PLANT MANAGER'S SIGNATURE _____     DATE _____     ☐APPROVED ☐DISAPPROVED
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp:dare
September 23, 1999

A00353

MOUNTAIRE

## Time Off Request Form

Name _Patrick Bratton_    S.S.# _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_

Date of Hire _7/31/00_    Department _Live-Haul_

☑ UNION    ☐ NON-UNION HOURLY    ☐ SALARIED    _56.70_

| (CHECK ONE): Vacation | _____ | Personal/Floating Holiday - Calendar | X _already pa_ _HE 3-12-0_ |
| | | Personal/Floating Holiday -Anniversary | X |

Day/Date(s) Requested _Money only_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Patrick B ratton_    _11-19-01_
Employee's Signature    Date

01 NOV 21 3

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERVISOR'S SIGNATURE    DATE

_Larry Gibb_    _11-19-01_    ☑ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
SUPERINTENDENT'S SIGNATURE    DATE

_____    _____    ☐ APPROVED ☐ DISAPPROVED
PLANT MANAGER'S SIGNATURE    DATE

PATRICK

NOV 2 4 2001

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wydaw
September 23, 1999

A00354

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 7/31/00 | Dept. *Live Haul* |
|---|---|---|---|

☑ Union *Field*
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Patrick Bratton*    SS# 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

**VACATION:**

☐ ½ Day    Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**    (circle one)

Date Requested 6/5/02    Calendar    Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Patrick Bratton*    6/5/02
Employee Signature    Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

02 JUN 5

| SECTION 2 | *To Be Completed by Human Resources* |
|---|---|

### Vacation
### Floating Holidays

1)    Total Days Due:    _____
2)    Days Requested:    _____
3)    Days Remaining:    _____
(1 - 2 = 3)

Total Days Due:    _____
Days Requested:    _____
Days Remaining:    _____

Human Resources Representative's Signature    Date

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |
|---|---|

SUPERVISOR:  Approved ☐    Disapproved ☐         SUPERINTENDENT:  Approved ☐    Disapproved ☐

Signature    Date         Signature    Date

FOREMAN:  Approved ☑    Disapproved ☐         PLANT MANAGER:  Approved ☐    Disapproved ☐

*Larry Hill*    6-4-02
Signature    Date         Signature    Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\11

A00355

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** | *To Be Completed by Employee*   Date of Hire _7/31/00_   Dept. _Live-Haul_

☑ Union _Suoc_
☐ Non-Union Hourly
☐ Salaried

Employee Name: _Patrick O'Bratton_   SS# _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_

_lwk_

**VACATION:**

☐ ½ Day     Date Requested _Mondays_

☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:**
                                                    (circle one)
Date Requested _____     Calendar     Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Patrick Bratton_ _____     _7/15/02_
Employee Signature                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | *To Be Completed by Human Resources*

### Vacation

| | | |
|---|---|---|
| 1) | Total Days Due: | _____ |
| 2) | Days Requested: | _____ |
| 3) | Days Remaining: | _____ |
| | | (1 - 2 = 3) |

### Floating Holidays

| | |
|---|---|
| Total Days Due: | _____ |
| Days Requested: | _____ |
| Days Remaining: | _____ |

JUL 20 2002
WEEK E___

Human Resources Representative's Signature _____     Date _____

**SECTION 3** | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐   Disapproved ☐       SUPERINTENDENT:   Approved ☐   Disapproved ☐

Signature _____   Date _____       Signature _____   Date _____

FOREMAN:  Approved ☑   Disapproved ☐       PLANT MANAGER:   Approved ☐   Disapproved ☐

_Tony Gibb_ _7-15-02_
Signature           Date                              Signature _____   Date _____

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelPls

A00356

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire *7/31/00*   Dept. *Live-Haul*

☑ Union *S62C*
☐ Non-Union Hourly
☐ Salaried

Employee Name: *Patrick Bratton*   SS# *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*

**VACATION:**

☐ ½ Day     Date Requested _____

☐ Full Day(s)   Date(s) Requested _____
*Holiday pay W/E 6-8-02*

(circle one)

**FLOATING HOLIDAY:**

Date Requested *12-12-02*   (Calendar)   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

*Patrick Bratton*                     *12/13/02*
Employee Signature                   Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

1)  Total Days Due:        _____
2)  Days Requested:        _____
3)  Days Remaining:        _____
                   (1 - 2 = 3)

### Floating Holidays

Total Days Due:      _____
Days Requested:      _____
Days Remaining:      _____

DEC 1 4 2002
WEEK

Human Resources Representative's Signature              Date

---

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☐  Disapproved ☐        SUPERINTENDENT:  Approved ☐  Disapproved ☐

_____  _____        _____  _____
Signature            Date                Signature            Date

FOREMAN:   Approved ☑  Disapproved ☐        PLANT MANAGER:  Approved ☐  Disapproved ☐

*Larry E. Gibb*     *12-13-02*          _____  _____
Signature          Date                Signature            Date

NOTE:    PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
         IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

**A00357**

*Pat on 5/6/03 - Orig.*

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

| **SECTION 1** | To Be Completed by Employee | Date of Hire | 7/31/00 | Dept. | 5620 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Patrick Bratten** SS# 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

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**          (circle one)   *not due yet*

Date Requested *Money only*   (Calendar)   (Anniversary)

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

✗ **Patrick Bratten**                                    Date  5/2/03

Employee Signature

NOTE:   This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| **SECTION 2** | To Be Completed by Human Resources |                          03 MAY 7 |

| **Vacation** | | **Floating Holidays** | |
|---|---|---|---|
| 1) | Total Days Due: _____ | Total Days Due: _____ |
| 2) | Days Requested: _____ | Days Requested: _____ |
| 3) | Days Remaining: _____ | Days Remaining: PAYROLL |
|    | (1 - 2 = 3) | MAY 1 0 2003 |
|    |             | WEEK ENDING |

Human Resources Representative's Signature                    Date

---

| **SECTION 3** | To Be Completed by Employee's Supervisor(s) and/or Manager(s) |

**SUPERVISOR:**  Approved ☑   Disapproved ☐          **SUPERINTENDENT:**  Approved ☐   Disapproved ☐

*Larry Gibbs*  5/2/03

Signature              Date                              Signature                        Date

**FOREMAN:**  Approved ☐   Disapproved ☐          **PLANT MANAGER:**  Approved ☐   Disapproved ☐

Signature              Date                              Signature                        Date

NOTE:          PINK TO EMPLOYEE;  YELLOW TO PAYROLL;  WHITE TO PERSONNEL/VACATION FILE.
               IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\

**A00358**

# MOUNTAIRE
## Time Off Request Form

Name _Harry Daniels_     S.S.# _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_

Date of Hire _May 26 st -1998_     Department ~~~~ _live haul_

☑ UNION     ☐ NON-UNION HOURLY     ☐ SALARIED  _56.20_

| (CHECK ONE): | | | |
|---|---|---|---|
| Vacation | ✓ /1/ | Personal/Floating Holiday - Calendar | |
| | | Personal/Floating Holiday -Anniversary | |

Day/Date(s) Requested _4-27-2001_   _W/E 05/12/01_   _livk_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Harry Daniels_            _4-20-2001_
Employee's Signature        Date

_____

SUPERVISOR'S SIGNATURE     DATE     ☐ APPROVED ☐ DISAPPROVED

_Larry Gibb_            _4-20-01_     ☑ APPROVED ☐ DISAPPROVED
FOREMAN'S SIGNATURE        DATE

SUPERINTENDENT'S SIGNATURE     DATE     ☐ APPROVED ☐ DISAPPROVED

PLANT MANAGER'S SIGNATURE     DATE     ☐ APPROVED ☐ DISAPPROVED

PAYROLL
MAY 1 2 2001
WEEK ENDING

| FOR OFFICE USE ONLY: | # OF DAYS DUE | |
|---|---|---|
| | # OF DAYS REQUESTED | |
| | # OF DAYS LEFT | |

FORM 011 wpdata
September 23, 1999

A00359

MOUNTAIRE
**Time Off Request Form**

Name _Ronald Felton Gibbs_ S.S.# _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_

Date of Hire _5/11/01_ . _Prime_          Department _Live Haul_

    ☒ UNION      ☐ NON-UNION HOURLY      ☐ SALARIED _5630_

| (CHECK ONE): | | |
|---|---|---|
| Vacation | Personal/Floating Holiday - Calendar | ✓ |
| | Personal/Floating Holiday - Anniversary | |

Day/Date(s) Requested _Thursday 29th November_

*I UNDERSTAND THAT IF THIS REQUEST IS GRANTED, I AM TO RETURN ON THE NEXT SCHEDULED WORK DAY AND THAT IF ANYTHING SHOULD PREVENT MY RETURN I WILL CONTACT MY SUPERVISOR AND HUMAN RESOURCES AND ADVISE THEM OF THE CIRCUMSTANCES. THEY WILL COUNSEL ACCORDINGLY.*

_Ronald Felton Gibbs Sr._          _11/27/01_
Employee's Signature                Date

_____          _____  ☐APPROVED ☐DISAPPROVED
SUPERVISOR'S SIGNATURE               DATE

_Larry E. Gibbs Sr._              _11-27-01_  ☑APPROVED ☐DISAPPROVED
FOREMAN'S SIGNATURE                DATE

_____          _____  ☐APPROVED ☐DISAPPROVED
SUPERINTENDENT'S SIGNATURE           DATE

_____          _____  ☐APPROVED ☐DISAPPROVED
PLANT MANAGER'S SIGNATURE            DATE

DEC 0 1 2001

| FOR OFFICE USE ONLY: | # OF DAYS DUE | _____ |
|---|---|---|
| | # OF DAYS REQUESTED | _____ |
| | # OF DAYS LEFT | _____ |

FORM 011 wp.doc
September 23, 1999

A00360

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*  Date of Hire _4/11/01_    Dept _Live Haul_

Employee Name: _Ronald Felton Gibb_  SS# _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_
- ☑ Union _5620_
- ☐ Non-Union Hourly
- ☐ Salaried

**VACATION:**
- ☐ ½ Day    Date Requested _____
- ☐ Full Day(s)   Date(s) Requested _____

**FLOATING HOLIDAY:** _3-4-02_     (circle one)
Date Requested _MONEY ONLY_   (Calendar)   Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Ronald Felton Gibb Sr._   Date _3/8/02_
Employee Signature

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

**Vacation**
1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 - 2 = 3)

**Floating Holidays**
Total Days Due: _____
Days Requested: _____
Days Remaining: _____

Human Resources Representative's Signature _____   Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐  Disapproved ☐    SUPERINTENDENT: Approved ☐  Disapproved ☐
Signature _____  Date _____    Signature _____  Date _____

FOREMAN: Approved ☑  Disapproved ☐    PLANT MANAGER: Approved ☐  Disapproved ☐
_Larry Hbb_  _3-8-02_    Signature _____  Date _____
Signature   Date

NOTE:    PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Del\Plant\HR\111

**A00361**

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1**  *To Be Completed by Employee*   Date of Hire _5/14/01_    Dept. _Live Haul_  _5620_
☒ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name _Ronald Silolo_     SS# _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_

**VACATION:**                                              _1 wk_

☐ ½ Day          Date Requested _____

☐ Full Day(s)     Date(s) Requested _money only_ _____

**FLOATING HOLIDAY:**                    (circle one)

          Date Requested _____   Calendar     Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

_Ronald F. Silolo_ _____          _5/8/02_
Employee Signature                                              Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2**  *To Be Completed by Human Resources*

| Vacation | | Floating Holidays | |
|---|---|---|---|
| 1) Total Days Due: | _____ | Total Days Due: | _____ |
| 2) Days Requested: | _____ | Days Requested: | PAYROLL |
| 3) Days Remaining: | _____ | Days Remaining: | MAY 1 1 2002 |
| | (1 - 2 = 3) | | WEEK ENDING |

_____          _____
Human Resources Representative's Signature          Date

**SECTION 3**  *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR:  Approved ☒  Disapproved ☐       SUPERINTENDENT:  Approved ☐  Disapproved ☐

_Doug Lynch_      _5/8/02_
Signature          Date                                     Signature          Date

FOREMAN:  Approved ☒  Disapproved ☐          PLANT MANAGER:  Approved ☐  Disapproved ☐

_Larry Giff_      _5-8-02_
Signature          Date                                     Signature          Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\Deh\Plant\HR\11

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

| SECTION 1 | *To Be Completed by Employee* | Date of Hire 1-22-02 | Dept. Live haul 5630 |

☑ Union
☐ Non-Union Hourly
☐ Salaried

Employee Name: Tony Parker      SS# 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

**VACATION:**

☐ ½ Day          Date Requested _____

☐ Full Day(s)    Date(s) Requested _____

**FLOATING HOLIDAY:**

                                    (circle one)

Date Requested 9-12-02      (Calendar)      Anniversary

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

Tony D Parker                          9-12-02
Employee Signature                     Date

NOTE:  This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off.
If 2-week notification is not given, vacation/holiday pay may be delayed.

---

| SECTION 2 | *To Be Completed by Human Resources* |

**Vacation**                                    **Floating Holidays**

1)   Total Days Due:        _____      Total Days Due:     _____
2)   Days Requested:        _____      Days Requested:     _____
3)   Days Remaining:        _____      Days Remaining:     _____
                            (1 - 2 = 3)

PAYROLL
SEP 1 4 2002
WEEK ENDING

Human Resources Representative's Signature                    Date

---

| SECTION 3 | *To Be Completed by Employee's Supervisor(s) and/or Manager(s)* |

SUPERVISOR:  Approved ☐   Disapproved ☐          SUPERINTENDENT:   Approved ☐   Disapproved ☐

_____          _____          _____          _____
Signature                Date                      Signature                Date

FOREMAN:  Approved ☑   Disapproved ☐             PLANT MANAGER:   Approved ☐   Disapproved ☐

Larry Webb          9-12-02                       _____          _____
Signature           Date                          Signature                Date

NOTE:        PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
             IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DelvFrm

A00363

## MOUNTAIRE FARMS OF DELMARVA
### Request for Vacation or Floating Holiday

**SECTION 1** | To Be Completed by Employee   Date of Hire **1-22-02**   Dept **Livehaul**

☑ Union **3620**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Tony Parker**   SS# **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**

**VACATION:**

☐ ½ Day   Date Requested _____

☐ Full Day(s)   Date(s) Requested **Money Only**

*not enough weeks worked for vacation*

**FLOATING HOLIDAY:**   Date Requested **Money only**   (circle one) Calendar **(Anniversary)**

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Tony Parker** _____   Date **1-27-03**   03 JAN 30

Employee Signature

**NOTE:** This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** | To Be Completed by Human Resources

### Vacation

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____   (1 - 2 = 3)

*not enough weeks worked for vacation*

**Floating Holidays**

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

*only 32 need 45*

Human Resources Representative's Signature _____   Date _____

**SECTION 3** | To Be Completed by Employee's Supervisor(s) and/or Manager(s)

**SUPERVISOR:**   Approved ☐   Disapproved ☐      **SUPERINTENDENT:**   Approved ☐   Disapproved ☐

Signature _____   Date _____      Signature _____   Date _____

**FOREMAN:**   Approved ☑   Disapproved ☐      **PLANT MANAGER:**   Approved ☐   Disapproved ☐

**Larry Gibb   1-27-03**

Signature _____   Date _____      Signature _____   Date _____

**NOTE:**   PINK TO EMPLOYEE;   YELLOW TO PAYROLL;   WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COOR\DelvP

# MOUNTAIRE FARMS OF DELMARVA
## Request for Vacation or Floating Holiday

**SECTION 1** *To Be Completed by Employee*   Date of Hire **1-22-02**   Dept. **Livehead**

☑ Union **8020**
☐ Non-Union Hourly
☐ Salaried

Employee Name: **Tony Parker**   SS# **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**

**VACATION:**

☐ ½ Day   Date Requested _____   *not Enough weeks worked for Vacat*

☐ Full Day(s)   Date(s) Requested **Money Only**

**FLOATING HOLIDAY:**   Date Requested **Money only**   (circle one) Calendar / **Anniversary**

*I understand that if this request is granted, I am to return on the next scheduled work day. If anything should prevent my return, I will contact my supervisor and the Human Resources Department to advise them of my circumstances. They will counsel accordingly.*

**Tony Parker**   Date **1-27-03**
Employee Signature

NOTE: This form must be completed and received by the Human Resources Department at least 2 weeks prior to the requested day(s) off. If 2-week notification is not given, vacation/holiday pay may be delayed.

**SECTION 2** *To Be Completed by Human Resources*

### Vacation

*not Enough weeks worked for vacation only need 45*

1) Total Days Due: _____
2) Days Requested: _____
3) Days Remaining: _____
(1 - 2 = 3)

**Floating Holidays**

Total Days Due: _____
Days Requested: _____
Days Remaining: _____

PAYROLL FEB 01 2003 WEEK ENDING

Human Resources Representative's Signature   Date _____

**SECTION 3** *To Be Completed by Employee's Supervisor(s) and/or Manager(s)*

SUPERVISOR: Approved ☐ Disapproved ☐    SUPERINTENDENT: Approved ☐ Disapproved ☐

Signature _____ Date _____    Signature _____ Date _____

FOREMAN: Approved ☑ Disapproved ☐    PLANT MANAGER: Approved ☐ Disapproved ☐

**Larry Gibb** **1-27-03**
Signature   Date    Signature _____ Date _____

NOTE:   PINK TO EMPLOYEE; YELLOW TO PAYROLL; WHITE TO PERSONNEL/VACATION FILE.
IF DISAPPROVED, REASONS WILL BE STATED ON REVERSE SIDE.

C:\Data\WPDATA\FORMS\COR\DefPlexi\HB

A00365