**22**

1

```
 1          IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE DISTRICT OF DELAWARE
 2

 3   WILLIE DAVIS, JR.,                )
     NATHANIEL BRIDDELL,               )
 4   GEORGE W. FEDDIMAN,               )
     JOSEPH GARRISON,                  )
 5               Plaintiffs,           )
         -vs-                          )   C.A. No. 04-0414
 6                                     )
     MOUNTAIRE FARMS, INC.,            )
 7   MOUNTAIRE FARMS OF                )
     DELMARVA, INC., and              )
 8   MOUNTAIRE FARMS OF                )
                 Defendants.           )
 9                             -  -  -  -  -  -

10          Deposition of JOSEPH GARRISON, taken before

11   Pamela C. Washington, Registered Professional Reporter

12   and Notary Public, at the law offices of Young,

13   Conaway, Stargatt & Taylor, 110 West Pine Street,

14   Georgetown, Delaware, on January 14, 2005, beginning

15   at 10:00 a.m.

16                            -  -  -  -  -  -

17   APPEARANCES:

18       On behalf of the Plaintiffs:
             Margolis Edelstein
19           BY:  JEFFREY K. MARTIN
             and  KERI L. WILLIAMS, ESQ.
20           1509 Gilpin Avenue
             Wilmington, Delaware 19806
21
         On behalf of the Defendants:
22           Shawe Rosenthal
             BY:  ARTHUR M. BREWER, ESQ.
23           and  LAURA A. PIERSON SCHEINBERG, ESQ.
             20 South Charles Street   11th Floor
24           Baltimore, Maryland  21201

25
```

FIRST STATE REPORTING SERVICE        (302
                       Pamela C. Washington,
         P.O. Box 99               Milford, Dela

**A00366**

Garrison - Brewer

```
 1          Q     At Mountaire?  When did you receive
 2   that certification?
 3          A     I guess its been like three years ago,
 4   somewhere like that.
 5          Q     How long have you worked for Mountaire?
 6          A     Eight years.
 7          Q     Eight years?
 8          A     Eight.  I think it was eight.  Or
 9   seven, I believe it -- it was going on eight, it was
10   going on eight.
11          Q     It was going on eight?
12          A     Yeah.
13          Q     And when you first became employed with
14   Mountaire, what job did you have?
15          A     I was catcher, I was a catcher.
16          Q     You were a catcher?  Approximately how
17   long after you became a catcher did you receive your
18   forklift certification?
19          A     After I was a catcher, I was -- after I
20   was a catcher, a senior catcher, I was a crew leader.
21          Q     Let me see if I understand what you're
22   telling me.  You were hired as a catcher?
23          A     Right.
24          Q     And then you went right from a catcher
25   to a crew leader?
```

Garrison - Brewer

1           A    Yes.

2           Q    But you did receive a certification for

3    forklift operator?

4           A    After I be a crew leader, then I

5    started learning how to drive forklift, then I receive

6    a forklift license.

7           Q    Okay.  So you were a catcher, then you

8    became a crew leader, and you got your certification

9    for forklift after you became a crew leader?

10          A    Yes.

11          Q    Are you sure of that?

12          A    Yes.

13          Q    Okay.  I believe I asked you a series

14   of questions earlier, but just to be sure that I'm

15   understanding it, there's nothing about your current

16   state of physical health that's going to be a problem

17   with your deposition here today?

18          A    No.

19          Q    No?

20          A    No, it's not.

21          Q    All right.  Are you or have you been

22   under any treatment with a physician or a medical

23   health care provider in the last five years?

24          A    What do you mean?  Say that again one

25   more time.

Garrison - Brewer

1    resigned?

2         A    What do you mean breaks?

3         Q    Well, in other words, were you employed

4    for Mountaire continuously for the eight years?

5         A    Yes.

6         Q    You didn't --

7         A    I didn't, no.

8         Q    You didn't leave and then come back or

9    anything else?

10        A    No.

11        Q    So you were continuously employed?

12        A    Yes.

13        Q    Okay.  And I believe you told me, just

14   to be sure, when about did you become a crew leader?

15        A    It was -- let me see.  I believe it was

16   in `99, 1999.

17        Q    Okay.  That's about six years ago then?

18        A    Uh-huh.

19        Q    When you became a crew leader, did you

20   consider that to be a promotion?

21        A    Yes.

22        Q    Now, you became a crew leader, you just

23   told me, in 1999, okay, I'll just make that note.

24   Would you tell us as a crew leader what you do?

25        A    Yes.  Well, I picked up the help, I

Garrison - Brewer

1   picked up the help, stopping to the store, took them

2   to the farm, got the house ready.  I had to watch out

3   for the drivers.

4          Q    Now you say drivers, which drivers are

5   we talking about?

6          A    Truck drivers.

7          Q    Employed by whom?

8          A    Mountaire.

9          Q    And how were those drivers, how do you

10  describe those drivers?

11         A    Okay, I had to watch how they parked,

12  watch how -- backing them up.

13         Q    Let me rephrase the question to make

14  myself clear.  When you say watch out for the drivers,

15  are you talking about the live haul drivers?

16         A    Yes.

17         Q    And for the record, I'll state that

18  live haul drivers are drivers who are employed by the

19  company who are CDL qualified who bring live chickens

20  that are caught on a farm to the plant for processing.

21         A    Right.

22         Q    If you have anything you'd like to add,

23  you may.

24         MR. MARTIN:  No, that's fine.

25

Garrison - Brewer

```
1    BY MR. BREWER:

2            Q    All right.  How many people are on your

3    crew?

4            A    Seven.

5            Q    Seven?  Sometimes are there more?

6            A    Well, at times we carry an extra man,

7    eight.

8            Q    And sometimes are there less?

9            A    Yes.

10           Q    And why is there sometimes less?

11           A    Because maybe sometimes you be

12    short-handed.

13           Q    Okay.  Do you manage that crew to catch

14    the chickens?

15           A    Yes.

16           Q    All right.  The catchers that you

17    manage to catch the chickens, do you know if they're

18    covered by a contract with the union?

19           A    Yes.

20           Q    And that's referred to as a collective

21    bargaining agreement, is that term familiar to you?

22           A    I don't understand.

23           Q    The people who you manage, the catchers

24    that catch the chickens --

25           A    Yeah.
```

Garrison - Brewer

1          Q      -- they are the members of a union, are
2    they not?
3          A      Yes.
4          Q      Okay.  And they're covered by a
5    contract that the company has with that union?
6          A      Yes.
7          Q      Have you heard the term collective
8    bargaining agreement, is that a term that's familiar
9    to you?  If it's not, you can just tell me.
10         A      I don't know.
11         Q      But you know they are covered by a
12   union contract?
13         A      Yeah, I do know that.
14         Q      And do you know what union that
15   contract is with?
16         A      355.
17         Q      Of what local?
18         A      Local 355.
19         Q      Of the Teamsters Union?
20         A      Teamsters, yeah.
21         Q      All right.  I don't want to put words
22   in your mouth.
23         A      Yeah, I know, you know what I'm saying.
24         Q      Now, in performing your duties as a
25   crew chief, have you ever had somebody who had very

Garrison - Brewer

1  little experience catching chickens or no experience

2  working for you?

3          A    Yes.

4          Q    Okay.  Did you have any role in showing

5  them how to go about doing what they needed to do?

6          A    Yes.

7          Q    What did you do?

8          A    Well, I get down and show them how to

9  catch, how to use their hands, how to pick up the

10  chickens and how to put them in the cage.

11          Q    Okay.  When you get to a farm, do you

12  tell any of the catchers in your crew how to set the

13  farm up?

14          A    Yes, we all did it together.

15          Q    Okay.  But you will tell some people to

16  do certain things?

17          A    Yes.

18          Q    What kinds of things would you tell a

19  member of your crew to do as you're getting ready to

20  catch the chickens in a farm?

21          A    They have to crank up the waters.

22          Q    Crank up the waters?  Would you

23  describe for the purposes of this record that we're

24  making here today what that means?

25          A    In chicken houses you have water

Garrison - Brewer

1    drinkers, and we had to crank them up before you be

2    able to catch the chickens.

3            Q    Okay, and would you tell somebody to do

4    that?

5            A    Yes.

6            Q    What else would you do?

7            A    We have to use the fire fan, we have to

8    go down to the end of the chicken house and open up

9    the door for to put the fan in there.  Then the --

10            Q    Let me just stop you for a second.

11    We're making a record here and the people who may be

12    reading this record might not be as familiar with

13    catching chickens as people in this room are.

14            A    Right.

15            Q    So when you say a fire fan, what is

16    that?

17            A    The fire fan is the fan that most of

18    the time we use it during the summers, it helps cools

19    off the chickens, helps cools the mens off.  But a lot

20    of times sometimes we use it during the winter, it

21    brings out the dust, brings out the dust.  And after

22    all that, after you do that, then we bring our pens

23    in.

24            Q    Let me just stop you at that point.

25    Who decides whether to use a fire fan or not?

32

Garrison - Brewer

1     A     Well, most of the men mostly is, you
2  know, but sometime I decide to use it.
3     Q     So you will decide sometimes to use the
4  fan --
5     A     Yeah.
6     Q     -- or not?  If the men want the fan to
7  use --
8     A     Yeah, we'll bring it in.
9     Q     -- you put it in?
10    A     Yeah.
11    Q     If they don't want it and you don't
12 think it's necessary, you don't put it in?
13    A     If they don't want it and I feel it's
14 necessary, I'll put it in.
15    Q     So even if they don't want it and you
16 think it's necessary, you will put it in?
17    A     Yes.
18    Q     Where is the fire fan, how does it get
19 to the farm where the chickens are?
20    A     It gets by one of the drivers will
21 bring it.
22    Q     So one of the live haul drivers --
23    A     Yes.
24    Q     -- that we have identified earlier will
25 bring the fan to the farm?

Garrison - Brewer

```
 1   chickens off with for to be able to catch them so they
 2   won't run, that's what calls pens.
 3           Q    And that's also so they don't smother
 4   themselves?
 5           A    Right.
 6           Q    Okay.  Who puts the pens up?
 7           A    Well, we all do it together, the men,
 8   sometime I do it.
 9           Q    Okay.  Do you tell the men where to put
10   them?
11           A    Yes.
12           Q    Okay.  And placing of the pens is going
13   to change from house to house, isn't it?
14           A    Yes.
15           Q    Okay.  So who's the one who makes the
16   decision how the pens should be placed in a particular
17   house?
18           A    Well, the men put the pens on the
19   forklift or on top of the cage to transport them to
20   the next house.
21           Q    Okay, let me repeat the question.  You
22   have gotten to the house, cranked up the water, put
23   the fan in if you have needed it or not, now we're
24   going to put the pens up.  You can put pens in a house
25   in lots of different ways?
```

Garrison - Brewer

1          A      Right.

2          Q      Who makes the decision as to where to

3    put the pens?

4          A      I make the decision.

5          Q      Okay.  As a crew leader, you have

6    responsibility for the safety of the people on your

7    crew, don't you?

8          A      Yes.

9          Q      Okay.  And you also have responsibility

10   for the safety of the property?

11         A      Yes.

12         Q      And the farmer's property?

13         A      Yes.

14         Q      Let me just have a minute, please.

15                MR. BREWER:  Would you mark this as

16   exhibit 1?

17                (Garrison Exhibit 1, marked for

18   identification.)

19                (Whereupon, there was a discussion held

20   off the record.)

21   BY MR. BREWER:

22         Q      Mr. Garrison, I'm showing you a

23   document which has been marked as Exhibit 1 to your

24   deposition; would you take a look at that for a moment

25   and tell me what it is when you're finished reviewing

Garrison - Brewer

1    it?

2         A    Yes, it's a farm sheet, time sheet.

3         Q    Okay.

4         A    Farm ticket.

5         Q    All right.  And up at the top, it says

6    the date?

7         A    Uh-huh.

8         Q    Who fills that in?

9         A    I do.

10        Q    The next thing appears to be lot

11   number, what does that mean?

12        A    That means the lot of the farm.

13        Q    I'm sorry, it means what, sir?

14        A    The lot of the farm.

15        Q    Okay.  And who fills that in?

16        A    Dispatch.

17        Q    The dispatcher?  And it says load

18   number, what does that refer to?

19        A    The load, I mean the number of the

20   load.

21        Q    Okay, who fills that in?

22        A    Dispatcher.

23        Q    All right.  Next we see the grower and

24   there's a space there, does that identify the farm

25   that you're going to?

Garrison - Brewer

1          A     Yes.

2          Q     Who fills that in?

3          A     I do.

4          Q     Then it says houses, and there are a

5    series of blanks with dashes.

6          A     Yeah, I fill that out, too.

7          Q     Okay.  And what does that refer to, how

8    many houses are on the farm?

9          A     Yes, how many houses I been in, how

10   many houses I use.

11         Q     How many houses you used?

12         A     Yes.

13         Q     When you say how many houses you used,

14   does that mean how many houses you caught chickens in?

15         A     Right.

16         Q     Okay.  So if the farmer had five houses

17   and you were only directed to pick up chickens from

18   three, would you only list the three that you went

19   into?

20         A     Yes.

21         Q     You would not list the other two?

22         A     No.

23         Q     Okay.  I just want to make sure I

24   understand.  And there's a time started, who finishes

25   that, who fills that in?

Garrison - Brewer

1          Q      Okay.  Let's go to the next series

2    below the line.  It says sign present?

3          A      Yes.

4          Q      And there's a box to check yes or no?

5          A      Yes.

6          Q      Who checks that box?

7          A      I do.

8          Q      And what does the sign present mean?

9          A      The grower's sign, like might be a

10   Mountaire sign out there as to grower's name.

11         Q      All right, so it might be Garrison

12   Farm?

13         A      Right.

14         Q      And there would be a sign there?

15         A      Right.

16         Q      And you would check yes, that there was

17   a sign there?

18         A      Yes.

19         Q      And grower present, who checks that?

20         A      I do.

21         Q      What does that mean?

22         A      That means was the grower there, was

23   the grower there on the farm.

24         Q      When you came?

25         A      When I came.

40

Garrison - Brewer

1     Q    And while you were catching chickens?

2     A    Right.

3     Q    Okay.  DAF's, what is a DAF, sir?

4     A    It's like deads, how many deads, that's

5  what it is, deads.

6     Q    How many dead chickens were in the

7  house?

8     A    Yes, deads prior to catch.

9     Q    Prior to the catch?

10     A    Prior to the catch.

11     Q    Right.  Who determines that?

12     A    Well, I do.

13     Q    You do?

14     A    Yes.

15     Q    So you will physically then go into the

16  house prior to catching?

17     A    Yeah.

18     Q    And see --

19     A    Yes.

20     Q    -- to the best of your ability how many

21  chickens have died?

22     A    Yes.

23     Q    And will obviously not need to be

24  caught --

25     A    Right.

Garrison - Brewer

```
 1          Q      -- because they ain't going anywhere?

 2          A      Right.

 3          Q      The fire fan, we have already talked

 4   about that, and you will check whether it was used or

 5   not --

 6          A      Yes.

 7          Q      -- correct?  And we talked about that's

 8   your decision.  Chicken waters, can you tell me what

 9   that means?

10          A      That means I have to make sure the

11   water is set up for the drivers to water the chickens

12   during hot weather for to cool the chickens off.

13          Q      Okay.

14          A      That's what that means.

15          Q      That's your responsibility to make sure

16   that's set up?

17          A      Yes.

18          Q      When you say the drivers, are we

19   talking again about the live haul drivers who are

20   watering the chickens?

21          A      Yes.

22          Q      That generally happens in the summer,

23   does it not?

24          A      Yes.

25          Q      Feeders up, what does that refer to?
```

42

Garrison - Brewer

1      A      Well, once we -- once we gets to the

2   farm, we have to make sure the feeders is up.  If the

3   feeders are not up, if the chickens have been still

4   eating feed, that mean feed is in them and there

5   really ain't supposed to be no feed in them.   The

6   feeders supposed to be up a certain time before we

7   catch the chickens.

8      Q      Correct.

9      A      That's what that is.

10      Q      Okay.   What happens if the feeders are

11   not up?

12      A      Well, a lot of times the feed, the ones

13   that's not up, the trough be empty, you know, it just

14   happen the growers have never got them up.   That's

15   what that is.

16      Q      Well, do you go and catch those

17   chickens even if the feeders are not up?

18      A      No, I have to get up with the growers

19   and say get the feeders up.

20      Q      So you have to do that?

21      A      Yes.

22      Q      If you're out on a farm and the feeders

23   are not up, you have got to get to the grower?

24      A      Yes, immediately.

25      Q      All right.   How about the waters up, is

43

Garrison - Brewer

1   that the cranking of the water that you talked about

2   earlier?

3          A    Yes.

4          Q    How about stoves up, what does that

5   mean?

6          A    That mean the stoves that they have in

7   the house, the round stoves, make sure they're up.

8   Most of the time, they are up.

9          Q    Okay.  Tell me what a stove is.

10         A    Like a heater, keeps them --

11         Q    For the chickens?

12         A    -- keeps them warm, yeah.

13         Q    And they have to be taken up?

14         A    Yes.

15         Q    Okay, and that's all prior to catching?

16         A    Yes.

17         Q    And if the stove is not up, what

18  happens?

19         A    I have to get them up.

20         Q    You contact the grower to get them up?

21         A    Contact the grower.  If I can't find

22  him, then I get them up.

23         Q    Then you get them up, but the first

24  thing is to go to the grower to get them up?

25         A    Yes.

FIRST STATE REPORTING SERVICE      (302
               Pamela C. Washington,
     P.O. Box 99          Milford, Delaware  19963

**A00384**

44

Garrison - Brewer

1        Q    The next item I see is farm damage, do

2  you check that also?

3        A    Yes.

4        Q    And tell me how you go about doing

5  that.  Before you check the box off, what do you do?

6        A    If anything damaged on a farm, I would

7  have to check it and I would have to write the --

8  explain what happened, you know.

9        Q    Well, let me give you a few situations.

10  You arrive at a farm, do you walk around the chicken

11  houses to see that there's no damage before you start?

12        A    Most of the time like the end of the

13  day, at the end of my day, the end of my work day, if

14  it's something that happened, then I document, I write

15  it down.

16        Q    Okay, so prior to starting catching the

17  chickens, you don't look to see whether there's any

18  damage?

19        A    Right.

20        Q    When you finish catching a particular

21  house, you then --

22        A    Right.

23        Q    -- take an inspection?

24        A    Yes.

25        Q    To see if there's damage?

46

Garrison - Brewer

1    damaged; how do you work that out?

2          A     What I would do, I would look at it and

3    I can tell whether its been damaged before, and I

4    would let him know.

5          Q     Okay.

6          A     And I would make sure I get up with my

7    supervisor, let him know what they had said, and let

8    him know what I told him.

9          Q     All right.  So that's why you don't

10   need to look at it beforehand, because you can tell

11   based on your experience?

12         A     Yes.

13         Q     All right.  There's another entry here

14   that says drive entrance, who fills that out?

15         A     I do.

16         Q     And it says accept/unaccept; I assume

17   unaccept means unacceptable?

18         A     Yes.

19         Q     So you will determine whether the

20   entrance to the farm was acceptable or not?

21         A     Yes.

22         Q     Okay.  The house entrances, again, the

23   same thing, acceptable or unacceptable?

24         A     Yes.

25         Q     That's your determination?

47

Garrison - Brewer

1       A    Yes.

2       Q    And you fill that out?

3       A    Yes.

4       Q    Roads loading area, tell me what that

5  means.

6       A    Roads loading area, it's where we load

7  a truck at; if it's in good condition, if it's not in

8  good condition when I check it off.  If it needs to be

9  disbanded, needs to be wider, I'll complain about

10 that.

11      Q    And you make that determination?

12      A    Right.

13      Q    And you explain it?  If it's

14 unacceptable, you explain it?

15      A    Yes.

16      Q    Litter condition, I think we all know

17 what litter is.

18      A    Right.

19      Q    I don't think we need to describe that

20 any further.  The acceptable or unacceptable, who

21 makes that determination?

22      A    I do.

23      Q    And then you will check in a box, and

24 again there's a place for you to make an explanation?

25      A    Yes.

Garrison - Brewer

1          A    Yes.

2          Q    Let's take a look at the crew leader's

3    general duties, and I'd like to review some of these

4    with you and see if you agree these are the general

5    duties.  It is your responsibility to arrive at the

6    farm on time with your crew?

7                MR. MARTIN:  He needs to just follow

8    where you are.

9    BY MR. BREWER:

10         Q    Okay, sure.  Where I am, let me -- if

11    you want to take a moment to review the document --

12         A    Go ahead, I got you.

13         Q    You got me?  All right, I'm on Roman

14    Numeral II where it says, "Crew leader general

15    duties," do you see that?

16         A    Uh-huh.

17         Q    The first item there is listed as it's

18    the responsibility of the crew leader to arrive at the

19    farm on time, and I assume that's with your crew?

20         A    Yes.

21         Q    That is a responsibility that the crew

22    leader has?

23         A    Yes.

24         Q    Okay.  It also talks about dividing the

25    house into a minimum of four equal sections?

50

Garrison - Brewer

```
1           A    Yes.

2           Q    Deciding how to catch the chickens,

3   where to place the pens and stuff is the crew leader's

4   responsibility?

5           A    Yes.

6           Q    You're supposed to tell the catchers

7   the number of birds to be placed in each compartment?

8           A    Yes.

9           Q    That's your job, right?

10          A    Yes.

11          Q    You're also responsible for, as it says

12  in item D, to catching birds in place at night, never

13  move the birds into less than 70 percent of the normal

14  floor space; that changes, I would assume, from time

15  to time?

16          A    Excuse me.

17          Q    Sure.

18          A    I ain't never seen that before.

19          Q    You have never seen this document

20  before?

21          A    No.

22          Q    Okay.

23          A    Not that, no, I haven't.

24          Q    All right.

25          A    No.
```

FIRST STATE REPORTING SERVICE        (302)
                    Pamela C. Washington, RI
        P.O. Box 99            Milford, Delaware  19963

A00389

51

Garrison - Brewer

1      Q     Well, when it comes to catching the

2  birds, I think we talked about this a little bit

3  before --

4      A     Yes.

5      Q     -- that's your decision as to how to

6  set up the pens and how you're going to go about doing

7  it?

8      A     Yes.

9      Q     On page 2 of the document at the top,

10  item E, it says that a crew leader is to continually

11  observe the uncaught birds and prevent smothers; would

12  you agree that that's the responsibility of a crew

13  leader?

14      A     Yes.

15      Q     Do you also agree that making sure the

16  cages are air stacked uniformily on the trailer, is

17  that your responsibility?

18      A     Yes.

19      Q     And when you say on the trailer, that's

20  the live haul trailer that we were talking about

21  before?

22      A     Yes.

23      Q     So you make sure the forklift operator

24  is doing it the right way so they're air stacked

25  appropriately?

52
Garrison - Brewer

1          A     Yes.

2          Q     Just for purposes again for the record,

3    when we're talking about smothers, we're talking about

4    chickens who have died --

5          A     Right.

6          Q     -- because they have piled on top of

7    each other and suffocated?

8          A     Yes.

9          Q     That's what smother refers to?

10          A     Yes.

11          Q     Item G talks about in the summer making

12    sure the fans are left hanging and so forth, you can

13    read that.

14          A     Uh-huh, yes.

15          Q     That's also a responsibility the crew

16    leader has?

17          A     Yes.

18          Q     Okay.  It's also the crew leader's

19    responsibility not to load more than the specified

20    number of chickens --

21          A     Yes.

22          Q       per hole or per cage?

23          A     Yes.

24          Q     All right.  Fill out the farm ticket

25    accurately, we just went through that; you agreed, I

53

Garrison - Brewer

1   believe, that was your responsibility to perform?

2          A    Yes.

3          Q    And then you're supposed to check with

4   the driver to make sure his load is secure?

5          A    Yes.

6          Q    Okay.  The document goes on to talk

7   about catching methods, talks about night catching,

8   day catching --

9          A    Yes.

10         Q    -- and so forth, tunnel ventilation and

11  all of those things --

12         A    Yes.

13         Q    -- these are all responsibilities the

14  crew leader has --

15         A    Yes.

16         Q    -- to make sure these things are done?

17         A    Yes.

18         Q    Okay, all right.  Now, let me ask you a

19  couple of questions, Mr. Garrison.  If I repeat

20  myself, please forgive me.  You mentioned before I

21  think that you maintain a crew of seven catchers?

22         A    Yes.

23         Q    There's also a forklift driver

24  associated with the crew, isn't there?

25         A    I don't pick him up.

54

Garrison - Brewer

1      Q     No, no, I'm not asking you that, but
2  he's part of the crew?
3      A     Yes, he is.  Yes, he is.
4      Q     And the forklift driver gets to the
5  farm by himself?
6      A     Yes.
7      Q     So we have then seven catchers and a
8  forklift operator is on a normal catching crew?
9      A     Yes.
10      Q     Okay.  How is it determined who is on
11  your crew?
12      A     I picks them up and I writes the names
13  down on my time sheet.
14      Q     All right.  So in other words, you know
15  the people who are on your crew?
16      A     Yes.
17      Q     Okay.  Are employees ever assigned to
18  your crew that are not normally on your crew?
19      A     Repeat that question again.
20      Q     Sure.  You have a regular crew
21  generally?
22      A     Yes.
23      Q     Does there come a time when somebody
24  who's not on your crew gets assigned to your crew?
25      A     What do you mean assigned?  Just using

Garrison - Brewer

1   that person that day, is that what you mean?

2        Q    Someone who's not normally a member of

3   your crew, have you ever worked with people who are

4   not normally members of your crew?

5        A    Yes.

6        Q    And how does that happen?

7        A    If I need somebody, if I'm

8   short-handed, I can get up with the dispatcher and I

9   would let him know that I need a man.  Or if not, I

10  can get up with my supervisor and let him know that I

11  need a man.  And what they would do, they would send

12  somebody out there with -- for me and help me catch

13  the chickens.

14       Q    Okay.  But sometimes you catch them

15  short?

16       A    Sometime I do.

17       Q    Okay.  Now, let me ask you this:  You

18  are responsible, we have Exhibit 2 there that you're

19  looking at, you're responsible for ensuring that the

20  catchers, drivers, and the forklift operators follow

21  the procedures that are outlined there?

22       A    Yes.

23       Q    Okay.  And I think you have already

24  talked about how you interact with the growers if the

25  feeders aren't up, and so you're responsible for that?

56

Garrison - Brewer

```
 1          A     Yes.

 2          Q     Okay.  You're also responsible for

 3   maintaining the full crew, aren't you?

 4          A     Yes, I am.

 5          Q     You also have responsibility for

 6   maintaining a good relationship with the growers,

 7   aren't you?

 8          A     Yes.

 9          Q     And you basically are telling the

10   catchers, we went through this, how to go about

11   setting up the house and catching them, and watching

12   for smothers and everything else, right?

13          A     Yes.

14          Q     Okay, that's fine.  All right, now, who

15   hires the catchers?

16          A     Doug Lynch.

17          Q     Doug Lynch?  Okay.  Have you ever

18   recommended to Mr. Lynch that a catcher be hired?

19          A     Yes.

20          Q     And has the catcher been hired?

21          A     Sometime.  Sometime he not.

22          Q     Can you give me the name of catchers

23   that you have recommended to Mr. Lynch who have not

24   been hired?

25          A     Yes.
```

Garrison - Brewer

```
 1            Q     Okay.

 2            A     I'm trying to think.  I mean it's not

 3    that many I know of right off.  I know the only thing

 4    I know maybe one of them, one of them like Woodell

 5    Foreman, I recommend him one time, but it's -- he's

 6    just been there before and he just didn't hire him

 7    back, that's all.

 8            Q     Let me sort of zero in on this now a

 9    little.  The time that I'm referring to about

10    referring somebody, that's only since you have been a

11    crew leader, I'm not interested in when you were a

12    catcher, okay?  So since you have been a crew leader,

13    you recommended Mr. Foreman?

14            A     At one time I have, yes.

15            Q     And he had worked at the company

16    previously?

17            A     Before, yes.

18            Q     And how did he come not to be employed

19    by the company, if you know?

20            A     Repeat that.

21            Q     Was he fired?

22            A     I don't know.

23            Q     But he worked before and Mr. Lynch said

24    no?

25            A     Right, yes.
```

Garrison - Brewer

1        Q      How many people have you recommended to

2   Mr. Lynch be hired and he has hired them?

3        A      Rough guess, maybe three.

4        Q      Three?  Okay.   Three or four, something

5   like that?

6        A      Yes.

7               MR. MARTIN:   For the record, he said

8   three.

9               MR. BREWER:   He said three, all right.

10  BY MR. BREWER:

11       Q      Is it three, or could it be more?

12       A      No, definitely couldn't be more.

13       Q      How did you go about making that

14  recommendation to Mr. Lynch?

15       A      I just asked him that I probably needed

16  another man, and I like you look to hire this guy.

17       Q      Okay.

18       A      And he asked me just bring him in, get

19  him signed up.

20       Q      That's what he told you?

21       A      Yeah.

22       Q      So in the three cases that we have

23  talked about, you have needed a man, gone to Mr. Lynch

24  and said, "I need a man, and I have this fellow," and

25  you have given him a name, and he has said, "Okay,

59

Garrison - Brewer

1    bring him in, sign him up"?

2         A    Uh-huh.  Yes.

3         Q    We tried to get some information on

4    this before, but let me try this a little bit

5    differently, Mr. Garrison.  If somebody in your crew

6    needs to have a day off, okay?

7         A    Yes.

8         Q    They need to have tomorrow or let's say

9    next Monday off?

10        A    Yes.

11        Q    And that would make you short a

12   catcher?

13        A    Yes.

14        Q    How do you go about getting that man's

15   position filled for the Monday, just for the one day?

16        A    I would probably try get somebody off

17   another crew.

18        Q    Okay.  Describe what you would do to

19   make that happen.

20        A    I would get up with the crew leader.

21        Q    The other crew leader?

22        A    Yes.  And I would ask him could I use

23   somebody on his crew, if they were available.  And he

24   would get back up with me and let me know whether they

25   are or not.

FIRST STATE REPORTING SERVICE        (302)
Pamela C. Washington, RP
P.O. Box 99              Milford, Delaware

A00398

60

Garrison - Brewer

1      Q    All right.

2      A    You know, sometime I be able to use

3   one, sometimes I can't.

4      Q    Okay.  And does it ever happen that a

5   crew leader, another crew leader comes to you and

6   says, "I need somebody; can you assign somebody to my

7   crew for Monday?"

8      A    Yes.

9      Q    All right.  And you will make the

10   decision as to whether you can or can't?

11      A    Yes.

12      Q    Do you decide which person you're going

13   to assign to the other fellah's crew?

14      A    Yes.

15      Q    Okay.  Do catchers sometimes work

16   double shifts?

17      A    Yes.

18      Q    Tell me how that happens.

19      A    It would have to be on the right shift

20   for to be able to do it.  What I'm saying is, okay --

21      Q    Take your time.

22      A    If a catcher on night shift, he would

23   be able to work with somebody on the 1:00 o'clock

24   shift the next day he be off, that's the only way you

25   can do it.

Garrison - Brewer

1          Q     Okay.  Can you tell a crew member to

2    work a double shift?

3          A     I can ask.

4          Q     Okay.  But you're asking for a person

5    to work maybe 15 or 16 hours?

6          A     Yes.

7          Q     All right.  You don't force them to do

8    that?

9          A     No.

10         Q     Okay.

11               (Whereupon, there was a discussion held

12   off the record.)

13               (Whereupon, a short recess was taken.)

14   BY MR. BREWER:

15         Q     Mr. Garrison, I just have a couple

16   quick questions before I move into another area.  Do

17   you know a woman by the name of Donna Mumford?

18         A     Yes, I do.

19         Q     And whom does she work for?

20         A     Mountaire.

21         Q     Mountaire?  And in what department, do

22   you know?

23         A     Accounting.

24         Q     All right.  Have you ever had occasion

25   to contact her, talk to her?

62

Garrison - Brewer

1       A     Yeah, if I need her, I'll talk to her.

2       Q     Okay.  Why would you need to talk with

3    her?

4       A     Personal business of my own.

5       Q     That's the only reason?

6       A     Roughly, yes.

7       Q     Suppose one of your members of your

8    crew thought his paycheck was inappropriate, would you

9    call about that?

10      A     No.

11      Q     You would not?

12      A     No.

13      Q     You mentioned that you got promoted to

14   crew leader, who promoted you?

15      A     Doug Lynch.

16      Q     Doug Lynch?  Okay.  A couple of other

17   quick questions here.  I think we already talked about

18   the fact that you were responsible as a crew leader to

19   interact with the grower --

20      A     Yes.

21      Q     -- maintain relations?  And to maintain

22   a full staffing crew?

23      A     Yes.

24      Q     Okay.  We have talked a little about

25   catching in the houses; there are a number of

Garrison - Brewer

1   different kinds of houses that you have to catch in,

2   aren't there?

3          A     Yes.

4          Q     And depending on the type of house, you

5   will decide how it's to be caught?

6          A     Yes.

7          Q     Okay.  Can you just give us off the top

8   of your head the kinds of houses that we're talking

9   about?

10         A     We could be talking about it's a house

11  called double decker, like a house on top of another

12  house.

13         Q     Yes.

14         A     That's a different way of doing that,

15  catching that house.  Then you got another house with

16  poles in it, lines up right in the middle of the

17  house.

18         Q     Right.

19         A     And some of them poles, the length are

20  smaller than other pole houses so it's a different way

21  of going through that house.  Then you got another

22  house called a wide span, clear span they call it, you

23  can just go right through them.  That's the difference

24  in the houses.

25         Q     And those are basically the three you

64

Garrison - Brewer

1  have?

2        A    Plus there's another house that we call

3  a walk-out, it's the narrow houses that forklifts

4  drivers can't go in, you had to catch them and walk

5  them outside and put them in the cage.

6        Q    Okay, that's four.  You don't really

7  have any more triple deckers, do you?

8        A    No.

9        Q    You used to, though?

10        A    Years ago.

11        Q    Yeah, years ago.  And with those

12  houses, you will decide how you want to go about

13  getting those chickens caught?

14        A    Yes.

15        Q    I think you mentioned this also, but I

16  just want to be clear:  The live haul drivers, you

17  instruct them as to where to put the trucks so the

18  forklift guy can load them?

19        A    Yes.

20        Q    We'll get into this in a moment, but

21  you do approve vacations, don't you?

22        A    Repeat that again.

23        Q    You do approve vacations for the people

24  on your crew, don't you?

25        A    No, I don't.

65

Garrison - Brewer

```
 1          Q     You don't?
 2          A     Oh, you talking approve?  Yes, I do,
 3     yes, yes, I'm sorry.
 4          Q     We'll go through some documents on
 5     that.
 6          A     Yes.
 7          Q     Okay.  Let me give you, and this is a
 8     stack, here's one for you, and there's one for you, it
 9     will be Number 3.
10              (Garrison Exhibit 3, marked for
11     identification.)
12     BY MR. BREWER:
13          Q     Mr. Garrison, I'm going to ask the
14     court reporter give that to you, this is a series of
15     pages, as you can see, and we'll try to go through
16     these quickly.  The document at the first page says
17     its a Mountaire Farms time off request form; are you
18     familiar with this kind of a document?
19          A     Yes, I am.
20          Q     Okay.  The name on top in the first
21     document is a Mr. Bagwell.
22          A     Yes.
23          Q     Okay.  Do you know him?
24          A     Yes, I do.
25          Q     Did he work for you?
```

67

Garrison - Brewer

1        Q    And it says money only, what does that
2    mean?

3        A    He's not taking --- he's going to keep
4    working, he just wants his money.

5        Q    He wants his money but he'll work for
6    the day?

7        A    Still want to work.

8        Q    Down at the bottom, is that your
9    signature where it says foreman approved?

10       A    Yes, it is.

11       Q    Okay.  The next page, it's a Donald
12   Garrison.

13       A    Yes.

14       Q    Is he related to you?

15       A    Yes.

16       Q    How is he related?

17       A    Brother.

18       Q    Brother, okay.  And he's asking also
19   for a floating holiday, money only?

20       A    Yes.

21       Q    And you approved that?

22       A    Yes, I did.

23       Q    Okay.  Next page is a Henry Harmon?

24       A    Yes.

25       Q    I'm sorry, on Garrison, the approval of

104

Garrison - Brewer

```
 1          Q    Sure.  A member of your crew --
 2          A    Yes.
 3          Q    -- wants to take a day off --
 4          A    Right.
 5          Q    -- during the week.
 6          A    Yes.
 7          Q    But he doesn't want to be paid for it,
 8   he just wants the day off without pay.
 9          A    He's not going to get paid if you don't
10   work.
11          Q    No, no, I understand that.  What I'm
12   saying is let's assume I'm a member of your crew.
13          A    Yes.
14          Q    And I come to you and I say, "I would
15   like to be off on Monday, I don't want to be paid."
16          A    Right.
17          Q    "But I want the day off on Monday," can
18   that happen?
19          A    Yeah, he can take off.
20          Q    He can take off without being paid?
21          A    Right.
22          Q    Do you have to approve that?
23          A    Yes.
24          Q    Okay.  And if I just don't show up on
25   Monday, I tell you I want the day off and I don't
```

FIRST STATE REPORTING SERVICE      (302) 4
                    Pamela C. Washington, RPF
        P.O. Box 99              Milford, Delawar.

A00406

105

Garrison - Brewer

1    expect to be paid, I don't show up and you don't

2    approve it, does anything happen to me?

3            A    Repeat one more time.

4            Q    Sure.  If I ask you for Monday off,

5    today being Friday, and I tell you, "Mr. Garrison,"

6    I'm a member of your crew, "I would like to be off on

7    Monday."

8            A    Yes.

9            Q    "I don't expect to be paid, I don't

10   want to be paid, but I just need the day off."

11           A    Right.

12           Q    And you tell me no, okay?  You tell me

13   no, I can't do that --

14           A    Right.

15           Q    -- okay?  And I don't show up to work

16   on Monday, does anything happen to me?

17           A    Yeah, he's supposed to be written up.

18           Q    Okay, who writes them up?

19           A    I do.

20           Q    Tell me what happens, to the best of

21   your knowledge, based on your experience, what happens

22   if a catcher is injured while working on a farm

23   catching chickens, hurts himself?

24           A    Well, we sends him in with a truck

25   immediately.

Garrison - Brewer

1      Q     I'm sorry, which men do you send?

2      A     If one of the catcher hurt theirself --

3      Q     Yes.

4      A     -- his hand, something like that, we

5   would send them to the nurse.

6      Q     Who will send him to the nurse?

7      A     I would.

8      Q     How do you do that?

9      A     I let him go in with the truck driver.

10     Q     Okay.

11     A     Most of the times.

12     Q     Go back to the plant?

13     A     Yes.

14     Q     Suppose it's a serious injury?

15     A     Well, if it real serious, either I

16   would have to take him or call the ambulance.

17     Q     Call 911?

18     A     Yes.

19     Q     Somebody, God forbid, had a heart

20   attack?

21     A     Yes.

22     Q     You wouldn't just wait for a truck,

23   you'd take care of it yourself?

24     A     Yes.

25     Q     Okay.  That's your decisions to make?

Garrison - Brewer

1    believe you said --

2          A    Yes.

3          Q    -- have always been the same?

4          A    Yes.

5          Q    Okay, let's go to the next -- before we

6    get into the next area, when you are out there with

7    your crews, catching, do the employees get a time to

8    take a break?

9          A    Yes.

10         Q    All right.  Who decides who gets to

11   break when?

12         A    I do.

13         Q    Okay.  Do the employees get a lunch

14   period?

15         A    Yes.

16         Q    And who decides when that lunch period

17   is going to be taken?

18         A    I do.

19         Q    This would be not quite as long as the

20   other one, this will be Number 5, please.

21              (Garrison Exhibit 5, marked for

22   identification.)

23   BY MR. BREWER:

24         Q    Mr. Garrison, the court reporter has

25   given you what's been marked for identification as

Garrison - Brewer

1    Exhibit Number 5 to your deposition.

2            A    Uh-huh.

3            Q    Can you tell me on the first page whose

4    handwriting this is?

5            A    Mine's.

6            Q    All right.  First of all, there's a

7    date and I believe the date is June 2nd, `03?

8            A    Yes, it is.

9            Q    What's the name of the person?

10           A    Jasper Smith.

11           Q    Who is Mr. Smith?

12           A    He was one of my workers.

13           Q    One of your catchers?

14           A    Yes, he was.

15           Q    On your crew?

16           A    Yes.

17           Q    And what docs this document show?

18           A    I was saying that he should let me know

19   when he's going to take off or call.

20           Q    Okay.

21           A    That's what I was saying.

22           Q    You're giving him disciplinary action,

23   are you not?

24           A    Yes.

25           Q    If you go down just above the signature

FIRST STATE REPORTING SERVICE        (302)
                 Pamela C. Washington, R
    P.O. Box 99           Milford, Delaware   19963

**A00410**

Garrison - Brewer

1    line, and I'll read this, it says, "I have read this

2    warning and understand the above violation.   I

3    understand that disregard of company policies could

4    result in disciplinary action up to and including

5    discharge."  And then it continues, but it continues

6    in Spanish.

7              A     Yes.

8              Q     So this is a disciplinary write-up that

9    you gave to Mr. Smith?

10             A     Yes.

11             Q     And the reason is it says here he was

12   not home when you went to pick him up and he did not

13   call you?

14             A     Yes.

15             Q     So if he's not going to be available,

16   he's supposed to call you?

17             A     Yes.

18             Q     And he did not?

19             A     Yes.

20             Q     That's a violation of the company

21   rules?

22             A     Yes, it is.

23             Q     Am I reading this correctly that this

24   is the second violation --

25             A     Yes.

112

Garrison - Brewer

1          Q      -- you circled?  And Mr. Smith signed
2     it --
3          A      Yes.
4          Q      -- correct?  And that is your signature
5     where it says supervisor?
6          A      Yes.
7          Q      Okay.  Page 2 of this is Mr. Smith
8     again; is this the same Mr. Smith that was on your
9     crew?
10         A      Yes.
11         Q      All right.  And is this again a
12    disciplinary warning that you have given Mr. Smith?
13         A      Yes.
14         Q      And what did he do that he shouldn't
15    have done?
16         A      Repeat that question.
17         Q      What did Mr. Smith do that he shouldn't
18    have done?
19         A      Didn't work.
20         Q      Okay.  Well, this is your handwriting,
21    sir?
22         A      Yes.
23         Q      Does it say he should let you know when
24    he takes off or call?
25         A      Yes.

113

Garrison - Brewer

1          Q     And he was not at home when you went to

2    pick him up?

3          A     Yes.

4          Q     And this is on May 30th of `03?

5          A     Yes.

6          Q     And the one we looked at before was

7    June 2nd of `03?

8          A     Yeah.

9          Q     So this was his first violation?

10          A     Yes.

11          Q     And the one on June 30th was his second

12    violation?

13          A     Yes.

14          Q     Now, going back to the next sheet, it's

15    dated May 29, `03.

16          A     Yes.

17          Q     This is your handwriting?

18          A     Yes, it is.

19          Q     And this is Mr. Smith again?

20          A     Yes.

21          Q     This is the same Mr. Smith that we have

22    talked about before in the other two documents?

23          A     Yes.

24          Q     What did he do here?

25          A     The same thing.

Garrison - Brewer

1          Q     Okay.  And this was an oral warning,

2     though?

3          A     Yes.

4          Q     So you had first given him an oral

5     warning about discipline?

6          A     Yes.

7          Q     Then you had given him a second

8     warning?

9          A     Yes.

10         Q     A first warning and then a second

11    warning?

12         A     Yes.

13         Q     Okay.  Whatever happened to Mr. Smith?

14         A     Still work.

15         Q     Still working?  So you were able to

16    straighten him out?

17               MR. MARTIN:  Objection to the form of

18    the question.

19               MR. BREWER:  Okay.

20               THE WITNESS:  I mean --

21    BY MR. MARTIN:

22         Q     He's still working?

23         A     He still work, you know.

24         Q     When did you leave the company?

25         A     I left the company on my vacation.  I

FIRST STATE REPORTING SERVICE        (30:
                    Pamela C. Washington,
         P.O. Box 99              Milford, Del.

A00414

Garrison - Brewer

1   left sometime the last of -- I think it was sometime

2   in August.

3           Q    Of `04?

4           A    Yes.

5           Q    Okay.  So from the time of June 2nd,

6   `03 when you gave Mr. Smith his second warning, he

7   continued to work for you and your crew?

8           A    Yes.

9           Q    Okay.  And you didn't have any problems

10  with him about not calling in and being at home when

11  you picked him up?

12          A    No.

13          Q    Okay.  The next one is a Mr. Clarence

14  Heath.

15          A    Yes.

16          Q    And tell me what this document is.

17          A    Being work on time.

18          Q    Okay.  Is this your handwriting, sir,

19  on this page?

20          A    Yes, it is.

21          Q    And read what the violation is.

22          A    "Clarence was late for work.  He came

23  to the second stop but I told him that I did not need

24  him, we went -- that we were just about done.

25  Unexcused."

Garrison - Brewer

1    Q    And I see the third is circled?

2    A    Yes.

3    Q    And did you circle that?

4    A    No, I didn't circle it.

5    Q    You didn't circle the number 3?

6    A    No.

7    Q    Do you know who did?

8    A    No, I don't.  I didn't circle it.

9    Q    But all the other writing on here is

10   yours except where it says employee's signature?

11   A    Yes.

12   Q    Okay.  And then I'm looking at another

13   document, it's again Mr. Heath; is this your

14   handwriting?

15   A    Yes, it is.

16   Q    Can you tell me what the violation

17   reads?

18   A    "Clarence did not work on the day

19   because he say he has something to do.  Unexcused."

20   Q    And I see second is circled?

21   A    Yes.

22   Q    Did you circle that?

23   A    No, I don't.  No, I didn't.

24   Q    Okay, do you have any idea who did?

25   A    No, I don't.

FIRST STATE REPORTING SERVICE        (3
          Pamela C. Washington
     P.O. Box 99              Milford, De_____ _____