**23**

ORIGINAL

# Transcript of the Testimony of
# Larry E. Gibbs

**Date:** January 20, 2005
**Volume:** 1

Printed On: January 31, 2005

Zeve Reporting & Videoconferencing
11032 Nicholas Lane
Suite A201
Berlin, Maryland  21811
Phone: (410)208-4566
Fax: (410)208-4767
Email: info@kathyzeve.com
Internet: www.zevereporting.com

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 28

1      A      Mountaire.

2      Q      How about the brothers who are younger than you?

3      A      One of them works at Mountaire, the other two work

4   at Perdue.

5      Q      The other one, right?

6             MR. MARTIN:   He said five he had brothers.

7   BY MR. BREWER:

8      Q      He's the middle one?

9      A      I have four brothers.

10     Q      The older two --

11     A      I'm sorry.  I do have five brothers.  Let's see.

12   I do have five brothers.

13     Q      Two work at -- the older two work at Mountaire?

14     A      Mountaire.

15     Q      You work at Mountaire, that's three, and the

16   younger two --

17     A      Work at Perdue.

18     Q      The brothers who work at Mountaire, what do they

19   do?

20     A      One operates the forklift, George.

21     Q      George is your brother?

A00463

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 29

```
 1      A    Yes.

 2      Q    And he operates the forklift.  He's on the

 3 catching crew, then?

 4      A    Yes.

 5      Q    Whose crew's he on?

 6      A    My crew.

 7      Q    He's on your crew.  How about the other brother

 8 who works at Mountaire?

 9      A    Is on my crew also.

10      Q    Okay.  What's his first name?

11      A    James.

12      Q    Do you have any sisters?

13      A    I have five sisters.

14      Q    Okay.  Are they employed?

15      A    One is decreased.  Yes, the other four is

16 employed.

17      Q    Where do they work?

18      A    I'm not sure.  I'm not sure.  One of them works in

19 day care, I know.

20      Q    Okay.

21      A    One is an L.P.N.  I have a sister in Wilmington, I
```

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

A00464

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 31

1     Q     William C. Jason.  How would I classify that, is

2     that a high school or middle school?

3     A     It was a high school.  It's Delaware Tech now in

4     Georgetown.

5     Q     Okay.  I know where that is, that was a high

6     school.  Let me ask you this.  Do you have any

7     certifications or licenses like for a forklift or a CDL

8     license or anything like that?

9     A     No.

10    Q     Okay.  And I believe you told me that your mental

11    health is good, and there's no issue there that would impact

12    on your testimony here today?

13    A     No.

14    Q     Okay.  When were you first employed with the

15    company, sir?

16    A     May 9th, 1994.

17    Q     Okay.  5/9, you said, the 9th May?

18    A     The 9th of May, 1994.

19    Q     Okay.  And prior to work -- coming to work for

20    Mountaire, where did you work?

21    A     Hudson Food.

A00465

Page 34

1      A    No.

2      Q    Nothing like that.  And while you were at Allen's

3   in Harbeson for those 17 years, how many people did you have

4   in your crew roughly?

5      A    Nine.

6      Q    About nine, okay.  And you were considered a

7   contractor at Allen's also, weren't you?

8      A    Yes.  Yes.

9      Q    And from Allen's, you didn't receive any benefits,

10  any medical insurance or paid holidays or paid vacation or

11  anything along those lines, did you?

12     A    No.

13     Q    Okay.  And you were in charge of the crews that

14  you had at Hudson and at Allen's?

15     A    Yes.

16     Q    Okay.  Since you've become employed with Mountaire

17  in '94, have you had any break in service?

18     A    No.

19     Q    Okay.  When you first came to Mountaire, did you

20  come to them as a crew leader?

21     A    Yes.

Page 35

1       Q    Mr. Gibbs, your job as a crew leader at Mountaire,

2    are you basically responsible for managing that crew?

3       A    I'm not sure what mean.

4       Q    Okay.  Are you the person in charge of the crew?

5    I'll put it that way.

6       A    Yes.

7       Q    Okay.  Similar to the way you were in charge of

8    the crew when you worked for Hudson and Allen's, it was your

9    crew and you told them where to go and what to do and things

10   like that?

11      A    Yes.

12      O    How many employees are in your crew now at

13   Mountaire?

14      A    Eight.

15      Q    You have eight?

16      A    Yes.

17      O    Does that include the forklift operator?

18      A    No, it doesn't.

19      Q    So eight plus a forklift.  Okay.  When you worked

20   at Hudson, the catchers who worked for you were not

21   unionized, were they?

A00467

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 36

1    A    No.

2    Q    And the same is also true of Allen's, isn't it?

3    A    (Witness nods.)

4    Q    Now, at Mountaire the employees are unionized, are

5    they not?

6    A    Yes.

7    Q    Okay.  And they're covered by a union contract?

8    A    Yes.

9    Q    And that contract does not apply to you, does it?

10   A    No.

11   Q    Okay.  The forklift operator, who is the forklift

12   operator who's in your crew now?

13   A    George Feddiman.

14   Q    George Feddiman.  The same Mr. Feddiman who's

15   listed as a Plaintiff in this lawsuit?

16   A    Yes.

17   Q    And how long has Mr. Feddiman been your forklift

18   operator approximately?

19   A    Twenty years.

20   Q    He's been the forklift operator on your crew for

21   20 years?

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

1    A    Yes.

2    Q    Just to be clear, when I asked you about meetings

3  that you had with Mr. Martin and so forth, you mentioned

4  that he was there.  Was Mr. Feddiman ever a crew leader?

5    A    Yes.

6    Q    Okay.  When, if you know, did he stop becoming a

7  crew leader?

8    A    I don't know.

9    Q    Okay.  Is he related to you in any way?

10    A    He's my brother.

11    Q    Mr. Feddiman's your brother?

12    A    Yes.

13    Q    Okay.  So now, can you tell me why he has a

14  different last name, I guess, would be my first question?

15    A    No.

16    Q    You don't know why he has a different last name

17  than you do?

18    A    Yes.  He has my -- my mother's last name is

19  Feddiman.  My father is Gibbs.

20    Q    And he chose your mother's last name for his name?

21    A    He didn't, no.

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

**A00469**

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 44

1    operator?

2        A    He was one of my catchers, and he -- and learned

3    how to operate the forklift.  He got an opportunity when

4    Mr. Feddiman left.

5        Q    And did you recommend him for that job?

6        A    I can't remember.

7        O    You say he got some training on the forklift.  Who

8    provided the training?

9        A    I guess Mountaire did, or while we were working,

10    he would train.

11        Q    And who was responsible for watching all of his

12    training?

13        A    I was.

14        Q    Okay.  So did you have any input into whether or

15    not he should get the job as a forklift operator?

16        A    No.

17        Q    You had none.  If you thought he wasn't training

18    properly, wouldn't you say something to somebody?

19        A    I'm sorry.  When you said, did I have any input?

20        Q    Yeah, into him becoming a forklift operator.

21        A    I don't understand.

A00470

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 45

1      Q    All right.  Did you have a say in it?  Did you say

2   to anybody in the company, Waters is doing a good job.  This

3   guy ought to be a forklift operator?

4      A    No.  I didn't say that.

5      Q    What did you say to anybody?

6      A    I was asked --

7      Q    Okay.

8      A    -- how was he doing.

9      Q    By whom?

10     A    I think Mr. Lynch asked me.

11     Q    And what did you say?

12     A    I said, he was doing well.

13     Q    Okay.  So you advised Mr. Lynch based on the fact

14   that you were observing Mr. Waters that he was doing well?

15     A    Yes.

16     Q    Okay.  And he subsequently became, then, a

17   forklift operator?

18     A    Yes.

19     Q    And a forklift operator is a step above a catcher,

20   isn't he?

21     A    His pay scale is, yes.

A00471

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 46

1    Q    So it's pretty much considered a promotion, isn't

2    it?

3    A    I wouldn't say that.

4    Q    He's making more money?

5    A    (Witness nods.)

6    Q    And you wouldn't consider that a promotion?

7    A    If you say making more money is a promotion, then

8    I guess it would be.

9    Q    Okay.  Let's just cover a couple of things in your

10   position now as a crew leader and since you -- basically

11   since you started.  You are -- you have responsibilities,

12   and we just discussed some of them a little bit with respect

13   to training the people on your crew, isn't that true?  You

14   have to answer yes or no for the court reporter.

15              MR. MARTIN:  Objection.  He can answer yes or no

16       or say he doesn't understand the question.

17   BY MR. BREWER:

18   Q    I thought he was nodding his head.  He was shaking

19   his head, yes, and that's why I said what I said.

20   A    I was thinking, really.  I wasn't --

21   Q    I didn't mean to misinterpret your nodding.

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

A00472

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 48

1  person?

2      A    Just our procedures and stuff.

3      Q    Such as what?

4      A    How to set the house up and prepare for the

5  catching and everything.

6      Q    Okay.  So you tell them how to set the house up.

7  And what else?

8      A    That's about it basically.  Besides catching and

9  keeping the chickens from smothering themselves and that

10  sorts.

11      Q    You tell them that, you tell them what they should

12  do to make sure that the chickens don't gather in a corner

13  and smoother themselves, you tell them about that, correct?

14      A    If I can go back.  Like I said, all the catchers I

15  have have experience, been doing it for 20 some years, so

16  basically they know all the stuff.  I don't have to tell

17  them.

18      Q    But that may be.  But I guess what I'm trying to

19  find out is, when a new catcher is coming to your crew, what

20  do you say to him?

21          MR. MARTIN:  Objection.  Asked and answered.

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 49

1    BY MR. BREWER:

2        Q    It hasn't been answered.  He's basically saying

3    they've all been experienced.  I need to know what you tell

4    these people when they first come to your crew.  That's all

5    I want to know.  You told me you tell them how to set the

6    house up.  You also told me you tell them how to move the

7    birds in such a way as they don't smother themselves.  I

8    want to know what else?  That's all.

9        A    That's about it.

10       Q    Okay.  You tell them if they get half an hour for

11   lunch?

12       A    That too, yes.

13       Q    You tell them that.  Okay.  Excuse me a second.

14   Your brother, James, can you tell me, if you know, when he

15   started working for the company?

16       A    Hired the same time as I was, May 9th, 1994.

17       Q    So he came over with you and Mr. Feddiman and

18   James.  The three of you came over together?

19       A    Yes.

20       Q    And he was hired as a, what, did you say?

21       A    Catcher.

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

Page 50

1      Q     He's a catcher?

2      A     Yeah.

3      Q     Okay.  All right.  Now, when you're on the farm,

4    whatever farm it happens to be and you're there with your

5    crew, you're the one who basically directs that crew; isn't

6    that correct?

7      A     Yes.

8      Q     Okay.  When you first get to a farm, depending on

9    the type of house it is, you're the guy who figures out how

10   we're going to catch the chickens in this house, correct?

11     A     Yes.

12     Q     Okay.  And there are a lot of different techniques

13   that can be used in catching chickens; isn't that true?

14     A     There's a few, yes.

15     Q     And that will depend on the house to some extent?

16     A     It may also depend on the size of the bird to some

17   extent.  Yes.

18     Q     And you are the one who's involved in deciding how

19   we're going to go about catching the chickens in this

20   particular house depending on those circumstances?

21     A     Yes.

Page 51

1    Q    Do you have as a crew leader any responsibility

2    for the safety of your crew?

3    A    Yes.

4    Q    Okay.  Tell me what that responsibility entails.

5    A    Just making sure all the equipment and stuff

6    inside the chicken house that we catching is out of the way.

7    Q    This is for the safety of your people?

8    A    Yes.

9    Q    So you're responsible for making sure that that's

10   taken care of?

11   A    (Witness nods.)

12   Q    And how do you fulfill that responsibility?

13   A    I can't all the time.

14   Q    I'm sorry.  I didn't understand your answer.

15   A    You say, how do I fulfill it?

16   Q    Yeah.  How do you go about saying what you just

17   told me?  I have to look out for the safety of my people,

18   that's your responsibility.  And you have to make sure the

19   equipment is out of the way.  You said that's one of the

20   ways you look out for their safety.  I just want to know,

21   how do you do that?  Do you go inside the house and look

Page 52

1    around, what do you do?

2        A    Yes, I do.

3        Q    Do you talk to the farmer at all?

4        A    Yes.

5        Q    So that's how you fulfill that responsibility by

6    personally observing things?

7        A    (Witness nods.)

8        Q    And if -- I didn't mean to cut you off.  If you

9    see something that you don't think is appropriate, what do

10   you do?

11       A    Try to fix it.

12       Q    Okay.

13       A    Or make it safe for the catchers or get it out of

14   the way, a foreign object and stuff.

15       Q    Okay.  That's what I would expect.  You are

16   also -- have some responsibility with respect to the

17   property, don't you?

18       A    Yes.

19       Q    You're responsible for making sure your people

20   work in such a way as to not damage the farm?

21       A    Yes.

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 53

1          MR. BREWER:  I'll tell you, it's a few minutes

2      early, but this might be a good time to take a break.

3      Why don't we take about a five- or ten-minute break and

4      come back.

5          MR. MARTIN:  Okay.

6      (Off the record.)

7   BY MR. BREWER:

8      Q    Mr. Gibbs, when you left Hudson Foods, did you and

9   your entire crew come to work for Mountaire?

10     A    Yes.

11     Q    Okay.  Thank you.  Sir, I'm going to show you an

12  exhibit to Mr. Garrison's deposition.  It's Garrison Exhibit

13  No. 1.  I'll give you that.  This is an exhibit to

14  Mr. Garrison's deposition.  Do you recognize this document?

15     A    Yes.

16     Q    Okay.  Tell me what it is.

17     A    It's a -- we call it a farm ticket which the crew

18  leaders fill out.

19     Q    Okay.  So you would fill this out?

20     A    Yes.

21     Q    And up at the top, I see it says, date.  Would you

A00478

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 54

1    fill the date in?

2        A    Yes.

3        Q    And where it says, lot number, would you fill that

4    in?

5        A    No.

6        Q    How about load number?

7        A    No.

8        Q    Grower, would you fill that information in?

9        A    Yes.

10       Q    Houses, would you fill that information in?

11       A    Yes.

12       Q    And the time started, what time is that?

13       A    The time started on loading the chickens, loading

14   the trailer.

15       Q    Loading the chickens?

16       A    Yes.

17       Q    Into the cages?

18       A    Yes.

19       Q    The time you start?

20       A    Yes.

21       Q    And who fills that in?

A00479

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 55

1     A     The crew leaders.

2     Q     So you would fill that in?

3     A     I would, yes.

4     Q     How about time finished?

5     A     I would fill that in also.

6     Q     And when do you enter the time finished, what time

7  is that?

8     A     When the chickens are finished loaded on that

9  particular trailer or load.

10    Q     On that particular load?

11    A     Yes.

12    Q     So every time there's another load coming in, you

13 fill out another ticket?

14    A     Yes.

15    Q     Okay.  So if it took four or five live haul trucks

16 to empty a house, you would fill out four or five of these

17 tickets?

18    A     Yes.

19    Q     Now, is the -- does the time started change, then?

20    A     Does the time start and change?

21    Q     Yes.

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

A00480

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 56

1    A    On each load, you mean?

2    Q    Yes.

3    A    Yes.

4    Q    So, for example, if you started working at

5    midnight, the first load you would write in the time you

6    started it being midnight?

7    A    Yes.

8    Q    And if you finished the first load at 1:30 in the

9    morning, you would then write in 1:30?

10    A    Yes.

11    Q    And then the second trailer comes, and you would

12    write in 1:30 at time started?

13    A    Yes.

14    Q    And when you finished until you go through the

15    entire thing.  So that's your responsibility to fill that

16    out?

17    A    Yes.

18    O    Temperature, who fills that out?

19    A    I don't know who fills that out.

20    Q    You don't, though?

21    A    No, I don't.

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 57

1      Q    Number of doors?

2      A    I fill that out.

3      Q    Okay.  And then do you fill out a total?

4      A    Yes.

5      Q    And do you fill out the average weight?

6      A    No.

7      Q    Okay.  Let's go down below the line where there's

8   a series of boxes, yes and no.  It says, sign present.  Who

9   fills that out?

10     A    I do.

11     Q    And when it says, sign present, what does that

12  mean?

13     A    That's a sign with the grower name on it.  It's

14  because a lane sign -- end of the lane to the chicken

15  houses.

16     Q    So if I were a grower, it would say Brewer's farm;

17  is that what you mean?

18     A    Yes.

19     Q    And you would check whether the sign was up or

20  not?

21     A    Yes.

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 58

1       Q    Okay.  And if it's not up, what do you do?

2       A    I mark the no box.

3       Q    And what happens when you mark the no box?

4       A    The serviceman, I think, would be notified, and

5   they would put a sign out there.

6       Q    So you're responsible for letting the company know

7   whether the sign is up or not?

8       A    Yes.  By filling this out, they would know that,

9   yes.

10      Q    How about grower present; do you fill that out?

11      A    Yes.

12      Q    What does that mean?

13      A    Whether the grower was present when we were

14  catching the chickens.

15      Q    Does that mean he was present actually watching

16  you?  If you came at midnight at night and the grower's

17  asleep, how would you check that box?

18      A    I would check no, then, if he wasn't there.

19      Q    So when the grower is present, the grower is

20  physically there watching you catch?

21      A    Just when I arrive on the farm.  The grower

A00483

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 59

1   doesn't stay the entire time, but just when we arrive on the

2   farm if he's present.

3       Q   .So if he's present, then you check that?

4       A   Yes.

5       Q   DAFs prior to catch.  What's a DAF, for the

6   record?

7       A   That would be dead at farm.  That would be the

8   dead bird -- dead chickens inside the chicken house before

9   we started working.

10      Q   And who checks that box?

11      A   Really, at times I don't even check that box

12  myself.  I don't, I used to, but I don't check that anymore.

13      Q   When you used to check it --

14      A   I checked it myself.

15      Q   Okay.  And when you did check it, how would you go

16  about determining whether there were dead chickens at the

17  farm?

18      A   By walking through the chicken house before we

19  started catching the birds.

20      Q   So you would walk through the house?

21      A   Yes.

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

A00484

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 60

1    Q    And what would you be looking for?

2    A    Dead birds.

3    Q    And any particular number, just to see if there

4    were any at all?  That's what you were looking at?

5    A    Mostly I would just check to see was there a large

6    amount.  More than average, I would say.

7    Q    Okay.  What would you say would be the average?

8    A    I would look at the mortality charts and see how

9    many they grow.  It would be losing -- like if they was

10   losing ten, if it was a lot more than ten before I started

11   catching, I would mark yes.

12   Q    And would you have a mortality chart with you?

13   A    No.

14   Q    How would you know what the mortality chart said?

15   A    It's placed somewhere inside the chicken house.

16   Q    Okay.  So when you arrive at the farm, do you go

17   to look for the mortality chart?

18   A    At times.  Not all the time.

19   Q    Okay.  Now, you said -- when you were checking

20   this box -- I'm trying to understand your procedure.  You

21   would go in yourself, you would walk around the house, see

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

**A00485**

Page 61

1  how many dead chickens there were, and then look at the

2  mortality chart to see if it was more than you would expect?

3       A    Yes.

4       Q    That's what you would do?

5       A    Yes.

6       Q    And then you would check this box?

7       A    Yes.

8       Q    And you said you don't check this box any longer,

9  correct?

10      A    Correct.

11      Q    Why not?

12      A    No reason.

13      Q    You just decided you didn't need to check it

14  anymore?

15      A    Yes.

16      Q    Okay.  The next box says, firefan used.  Do you

17  check that box?

18      A    Yes.

19      Q    Okay.  And who decides whether a firefan should be

20  used?

21      A    We use it all the time now year round if -- in

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 62

1    conventional houses.  Houses that are not tunneled, we used

2    it.  So automatically if there's no tunnel house, we use a

3    firefan.

4        Q    Who decides to use it?  The crew leader does,

5    doesn't he?

6        A    Oh, yes.

7        Q    Okay.

8        A    I decide to use them, yes.

9        Q    That's fine.  Chickens watered.  Who checks that

10   box?

11       A    I check that box.

12       Q    And how do you decide whether the chickens -- how

13   do you decide whether to check the box yes or no?

14       A    If the chickens -- this only happened during the

15   summer months.

16       Q    Okay.

17       A    And if the chickens are watered, I mark yes.  If

18   not, I mark no.

19       Q    How do you know that they have been watered is my

20   question?

21       A    The truck driver does it.  Eventually I see him

Zeve Reporting & Videoconferencing
(410)208-4566 Fax(410)208-4767

A00487

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 70

1    you mentioned that something will -- somebody will come out

2    and somehow straighten out the entrance and the litter

3    condition, okay, if I understood you correctly?

4         A    Not right then.  Later.

5         Q    Later?

6         A    Maybe possibly, yes.

7         Q    Right.  That's later.  And who is it, if you know,

8    that comes out and does that?

9         A    David Nuse -- when I find the situation

10   unacceptable, I call our assistant live haul manager, and

11   David Nuse comes out, and it's his responsibility then.

12        Q    So your responsibility is to let David Nuse

13   know --

14        A    Yes.

15        Q    -- when you see these things that are

16   unacceptable, and you do that?

17        A    Yes.

18        Q    All right.  Take a look at this next document

19   which is Exhibit 2.  This is Exhibit 2 to Mr. Garrison's

20   deposition.  I want to ask you a couple questions.  Let me

21   ask you this about the crew.  Who determines the size of the

A00488

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 71

1    crew?

2        A    Mountaire.

3        Q    Okay.  And I think you testified, just to be sure,

4    you have eight catchers on your crew and one forklift

5    operator; am I remembering that correctly?

6        A    Yes.

7        O    Thanks.  Okay.  Take a look at this document, and

8    look under item number two, Roman numeral two, and it talks

9    about the crew leader's general duties.  The first one is to

10   arrive on the farm at the correct time.  Would you agree

11   that's a responsibility that you, as a crew leader, have, to

12   be on time?

13       A    Yes.

14       Q    Second one talks about dividing the house, and --

15   into four sections, and then talks about various other

16   combinations that you might do.  Is that your responsibility

17   as a crew leader to make sure that the house is set up to

18   catch the right way?

19       A    Yes.

20       Q    And I think you mentioned when you had a new

21   crew -- when you had a new catcher on your crew, one of the

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 72

1   things that you would tell that person was how to set up the

2   house?

3       A    Yes.

4       Q    So it's up to you to decide how to set up the

5   house to catch?

6       A    Yes.

7       Q    You also tell the catchers the number of birds to

8   be placed in each cage in the compartment?

9       A    Yes.

10      Q    When catching the birds at night and the movement

11  here, is that your responsibility to make sure that this

12  guideline is carried out?

13      A    Yes.

14      Q    Okay.  It talks about observing uncaught birds and

15  to prevent smoothers; is that also your responsibility?

16      A    Yes.

17      Q    So as the crew is catching the birds in the house,

18  one of the things you're responsible for is watching them

19  making sure the uncaught birds don't smoother themselves?

20      A    And we have one of the catchers, we call him the

21  house man.  It's also his duty, too, to make sure that --

Page 73

1      Q     Okay.  Who is your house man?

2      A     My catchers rotate.  All of them take turns being

3  a house man.

4      Q     So you're ultimately responsible, but you have

5  somebody else that you delegate that or you give that

6  authority to, to watch also?

7      A     Yes.

8      Q     Making sure the cages are stacked uniformly on the

9  trailer, is that also one of your responsibilities?

10     A     Myself and the truck drivers also.

11     Q     Okay.  But you have a responsibility to make sure

12 that's done?

13     A     Yes.

14     Q     And if it's not, can you tell the truck driver he

15 has to change something?

16     A     Tell the forklift operator.

17     Q     You tell the forklift operator.  You instruct him

18 to make the change.

19     A     Yes.

20     Q     Okay.  Item G talks about in the summer, making

21 sure that the fans are left hanging until the birds have

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 74

1    been caught.  Again, is that a responsibility that you have?

2         A    Yes.

3         Q    Okay.  Not loading more than the specified number

4    of chickens per door?

5         A    That also, yes.

6         Q    So if some of the catchers are putting more

7    chickens in a hole than they should, it's your

8    responsibility to say, stop, that's too many?

9         A    Yes.

10        Q    And, of course, we went over filling out the farm

11   ticket.  You already talked about that.  And then it talks

12   about checking with the driver to make sure the load is

13   secure, that's one of your responsibilities also?

14        A    Yes.

15        Q    If we go down to item three, this talks about

16   various catching methods.  There's listed in item A, a night

17   method.  In item B, there's a day catching method.  Take a

18   look at those, if you would, and tell me if it's your

19   responsibility to make sure what is written here you take

20   care of.

21        A    Yes.  That's my responsibility also, yes.

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 75

1      Q    Okay.  Now, some of these things that are listed

2    here, I mean, they are -- let's talk about general duties --

3    may change depending on the house and the time of the year

4    and the number of birds and things like that.  So, for

5    example, where it says in item C, it says, the house should

6    be divided into a minimum of four large pens.  You might

7    decide that three is fine; isn't that true?

8      A    Yes.

9      Q    So it's up to you to make those calls.  Okay.

10     A    Yes.

11     Q    Tunnel ventilation, again, is that the

12   responsibility of the crew leader and your responsibility?

13     A    In conventional houses, yes.

14     Q    Okay.  Now, we go back to Roman numeral three on

15   this exhibit, and you'll see tunnel houses.  Do you see

16   that?  I think you need to turn the page.  Next page.  And

17   the page after that.  Next page.  There you go.  See tunnel

18   houses?

19     A    Yes.

20     Q    Take a look at those things there and tell me if

21   that's your responsibility to make sure that these things

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

A00493

Page 76

1    occur as they should.

2            MR. MARTIN:  Let's make sure we're on the same

3        page.  Are you referring to Roman numeral three under

4        that?

5            MR. BREWER:  That's correct.

6            MR. MARTIN:  I think he's on the page before

7        that.

8            MR. BREWER:  I think he's on --

9            MR. MARTIN:  Let me direct him to the right

10       page, then.

11           MR. BREWER:  Sure.

12           MR. MARTIN:  This is what you're referring to

13       here, Mr. Brewer.

14   BY MR. BREWER:

15       Q    Roman numeral three says, tunnel houses.  That's

16   where I want you to take a look at.

17       A    Yes.

18       Q    Okay.  And you have discretion in some cases here

19   to follow this or not follow that.  That would be up to you

20   to decide?

21       A    Yes.

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

1       Q     Is the same also true of the two little things

2     that are mentioned here about walk-out houses?

3       A     Yes.

4       Q     Okay.  Thank you.  You have -- let me take a look

5     at this for just a second.  You are, as a crew leader,

6     responsible for making sure that the chickens that your crew

7     catches get to the plant on time?

8       A     Yes.

9       Q     And I think we just went through this, but you are

10    responsible for making sure that those procedures and

11    guidelines that we just went through are followed?

12      A     Yes.

13      Q     Okay.  You also have a role with respect to

14    maintaining a good relationship with the grower, don't you?

15      A     Yes.

16      Q     Okay.  And I think we mentioned the safety of your

17    crew, you have responsibility for that also?

18      A     Yes.

19      Q     Okay.  You are basically, then, when you're out

20    there catching, you're the one who's directing the crew?

21      A     Yes.

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

1    Q    Directing -- okay.  All right.  From time to time,

2  new catchers have come on to your crew?

3    A    Yes.

4    Q    Okay.  Have you ever suggested to anybody at

5  Mountaire that they hire a particular person as a catcher?

6    A    Yes.

7    Q    Okay.  Who, if you can remember?

8    A    The last one was Arthur, Arthur Belfield.

9    Q    And was he hired?

10   A    Yes.

11   Q    Okay.  And without -- and I don't mean to stretch

12  your memory, but have there been others like Mr. Belfield

13  that you recommended the company hire?

14   A    That's it.  I think I said maybe two or three.

15   Q    Okay.  And were they hired?

16   A    I think all but one, I think.

17   Q    Okay.

18   A    I think two out of the three, yes, I think they

19  were hired.

20   Q    Who was it -- do you remember the person who

21  wasn't?

Zeve Reporting & Videoconferencing
(410)208-4566  Fax(410)208-4767

**A00496**

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 79

1      A     No, I can't remember him.

2      Q     Okay.  There are other crew leaders employed at

3   Mountaire, we know, right?

4      A     Yes.

5      Q     Have other crew leaders asked you if you could

6   spare a member of your crew to come work on their crew

7   because they were short?

8      A     Yes.

9      Q     Okay.  And when they've asked that, what have you

10  done?

11     A     If I have a catcher available, I let him go catch

12  with that crew leader.

13     Q     So you would tell someone from your crew to go

14  work for somebody's crew, for example, Mr. Garrison's crew,

15  if he needed it?

16     A     It would be up to him.  I would ask him, would he

17  want to go work with Mr. Garrison or whoever.  Then that

18  would be up to him whether he would go catch with that crew

19  or not.

20     Q     Okay.  If you asked every one of the catchers and

21  they all said, no, what would you do?

A00497

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 80

1       A       Nothing.

2       Q       You would leave Mr. Garrison without a catcher?

3       A       That's all I could do.

4       Q       Okay.

5       A       I tell him to contact Mr. Lynch or someone.

6       Q       Have you ever asked any of the other crew leaders

7    to supply you with a catcher?

8       A       Yes.

9       Q       And have they done so?

10      A       At times, yes.

11      Q       Do some catchers work a double shift from time to

12   time?

13      A       Yes.

14      Q       And how does that occur?

15      A       Like if -- if one of the catchers are working on

16   the first shift, and if I'm on, like, the third or fourth

17   shift, he would work with the first shift and then come work

18   on my shift also.

19      Q       Okay.  And, again, that's only if he wants to?

20      A       That's correct.

21      Q       Let me ask you this question.  Do you know Donna

A00498

Deposition of Larry E. Gibbs
Conducted on Thursday, January 20, 2005

Page 82

1      A    Only when we used to have a petty cash program,

2   and sometimes she would handle that for me.

3      Q    For whom?

4      A    For the catchers, like I would have to pick it up,

5   I would write out a petty cash slip and Donna would give me

6   the cash.

7      Q    And what would you do with the cash?

8      A    Give it to the catcher.

9      Q    Now, how would Donna -- who would deliver the slip

10  to Donna to get the cash?

11     A    I would.

12     Q    So the catcher would fill it out, give it to you?

13     A    I would fill it out.

14     Q    So the catcher would come to you and say, I need

15  some extra cash?

16     A    Yes.

17     Q    And you would then decide whether to fill out the

18  form or not?

19     A    Yes.

20     Q    And you would fill out the form, take it to Donna?

21     A    Yes.

A00499