24

JAN-20-2005 12:17 PM    MOUNTAIRE FARMS SELBY    302 436 9309    P.01

Post-it® Fax Note 7671  Date 1-20-05 pages▶ 1
To Phil Owen    From Debbie Jackson
Co./Dept.    Co.
Phone #    Phone #
Fax # 302-452-4338    Fax #

## LOCAL 355 MOUNTAIRE FARMS OF DELMARVA HEALTH & WELFARE PLAN

|  | Hourly | Salary | LEVEL 1<br>AFTER 180 DAYS | LEVEL 2<br>AFTER 1 YEAR | LEVEL 3<br>AFTER 2 YEARS | LEVEL 4<br>AFTER 90 DAYS |
|---|---|---|---|---|---|---|
| VACATION | 1 week - 1 year<br>2 weeks - 3 years<br>3 weeks - 10 years<br>4 weeks - 20 years<br>5 weeks - 25+ years | 2 weeks - 1 year<br>3 weeks - 5 years<br>4 weeks - 15 years<br>5 weeks - 25 years+ |  | 1-3 years - 1 week<br>4-9 years - 2 weeks<br>10-19 years - 3 weeks<br>20-24 years - 4 weeks<br>25+ years - 5 weeks | 1-3 years - 1 week<br>4-9 years - 2 weeks<br>10-19 years - 3 weeks<br>20-24 years - 4 weeks<br>25+ years - 5 weeks |  |
| LTD | Pays 1/2 regular pay for 5 years | After 90 days out pays 60% of salary until age 65 if totally disabled. | None | None | None | None |
| STD | Cost depends on hourly rate<br>Max. $200/week for 26 weeks | Cost depends on salary<br>No STD - Regular pay for first 90 days if employed over 1 year | $70/week<br>1st day of accident<br>8th day of illness<br>$10,000 paid by company | $105/week<br>1st day of accident<br>8th day of illness<br>$10,000 paid by company | $175/week<br>1st day of accident<br>8th day of illness<br>$10,000 paid by company | $175/week<br>1st day of accident<br>8th day of illness<br>$10,000 paid by company |
| LIFE INS. | $1.50/week<br>Can only pick between 10, 20, 30, 40 & 50,000 life depending upon age and amount determines the cost | Can choose additional which is 2 times salary or can also choose supplemental which is 1 times salary. Premium based on salary and formula for additional life.<br>Premium based on salary as well as age on the supplemental life. |  |  |  |  |
| DEPENDENT LIFE | $.56/week | $1.22/pay | None | None | None | None |
| VISION | $1.49/week - single<br>$3.22/week - family | $3.18/pay - single<br>$6.89/pay - family | Max. payment every 2 years - $65 | Max. payment every 2 years - $100 | Max. payment every 2 years - $170 | Max. payment every 2 years - $170 |
| PAY PERIOD | Weekly | 15TH & last day of the month | Weekly | Weekly | Weekly | Weekly |



EXHIBIT 5
1-20-05 Gibbs