**29**

ORIGINAL                    1

```
 1         IN THE UNITED STATES DISTRICT COURT
           IN AND FOR DISTRICT OF DELAWARE
 2

 3  WILLIE DAVIS, JR.,              )
    NATHANIEL BRIDDELL,             )
 4  GEORGE W. FEDDIMAN,             )
    JOSEPH GARRISON,                )
 5  ROY H. WALTERS,                 )
    ALL SIMILARLY-SITUATED CURRENT  )
 6  AND FORMER EMPLOYEES OF         )
    MOUNTAIRE FARMS, INC.,          )
 7  MOUNTAIRE FARMS OF DELMARVA,    )
    INC., and MOUNTAIRE FARMS       )
 8  OF DELAWARE, INC.,              )
                      Plaintiffs,   )
 9        -vs-                      )   C.A. No. 04-0414-KAJ
                                    )
10  MOUNTAIRE FARMS, INC.,          )
    MOUNTAIRE FARMS OF              )
11  DELMARVA, INC., and             )
    MOUNTAIRE FARMS OF              )
12  DELAWARE, INC., all Delaware    )
    corporations,                   )
13                    Defendants.   )
                                - - - - - - -
14        Deposition of ROY H. WALTERS, taken before
    Pamela C. Washington, Registered Professional Reporter
15  and Notary Public, at the law offices of Young,
    Conaway, Stargatt & Taylor, 110 West Pine Street,
16  Georgetown, Delaware, on February 15, 2005, beginning
    at 10:00 a.m.
17                              - - - - - - -

18  APPEARANCES:

19       On behalf of the Plaintiffs:
             Margolis Edelstein
20           BY:  JEFFREY K. MARTIN, ESQ.
             and  KERI WILLIAMS, ESQ.
21           1509 Gilpin Avenue
             Wilmington, Delaware 19806
22
         On behalf of the Defendant:
23           Shawe Rosenthal
             BY:  ARTHUR M. BREWER, ESQ.
24           and  LAURA A. PIERSON SCHEINBERG, ESQ.
             20 South Charles Street,   11th Floor
25           Baltimore, Maryland  21201
```

FIRST STATE REPORTING SERVICE      (302) 424-4541
                    Pamela C. Washington, RPR
        P.O. Box 99           Milford, Delaware  19963

Walters - Brewer

| | | |
|---|---|---|
| 1 | Q | And what does he do? |
| 2 | A | He work for Mountaire. |
| 3 | Q | He works for Mountaire? |
| 4 | A | Uh-huh. |
| 5 | Q | And what does he do for Mountaire? |
| 6 | A | Forklift operator. |
| 7 | O | And he has the same last name as you? |
| 8 | A | Yes. |
| 9 | Q | Is he on your crew? |
| 10 | A | Yes. |
| 11 | Q | Do you attend church regularly, sir? |
| 12 | A | Yes. |
| 13 | Q | Okay, which church is that? |
| 14 | A | Christ Church. |
| 15 | Q | Where is that? |
| 16 | A | Millsboro. |

17      Q     And what is the highest level of
18 education you received, sir?

19      A     10 years.

20      Q     Why did you leave school at that point,
21 if you can tell me?

22      A     Family.  Family problems.

23      Q     Oh, I'm sorry, okay.  Family problems
24 such as you needed to go to work?

25      A     Yes.

Walters - Brewer

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Okay.  That's where you received your |
| 3 | forklift certification? | |
| 4 | A | Yes. |
| 5 | Q | Okay, and approximately when was that? |
| 6 | A | 1965. |
| 7 | Q | Okay.  Your mental health for the last |
| 8 | 10 years has been good, I assume? | |
| 9 | A | Yes. |
| 10 | Q | And I know you had some surgery for |
| 11 | your knee replacement, but outside of that, your | |
| 12 | physical health has been good also? | |
| 13 | A | Yes. |
| 14 | Q | Outside of the knee replacement |
| 15 | surgery, did you have any other surgical problems? | |
| 16 | A | No. |
| 17 | Q | No?  Okay.  When did you first become |
| 18 | employed with Mountaire? | |
| 19 | A | September 1982. |
| 20 | Q | And what position did you start out at? |
| 21 | A | Truck driver. |
| 22 | Q | When you say truck driver, what kind of |
| 23 | truck were you driving? | |
| 24 | A | Live haul. |
| 25 | Q | Okay.  And tell me what your job duties |

FIRST STATE REPORTING SERVICE          (302) 424-4541
Pamela C. Washington, RPR
P.O. Box 99          Milford, Delaware  19963

24

Walters - Brewer

1          A     Teamster's, yes.

2          Q     And you were a member of that local

3     from the time you first started in `82?

4          A     Yes.

5          Q     Okay.  How long were you driving a

6     truck as a live haul driver?

7          A     Can you rephrase what you mean how

8     long?

9          Q     Sure.  You started in `82 driving a

10    truck; did there come a time when you had another

11    position?

12         A     Yes.

13         Q     What was that?

14         A     Forklift operator.

15         Q     Okay, and when did you get that

16    position?

17         A     1990.

18         Q     1990, that's close enough.  And you

19    were a forklift operator?

20         A     Uh-huh.

21         O     Did you consider that a promotion?

22         A     No.

23         Q     Did you make more money as a forklift

24    operator than you did as a truck driver?

25         A     Yes.

FIRST STATE REPORTING SERVICE        (302) 424-4541
                    Pamela C. Washington, RPR
        P.O. Box 99            Milford, Delaware  19963

A00686

25

Walters - Brewer

1      Q    But you didn't consider it a promotion?

2      A    No.

3      Q    Okay, tell me why.

4      A    I was asked to do a favor.

5      Q    Okay.

6      A    I was asked to fill in as a forklift

7  operator until someone was found for that position.

8      Q    Okay, and how long did you fill in?

9      A    Eight years.

10      Q    Well, did you come to think the job was

11  yours, after a while?

12      A    Not really, not when I asked to be

13  transferred back to the original position as truck

14  driver.

15      Q    Okay, so you preferred to drive a truck

16  as opposed to operate the forklift?

17      A    Yes.

18      Q    Okay.  And you operated the forklift,

19  as you said, for eight years?

20      A    Uh-huh.

21          MR. MARTIN:  Yes?

22          THE WITNESS:  Yes.

23  BY MR. BREWER:

24      Q    So that's approximately 1998, okay.

25  What happened to you in 1998?

Walters - Brewer

1          A      I was transferred back to driving

2    truck.

3          Q      So the favor finally ended?

4          A      Yes.

5          Q      Okay.  During this time when you were a

6    forklift operator, did you have any position with

7    Local 355?

8          A      Yes.

9          Q      What was that?

10          A      Union steward.

11          Q      Okay.  Also referred to as a shop

12    steward?

13          A      Yes.

14          Q      When did you become a shop steward?

15          A      1983.

16          Q      1983, so while you were a truck driver?

17          A      Yes.

18          Q      And how long did you hold that

19    position?

20          A      Through 2001.

21          Q      Through 2001?

22          A      Uh-huh.

23                 MR. MARTIN:  Yes?

24                 THE WITNESS:  Yes.

25

A00688

Walters - Brewer

1  BY MR. BREWER:

2          Q      Tell me why you left the position in

3  2001.

4          A      I was promoted.

5          Q      To what?

6          A      Crew leader.

7          Q      Crew leader?  Who promoted you to crew

8  leader?

9          A      Mr. Doug Lynch.

10          Q      Okay.  And why did you have to leave

11  the shop steward position when you were promoted to a

12  crew leader?

13          A      You're no longer under the Union when

14  you transfer out of the Union's position.  Being a

15  crew leader, you're non-Union.

16          Q      A member of management?

17          A      Yeah.

18          Q      Okay.  That was yes, sir, I'm sorry?

19          A      Yes.

20          Q      Okay, all right.  Do you need some more

21  water?

22          A      No, I'm fine.

23          Q      Okay.  As a crew leader, your primary

24  duty was basically to manage the crew that you had?

25          A      If that's the word you want to use.

Walters - Brewer

1        Q     If that's the word I want to use?

2    Well, I don't want to put any words in your mouth.

3    We'll get into that in more detail later on.

4              How many people were on the crew when

5    you became a crew leader in 2001?

6        A     Eight.

7        Q     There were eight on your crew.  And did

8    you have a forklift operator assigned to you?

9        A     It was one of the eight.

10       Q     That was one of the eight?  So you have

11   seven members, which is seven catchers then?

12       A     Yes.

13       Q     And you had drivers assigned to you,

14   live haul drivers?

15       A     According to the shift that you worked.

16       Q     Right.  But there were drivers, the

17   same drivers that you would basically see?

18       A     Yes.

19       Q     Okay.  You have been a crew leader

20   since 2001; from 2001 until today, have you ever had

21   new catchers put to your crew?

22       A     Could you --

23       Q     Have you ever had new catchers assigned

24   to your crew?

25       A     Yes.

Walters - Brewer

```
 1        Q    Okay.  And did you have any
 2   responsibility with respect to making sure they knew
 3   how to go about catching chickens?
 4        A    I don't understand that one.
 5        Q    Okay.  When a new catcher comes in to
 6   your crew, okay, do you have any responsibility to
 7   make sure he knows what he's doing?
 8        A    No.
 9        Q    No?
10        A    No.
11        Q    He just comes onto your crew and you
12   just turn him loose?
13        A    He's ordered by the company.
14        Q    He's ordered by the company?
15        A    He's -- he's hired by Mountaire, he's
16   placed by Mountaire.  I have no control over the
17   placement in the crew; they evaluate the man, they
18   hire the man, they place the man.
19        Q    You have some input into who gets
20   hired, though, don't you?
21        A    No.
22        Q    How about Mr. George Drummond, are you
23   telling me you had no input into him getting hired at
24   all?
25        A    No.  Only to tell him to go to the
```

FIRST STATE REPORTING SERVICE      (302) 424-4541
                 Pamela C. Washington, RPR
     P.O. Box 99              Milford, Delaware  19963

**A00691**

Walters - Brewer

1    plant and get signed up, and go through the company's

2    procedure.

3         Q    Right.  So you told Mr. Drummond -- how

4    did you come to get to Mr. Drummond?

5         A    Mr. Drummond asked me as a crew leader

6    how he could get a job with Mountaire, and I informed

7    him of the position that he had to go through in order

8    to get a job, that's all.

9         Q    So you told him, "Gosh, sure.  Go to

10   there and get --"

11        A    I didn't say sure.

12        Q    What did you say to Mr. Drummond?

13        A    I said, "Mr. Drummond, you have to go

14   through company policy to work for Mountaire."

15        Q    Okay.  And do you know what that policy

16   is?

17        A    You have to go through the channels, go

18   through personnel, drug tests -- what's the other

19   part?  TB test.  I'm not fully familiar with all of

20   the stuff that a man --

21        Q    So you don't know what goes on in human

22   resources?

23        A    No.

24        Q    But you told him if he wanted a job, he

25   could go to human resources?

Walters - Brewer

1          A    Like anyone else.

2          Q    And he did?

3          A    I assume, yes.

4          Q    Well, and he's working for you, isn't

5    he?

6          A    Yes.

7          Q    And how about Leon Tucker, didn't

8    Isaiah Daniels refer him to you?

9          A    No, he referred him to Mountaire.

10         Q    He referred him to Mountaire?

11         A    Yes.

12         Q    Okay.  So then you don't have any

13   impact at all then as to who gets hired at all?

14         A    No.

15         Q    Okay.  You can discipline people,

16   though?

17         A    Yes.

18         Q    And you have, haven't you?

19         A    To a point, according to the work.

20   That's company policy that they allow me to follow.

21         Q    So now this new catcher who comes to

22   your crew, who you don't do anything with, right?  He

23   just walks into your crew and introduces himself and

24   says, "Hi, I'm John."  And you say, "Fine, John.  I'm

25   Roy," and he just goes to work, you don't have

33

Walters - Brewer

1          Q     All right.  But, yet, you do nothing to

2   see if he does know anything about catching chickens,

3   is that your --

4          A     I have to see if he know how to do the

5   job.

6          Q     Okay.  Now, if you see that he doesn't

7   know how to do the job, do you tell him how to go

8   about doing it the right way?

9          A     No, not really.  I let the rest of the

10  crew do that.

11         Q     So that's your decision, you let the

12  rest of the crew tell him how to go about doing what

13  he's doing?

14         A     It's not my decision.  They have to

15  work with him; I don't.

16         Q     Okay.  You carry just a total of seven

17  catchers?

18         A     No.

19         Q     How many catchers do you carry?

20         A     Accordingly sometime eight.

21         Q     Okay.  When you have eight catchers, do

22  you work them all the same day --

23         A     No.

24         Q     -- the same week?  Some of the other

25  crew chiefs said they rotate people on a day off, is

A00694

Walters - Brewer

1    that what you do also?

2            A    Yes.

3            Q    Okay.  How do you go about deciding

4    which catcher is going to be off which day, when you

5    have eight catchers?

6            A    You write the name down and begin one,

7    two, three, four, five, six.

8            Q    Okay.  So you write the names down, and

9    number one might be off Monday, number two might be

10   off Tuesday, number three might be off Wednesday --

11           A    Yes.

12           Q    -- and you decide how to do that?

13   Okay.  Do we have Davis Number 2, I guess it is?

14           MR. MARTIN:  Garrison Number 2.

15           MR. BREWER:  Garrison 2, I'm sorry,

16   yes.

17   BY MR. BREWER:

18           Q    Mr. Walters, I'm going to show you a

19   document that's been introduced to Mr. Garrison's

20   deposition as Exhibit Number 2 to his deposition, and

21   these are the live haul guidelines, have you seen

22   these before?

23           A    Yes.

24           Q    Okay.  Let's go down, it talks about

25   crew leaders general duties, okay?  It says here

Walters - Brewer

1   arrive at the farm at the correct time; is that a duty

2   of the crew chief, crew leader?

3          A     Yes.

4          Q     Okay.  It then talks about how the

5   house should be divided into a minimum of four equal

6   sections before the catching process starts; is that

7   also one of your responsibilities?

8          A     Yes.

9          Q     It also says they can be divided into

10  smaller sections, depending on how the house is set up

11  and so forth; is that one of your responsibilities?

12         A     Yes.

13         Q     Okay.  It's true, isn't it, that

14  sometimes you have to divide the house only into maybe

15  three parts?

16         A     Yes.

17         Q     Okay.  And that's a decision that you

18  would make based on your experience as to how you're

19  going to go about catching this?

20         A     Yes.

21         Q     You tell the catchers how many birds to

22  be placed in each compartment?

23         A     Yes.

24         Q     Or each hole, as it's referred to?

25         A     Yes.

FIRST STATE REPORTING SERVICE         (302) 424-4541
                 Pamela C. Washington, RPR
        P.O. Box 99              Milford, Delaware  19963

A00696

Walters - Brewer

1          Q      Okay.  And when you're catching birds
2     at night, it talks about not moving the birds into
3     less than 70 percent of the normal floor space; is
4     that one of your normal responsibilities, to make sure
5     this is followed?
6          A      Yes.
7          Q      But sometimes that can't be done, can
8     it?
9          A      No.
10         Q      And so you would then have the birds
11    into less than 70 percent?
12         A      Yes.
13         Q      Sure.  And that would be your call,
14    your decision to make?
15         A      Yes.
16         Q      Okay.  Page 2 of this exhibit, it says
17    that crew leader's responsibility is to continually
18    observe the uncaught birds and prevent smothers --
19         A      Yes.
20         Q      -- is that a responsibility?  And by
21    smothers, we're meaning having the chickens pile on
22    top of one another and die, is that what we're talking
23    about?
24         A      Yes.
25         Q      Okay.  It says you're supposed to make

FIRST STATE REPORTING SERVICE        (302) 424-4541
                  Pamela C. Washington, RPR
          P.O. Box 99              Milford, Delaware  19963

37

Walters - Brewer

1    sure that the cages are stacked uniformily on the

2    trailer.

3            A    They don't have to be.

4            Q    They don't have to be?

5            A    No.    The trailers is already situated

6    for separation.

7            Q    But it says they are, so it's a

8    responsibility of the crew leader to make sure they're

9    stacked uniformily?

10            A    Yes, okay.

11            Q    Okay?

12            A    Yes.

13            Q    And the cages that we're talking about

14    are the cages that the catchers put the chickens into?

15            A    Yes.

16            Q    And those cages are then taken by the

17    forklift operator and placed on the back of a flatbed

18    trailer?

19            A    Yes.

20            Q    And that's the responsibility here, to

21    make sure they're stacked uniformily, that's one of

22    your responsibilities as a crew leader?

23            A    Yes.

24            Q    Okay.    The next item in item G on page

25    2 of this exhibit speaks to in the summer, making sure

**A00698**

Walters - Brewer

1    the fans are left hanging; is that a responsibility

2    that the crew leader has?

3         A    Yes.

4         Q    And fans that are taken down should be

5    placed on the floor, fans should be blowing in the

6    same direction; is that your responsibility to make

7    sure that happens?

8         A    Yes.

9         Q    Okay.  And did you tell catchers to

10   make sure that this occurs?

11        A    Yes.

12        Q    It talks about in the next item H,

13   about not loading any more than a specific number of

14   birds without permission; is that your responsibility,

15   to make sure that the catchers don't put more birds in

16   a particular compartment than they should?

17        A    That is something you don't have

18   control over.

19        Q    But this is --

20        A    Once you tell the men how many to put

21   to the door, you cannot stand and watch what is put to

22   the door.  So that might be a responsibility, but it's

23   a responsibility that can't be  -- it can't be done.

24        Q    Well, don't you observe them from time

25   to time catching the birds, and making sure?

Walters - Brewer

1          A     Sure.

2          Q     Okay.  So if somebody were putting more

3    in at that time, would you say something?

4          A     If I observed them, yes.

5          Q     Sure, okay.  But what you're basically

6    saying is you can't always observe --

7          A     You can't always catch that.

8          Q     But if you can observe a catcher

9    putting in more than they should, you can tell them to

10   stop that?

11         A     Yes.

12         Q     Okay.  It talks about filling out farm

13   tickets, we'll get to that in a second.  The next item

14   it says is check with the driver to make sure the load

15   is secure and sent back to the plant, is that one of

16   your responsibilities?

17         A     Yes.

18         Q     Now, let's see if we can move through

19   this.  Roman Numeral III on page 2 of this exhibit

20   speaks to various catching methods, there is night

21   catching; is it your responsibility to make sure that

22   the methods described here in night catching are

23   followed?

24         A     Yes.

25         Q     And if there's going to be a deviation

Walters - Brewer

1    from this, you can deviate from this, depending on the

2    type of the house and the size of the birds and things

3    like that, can't you?

4         A    Up to a point.  If it had to be any

5    type of serious deviation, I must contact my

6    supervisor.

7         Q    All right.  But it says, for example,

8    under A, "Night catching: 1, Drive-ins, birds should

9    be caught in place as much as possible.  If moving is

10   required, no less than 70 percent of the available

11   floor space should be used."  You could use 50

12   percent, couldn't you?

13        A    Yes.

14        Q    Sure.  The day catching, it talks about

15   drive-in or A-frame houses, and there are a series of

16   things that are listed here, talks about houses being

17   caught on the inside; that's your responsibility, to

18   make sure that the catchers follow this?

19        A    Yes.

20        Q    Okay.  Fire fans should be placed at

21   the end of the house; is that your responsibility to

22   make sure that that happens?

23        A    If at all possible, yes.

24        Q    And if it's not there, can you tell the

25   catchers to position it at the end of the house like

FIRST STATE REPORTING SERVICE        (302) 424-4541
                    Pamela C. Washington, RPR
         P.O. Box 99            Milford, Delaware  19963

A00701

Walters - Brewer

1  the guidelines say?

2          A    Excuse me for a minute.  Certain

3  things, you don't understand about catching chickens.

4          Q    Well, I can't say that I have caught

5  chickens, and I'm sure that's true.

6          A    I'd like to take you to a chicken farm,

7  just off the record.

8          Q    Well, I tell you what, maybe one day

9  we'll do that.

10          A    It's not always possible.

11          Q    All right, that's fine, it may not be

12  possible, and if it's not possible, then you make that

13  decision?

14          A    Yes, I have to.

15          Q    Yeah.  If it is possible, but it isn't

16  done, you can tell a catcher to put this at the end of

17  the house, like the instruction says, correct?

18          A    The catchers can't do that; it's the

19  forklift responsibility.

20          Q    Okay, well, then you can tell the

21  forklift person to do that?

22          A    Providing he don't get stuck down on

23  the other end, trying to do so.

24          Q    Oh, I understand that, I understand

25  that.  So the person who is responsible, you can tell

Walters - Brewer

```
 1   them to do it if it hasn't been done?

 2           A    Yes.

 3           Q    Okay.  Item c, under day catching, the

 4   small c, to be clear for the record, talks about

 5   dividing the house and so forth and placing curtains

 6   and all of that, you see that?

 7           A    Yes.

 8           Q    That's your responsibility to make sure

 9   that's done?

10           A    Yes.

11           Q    As a practical matter, it can't always

12   be done the way this says, correct?

13           A    Correct.

14           Q    And if it can't be done that way, it's

15   your decision to get it done the best way it can be

16   done, making sure that you don't kill the birds?

17           A    Yes.

18           Q    Okay.  Small item d talks about when

19   working both sides of the houses, the pens should

20   contain approximately one cage of birds; sometimes it

21   contains more, doesn't it?

22           A    Yes.

23           Q    Okay.  And that would be your call,

24   your decision?

25           A    Yes.
```

FIRST STATE REPORTING SERVICE        (302) 424-4541
                  Pamela C. Washington, RPR
          P.O. Box 99            Milford,

A00703

Walters - Brewer

```
 1          Q     All right.  We can take a look and go
 2    down here, maybe you can do this so that we can try to
 3    get you out on time, items e through h, talking about
 4    fans blowing in the same direction, so forth and so
 5    on, are these your responsibilities as a crew leader?
 6          A     Yes.
 7          Q     Okay.  You make sure that the birds are
 8    watered, or wet thoroughly if it's above 80 degrees?
 9          A     Yes.
10          Q     And who does that?
11          A     Truck driver.
12          Q     Okay.  And you will tell the truck
13    driver to make sure the birds get watered when it's 80
14    degrees or more?
15          A     Yes.
16          Q     Okay.  And it talks about walk-out or
17    shed houses, I'm not sure what a shed house is but,
18    again, it's item 2, a through f, would you agree that
19    those are your responsibilities as a crew leader?
20          A     Yes.
21          O     Okay.  And if there is any deviation
22    required, you can make whatever changes you think are
23    appropriate in order to get the job done?
24          A     Yes.
25          Q     Okay.  Roman Numeral 4 which appears on
```

Walters - Brewer

1    page 3 talks about tunnel ventilation; could you take

2    a look at that and tell me if the responsibilities

3    that are listed there are the crew leader's in fact

4    responsibilities that you have?

5            A    As a crew leader, yes.

6            Q    Okay.  And again, if there are any

7    changes that are required or deviations from these

8    responsibilities, you can make that decision based on

9    your experience?

10           A    Yes.

11           Q    If we continue along, we have tunnel

12   ventilation procedures and, again, what I'd just ask

13   you to do, since it's only two pages, if you just take

14   a quick look at the two pages and tell me if those are

15   responsibilities that you have as a crew leader?

16           A    Yes.

17           Q    And, again, if there's deviation, you

18   can make that decision to deviate, depending on what

19   you see with the house on a particular house when you

20   get there?

21           A    Yes.

22           Q    Okay.  Mr. Walters, I'm going show you

23   another exhibit, this is Exhibit Number 1 to

24   Mr. Garrison's deposition.  You know Mr. Garrison, by

25   the way, do you not?

45

Walters - Brewer

1          A     Yes.

2          Q     Okay.  This is called a farm ticket,

3    have you seen this before?

4          A     Yes.

5          Q     I'd like to go over some of the

6    information that's on this ticket.  The upper

7    right-hand corner I see a date, who fills that in?

8          A     I do.

9          Q     You do as a crew leader?

10         A     Yes.

11         Q     So you put whatever date it is?

12         A     Yes.

13         Q     There's a lot number, who fills that

14   in?

15         A     The scales.

16         Q     Scales?  And there is a load number,

17   who fills that in?

18         A     Scales.

19         Q     The people at the scale house?

20         A     Yes.

21         Q     Okay.  There's a place for the grower,

22   the name of the grower, I would assume --

23         A     Yes.

24         Q     -- or the farmer, also called the

25   farmer, and who fills that in?

Walters - Brewer

```
 1          A    I do.

 2          Q    It talks about houses, and there are a

 3  series of blanks, who puts the information in there?

 4          A    I do.

 5          Q    Just for purposes of clarification for

 6  the record, a farmer may have five houses and you

 7  would be told to catch house one and four, so would

 8  you put one and four in there?

 9          A    You put whatever house that you

10  catching the load out of.

11          Q    Okay, fine.  Time started, who fills

12  that in?

13          A    I do.

14          Q    And that's the time that you start

15  catching the chickens at the farm?

16          A    Time you start loading the truck.

17          Q    Time you start loading the truck?  And

18  time finished, what is that?

19          A    Time finished loading the truck.

20          Q    And so this is done for each truck

21  then?

22          A    Yes.

23          Q    Okay.  And there is a temperature, who

24  fills that in?

25          A    Scales.
```

Walters - Brewer

1          Q      Scales fills that in?  There's a

2   notation for a truck, who fills that information in?

3          A      I do.

4          Q      And we have had other testimony before,

5   each truck is numbered?

6          A      Yes.

7          Q      And the number is not the license plate

8   number, it's just a number that the company assigns to

9   the truck?

10         A      Yes.

11         Q      And the same is also true for the

12  trailer?

13         A      Yes.

14         Q      And who fills in the information for

15  the driver?

16         A      His name, I do.

17         Q      Okay.  So you're putting in the truck

18  number, the trailer number, and the driver's name?

19         A      Yes.

20         Q      The number of doors, who fills that

21  information in?

22         A      I do.

23         Q      And then there's a total and an average

24  weight, who fills that in?

25         A      I fill in the total of birds.  The

Walters - Brewer

```
 1   average weight is done scale.
 2            Q     Okay.  Now, going down to the second
 3   part of the form, it says sign present, and there are
 4   two boxes; who fills that out?
 5            A     I do.
 6            Q     And when it says sign present, what
 7   does that mean?
 8            A     Is the sign present for the directions
 9   to the farm, is it present at the driveway.
10            Q     Okay.  So that would be the Walters
11   Farm, when I drive up I can see a sign that says the
12   Walters Farm?
13            A     Yes.
14            Q     And one of your jobs is to make sure
15   that's up?
16            A     No.
17            Q     Well, put it this way:  If it's not up,
18   you indicate that it's not up?
19            A     Correct, yes.
20            Q     And if it is up, you check the box that
21   says it is up?
22            A     Yes.
23            Q     I don't mean that it's your job to put
24   the thing in there yourself; it's your job to see
25   whether it's up or not?
```

Walters - Brewer

```
 1          A     Yes.

 2          Q     Okay.  The grower present, who checks

 3   that box out?

 4          A     I do.

 5          Q     And what does that mean?

 6          A     Is the grower present at the farm when

 7   we arrive.

 8          Q     All right, present, does that mean that

 9   he is physically out there at the house, or does it

10   mean that he is inside, sleeping or watching TV, or

11   what does it mean?

12          A     It means that he's there at the farm,

13   present.

14          Q     To observe catching?

15          A     To do his part.

16          Q     To do his part, okay.  What is his

17   part?

18          A     That should be reflected within the

19   guidelines of company policy.

20          Q     You say the guidelines of company

21   policy, you're referring to Garrison Exhibit 2, I saw

22   you looking at that, where it says Growers

23   Responsibilities?

24          A     Yes.

25          Q     Okay.  Now, what happens if he doesn't
```

Walters - Brewer

1   do these things?

2           A    The job must get done.

3           Q    All right.  For example, one of the

4   grower's responsibilities I see here in Garrison

5   Exhibit 2, item b, is to pick up all dead birds

6   immediately prior to catching crews' arrival; if he

7   doesn't do that, who does that?

8           A    No one.

9           Q    Well, I guess they're not going

10  anywhere, so they just stay on the ground?

11          A    Yes.

12          Q    Okay.  Item c talks about raising and

13  securing all equipment to the maximum height at the

14  proper time; suppose he doesn't do that, who does

15  that?

16          A    We do.

17          Q    We being?

18          A    Crew.

19          Q    The crew?  Okay.  Let's go back to

20  Exhibit 1, if we may.  It says DAFs prior to catch,

21  DAF stands for dead at farm?

22          A    Yes.

23          Q    That's the number of chickens that are

24  dead at the farm?  And DAFs prior to catch, yes or no,

25  who checks that box?

Walters - Brewer

```
 1          A    I do.

 2          Q    How do you go about deciding whether to

 3  check that box yes or no?

 4          A    When I approach the farm, in order to

 5  see which house we going to get, we walk in, in order

 6  to prepare for work.  And if I observe that the farmer

 7  hasn't picked up his birds as company policy say to,

 8  then I write no.

 9          Q    You say the birds, you mean the dead

10  birds?

11          A    Dead birds.

12          Q    Okay.  So if he's not picked it up,

13  would you check no, that he hasn't?

14          A    Yes.

15          Q    But if he has, you would check that?

16          A    Yes.

17          Q    Okay, thank you.  Fire fan used, who

18  checks that?

19          A    I do.

20          Q    What does that mean?

21          A    Did I use the fire fan.

22          Q    Okay.

23          A    Was the fire fan able to be used.

24          Q    All right.  And is it your decision as

25  to whether or not to use it?
```

A00712

Walters - Brewer

```
 1          A     According to temperature.
 2          Q     Okay.  So then you will let the company
 3    know whether you used it or you didn't?
 4          A     Yes.
 5          Q     Okay.  Chickens watered, that's what we
 6    talked about before with the driver watering the
 7    chickens?
 8          A     Yes.
 9          O     And you will check whether the driver
10    did what he was supposed to do or not?
11          A     Yes.
12          Q     And if he doesn't, I think we talked
13    about you will go ahead and tell him to water the
14    chickens?
15          A     Yes.
16          O     Okay.  The feeders up, who checks that
17    box?
18          A     I do.
19          Q     That's one of the grower's
20    responsibilities?
21          A     Yes.
22          Q     Okay.  So if he's not done his job, you
23    will check no, that he didn't do it or he hasn't?
24          A     No, no, I wouldn't.  I would put no,
25    but then I would have to call the plant and inform my
```

Walters - Brewer

1  supervisor that this job wasn't done for which it's

2  supposed to be done a certain amount of hours prior

3  to.

4       Q    Okay.  So you will arrive at the farm

5  and if the feeders aren't up, and I think that's one

6  of the things we mentioned to before, it says raise

7  and secure all equipment to the height at the proper

8  time, the feeders, that would be one of the equipment?

9       A    Uh-huh, yes.

10      Q    So you get to the farm, and you see the

11  feeder isn't up, the grower is not there, as you said

12  before, you will direct the crew --

13      A    No.

14      Q    Well, maybe I misunderstood you.  You

15  said that if it's not done before, that you guys would

16  do it.

17      A    The waters.

18      Q    Oh, the waters, okay.

19      A    The waters.

20      Q    So it's not the feeders?

21      A    Not the feeders.

22      Q    Okay.  You're right, I don't know as

23  much about catching as you do, but I wouldn't expect

24  to.  So let's go to the waters; the waters are not up,

25  okay, you and the crew will raise the waters?

Walters - Brewer

```
 1              A     Yes.

 2              Q     Okay.  Now, when it comes to the

 3    feeders, you will just call the plant and say the

 4    feeders aren't up?

 5              A     Yes.

 6              Q     And what do you do, not catch the

 7    house?

 8              A     No.

 9              Q     You don't catch the house?

10              A     We do not work until we're told to.

11              Q     Okay.  So then it's important for you

12    to know whether those feeders are up or not?

13              A     Yes.

14              Q     Okay.  How about stoves?

15              A     No control.

16              Q     No control, I don't understand that.

17              A     The farmer's responsibility, we have no

18    control over the stoves.

19              Q     But you're responsible for making sure,

20    for checking the box as to whether they are up or they

21    weren't up?

22              A     Yes.

23              Q     How about farm damage, who fills that

24    out?

25              A     I do.
```

55

Walters - Brewer

1          Q     How do you go about deciding whether
2     there's farm damage or not?
3          A     If there's any damage done by my
4     forklift driver or the crew, then I report it.
5          Q     Okay.  How do you know that the damage
6     that a farmer might report later wasn't done prior to
7     you guys getting there?
8          A     We don't.
9          Q     You don't?
10         A     No.
11         Q     So when you arrive, you don't take a
12    look at the house to see that everything's okay?
13         A     Only as much as possible.
14         Q     All right, I understand that.  I don't
15    mean that you go around and give it a full inspection,
16    but you take a look around the farm to see if there
17    is --
18         A     Oh, yes.
19         Q     -- see if there's anything obvious
20    there?
21         A     Yes.
22         Q     And if there is, do you make that
23    information known to the grower?
24         A     I make it known to my supervisor.
25         Q     Okay.  So you wouldn't say to the

Walters - Brewer

1  grower when you got there and say, "I see your pole

2  over there has been hit before"?

3          A     No.

4          Q     You just make a note of that; you

5  wouldn't say anything like that to the grower?

6          A     No, no.

7          Q     Okay.  But one of your jobs is to

8  maintain a good relationship with the grower, isn't

9  it?

10         A     Yes.

11         Q     So I'm curious as to why you wouldn't

12  say to the grower when you get out there, "By the way,

13  I see the pole has been, you know, been hit."

14         A     It's something he should already know,

15  so I need not have to tell him that his pole is

16  already broke.

17         Q     Well, I'm not talking about broken; I

18  mean if it were broken, everybody could see it.  But

19  somehow in some way damaged, so you don't get in a

20  controversy later on when he tries to blame you guys

21  for doing it, and you know you didn't --

22         A     No.

23         Q     -- you don't say anything to him?

24         A     No.

25         Q     Okay, if you don't, that's fine.  But

Walters - Brewer

1   you do take a casual look around to see if there's any

2   damage and, if there is, you will check yes?

3           A    Yes, yes.

4           Q    And if your people do damage to the

5   farm, you will also check yes?

6           A    Yes.

7           Q    Okay.  Going to the second block of

8   boxes, it says the drive entrance accept or

9   unacceptable, who fills that out?

10          A    I do.

11          Q    And what are you looking for to

12  determine whether it's acceptable or nonacceptable?

13          A    The drop-offs.

14          Q    I'm sorry?

15          A    Mud.

16          Q    I'm sorry, drop-offs, I don't

17  understand what that term means.

18          A    See, cement pads at the end of houses

19  is not always level.

20          Q    I see.

21          A    So we call them drop-offs; when the

22  forklift have to bounce up on it, bounce off of it,

23  then we consider writing it up.

24          Q    You consider that to be unacceptable?

25          A    Yes.

Walters - Brewer

```
 1          Q    Okay.  And you would check that out?

 2          A    Yes.

 3          Q    So that's your decision to make?

 4          A    Yes.

 5          Q    Okay.  House entrances, who fills that

 6   out?

 7          A    I do.

 8          Q    And how do you go about deciding

 9   whether it's acceptable or not?

10          A    The same reason, cement pad, moisture,

11   wet; loading conditions.

12          Q    Okay.  And based on your experience,

13   you decide whether it's acceptable or not, and then

14   you check the box accordingly?

15          A    Well, I check the box, yes.

16          Q    Okay.  Roads/loading area, what does

17   that mean?

18          A    Where the trucks are loaded by the

19   forklift, if it's not level, holes, muddy, it's hard

20   for the job to get done.

21          Q    Okay.  And who decides whether to check

22   acceptable or unacceptable?

23          A    You can check it.

24          Q    Who decides which box to check it?

25          A    I do.
```

A00719

59

Walters - Brewer

```
 1          Q     And then you check whatever box you
 2   think is appropriate?
 3          A     Yes.
 4          Q     Okay, litter condition, who checks
 5   that?
 6          A     I do.
 7          Q     And based on what, your observation of
 8   the house?
 9          A     Yes.
10          Q     And you will decide whether it's
11   acceptable or unacceptable?
12          A     As far as the words are, yes.
13          Q     Well, that's the box that's supposed to
14   be checked?
15          A     Yes.
16          Q     And then it said bird condition, good,
17   fair or poor, who fills that box out?
18          A     Scales.
19          Q     Okay.  Let's go back to litter
20   condition for just a moment.  There's a line that says
21   explain; if you found the litter to be unacceptable,
22   would you write something in there?
23          A     Yes.
24          Q     And you'd write in what your
25   observation was of why it was unacceptable?
```

**A00720**

Walters - Brewer

```
 1        A    Yes.

 2        Q    Okay.  Let me ask you this:  Have you

 3   ever filled in for another crew leader under another

 4   crew?

 5        A    No.

 6        Q    Okay.  Has any crew leader ever filled

 7   in for you?

 8        A    Yes.

 9        Q    Okay, who has filled in for you?

10        A    Willie Davis.

11        Q    Okay, anybody else?

12        A    Not crew leader, no.

13        Q    Okay.  Let me ask you this:  Have you

14   ever asked another crew leader to, because you might

15   be short, you may be down to six catchers and you

16   really can't catch with -- I mean you can catch with

17   six, but sometimes it's harder to do, have you ever

18   asked another crew leader to let you have one of their

19   catchers if they happen to have eight, for example?

20        A    Yes.

21        Q    Okay, and have they done so?

22        A    Yes.

23        Q    How about the reverse --

24        A    Yes.

25        Q    -- when you have been carrying eight,
```

A00721

61

Walters - Brewer

1    have they asked you to assign a crew member?

2            A    Yes.

3            Q    Okay.  We have already talked about

4    hiring and, if I understand your testimony, you have

5    absolutely no input into that?

6            A    No.

7            Q    Okay.

8                 MR. MARTIN:  Excuse me.  For the

9    clarity of the record, his response was no.

10                MR. BREWER:  Yes.

11                MR. MARTIN:  I mean you understand that

12   to mean no, he does not have any input into the

13   process?

14                MR. BREWER:  That's what I understood

15   it to be.

16                MR. MARTIN:  Okay.

17   BY MR. BREWER:

18           Q    That's what you meant to say, is it

19   not?

20           A    Yes.

21           Q    You have no input --

22           A    No input.

23           Q    into the hiring at all?

24           A    No.

25           Q    Okay.  It is your job to make sure your

A00722

Walters - Brewer

```
 1    crews are staffed a hundred percent, though, isn't it?

 2          A    Yes.

 3          Q    Okay.  Now, let's just go back for when

 4    you have asked other crew leaders to send you an extra

 5    catcher if they had one because you were short; how

 6    many times would you say since you have been a crew

 7    leader has that happened?

 8          A    A few times.

 9          Q    Okay.  And how about the reverse of

10    that, you sending an extra crew leader to them because

11    they have been --

12               MR. MARTIN:  Excuse me, you said crew

13    leader.

14               THE WITNESS:  Catcher.

15               MR. MARTIN:  I think your question was

16    mistaken.

17    BY MR. BREWER:

18          Q    All right, well, for purposes of making

19    sure the record is clear, you testified before that

20    you would call up or get in touch with another crew

21    leader to see if he could assign you another catcher

22    because you happened to be short.

23          A    Yes.

24          Q    And my question is how many times has

25    that happened, and you said a few?
```

Walters - Brewer

1          A    A few.

2          Q    All right.  The reverse of that

3    question:  How many times have you been asked by

4    another crew leader to send a catcher when you had an

5    extra one to their crew?

6          A    A few.

7          Q    A few, okay.  A few means different

8    things to different people; could you give me an

9    approximate number, estimate?

10         A    If you can give me an approximate time

11   limit.

12         Q    Yeah, from the time you have been a

13   crew leader.

14         A    I'm going to say 10, 12.

15         Q    Okay, that's fine, that's fine.  You

16   are responsible for getting the birds from the farm to

17   the plant on time, correct?  That's the crew leader's

18   responsibility?

19         A    Yes.

20         Q    And we have been through the

21   responsibilities here in Garrison Exhibit 2, and you

22   are responsible for making sure that the catchers and

23   the forklift operators and so forth follow these

24   procedures or any modifications that you make based on

25   your discretion?

A00724

Walters - Brewer

```
1          A    Yes.

2          Q    Let's see.  Let me just see this.

3   While you're on the farm, catching, the people take

4   breaks?  You take breaks?

5          A    Yes.

6          Q    Okay.  Who decides when to take a

7   break?

8          A    I do.

9          Q    The catchers are entitled to a

10  30-minute unpaid lunch, aren't they?

11         A    Yes.

12         Q    Who decides when that lunch period is

13  taken?

14         A    I do.

15         Q    When the live haul driver arrives at

16  the farm, you tell him how to position his truck or

17  where to position his truck to make the job go easier?

18         A    Forklift driver.

19         Q    The forklift driver does that?

20         A    Yes.

21         Q    Suppose there's a disagreement between

22  the driver and the forklift driver, who --

23         A    We don't have that.

24         Q    You don't have that?

25         A    No.
```

A00725

Walters - Brewer

1        Q    So that's never happened?

2        A    No.

3        Q    Okay.  Let's see.  You approve

4    vacations as the crew leader, do you not?

5        A    No.

6        Q    You do not approve vacations?

7        A    No.

8        Q    All right.  You authorize advance pay

9    for catchers?

10       A    No.

11       Q    You don't?  Okay.  You are responsible

12   for maintaining discipline?  I think we mentioned that

13   earlier and we'll go into that a little bit further.

14            MR. MARTIN:  Is that a question?

15            MR. BREWER:  Yes, it is a question.

16            THE WITNESS:  Yes.

17   BY MR. BREWER:

18       Q    You are responsible for maintaining

19   discipline?

20       A    Yes.

21       Q    And I think we already talked about

22   you're responsible for planning the work as we just

23   went through this document being Garrison 2?

24       A    Yes.

25       Q    All right, let's see.  I am going to

Walters - Brewer

1  show you, sir --

2          MR. MARTIN:  Art, might this be a good

3  time to break?  We're an hour into it, sounds like

4  we're in a transition period.

5          MR. BREWER:  Yes, sure.

6          (Whereupon, a short recess was taken.)

7          (Walters Exhibit 1, marked for

8  identification.)

9  BY MR. BREWER:

10         Q    Mr. Walters, I'm going to give you a

11 document which has been marked as Exhibit Number 1 to

12 your deposition, and we're going to go through some of

13 these.  The first page on this document bears the name

14 of an employee Syrus Bagwell, is that correct?

15         A    Syrinus.

16         Q    Syrinus Bagwell.  And do you know

17 Mr. Bagwell?

18         A    Yes.

19         Q    How do you know him?

20         A    He's in my crew.

21         Q    And he is requesting a floating

22 holiday?

23         A    Yes.

24         Q    But he wants the money only?

25         A    Yes.

67

Walters - Brewer

1      Q    Does that mean that he will work the

2   day but wants to be paid an additional day's pay?

3      A    Yes.

4      Q    Okay.  And at the bottom I see that you

5   have approved this, is that correct?

6      A    Yes.

7      Q    That's your signature on the box that

8   says approved?

9      A    No.

10      Q    That's not your signature?

11      A    No.

12      Q    Okay.  How about the check mark in the

13   box that says approved?

14      A    No.

15      Q    That's not your signature either?

16      A    No.

17      Q    All right.  Let's go to the next one, I

18   see a Walter Brown.

19      A    Yes.

20      Q    Do you know Mr. Brown?

21      A    Yes.

22      Q    How do you know him?

23      A    At one time, he was my forklift driver.

24      Q    All right.  And he is requesting a

25   floating holiday but only wants money?

A00728

Walters - Brewer

1      A    Yes.

2      Q    And I see your signature where it says

3  approved; is that your signature?

4      A    No.

5      Q    Did you approve that he could get money

6  only?

7      A    No.

8      Q    You didn't?

9      A    No.

10      Q    And the one before with Mr. Bagwell,

11  you didn't approve that he could get money only?

12      A    No.

13      Q    Okay.  Let's go to the next paper, is

14  that Brown?  Walter -- I can't make out the last name,

15  can you?

16      A    Yes, it's Walter Brown.

17      Q    Brown, okay.  And he is requesting some

18  time off, two weeks, is he not?

19      A    Are we on the same page, 3-28-03?

20      Q    I'm looking at, yes, 3-28-03.

21      A    Yes.

22      Q    He's requesting some vacation full days

23  and he's also requesting a day off?

24      A    Yes.

25      Q    And is that your signature at the

Walters - Brewer

```
 1  bottom where it says approved?
 2           A    Yes.
 3           Q    Okay, so you approved his vacation and
 4  the day off?
 5           A    Yes.
 6           Q    Okay.  Next page is Mr. Brown again,
 7  and he is requesting -- is this the same vacation he's
 8  requesting again, 3-28-03?  This is two copies of the
 9  same document, I see.  And that's your signature.
10           The next page is a Walter Brown, is
11  this the same Mr. Brown --
12           A    I'm assuming.
13           Q    -- who worked in your crew?
14           A    I'm assuming, yes.
15           Q    He's requesting a floating holiday?
16           A    Yes.
17           Q    And is that your signature where it
18  says supervisor's signatures?
19           A    Yes.
20           Q    And you approved that day off?
21           A    Yes.
22           Q    Okay.  Isaiah Daniels, we mentioned
23  Mr. Daniels earlier; he's requesting a calendar day
24  off, money only, is that your signature?
25           A    No.
```

Walters - Brewer

1          Q      Okay, did you approve that he could get

2    money only?

3          A      No.

4          Q      Okay.  Next page is Mr. Daniels again,

5    he is requesting a floating holiday off, is that

6    correct?

7          A      Yes.

8          Q      And is that your signature approving

9    it?

10         A      No.

11         Q      Did you approve that he could have the

12   day off?

13         A      No.

14         O      So then he just was off and you didn't

15   know anything about it, is that what you're telling

16   me?

17         A      No, I'm not going to say I didn't know

18   about it, but I didn't sign this.

19         Q      All right.  But my question is if you

20   didn't sign it, did you approve that he could take the

21   day off?

22         A      No.

23         Q      Okay.  Let's go to Mr. Daniels again.

24   He's requesting some vacation from 8-29-03 to 9-4-03?

25         A      Yes.

Walters - Brewer

1       Q    And is that your signature approving

2  his vacation?

3       A    Yes.

4       Q    Okay.  You knew about that one?

5       A    Yes.

6       Q    And you approved it, okay.  Mr. Daniels

7  again, he's requesting a calendar day for money only?

8       A    Yes.

9       Q    And is that your signature approving

10  it?

11       A    No.

12       Q    Mr. Daniels again, requesting a

13  floating holiday, pay only, is that your signature

14  approving that?

15       A    Yes.

16       Q    Okay, you approved that one.  How about

17  Mr. Daniels again, this is the same Mr. Daniels who is

18  a member of your crew?

19       A    Yes.

20       Q    Okay, he's asking for I guess it says

21  one week, take three days off but he only wants money;

22  am I interpreting that correctly?

23       A    Yes.

24       Q    Okay.  Is that your signature approving

25  that?

72

Walters - Brewer

1          A    Yes.

2          Q    Okay.  Mr. Daniels again, he wants a

3   calendar day off for money only?

4          A    Yes.

5          Q    Is that your signature approving that?

6          A    Yes.

7          Q    Arthur Fosque, am I pronouncing that

8   correctly?

9          A    Yes.

10         Q    Okay.  And Mr. Fosque is requesting

11  vacation from September 15 through September 19, is

12  that correct?

13         A    Yes.

14         Q    Is that your signature approving his

15  vacation?

16         A    Yes.

17         Q    Mr. Fosque again -- by the way, did I

18  ask you if he was a member of your crew?

19         A    Yes.

20         Q    Is Mr. Fosque a member of your crew?

21         A    Yes.

22         Q    Thanks, okay.  Next document says he

23  wants February 9 off, is that your signature approving

24  that?

25         A    Yes.

A00733

Walters - Brewer

1          Q     Okay, so you gave him the day off.

2    Mr. Fosque again, floating holiday, okay, is that the

3    16th or the 11th, I'm not sure, looks like it could be

4    the 16th.

5          A     I'm not sure.

6          Q     Well, whichever day it is, he's

7    requesting for an anniversary date, is that your

8    signature approving that?

9          A     Yes.

10         Q     Mr. Fosque again, requesting another

11   day off, is that your signature approving that day

12   off?

13         A     Yes.

14         Q     Mr. Leonard, Roy Leonard, do you know

15   Mr. Leonard?

16         A     Yes.

17         Q     How do you know him?

18         A     I work with him.

19         Q     Was he a catcher on your crew?

20         A     No.

21         Q     What position did he have?

22         A     He was a catcher.

23         Q     But he wasn't on your crew?

24         A     No.

25         Q     Okay.  He's asking for money only for

Walters - Brewer

1    it looks like two days off, and that is not your

2    signature I gather?

3              A    No.

4              Q    All right, he wasn't on your crew,

5    okay.  Mr. Leonard again, anniversary day and a

6    date -- let me just take a look at this, make sure

7    it's not copies of the same thing.  That's a copy of

8    the one we just looked at.

9                   Mr. Richard Satchell, do you know him?

10             A    Yes.

11             Q    And how do you know him?

12             A    He was a member of my crew.

13             Q    A catcher?

14             A    Yes.

15             Q    And he's requesting an anniversary

16   date, it looks like for money only?

17             A    Yes.

18             Q    Is that your signature?

19             A    No.

20             Q    Okay.  Did you approve that he could

21   have money only?

22             A    No.

23             Q    Mr. Satchell again, requesting three

24   weeks' pay on vacation; is that your signature at the

25   bottom?

Walters - Brewer

1       A    No.

2       Q    Did you approve that he could have

3  three weeks' pay?

4       A    No.

5       Q    Mr. Satchell again, is requesting money

6  only for full days, and it says checks for week of

7  June 7; is that your signature approving that?

8       A    Yes.

9       Q    So you approved that one.  Let's go to

10 Mr. Satchell again, is that your signature at the

11 bottom?

12      A    No.

13      Q    Okay.  Did you approve the money only

14 for Mr. Satchell on this day?

15      A    No.

16      Q    Mr. Satchell again, is that your

17 signature at the bottom?

18      A    No.

19      Q    Did you approve the floating holiday

20 for him?

21      A    No.

22      Q    He's requesting the day off, so he

23 didn't work this date and you didn't approve it?

24      A    I couldn't tell you, I wouldn't know.

25 I have to check into my records in order to find out

76

Walters - Brewer

```
 1   whether he worked that day or not.

 2            Q    What records would you check?

 3            A    I check my orders.  Each day of my

 4   orders I write down, I write down the men that work, I

 5   write down the men that don't.

 6            Q    Okay.  Those records that you refer to,

 7   do they have a title of any kind or --

 8            A    It's my orders, my daily orders.

 9            Q    Your daily orders that you get from the

10   company?

11            A    Yes.

12            Q    Okay, and you maintain a copy of those?

13            A    I maintain them.  I maintain them, the

14   original.

15            Q    Oh, okay, the daily records, okay.  And

16   that's what they're called, daily records?

17            A    That's what I call them.

18            Q    Okay.

19            A    It's my daily orders.

20            Q    Daily orders, I'm sorry, daily orders.

21   And you keep them.  So you don't know whether he

22   worked or not, you'd have to check?

23            A    Yes.

24            Q    All right.  Next on Mr. Satchell, is

25   that your signature at the bottom?
```

**A00737**

Walters - Brewer

1      A     Which one are we on here?

2      Q     I'm on the one that bears the date of

3   it looks like 5-23-03.

4      A     Yes.

5      Q     That's your signature at the bottom?

6      A     Yes.

7      Q     And he is requesting full days of pay,

8   it appears to me; is that what it looks like?  He

9   wants both checks?

10     A     Yeah, that's the way it looks.

11     Q     Okay, and you approved that?

12     A     Yes.

13     Q     Next, Jasper Smith, do you know Mr.

14  Smith?

15     A     Yes.

16     Q     How do you know him?

17     A     Member of my crew.

18     Q     Catcher?

19     A     Yes.

20     Q     All right.  He is requesting it says

21  extended period, and then I see two weeks, okay, is

22  that your signature approving his request for time

23  off?

24     A     Yes.

25     Q     Okay.  And two weeks is what he wants,

A00738

Walters - Brewer

1    and that's what you let him have?

2         A    If personnel qualified it, yeah.

3         Q    Okay, but I mean he says extended

4    period, and the date requested July 20, `04, and I see

5    two weeks; that's what he wanted, was two weeks,

6    that's the extended period?

7         A    Yes.

8         Q    Okay.  Next document, is that your

9    signature at the bottom?

10        A    No.

11        Q    Okay, did you approve Mr. Smith having

12   money only for a calendar day?

13        A    No.

14        Q    Mason Tindley, do you know him?

15        A    Yes.

16        Q    Who is Mr. Tindley?

17        A    Catcher in my crew.

18        Q    And he's requesting four weeks of pay,

19   is that right?

20        A    Yes.

21        Q    And is that your signature, along with

22   that of Mr. Walter Brown at the bottom?

23        A    No.

24        Q    Is that Mr. Brown's signature?

25        A    Unknown.

FIRST STATE REPORTING SERVICE        (302) 424-4541
              Pamela C. Washington, RPR
      P.O. Box 99              Milford,

Walters - Brewer

```
 1        Q      What?

 2        A      I could not tell you.

 3        Q      Who is Mr. Brown?

 4        A      Mr. Walter Brown, I'm assuming, as far

 5   as the dates are concerned, this was when I was out on

 6   medical, and possibly Mr. Brown was taking my place.

 7        Q      Oh, I see.  That's right, I forgot you

 8   were out on medical.  Let me just check the dates

 9   here.  Yes, you didn't come back until the 18th, you

10   were out on leave, I see, okay.  Let's go to April

11   `04, is that your signature at the bottom?

12        A      Yes.

13        Q      And this is for Mr. Leon Tucker?

14        A      Yes.

15        Q      Who is Mr. Tucker?

16        A      Catcher in my crew.

17        Q      And he's requesting a day off, is that

18   correct?

19        A      Yes.

20        Q      And you're approving that?

21        A      Yes.

22        Q      All right.  Mr. West, Russell West, do

23   you know Mr. West?

24        A      Yes.

25        Q      Who is he?
```

A00740