**33**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, JR., et al.,            *
                                      *
        Plaintiff,                    *    Civil Action No. 04-414
                                      *
v.                                    *
                                      *
MOUNTAIRE FARMS, INC., et al.         *
                                      *
        Defendants.                   *
_____/

### AFFIDAVIT OF PHILLIP OWEN

**COMES NOW** Phillip Owen, who being duly sworn according to law, hereby deposes and says:

1. I am over twenty-one years of age, of sound mind, and in all respects qualified to make this Affidavit. I have personal knowledge of the facts stated herein.

2. I am Human Resources Director for Mountaire Farms, Inc.

3. In 2004 the average wage for the Crew Leaders was $41,636. Other Mountaire front line supervisors such as the Tray Pack Foreman, Water Treatment Manager, Shipping/Cooler Foreman, Security Manager, and Quality Assurance Supervisor received an average wage of $38,244 in 2004. The Chicken Catchers were paid on a piece-rate basis and received on average $29,161.70 on an annual basis.

_____
Phillip Owen

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, this 29th day of April, 2005.

_____
Notary Public
My Commission Expires:

DEBRA L. JACKSON
NOTARY PUBLIC
STATE OF DELAWARE
COMMISSION EXPIRES 3/15/09

A00887.1