34

**PREMIUM**
**Mountaire**
**Fresh Young Chicken**

HOOSIER STREET
PO BOX 710
SELBYVILLE, DE 19975-0710
(302) 436-8241

**FARM TICKET**

*Garrison*
*Ex # 1*
*few i hubs*

DATE _____

LOT # _____

LOAD # _____

GROWER _____

HOUSES _____

TIME STARTED _____ TIME FINISHED _____ TEMP. _____

TRUCK _____ TRAILER _____ DRIVER _____

NO. OF DOORS

_____ X PER DOOR _____ = _____

_____ X PER DOOR _____ = _____

_____ X PER DOOR _____ = _____

TOTAL _____ AVG. WT. _____

|  | YES | NO |
| --- | --- | --- |
| SIGN PRESENT? | ☐ | ☐ |
| GROWER PRESENT? | ☐ | ☐ |
| DAYS PRIOR TO CATCH? | ☐ | ☐ |
| FIRE FAN USED? | ☐ | ☐ |
| CHICKENS WATERED? | ☐ | ☐ |
| FEEDERS UP? | ☐ | ☐ |
| WATERS UP? | ☐ | ☐ |
| STOVES UP? | ☐ | ☐ |
| FARM DAMAGE? | ☐ | ☐ |

|  | ACCEPT | UNACCEPT |
| --- | --- | --- |
| DRIVE ENTRANCE | ☐ | ☐ |
| HOUSE ENTRANCES | ☐ | ☐ |
| ROADS/LOADING AREA | ☐ | ☐ |

(EXPLAIN) _____

_____

_____

LITTER CONDITION ☐        ☐

(EXPLAIN) _____

_____

_____

_____

BIRDS CONDITION     GOOD  FAIR  POOR
                     ☐     ☐     ☐

CREW LEADER SIGNATURE: _____

WHITE - OFFICE COPY     CANARY - LIVE HAUL COPY     PINK - OFFICE COPY

A00888