35

# MOUNTAIRE LIVE HAUL GUIDELINES

The following information has been gathered from professional literature, experienced crew leaders, and actual observation. This literature will have several parts and is intended to be used as a guideline to establish the most successful live haul program possible. The program will consist of every integral part of the live hauling process.

I. **GROWER'S RESPONSIBILITIES.**

   A. Cull birds during the growing period, and ventilate for good litter condition, and pay close attention to water management, thereby preventing catching delays because of wet floors.

   B. Pick up all dead birds immediately prior to catching crew's arrival.

   C. Raise and secure all equipment to the maximum height at the proper time.

   D. Provide a smooth, hard entrance at each end of the poultry houses. Cement pads are the best solution.

   E. Provide level, hard roads, and loading areas at both ends of the houses, if at all possible.

   F. Cake out wet spots that will hinder forklift travel or the catching procedure.

   G. Report all live haul problems or damage within **48 hours** after removal of the birds to your flock supervisor and/or Karen Bailey.

II. **CREW LEADERS GENERAL DUTIES.**

   A. Arrive on the farm at the correct time.

   B. Divide the house into a minimum of 4 equal sections immediately before the catching process starts. These sections can be divided into smaller sections as you work down the house with catch curtains.

   C. Instruct catchers on the exact number of birds to be placed in each cage compartment. (14, 16, 18, 21, etc.)

   D. Catch all birds in place at night and never move birds into less than 70% of the normal floor space. In walk-out houses never use less than 50% of the available floor space.



 E. Continually observe the uncaught birds and prevent any smothers.

 F. Make sure cages are air stacked uniformly on the trailer.

 G. During the summer make sure all fans are left hanging until all birds have been caught from that area. Fans that are taken down should be placed on the floor and stabilized. These fans should be blowing in the same direction as the hanging fans.

 H. Don't load more than the specified number per door without permission.

 I. Fill out every farm ticket accurately and send every ticket with the driver.

 J. Check with the driver that the load is secure and send the load back to the plant immediately.

## III. CATCHING METHODS - THIS SECTION WILL DESCRIBE THE DIFFERENT CATCHING METHODS.

 A. NIGHT CATCHING

  1. Drive - In's - Birds should be caught in place as much as possible. If any moving of birds is required, no less than 70% of the available floor space should be used. Keep the house as dark as possible to reduce bird movement.

  2. Walk - Out's - Birds can be moved to the front of the house, closer to the doors, but never less than 50% of the normal floor space.

 B. DAY CATCHING

  1. Drive - In's or A Frame Houses

   a. Houses should be caught inside on both sides of the house.

   b. The firefan should be placed at the opposite end of the house exhausting air and the house should be closed up to create a wind tunnel.

   c. The house should be divided into a minimum of 4 large pens with the catch curtains. One curtain must be placed 6-8 feet from the far end to prevent the birds from piling against the end wall. These large pens should be divided into smaller pens as you work down the house.

   d. When working both sides of the houses, the pens should contain approximately 1 cage of birds.

    e. Fans that are taken down should be placed and supported on the floor. These fans should be used to assist the firefan and existing fans. **ALL FANS SHOULD BLOW IN THE SAME DIRECTION!**

    f. Birds should be driven as little as possible to eliminate stress and potential death.

    g. The loaded birds should be wet thoroughly with the high pressure pump provided, when the outside temperature is 80° **or above.**

    h. Make sure the driver leaves the farm immediately and makes no stops.

2. Walk-Outs or Shed Houses.

    a. In this type of house the birds will have to be removed through the doors.

    b. Leave all fans hanging.

    c. Pen the birds to the front of the house making pens as small as possible.

    d. Firefan may blow on the cages and into the house when catching walk-outs.

    e. Wet birds as they are loaded on the truck when the temperature outside is 80° **or higher.**

    f. Secure the load with the driver and send it in immediately.

## IV. TUNNEL VENTILATION

A. All houses up to 16,000 sq. ft. should be tunneled when temperatures exceed 75°. To determine the square footage, multiply the inside width x inside length.

B. Tunneling should be accomplished by placing the firefan at one end of the house, exhausting air. There should be a minimum amount of curtain open.

C. In Houses that exceed 16,000 sq. ft. (500 foot houses) the fan should be used inside blowing behind and across the catchers and chickens. The fan should be moved down the house as you go. The grower fans should always be used to assist and **ALL FANS BLOWING IN THE SAME DIRECTION**.

D. In tunnel ventilated houses the growers tunnel fans should be used and at least ½ the house should be caught. If you change ends the firefan should be brought inside about 25 feet in front of the cool pads and blowing towards the growers tunnel fans.