36

# TUNNEL VENTILATION PROCEDURES

I.   Conventional Houses 400 feet long and below.

II.  Conventional Houses over 400 feet long.

III. Tunnel Houses

IV.  Walk Out Houses

---

I.  Conventional Houses 400 feet and below.

1. Every effort possible should be made to catch the migrated end first.

2. Place firefan at the non loading end of the house.

   A. The fan should be exhausting air, and blowing in the same direction as the growers fans.

   B. Sidewall curtains, doors, and vent boxes should be closed.

   C. If the growers fans are blowing in the wrong direction, the firefan should be placed at the opposite end and blowing in, with the growers fans.

      1. The curtains should be left open in this case.

II  Conventional Houses over 400 feet long.

1. We will not attempt to tunnel ventilate these houses.

2. Every effort possible should be made to catch the migrated end first.

3. If the growers fans are blowing away from the loading end, the firefan should be used inside of the house. Blow the firefan in the same direction as the growers fans and move it down the house as you catch.

4. If the growers fans are blowing towards the loading end, the firefan should be placed at the opposite end door and should be blowing in, with the growers fans.

5. The curtains and doors should be left open.

### III. Tunnel Houses

1. The house must be left in tunnel and you must catch the opposite end from the tunnel fans.

2. The only opening in the house should be the end door at the loading end.

3. It is suggested to remain in full tunnel and do not change ends, especially in houses 400 feet and under.

4. Houses that are exceptionally long, it may be necessary to change loading ends.

5. If the loading end is changed and the tunnel is broken you should do the following before you open the end door at the tunnel fan end:

   a. Place the firefan inside of the house and blow it in the same direction as the tunnel fans. It should be placed approximately 25 feet beyond the cool cell pads.

   b. The end door that you were previously catching from, must be closed.

   c. The doors and curtains should remain closed, except the end door that you are catching from.

### IV Walk Out Houses.

1. Use the firefan where the chickens are being caught. Blow it diagonally down the house and on the cage that is being loaded.

2. Move the fan down the house as you catch.

## CERTIFICATE OF SERVICE

I certify that on May 2, 2005, I caused a copy of the **Appendix To The Opening Brief In Support Of Defendants' Motion For Summary Judgment** to be served by first class mail, postage prepaid, upon the following:

        Jeffrey K. Martin, Esquire
        Timothy J. Wilson, Esquire
        1509 Gilpin Avenue
        Wilmington, DE 19806


*By Th. Holh (#4 4/06)*
for
Matthew F. Boyer (Bar No. 2564)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302)-658-9141

#394397