IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., <br> NATHANIEL BRIDDELL, <br> GEORGE W. FEDDIMAN, <br> JOSEPH GARRISON, <br> LARRY E. GIBBS, <br> ROY H. WALTERS, <br><br> ALL SIMILARLY-SITUATED CURRENT AND FORMER EMLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA, INC., and MOUNTAIRE FARMS OF DELAWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS, INC., <br> MOUNTAIRE FARMS OF <br> DELMARVA, INC., and <br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., all Delaware corporations, <br><br> Defendants. | C.A. NO. 04-0414-KAJ <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR FILING ANSWERING BRIEFS AND REPLY BRIEFS

The parties, by and through their undersigned counsel, hereby agree and stipulate, subject to leave of the Court, to the following:

1. That the deadline for both parties to file their respective Answering Briefs in response to the Opening Briefs in Support of their Motions for Summary Judgment will be extended by one (1) week to Monday, May 23, 2005;

2. That the respective Reply Briefs to same will be due on or before May 30, 2005.

3.  That all other dates in the Scheduling Order entered in this matter will remain the same.

**STIPULATED AND AGREED TO BY:**

MARGOLIS EDELSTEIN                          CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Keri L. Morris/*                       */s/ Ty M. Hall (#4106)*
Keri L. Morris, Esq. (Del. Bar #4656) *for*  Matthew F. Boyer (Del. Bar #2564)
1509 Gilpin Avenue                          The Nemours Building
Wilmington, DE 19806                        1007 N. Orange Street
(302)-777-4680                              P. O. Box 2207
*Attorney for Plaintiffs*                   Wilmington, DE 19899
                                            (302)-884-6585

                                            Arthur M. Brewer *pro hac vice*
                                            SHAWE & ROSENTHAL, LLP
                                            20 S. Charles St., 11th Floor
                                            Baltimore, MD 21201
                                            Telephone: (410)-752-1040
                                            Facsimile: (410)-752-8861

                                            *Attorneys for Defendants*

DATED: May 10, 2005

**SO ORDERED** this _____ day of _____, 2005.

                                            _____
                                            U.S. District Judge Kent A. Jordan