IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA, INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-414-KAJ : |
| MOUNTAIRE FARMS, INC., a Delaware corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware corporation, | : : : : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **23rd** day of **May, 2005**,

IT IS ORDERED that counsel are to keep the Magistrate Judge advised as to any decisions rendered on the outstanding motions.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE