## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, the foregoing Defendants' Answering Brief in Opposition to Plaintiffs' Motion for Summary Judgment was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following::

        Jeffrey K. Martin, Esquire
        1509 Gilpin Avenue
        Wilmington, DE 19806

                              /s/ Matthew F. Boyer
                              Matthew F. Boyer (Bar No. 2564)
                              Connolly Bove Lodge & Hutz LLP
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, DE 19899
                              (302)-884-6585

397590_1