UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., *et al.*, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 04-414-KAJ |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

## APPENDIX TO DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Matthew F. Boyer (De. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *Pro Hac Vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201
Telephone: (410) 752-1040
Facsimile: (410) 752-8861

DATED: May 23, 2005

**APPENDIX**

## TABLE OF EXHIBITS

| PAGE | TITLE | TAB |
|---|---|---|
| B001- B006 | Garrison's Deposition Exhibit 5 – Employee Warning Notice (Disciplinary Actions) | 1 |
| B007 – B012 | Walters' Deposition Exhibit 2 – Employee Warning Notice (Disciplinary Actions) | 2 |
| B013 – B020 | Excerpts from Plaintiff Joseph Garrison's Deposition Transcript | 3 |
| B021-B036 | Excerpts from Plaintiff Larry E. Gibbs' Deposition Transcript | 4 |
| B037 – B046 | Excerpts from Plaintiff Nathaniel Briddell's Deposition Transcript | 5 |
| B047 – B049 | Excerpts from Phil Owen's Deposition Transcript | 6 |
| B050 – B061 | Excerpts from Plaintiff Roy H. Walters' Deposition Transcript | 7 |
| B062 – B065 | Excerpts from Plaintiff Willie Davis' Deposition Transcript | 8 |
| B066 – B076 | Excerpts from Plaintiff William Douglas Lynch's Deposition Transcript | 9 |