# TAB 1

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 6 / 2 / 03

NAME/ NOMBRE: Jasper Smith

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL:

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: __ / __ / __

COMPANY POLICY/ POLITICA DE LA COMPANIA: He should let me no when he take off or call

VIOLATION/ VIOLACION: Jasper was not home when i went to Pick him up or he did not Call

ACTION/ ACCION:   ORAL   1ST/ PRIMERA   (2ND/ SEGUNDA)   FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indicuir el despido.

_Joseph Smith_                                  6/3/03
Employee's Signature/ Firma del empleado        Date/ Fecha

_Joseph Gannon_                                 6-2-03
Supervisor/ Foreman Signature                   Date

_____                  _____
Human Resources Manager's Signature             Date


Garrison
Ex # 5
pew 1/14/05

B001

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 5 / 30 / 03

NAME/ NOMBRE: Jasper Smith

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL:

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: ___/___/___

COMPANY POLICY/ POLITICA DE LA COMPANIA: He should let me no when he take off or call

VIOLATION/ VIOLACION: Jasper was not home when i went to pick him up or he did not call

ACTION/ ACCION:    ORAL    (1ST/ PRIMERA)    2ND/ SEGUNDA    FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indicuir el despido.

Jasper Smith Jr.                               6/3/03
Employee's Signature/ Firma del empleado       Date/ Fecha

Joseph Mannion                                 5-30-03
Supervisor/ Foreman Signature                  Date

_____                _____
Human Resources Manager's Signature            Date

B002



# EMPLOYEE WARNING NOTICE

NAME _Clarence Heath_     DATE _12-23-02_
DEPARTMENT _Live Haul_    ID # _____

DATE OF HIRE _____

WORK RULE _Be work on Time_

VIOLATION

_Clarence was late for work. He came to the second stop but I told him that I did not need him we were just about done. Unexcused_

ACTION   ORAL   1ST   2ND   (3RD)

I HAVE READ AND UNDERSTAND THE ABOVE VIOLATION, I UNDERSTAND THAT DISREGARD OF COMPANY RULES COULD RESULT IN DISCIPLINARY ACTION OR DISCHARGE.

EMPLOYEE SIGNATURE _Refused to Sign 12/27/02 willk___
SUPERVISOR'S SIGNATURE _Joseph Garvin_
HUMAN RESOURCES MANAGER _____

Mountaire Farms of Delmarva, Inc.
P.O. Box 710, Selbyville, Delaware 19975-0710

**Mountaire**
Fresh Young Chicken

## EMPLOYEE WARNING NOTICE

NAME _Clarence Heath_   DATE _10-21-02_
DEPARTMENT _Live Haul_   ID # _____
DATE OF HIRE _____

WORK RULE _____

VIOLATION

_Clarence did not work on this day. Because he said he had something to do. unxc_

ACTION     ORAL     1ST     (2ND)     3RD

I HAVE READ AND UNDERSTAND THE ABOVE VIOLATION. I UNDERSTAND THAT DISREGARD OF COMPANY RULES COULD RESULT IN DISCIPLINARY ACTION OR DISCHARGE.

EMPLOYEE SIGNATURE _He refuse to sign._
SUPERVISOR'S SIGNATURE _Joseph Garrison_
HUMAN RESOURCES MANAGER _____

Mountaire Farms of Delmarva, Inc.
P.O. Box 710, Selbyville, Delaware 19975-0710

B004



# EMPLOYEE WARNING NOTICE

NAME *Clarence Heath*   DATE *10-18-02*
DEPARTMENT *Line Haul*   ID # _____
DATE OF HIRE _____

WORK RULE *Be work on time*

VIOLATION
*Late for work Miss 1 load*

ACTION      ORAL    (1ST)    2ND    3RD

I HAVE READ AND UNDERSTAND THE ABOVE VIOLATION. I UNDERSTAND THAT DISREGARD OF COMPANY RULES COULD RESULT IN DISCIPLINARY ACTION OR DISCHARGE.

EMPLOYEE SIGNATURE *He Refuse sign.*
SUPERVISOR'S SIGNATURE *Joseph Gannon*
HUMAN RESOURCES MANAGER _____

Mountaire Farms of Delmarva, Inc.
P.O. Box 710, Selbyville, Delaware 19975-0710

B005

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 7 / 10 / 02

NAME/ NOMBRE: Clarence Heath

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL:

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: ___/___/___

COMPANY POLICY/ POLITICA DE LA COMPANIA: _____

VIOLATION/ VIOLACION: Clarence did not come to the second stop. left th job unexcused

ACTION/ ACCION:   (ORAL)   1ST/ PRIMERA   2ND/ SEGUNDA   FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podría indicuir el despido.

Clarence Heath                                7/11/02
Employee's Signature/ Firma del empleado       Date/ Fecha

Joseph Garrison                               7-10-02
Supervisor/ Foreman Signature                 Date

_____                       _____
Human Resources Manager's Signature           Date

B006