# TAB 2

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/23/04

NAME/ NOMBRE: Leon Tucker

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line Haul

DATE OF HIRE/ FECHA DE CONTRATACION: __/__/__

COMPANY POLICY/ POLITICA DE LA COMPANIA: call, if not working

VIOLATION/ VIOLACION: No call and no show

ACTION/ ACCION:   ORAL   1ST/ PRIMERA   2ND/ SEGUNDA   (FINAL)

3 days off

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podría indicuir el despido.

Employee's Signature/ Firma del empleado

[signature]
Supervisor/ Foreman Signature

Date/ Fecha: 4-23-04

Human Resources Manager's Signature    Date

Walters
Ex # 2
law 4/15/05

B007

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/21/04

NAME/ NOMBRE: Richard Satchell

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: __/__/__

COMPANY POLICY/ POLITICA DE LA COMPANIA: call, if not working - No time to find someone call late after 10 p.m.

VIOLATION/ VIOLACION: Call to late

ACTION/ ACCION:   ORAL   1ST/ PRIMERA   (2ND/ SEGUNDA)   FINAL
one day off

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podría indicuir el despido.

Employee's Signature/ Firma del empleado            Date/ Fecha

[signature: Roy Watters]
Supervisor/ Foreman Signature                       4-20-04

Human Resources Manager's Signature                 Date

# EMPLOYEE WARNING NOTICE
## *NOTIFICACION DE ADVERTENCIA AL EMPLEADO*

DATE/ *FECHA:* 4/19/04

NAME/ *NOMBRE:* Leon Tucker

SOCIAL SECURITY NUMBER/ *NUMERO DE SEGURO SOCIAL:* 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

DEPARTMENT/ *DEPARTAMENTO:* Line Haul

DATE OF HIRE/ *FECHA DE CONTRATACION:* 2/1/03

COMPANY POLICY/ *POLITICA DE LA COMPANIA:* Call Supervisor if not working

VIOLATION/ *VIOLACION:* 3rd Violation

ACTION/ *ACCION:*    ORAL    1ST/ *PRIMERA*    2ND/ *SEGUNDA*    FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ *He leido la violación mencionada. Entiendo que faltar a las políticas de la compañía puede resultar en acción disciplinaria que podria indicuir el despido.*

Employee's Signature/ *Firma del empleado*    Date/ *Fecha*

Supervisor/ Foreman Signature: Roy Watters    Date: 4-19-04

Human Resources Manager's Signature    Date

B009

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 4/19/04

NAME/ NOMBRE: Edward Massey

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: __/__/__

COMPANY POLICY/ POLITICA DE LA COMPANIA: Call supervisor if not working

VIOLATION/ VIOLACION: Violation #2

ACTION/ ACCION:     ORAL     1ST/ PRIMERA     2ND/ SEGUNDA     FINAL

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podria indicuir el despido.

Employee's Signature/ Firma del empleado

Supervisor/ Foreman Signature

Date/ Fecha: 4-19-04

Human Resources Manager's Signature     Date

# EMPLOYEE WARNING NOTICE
## NOTIFICACION DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 2/13/04

NAME/ NOMBRE: Leon Tucker

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: 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

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: 11-1-03

COMPANY POLICY/ POLITICA DE LA COMPANIA: notify supervisor if not working

VIOLATION/ VIOLACION: did not notify supervisor that he was not working 1-23-04 and 2-13-04

ACTION/ ACCION:    ORAL    1ST/ PRIMERA    2ND/ SEGUNDA    FINAL
1 day off 2-16-04

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las politicas de la compañia puede resultar en acción disciplinaria que podria indicuir el despido.

_[signature]_
Employee's Signature/ Firma del empleado            Date/ Fecha

_[signature]_ Coy Walters
Supervisor/ Foreman Signature                        2-16-04
                                                     Date

Human Resources Manager's Signature                  Date

# EMPLOYEE WARNING NOTICE
## NOTIFICACIÓN DE ADVERTENCIA AL EMPLEADO

DATE/ FECHA: 2/6/04

NAME/ NOMBRE: Bernie Johnson

SOCIAL SECURITY NUMBER/ NUMERO DE SEGURO SOCIAL: ___-__-____

DEPARTMENT/ DEPARTAMENTO: Line haul

DATE OF HIRE/ FECHA DE CONTRATACION: __/__/__

COMPANY POLICY/ POLITICA DE LA COMPANIA: Notify supervisor if not working

VIOLATION/ VIOLACION: said he was driving to farm, but did not show

ACTION/ ACCION:  (ORAL)   1ST/ PRIMERA   2ND/ SEGUNDA   FINAL
none taking at this time

I have read this warning and understand the above violation. I understand that disregard of company policies could result in disciplinary action up to and including discharge./ He leido la violación mencionada. Entiendo que faltar a las políticas de la compañia puede resultar en acción disciplinaria que podría indicuir el despido.

Employee's Signature/ Firma del empleado            Date/ Fecha

Roy Walters
Supervisor/ Foreman Signature                        2-9-04
                                                     Date

_____                           _____
Human Resources Manager's Signature                  Date

B012