# TAB 8

ORIGINAL

```
          IN THE UNITED STATES DISTRICT COURT
          IN AND FOR THE DISTRICT OF DELAWARE


WILLIE DAVIS, JR.                    )
NATHANIEL BRIDDELL,                  )
GEORGE W. FEDDIMAN,                  )
JOSEPH GARRISON,                     )
LARRY E. GIBBS,                      )
ROY H. WALTERS,                      )
ALL SIMILARLY-SITUATED CURRENT       )
AND FORMER EMPLOYEES OF              )
MOUNTAIRE FARMS, INC.,               )
MOUNTAIRE FARMS OF DELMARVA,         )
INC., and MOUNTAIRE FARMS OF         )
DELAWARE, INC.,                      )
              Plaintiffs,            )
     -vs-                            )   C.A. No. 04-0414
                                     )
MOUNTAIRE FARMS, INC.,               )
MOUNTAIRE FARMS OF                   )
DELMARVA, INC., and                  )
MOUNTAIRE FARMS OF DELAWARE,         )
INC., all Delaware corporations)
              Defendants.            )
                          - - - - - -
          Deposition of WILLIE DAVIS, taken before
Pamela C. Washington, Registered Professional Reporter
and Notary Public, at the law offices of Young,
Conaway, Stargatt & Taylor, 110 West Pine Street,
Georgetown, Delaware, on March 15, 2005, beginning at
10:00 a.m.
                          - - - - - -

APPEARANCES:

     On behalf of the Plaintiffs:
       Margolis Edelstein
       BY:  JEFFREY K. MARTIN, ESQ.
       and  KERI WILLIAMS, ESQ.
       1509 Gilpin Avenue
       Wilmington, Delaware 19806

     On behalf of the Defendant:
       Shawe & Rosenthal
       BY:  ARTHUR M. BREWER, ESQ.
       and  LAURA PIERSON SCHEINBERG, ESQ.
       20 South Charles Street
       Baltimore, Maryland  21201
```

FIRST STATE REPORTING SERVICE          (302) 424-4541
                    Pamela C. Washington, RPR
     P.O. Box 99              Milford, Delawar

1  didn't pay any attention.
2       Q   Okay. So you might have been, but you
3  just don't remember?
4       A   No.
5       Q   Okay.
6       A   I wasn't interested in it.
7       Q   Okay, that's fine. What I'm going to
8  ask you to do, sir, is look at the complaint in this
9  case. Let's see, what time is it? I'm almost
10 finished, so why don't we do this: This is the
11 complaint that was filed in this case, sir, that's
12 Number 16 for Mr. Garrison's deposition.
13      I'd ask you to go to page 3, number 23,
14 and that says that the defendant, being Mountaire,
15 followed and continues to follow a corporate policy
16 and/or practice that requires/required plaintiffs to
17 submit a daily time sheet broken down for each day of
18 the week, okay? Was the time sheet that's being
19 referred to here, if you know, the time sheet that you
20 kept for the catchers?
21      A   It was kept for the time that we would
22 start catching on the farm until the time that we
23 finished catching.
24      Q   Okay, and that was for the catchers'
25 time? You were maintaining the time that the catchers

Davis - Brewer                                                    41

1   worked?
2       A    Pretty much so, yes.
3       Q    You weren't maintaining time that you
4   worked?
5       A    No.
6       Q    Okay. Go to the next page, please, and
7   look at paragraph 26. I'll let you take a minute and
8   read that. Just let me know when you have had a
9   chance to read it.
10      A    Yes.
11      Q    Okay. Did you ever take a half a day
12  or something less than a full day off from work from
13  the time you first became employed until the time you
14  quit?
15      A    From the time that I was employed to
16  the time I quit?
17      Q    Yes.
18      A    I was -- I had to go to the hospital
19  and I spent -- I was out of work there for about
20  pretty close to two weeks.
21      Q    Okay, that's a full day; did you ever
22  take any half days off?
23      A    No, no, no, sir.
24      Q    Okay, thank you. Can you take a look
25  at the next page? I'm sorry, the page after that.

FIRST STATE REPORTING SERVICE          (302) 424-4541
                        Pamela C. Washington, RPR
P.O. Box 99             Milford, Delaware

Davis - Brewer                                                45

```
 1      Q    Okay.  Who was driving the car?
 2      A    I could not -- well, I couldn't -- I'm
 3  not going to sit here and say I know who was driving
 4  the car.  I know it was Mountaire's car.
 5      Q    How did you know that?
 6      A    Because I know, I knew Mountaire's
 7  cars.
 8      Q    How do you know Mountaire's cars?
 9      A    Because of their shape, the type of
10  vehicle they are.
11      Q    What type are they?
12      A    The Ford Crowns.
13      Q    Crown Victoria's?
14      A    Yeah.  And myself and Roy Walters, and
15  I don't recall whether it was Mr. Martin or Anthony
16  and one more of the crew leaders was standing in the
17  yard when I pointed it out.
18      Q    Mountaire isn't the only company that
19  has Crown Victoria's, are they?
20      A    I didn't say, but I'm just saying I
21  know Mountaire's car.  I knew that was Mountaire's
22  car, I know that.
23      Q    How did you know it?
24      A    Because I know it was Mountaire's car.
25  In other words, I know Mountaire's car when I see it.
```

FIRST STATE REPORTING SERVICE          (302) 424-4541
                      Pamela C. Washington, R
     P.O. Box 99            Milford, Delaw