## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, the foregoing Appendix to Defendants' Answering Brief in Opposition to Plaintiffs' Motion for Summary Judgment was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following::

>   Jeffrey K. Martin, Esquire
>   1509 Gilpin Avenue
>   Wilmington, DE 19806

>   /s/ Matthew F. Boyer
>   _____
>   Matthew F. Boyer (Bar No. 2564)
>   Connolly Bove Lodge & Hutz LLP
>   1007 North Orange Street
>   P.O. Box 2207
>   Wilmington, DE 19899
>   (302)-884-6585

397591_1