## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Reply Brief in Support of Their Motion for Summary Judgment was served electronically, on this May 31, 2005, to:

>Jeffrey K. Martin, Esquire
>1509 Gilpin Avenue
>Wilmington, DE  19806
>
>/s/
>Matthew F. Boyer

13