## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for Reargument was served electronically, on this July 27, 2005, to:

Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806

_____
Matthew F. Boyer