IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., <br> NATHANIEL BRIDDELL, <br> JOSEPH GARRISON, <br> LARRY E. GIBBS, <br> ROY H. WALTERS, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS, INC., <br> MOUNTAIRE FARMS OF <br> DELMARVA, INC., and <br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., all Delaware corporations, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-0414(KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Willie Davis, Jr., Nathaniel Briddell, Joseph Garrison, Larry E. Gibbs and Roy H. Walters, hereby appeal to the United States Court of Appeals for the Third Circuit from and Order denying Plaintiffs' Motion for Reargument entered in this action on the 29th day of July, 2005.

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
302-777-4680
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiffs

Dated: August 23, 2005