IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., <br> NATHANIEL BRIDDELL, <br> JOSEPH GARRISON, <br> LARRY E. GIBBS, <br> ROY H. WALTERS, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIRE FARMS, INC., <br> MOUNTAIRE FARMS OF <br> DELMARVA, INC., and <br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., all Delaware corporations, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-0414(KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on August 23, 2005, I electronically filed *Notice of Appeal* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

Matthew F. Boyer, Esquire (#2564)
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899

Arthur M. Brewer, Esquire
Laura Pierson Scheinberg, Esquire
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 South Charles Street
Baltimore, MD  21201

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806