OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4952

August 25, 2005

## NOTICE OF DOCKETING OF APPEAL

**Davis**
**v.**
**Mountaire Farms Inc.**
**No.: 04-cv-414**

**(Honorable Kent A. Jordan**

An appeal by **Willie Davis., Jr., Nathaniel Briddell, Joseph Garrison, Larry E. Gibbs and Roy H. Walters** was filed in the above-caption case on **08/23/05,** and docketed in this Court on **08/24/05,** at No. **05-3982**.

Kindly use the Appeals Docket No. **05-3982** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **Carmen M. Hernandez** at CarmenM_Hernandez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**