UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIE DAVIS, JR.** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No. 04-414** |
| **MOUNTAIRE FARMS** | * | |
| **Defendant.** | * | |
| _____/ | | |

## ORDER

Upon consideration of the Parties Proposed Scheduling Order, and for good cause shown, it is this \_\_\_\_\_ day of _____, 2006, hereby ORDERED that it be GRANTED and further ordered that the Scheduling Order deadlines be modified as follows:

| | |
|---|---|
| Motion for Partial Summary Judgment | September 15, 2006 |
| Plaintiff Response | In compliance with the local rules |
| Pretrial Order | December 1, 2006 |
| Pretrial Conference | January \_\_, 2007 |
| Trial | _____, 2007 |

_____
United States District Judge Jordan

Copies to:    Counsels of record

Doc #138761