IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendants. | * | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the Defendants move the Court to grant partial summary judgment in their favor and against the Plaintiffs for the reasons set forth in the accompanying Opening Brief in Support of Defendants' Motion for Partial Summary Judgment.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

Matthew F. Boyer (Del. Bar No. 2564)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302)-884-6585

Arthur M. Brewer *pro hac vice*
Laura A. Pierson Scheinberg, *pro hac vice pending*
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
(410)-752-1040

*Attorneys for Defendants*

DATED: September 15, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants'

Motion For Partial Summary Judgment was served electronically, on this September 15,

2006, to:

>     Jeffrey K. Martin, Esquire
>     1509 Gilpin Avenue
>     Wilmington, DE  19806


/s/
_____
Matthew F. Boyer