IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., <br>     Plaintiffs, <br> v. <br><br> MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, <br>     Defendants. | * * * * * * * * * * * * * * * * * * * * <br><br> Civil Action No. 04-414 – KAJ |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA A. PIERSON SCHEINBERG PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached Certification, the undersigned counsel moves for the admission *pro hac vice* of Laura A. Pierson Scheinberg, Esquire (the "Admittee"), of Shawe & Rosenthal, LLP, 20 S. Charles Street, Baltimore, MD 21201, to represent Defendants Mountaire Farms, Inc., Mountaire Farms of Delmarva, Inc. and Mountaire Farms of Delaware, Inc. in the above-captioned case.

/s/ Matthew F. Boyer
_____
Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1220 Market Street
P. O. Box 2207
Wilmington, DE 19899
(302) 884-6585
*Attorney for Defendants*

Dated: September 15, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary and course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                           Laura A. Pierson Scheinberg
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201
(410) 752-1040

Dated: September 14, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Motion for Admission *Pro Hac Vice* for Laura A. Pierson Scheinberg Pursuant to Local District Court Rule 83.5 was served electronically, on this September 15, 2006, to:

>Jeffrey K. Martin, Esquire
>1509 Gilpin Avenue
>Wilmington, DE  19806

_____
Matthew F. Boyer