IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 04-414-KAJ |
| | : |
| MOUNTAIRE FARMS, INC., a Delaware corporation, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **25th** day of **September, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, October 12, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE