IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendants. | * | |

**STIPULATION AND ORDER TO EXTEND TIME
IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT</u>**

The parties, by and through their undersigned counsel, hereby agree and stipulate, subject to leave of the Court, that an Order be signed granting Plaintiffs' counsel an extension of time in which to respond to Defendants' Motion For Partial Summary Judgment to October 13, 2006:

1.  Defendants electronically filed their Motion For Partial Summary Judgment on September 15, 2006 as evidenced by the Notice of Electronic Filing.

2. Plaintiffs' counsel regrets to advise this Court that he was only made aware of the filing of the Motion late in the day September 26, 2006.

3. The Plaintiffs' response to Defendants' Motion For Partial Summary Judgment is due September 29, 2006.

4. Plaintiffs' counsel contacted Defense counsel who agreed to stipulate to an extension of time in which to respond to October 13, 2006.

5. Counsel respectfully requests that this Order for an extension of time be granted.

MARGOLIS EDELSTEIN                              CONNOLLY BOVE LODGE & HUTZ LLP


/s/ Jeffrey K. Martin                             /s/ Matthew F. Boyer
Jeffrey K. Martin (Del. Bar No. 2407)             Matthew F. Boyer (Del. Bar No. 2564)
1509 Gilpin Avenue                                The Nemours Building
Wilmington, DE 19806                              1007 N. Orange Street
(302)-777-4680                                    P. O. Box 2207
*Attorney for Plaintiffs*                         Wilmington, DE 19899
                                                  (302)-884-6585

                                                  Arthur M. Brewer *pro hac vice*
                                                  SHAWE & ROSENTHAL, LLP
                                                  20 S. Charles St., 11th Floor
                                                  Baltimore, MD 21201
                                                  Telephone: (410)-752-1040
                                                  Facsimile: (410)-752-8861
                                                  *Attorneys for Defendants*

DATED: September 27, 2006


SO ORDERED this _____ day of _____, 2006.


_____
U.S. District Judge Kent A. Jordan