IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Equire, do hereby certify that on September 27, 2006, I electronically filed *Stipulation And Order to Extend Time in Which to Respond to Defendants' Motion For Partial Summary Judgment* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Matthew F. Boyer, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Arthur M. Brewer, Esquire
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 South Charles Street
Baltimore, MD 21201

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin (Del. Bar No. 2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302)-777-4680
*Attorney for Plaintiffs*

/s/ Matthew F. Boyer
Matthew F. Boyer (Del. Bar No. 2564)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302)-884-6585

Arthur M. Brewer *pro hac vice*
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone: (410)-752-1040
Facsimile: (410)-752-8861
*Attorneys for Defendants*

DATED: September 27, 2006