IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, JOSEPH GARRISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on October 13, 2006, I electronically filed with the Clerk of the Court Plaintiffs' Answering Brief In Opposition To Defendants' Motion For Partial Summary Judgment and Appendix thereto using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

Matthew F. Boyer, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Arthur M. Brewer, Esquire
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 South Charles Street
Baltimore, MD 21201

**MARGOLIS EDELSTEIN**


/s/ Jeffrey K. Martin
Jeffrey K. Martin (Del. Bar No. 2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302)-777-4680
Attorney for Plaintiffs