## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, Matthew F. Boyer, an attorney for Defendants, hereby state that the parties made reasonable efforts to reach an agreement on the matters set forth in MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT. Specifically, Mr. Brewer, Ms. Scheinberg, and I each made telephonic requests to Mr. Martin regarding the request for an extension. Mr. Martin declined to agree, citing client concerns.

Date: October 18, 2006

_____
Matthew F. Boyer (No. 2564)