## IN THE UNITED STATED DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, JOSEPH GARRISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – KAJ |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Equire, do hereby certify that on October 19, 2006, I electronically filed Plaintiffs' Response To Defendants' Motion To Extend Time In Which To Respond To Plaintiffs' Answering Brief In Opposition To Defendants' Motion For Partial Summary Judgment with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Matthew F. Boyer, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Arthur M. Brewer, Esquire
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 South Charles Street
Baltimore, MD  21201


MARGOLIS EDELSTEIN


/s/ Jeffrey K. Martin_____
Jeffrey K. Martin (Del. Bar No. 2407)
1509 Gilpin Avenue
Wilmington, DE  19806
(302)-777-4680
*Attorney for Plaintiffs*