Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, et al.        )
v.                          )    Civil Action No.  04-414-KAJ
MOUNTAIRE FARMS, INC., et al. )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Eric Hemmendinger__ to represent __all Defendants__ in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number)  Matthew Boyer, Bar # 2564
(Movant's Address)   1007 N. Orange Street, Wilmington, DE 19899
(Movant's Telephone Number)   (302) 658-9141

Attorney for: __all Defendants__

Date: __Jan. 8, 2007__

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                             United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Maryland__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: __Jan. 8, 2006__

(Applicant's Address) Shawe & Rosenthal, LLP
                      20 S. Charles Street, 11th Floor
                      Baltimore, MD 21201

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, the foregoing Motion for Admission *Pro Hac Vice* for Eric Hemmendinger was filed and served electronically with the Clerk of Court using CM/ECF:

**BY CM/ECF:**
Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE  19806

Matthew F. Boyer (Bar No. 2564)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302)-884-6585

514541_1