IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC., | * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-414 – *** |
| v. | * * | |
| MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation, | * * * * * * * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Joint Status Report was served electronically, on January 10, 2007 on the following attorneys of record:

Matthew F. Boyer
CONNOLLY BOVE LODGE
 & HUTZ, LLP
1220 Market Street
P. O. Box 2207
Wilmington, DE  19899

Arthur M. Brewer
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD  21201


__/s/ Jeffrey K Martin_____
Jeffrey K. Martin (#2407)
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE  19806