IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-414-*** |
| | : | |
| MOUNTAIRE FARMS, INC., a Delaware corporation, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **17th** day of **January, 2007.**

IT IS ORDERED that the pretrial and trial dates are canceled as a result of the January 16, 2007 status conference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE