

20 S. Charles Street
11th Floor
Baltimore, MD 21201
**P:** 410-752-1040
**F:** 410-752-8861

**shawe.com**

Electronic Letterhead

January 17, 2007

**Eric Hemmendinger**
eh@shawe.com
410-843-3457

The Honorable Mary Pat Thynge
Magistrate Judge
United States District Court for the District of Delaware
U. S. Courthouse
844 King Street
Wilmington, DE  19801

**Re:   Davis, et al. v. Mountaire Farms, Inc., et al.
       U.S. District for the District of Delaware
       Civil Action No. 04-414-KAJ**

Dear Judge Thynge:

This is to report that the parties did not consent to Magistrate Judge jurisdiction pursuant to Rule 73.

Respectfully,

SHAWE & ROSENTHAL, LLP

|S|


Eric Hemmendinger

EH/taw

cc:    Jeffrey K. Martin, Esq., Margolis Edelstein
       Matthew Boyer

147611