

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 FEB -7 PM 1:57

SS

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

Email: jmartin@martinandwilson.com

February 5, 2008

**VIA US MAIL**

Clerk of the Court
J. Caleb Boggs Federal Building
844 N King St
Wilmington, DE 19801

RE: **DAVIS v MOUNTAIRE FARMS and WESTON v. MOUNTAIRE FARMS**
C.A. No.: 04-0414 and C.A. No.: 07-00052
          GMS                    SLR

Dear Clerk of the Court:

I would like to respectfully request that the two above-captioned matters be assigned to the same Judge because they involve virtually identical issues.

Thank you for your time and consideration.

Respectfully yours,

JEFFREY K. MARTIN

286579



$0.410
US POSTAGE
FIRST-CLASS
FROM 19806
FEB 05 2008
stamps.com



MARTIN & WILSON, P.A.
1508 PENNSYLVANIA AVENUE
WILMINGTON, DE 19806

Clerk of the Court
J. Caleb Boggs Federal Building
844 N King St
Wilmington DE 19801-3519