IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-414-SLR |
| | ) |
| MOUNTAIRE FARMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# O R D E R

At Wilmington this 18th day of March, 2008, having conferred with counsel;

IT IS ORDERED that:

1. The above captioned matter is hereby referred to a Magistrate Judge, pursuant to 28 U.S.C. § 636(b), for purposes of exploring ADR.

2. Motions in limine shall be filed on or before **July 14, 2008,** with responses due on or before **July 21, 2008.**

3. The parties' proposed stipulated pretrial order, voir dire, and preliminary and final jury instructions shall be filed on or before **July 21, 2008.**

4. The pretrial conference shall be conducted on **July 28, 2008 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

5. A jury trial shall commence on **August 11, 2008.** The parties shall be assigned a certain number of trial hours in which to present their respective cases to

the jury.

_____
United States District Judge