IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 04-414-SLR |
| | : |
| MOUNTAIRE FARMS, INC., a Delaware corporation, et al., | : |
| | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **27th** day of **March, 2008**.

IT IS ORDERED that the teleconference scheduled for Thursday, April 3, 2008 at 1:30 p.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation has been rescheduled to **Thursday, April 17, 2008 at 9:00 a.m. Plaintiffs' counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE