IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., | * |
| Plaintiffs, | * |
| v. | *   Civil No 04-414-SLR |
| MOUNTAIRE FARMS, INC., et al., | * |
| Defendants. | * |

**ORDER**

The Court, having considered the Defendants' Unopposed Motion to Change Trial Date dated April 10, 2008, hereby grants the Motion. The Order in this case dated March 18, 2008 (D.I. 91) remains in effect except that the jury trial shall commence on August 4, 2008.

_____
United States District Judge