IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-414-SLR |
| | ) |
| MOUNTAIRE FARMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 17th day of April, 2008, having conferred with counsel and at their request;

IT IS ORDERED that the trial date in the above captioned case shall be changed to the week of August 4, 2008. More specifically, jury selection shall be conducted on **August 5, 2008,** with trial to be conducted on **August 6 - 8, 2008.** The other provisions of the court's March 18, 2008 scheduling order remain in effect.

_____
United States District Judge