## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., | : |
| Plaintiffs, | : : : |
| v. | :   Civil Action No. 04-414-SLR |
| MOUNTAIRE FARMS, INC., a Delaware corporation, et al., | : : : |
| Defendants. | : |

## **ORDER**

At Wilmington this **19th** day of **June, 2008.**

IT IS ORDERED that after reviewing the mediation statements submitted by counsel, Judge Thynge has cancelled the mediation scheduled for Tuesday, June 24, 2008 at 10:00 a.m.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE