IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, ) <br> GEORGE W. FEDDIMAN, JOSEPH GARRISON, ) <br> LARRY E. GIBBS and ROY H. WALTERS, ) <br> ) <br> ALL SIMILARLY-SITUATED CURRENT AND ) <br> FORMER EMLOYEES OF MOUNTAIRE ) <br> FARMS, INC., MOUNTAIRE FARMS OF ) <br> DELMARVA, INC., and MOUNTAIRE FARMS ) <br> OF DELAWARE, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MOUNTAIRE FARMS, INC., ) <br> MOUNTAIRE FARMS OF DELMARVA, INC., ) <br> and MOUNTAIRE FARMS OF ) <br> DELAWARE, INC., all Delaware corporations, ) <br> ) <br> Defendants. ) | C. A. NO. 04-0414-SLR <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION |

## ORDER

At Wilmington, Delaware this _____ day of _____, 2008,

After consideration of Plaintiffs' Motion To Revoke The *Pro Hac Vice* Motion Of Arthur M. Brewer, Esquire As Trial Counsel,

**IT IS HEREBY ORDERED** that Arthur M. Brewer, Esquire's *Pro Hac Vice* admission in this Court is hereby revoked.

_____
                                                                J.

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, )<br>GEORGE W. FEDDIMAN, JOSEPH GARRISON, )<br>LARRY E. GIBBS and ROY H. WALTERS,   )<br>                                      )<br>ALL SIMILARLY-SITUATED CURRENT AND    )<br>FORMER EMLOYEES OF MOUNTAIRE          )<br>FARMS, INC., MOUNTAIRE FARMS OF       )<br>DELMARVA, INC., and MOUNTAIRE FARMS   )<br>OF DELAWARE, INC.,                    )<br>                                      )<br>            Plaintiffs,               )<br>                                      )<br>      v.                              )<br>                                      )<br>MOUNTAIRE FARMS, INC.,                )<br>MOUNTAIRE FARMS OF DELMARVA, INC.,    )<br>and MOUNTAIRE FARMS OF                )<br>DELAWARE, INC., all Delaware corporations, )<br>                                      )<br>            Defendants.               ) | C. A. NO. 04-0414-SLR<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## ORDER

At Wilmington, Delaware this _____ day of _____, 2008,

After consideration of Plaintiffs' Motion To Revoke The *Pro Hac Vice* Motion Of Arthur M. Brewer, Esquire As Trial Counsel,

**IT IS HEREBY ORDERED** that local counsel be present and sitting at counsel table at all times during trial of the above-captioned matter and that local counsel participate in all communications with the Court prior to, during and subsequent to trial of this matter.

_____
                                                                    J.