IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-414-SLR |
| | ) |
| MOUNTAIRE FARMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 3rd day of July, 2008, having reviewed plaintiffs' motion to revoke the pro hac vice admission of counsel for defendants (D.I. 101);

IT IS ORDERED that, given the age of the case and the August trial date, I will not deprive defendants of their counsel and, in turn, deprive plaintiffs of their trial date. To the extent plaintiffs seek this relief, their motion is denied. However, defendants shall respond timely to the contention that they used a falsehood in order to thwart the good faith efforts of plaintiffs to settle this litigation. If the court finds this to be the case, sanctions shall be imposed and local counsel should expect to participate actively in the trial. The matter shall be addressed at the July 28, 2008 pretrial conference.

_____
United States District Judge