# EXHIBIT 1



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
foley.com

June 14, 2008

CLIENT/MATTER NUMBER
059080-0102

**VIA FEDERAL EXPRESS**

Cher Vink
36554 Purnell Crossing Road
Willard, Maryland 21875

Re: *Link Snacks, Inc. et al. v. Jay E. Link v. Link Buildings, Inc. et al.*
Case No. 2005 CV 127

Dear Ms. Vink:

Enclosed please find a subpoena *ad testificandum* issued to you in the above-captioned matter. The subpoena requires your presence at the Washburn County Circuit Courthouse, 10 Fourth Avenue, Shell Lake, Wisconsin 54871, on June 23, 2008 at 1:00 p.m. to give testimony in the trial of this matter. If you have any questions, please contact me.

Very truly yours,

Brian E. Cothroll

Enclosure

cc: Michael J. Aprahamian

STATE OF WISCONSIN          CIRCUIT COURT          WASHBURN COUNTY

LINK SNACKS, INC., et al.

      Plaintiffs/Counter-Defendants,

vs.

JAY E. LINK,

      Defendant/Counter-Plaintiff,

vs.

LINK BUILDINGS, INC., et al.

      Third Party Defendants.

Case No.    2005 CV 127
Case Code No.  30701

Hon. Eugene D. Harrington

## SUBPOENA *AD TESTIFICANDUM*

STATE OF WISCONSIN
WASHBURN COUNTY

TO:  Cher Vink
      36554 Purnell Crossing Road
      Willard, Maryland 21875

      Pursuant to Section 805.07 of the Wisconsin Statutes, you are hereby commanded to appear in person before the Washburn County Circuit Court, State of Wisconsin, 10 Fourth Avenue, Shell Lake, Wisconsin 54871, on June 23, 2008, at 1:00 p.m., to give evidence in the above-captioned action between Link Snacks, Inc., John E. Link, Troy J. Link, and others against Jay E. Link.

      Failure to appear may result in punishment for contempt, which may include monetary penalties, imprisonment, and other sanctions.

MILW_7123631.1

Issued this 14th day of June, 2008.

By: _____
Thomas O. Mulligan (WBN 1013152)
THOMAS O. MULLIGAN LAW OFFICES
902 River Street
Post Office Box 457
Spooner, Wisconsin 54801-0457
(715) 635-8004
(715) 635-6881  Facsimile

Michael J. Aprahamian (WBN 1020115)
Brian E. Cothroll (WBN 1045548)
Brian P. Keenan (WBN 1056525)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-5306
(414) 297-5516 (MJA)
(414) 297-5567 (BEC)
(414) 319-7338 (BPK)
(414) 297-4900  Facsimile

*Attorneys for Jay E. Link*