IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARRISON, LARRY E. GIBBS and ROY H. WALTERS, <br><br>ALL SIMILARLY-SITUATED CURRENT AND FORMER EMLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA, INC., and MOUNTAIRE FARMS OF DELAWARE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA, INC., and MOUNTAIRE FARMS OF DELAWARE, INC., all Delaware corporations, <br><br>Defendants. | C. A. NO. 04-0414-SLR <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION |

## DEFENDANTS' PROPOSED VERDICT FORM

1. As to each Plaintiff, did the Defendant prove that the Plaintiff was an employee who has the authority to hire or fire other employees or whose suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees are given particular weight?

Place an X in your answers

| | | |
|---|---|---|
| Joseph Garrison | Yes___ | No___ |
| Nathaniel Briddell | Yes___ | No___ |
| Willie Davis, Jr. | Yes___ | No___ |
| Roy H. Walters | Yes___ | No___ |
| Larry E. Gibbs | Yes___ | No___. |

If you answered question 1 "Yes" as to any Plaintiff, do not answer the following questions as to that Plaintiff.

If you answered question 1 "No" as to any Plaintiff, answer the following questions as to that Plaintiff.

2. As to each Plaintiff, do you find that each Plaintiff has proved that Defendant committed a willful violation of the Fair Labor Standards Act?

| | | |
|---|---|---|
| Joseph Garrison | Yes___ | No___ |
| Nathaniel Briddell | Yes___ | No___ |
| Willie Davis, Jr. | Yes___ | No___ |
| Roy H. Walters | Yes___ | No___ |
| Larry E. Gibbs | Yes___ | No___. |

3. How many hours per week did each Plaintiff work on the average?

| | |
|---|---|
| Joseph Garrison | ___ |
| Nathaniel Briddell | ___ |
| Willie Davis, Jr. | ___ |
| Roy H. Walters | ___ |
| Larry E. Gibbs | ___ |

181712