IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, )<br>GEORGE W. FEDDIMAN, JOSEPH GARRISON, )<br>LARRY E. GIBBS and ROY H. WALTERS, )<br>)<br>ALL SIMILARLY-SITUATED CURRENT AND )<br>FORMER EMLOYEES OF MOUNTAIRE )<br>FARMS, INC., MOUNTAIRE FARMS OF )<br>DELMARVA, INC., and MOUNTAIRE FARMS )<br>OF DELAWARE, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MOUNTAIRE FARMS, INC., )<br>MOUNTAIRE FARMS OF DELMARVA, INC., )<br>and MOUNTAIRE FARMS OF )<br>DELAWARE, INC., all Delaware corporations, )<br>)<br>Defendants. ) | C. A. NO. 04-0414-SLR<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## PLAINTIFFS' PROPOSED VERDICT FORM

    1.    As to each Plaintiff, did the Defendant prove that the Plaintiff is/was an employee who has/had the authority to hire or fire other employees or whose suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees is/are given particular weight?

    Place an X in your answers

| | | |
|---|---|---|
| Joseph Garrison | Yes _____ | No_____ |
| Nathaniel Briddell | Yes _____ | No_____ |
| Willie Davis, Jr. | Yes _____ | No_____ |
| Roy H. Walters | Yes _____ | No_____ |
| Larry E. Gibbs | Yes _____ | No_____ |

    If you answered question 1 "Yes" as to any Plaintiff, do not answer the following questions as to that Plaintiff.

If you answered question 1 "No" as to any Plaintiff, answer the following questions as to that Plaintiff.

2. How many hours per week did each Plaintiff work (to include transportation time and farm time) on the average?

| Joseph Garrison | |
| --- | --- |
| Nathaniel Briddell | |
| Willie Davis, Jr. | |
| Roy H. Walters | |
| Larry E. Gibbs | |