IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE DAVIS, JR., et al | * | |
| Plaintiffs, | * | |
| v. | * | Civil No 04-414-SLR |
| MOUNTAIRE FARMS, INC., et al | * | |
| Defendant. | * | |

**OBJECTIONS DURING VIDEO DEPOSITION OF DOUGLAS LYNCH**

Pursuant to the pretrial conference, a highlighted transcript of the video deposition of Douglas Lynch is submitted herewith.

1. Tr. 7-8 was edited to reflect the Court's ruling granting Plaintiffs' objection to DX 6.

2. With respect to the highlighted portions at Tr. 29, 30, 31, 34, 35, 42, 43, Defendant objects to Plaintiffs' questions concerning the salaried status of the Crew Leaders.

3. At Tr. 39-40, Defendant objects to the question about illegal aliens working for the Company.

Respectfully submitted,

/s/ Matthew F. Boyer

Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1220 Market Street
P. O. Box 2207
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *Pro Hac Vice*)
Eric Hemmendinger (admitted *Pro Hac Vice)*
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD  21201
(410) 752-1040