IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIE DAVIS, JR., et al** | * | |
| **Plaintiffs,** | * | |
| v. | * | **Civil No 04-414-SLR** |
| **MOUNTAIRE FARMS, INC., et al** | * | |
| **Defendant.** | * | |

**PARTIES' RESPONSE REGARDING PRELIMINARY INSTRUCTION**

The parties have conferred concerning two issues raised in the Pretrial Conference and have the following response:

1. The parties agree that the summary of the issues in the preliminary instruction (at 4) should use the entire "hire and fire test" rather than an abbreviated version. The instruction thus would read:

> You must determine whether plaintiffs were individuals who had the authority to hire or fire other employees or whose suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees were given particular weight. (29 C.F.R. § 541.100)

2. The parties agree that the preponderance of the evidence instruction applies to all questions of fact, including the issue of a willful violation.

Defendant's counsel is authorized to state that this response speaks for all parties.

Respectfully submitted,

*/s/ Timothy M. Holly*
Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1220 Market Street
P. O. Box 2207
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *Pro Hac Vice*)
Eric Hemmendinger (admitted *Pro Hac Vice)*
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040