IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC.,<br>Plaintiffs,<br>v.<br><br>MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation,<br>Defendants. | Civil Action No. 04-414 – SLR |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Max B. Walton, Esquire, on behalf of defendants, Mountaire Farms, Inc. and Mountaire Farms of Delaware, Inc.

_/s/ Timothy M. Holly_
Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
Max B. Walton (Del. Bar No. 3876)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 252-4217

Arthur M. Brewer (admitted *pro hac vice*)
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040

Attorneys for Defendants

DATED: July 31, 2008

CBLH: 626519