# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Timothy M. Holly
**DIRECT DIAL**: (302)-252-4217
**DIRECT FAX**:  (302)-658-0380
**EMAIL**:       tholly@cblh.com
**REPLY TO**:    Wilmington Office

July 31, 2008

**BY E-FILE-CMECF**
The Honorable Sue L. Robinson
U.S. District Court for the
 District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE  19801

      RE:   Davis v. Mountaire Farms, Inc.  C.A. No. 04-414-SLR

Dear Judge Robinson:

     As the Court is aware, I had planned to attend the trial in place of Matthew F. Boyer. However, a family emergency arose yesterday, which requires my presence in Ohio during the scheduled trial.  Today we entered the appearance of Max. B. Walton (Del. Bar No. 3876).  Mr. Walton will attend as Delaware counsel on behalf of the defendant.  This change impacts the third paragraph of the Voir Dire, which should now read in substantive part, "With them is Max B. Walton, of Connolly, Bove, Lodge & Hutz LLP."  We apologize for any distraction this change may present.

                                Respectfully,

                                Timothy M. Holly

cc: Jeffrey K. Martin, Esquire

TMH/cp
626529