# EXHIBIT 2

Westlaw.

29 U.S.C.A. § 260

Page 1

**Effective:[See Text Amendments]**

United States Code Annotated Currentness
  Title 29. Labor
    Chapter 9. Portal-to-Portal Pay
      → § 260. Liquidated damages

In any action commenced prior to or on or after May 14, 1947 to recover unpaid minimum wages, unpaid overtime compensation, or liquidated damages, under the Fair Labor Standards Act of 1938, as amended [29 U.S.C.A. § 201 et seq.], if the employer shows to the satisfaction of the court that the act or omission giving rise to such action was in good faith and that he had reasonable grounds for believing that his act or omission was not a violation of the Fair Labor Standards Act of 1938, as amended, the court may, in its sound discretion, award no liquidated damages or award any amount thereof not to exceed the amount specified in section 216 of this title.

CREDIT(S)

(May 14, 1947, c. 52, § 11, 61 Stat. 89; Apr. 8, 1974, Pub.L. 93-259, § 6(d)(2)(B), 88 Stat. 62.)

Current through P.L. 110-284 (excluding P.L. 110-234, 110-246, and 110-275) approved 7-23-08

Copr. (C) 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt. Works.