IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, GEORGE W. FEDDIMAN, JOSEPH GARISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA INC., and MOUNTAIRE FARMS OF DELAWARE, INC.,<br>　　　　　Plaintiffs,<br>　　　v.<br><br>MOUNTAIRE FARMS, INC., a Delaware Corporation, MOUNTAIRE FARMS OF DELMARVA, a Delaware Corporation, and MOUNTAIRE FARMS OF DELAWARE, INC., a Delaware Corporation,<br>　　　　　Defendants. | Civil Action No. 04-414 – SLR |

## DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION

Defendant respectfully submits that Plaintiffs' Motion for Reconsideration (D.I 123) of the Court's Order dated July 31, 2008 (D.I. 122) should be denied because Plaintiff has not presented any facts or points of law that were not previously considered by the Court. *See Tillman v. Pepsi Bottling Group, Inc.*, 2008 WL 1987262, at *2 (D. Del.) (stating, "[m]otions for reconsideration are the 'functional equivalent' of motions to alter or amend judgment under Federal Rule of Civil Procedure 59(e)" and "[a] motion for reconsideration is not properly grounded on a request that a court rethink a decision already made"). *See also Bacon v. Carroll*, 2008 WL 2037753, at *1 (D. Del.) (stating, "[a]s a general rule, motions for reconsideration should be rarely granted" and denying motion where plaintiff "failed to adduce any evidence in support of his Motion for Reconsideration that was not previously considered by the Court").

Respectfully submitted,

*/s/ Tim M. Holly*
_____
Matthew F. Boyer (Del. Bar No. 2564)
Max B. Walton (Del. Bar No. 3876)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 252-4217

Arthur M. Brewer (admitted *pro hac vice*)
SHAWE & ROSENTHAL, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201
(410) 752-1040

Attorneys for Defendants

DATED: August 4, 2008

CBLH: 626519