IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, JOSEPH GARRISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA, INC., and MOUNTAIRE FARMS OF DELAWARE, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>MOUNTAIRE FARMS OF DELMARVA, et al., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civ. No. 04-414-SLR |

**REDACTED**

**VERDICT FORM**

1.　As to each plaintiff, did the defendant prove, by a preponderance of the evidence, that the plaintiff was an employee who has the authority to hire or fire other employees or whose suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees are given particular weight?

　　　Place an X in your answers

　　　Joseph Garrison　　　　　　　　　　Yes __X__　　　　　　　　No ____

| | | |
|---|---|---|
| Nathaniel Briddell | Yes _X_ | No _____ |
| Willie Davis, Jr. | Yes _X_ | No _____ |
| Roy H. Walters | Yes _X_ | No _____ |
| Larry E. Gibbs | Yes _X_ | No _____ |

If you answered question one "Yes" as to any plaintiff, do not answer the following as to that plaintiff.

If you answered question one "No" as to any plaintiff, answer the following question as to that plaintiff.

2.  How many hours of drive time per week did each plaintiff average when he was working as a Crew Leader?

| | |
|---|---|
| Joseph Garrison | |
| Nathaniel Briddell | |
| Willie Davis, Jr. | |
| Roy H. Walters | |
| Larry E. Gibbs | |