IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, JOSEPH GARRISON, LARRY E. GIBBS, ROY H. WALTERS, and ALL SIMILARLY-SITUATED CURRENT AND FORMER EMPLOYEES OF MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELMARVA, INC., and MOUNTAIRE FARMS OF DELAWARE, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>MOUNTAIRE FARMS OF DELMARVA, et al., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 04-414-SLR ) ) ) ) ) |

**O R D E R**

At Wilmington this 12th day of August, 2008,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for seven (7) jurors in the above captioned case for the dates of August 5-8, 2008.

                                                                        _____
                                                                        United States District Judge

cc:  Financial Administrator