IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIE DAVIS, JR., NATHANIEL            )
BRIDDELL, JOSEPH GARRISON,              )
LARRY E. GIBBS, ROY H. WALTERS,         )
and ALL SIMILARLY-SITUATED              )
CURRENT AND FORMER                      )
EMPLOYEES OF MOUNTAIRE                   )
FARMS, INC., MOUNTAIRE FARMS            )
OF DELMARVA, INC., and                  )
MOUNTAIRE FARMS OF DELAWARE,            )
INC.,                                   )
                                        )
      Plaintiffs,                       )
                                        )
v.                                      )    Civ. No. 04-414-SLR
                                        )
MOUNTAIRE FARMS OF DELMARVA,            )
et al.,                                 )
                                        )
      Defendants.                       )

## JUDGMENT IN A CIVIL CASE

For reasons stated in the jury verdict of August 8, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby

entered in favor of defendants and against plaintiffs.

_____
United States District Judge

Dated: 8/13/08

_____
(By) Deputy Clerk