# EXHIBIT 1

Page 1

```
[ 1]          IN THE UNITED STATES DISTRICT COURT
              IN AND FOR THE DISTRICT OF DELAWARE
[ 2]
[ 3]   WILLIE DAVIS, JR.,          )
       NATHANIEL BRIDDELL,         )
[ 4]   GEORGE W. FEDDIMAN,         )
       JOSEPH GARRISON,            )
[ 5]             Plaintiffs,       )
                                   )
[ 6]        -vs-                   )   C.A. No. 04-0414
                                   )
[ 7]   MOUNTAIRE FARMS, INC.,      )
       MOUNTAIRE FARMS OF          )
[ 8]   DELMARVA, INC., and         )
       MOUNTAIRE FARMS OF          )
[ 9]             Defendants.       )   - - - - - -
```

[10]        Deposition of JOSEPH GARRISON, taken before

[11]   Pamela C. Washington, Registered Professional Reporter

[12]   and Notary Public, at the law offices of Young,

[13]   Conaway, Stargatt & Taylor, 110 West Pine Street,

[14]   Georgetown, Delaware, on January 14, 2005, beginning

[15]   at 10:00 a.m.

[16]                    - - - - - -

[17]   APPEARANCES:

[18]        On behalf of the Plaintiffs:
            Margolis Edelstein
[19]        BY:  JEFFREY K. MARTIN
            and  KERI L. WILLIAMS, ESQ.
[20]        1509 Gilpin Avenue
            Wilmington, Delaware 19806
[21]
            On behalf of the Defendants:
[22]        Shawe Rosenthal
            BY:  ARTHUR M. BREWER, ESQ.
[23]        and  LAURA A. PIERSON SCHEINBERG, ESQ.
            20 South Charles Street    11th Floor
[24]        Baltimore, Maryland  21201

[25]

Page 2

[ 2]   Witness:
          JOSEPH GARRISON
[ 3]        Examination by Mr. Brewer ..............   3

[ 4]   Exhibits Marked
          Garrison Exhibit 1 .....................   35
[ 5]      Garrison Exhibit 2 .....................   48
          Garrison Exhibit 3 .....................   65
[ 6]      Garrison Exhibit 4 .....................   91
          Garrison Exhibit 5 .....................  109
[ 7]      Garrison Exhibit 6 .....................  121
          Garrison Exhibit 7 .....................  124
[ 8]      Garrison Exhibit 8 .....................  178
          Garrison Exhibit 9 .....................  181
[ 9]      Garrison Exhibit 10 ....................  183
          Garrison Exhibit 11 ....................  184
[10]      Garrison Exhibit 12 ....................  188
          Garrison Exhibit 13 ....................  191
[11]      Garrison Exhibit 14 ....................  195
          Garrison Exhibit 15 ....................  196
[12]      Garrison Exhibit 16 ....................  199
          Garrison Exhibit 17 ....................  233
[13]
[14]
[15]   CERTIFICATE OF COURT REPORTER ..................  241
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 3

[ 1]   WHEREUPON:

[ 2]              JOSEPH GARRISON,

[ 3]   having first been duly sworn by the court reporter,

[ 4]   thereupon testified upon his oath as follows:

[ 5]              MR. BREWER:  You have noted the

[ 6]   appearances for the record, Madame Reporter?

[ 7]              THE COURT REPORTER:  Yes.

[ 8]              MR. BREWER:  We have the standard

[ 9]   stipulation with respect to --

[10]              MR. MARTIN:  In Delaware, we don't have

[11]   any standard stipulations, but I'll be glad to

[12]   stipulate --

[13]              MR. BREWER:  As to the form of the

[14]   question, would be the objections.

[15]              MR. MARTIN:  Yes.

[16]              MR. BREWER:  Okay, that's fine.

[17]   BY MR. BREWER:

[18]        Q    All right.  Mr. Garrison, have you ever

[19]   been deposed before?

[20]        A    Yes.

[21]        Q    You have?  Can you tell me when?

[22]        A    No, not proposed, no, I haven't,

[23]   not ...

[24]        Q    Deposed like having a deposition like

[25]   we're doing today.

Page 4

[ 1]        A    No, no, no.

[ 2]        Q    Have you ever done this before?

[ 3]        A    No, no.

[ 4]        Q    Okay, thank you.  You understand that

[ 5]   you are under oath today, and that you have an

[ 6]   obligation to tell the truth?

[ 7]        A    Yes.

[ 8]        Q    All right.  This is obviously informal,

[ 9]   but it has the same significance and force as if you

[10]   were with a judge in a courtroom, do you understand

[11]   that, sir?

[12]        A    Yes.

[13]        Q    Okay.  I'll be asking you a series of

[14]   questions; the court reporter, as you can see, will be

[15]   taking down your answers.  At trial, if it comes to

[16]   trial, I will have an opportunity to bring to the

[17]   attention of the judge or jury any changes or

[18]   conflicts in your testimony here today and any future

[19]   proceedings, do you understand that?

[20]        A    Yes.

[21]        Q    Okay.  I would basically ask you this,

[22]   and that is not to answer any question that I ask that

[23]   you do not understand.  If you don't understand a

[24]   question, please ask me to rephrase it or to restate

[25]   it, okay?

PLAINTIFF'S
EXHIBIT
11

Page 13

[ 1]    BY MR. BREWER:

[ 2]        Q    Let me ask you this question,

[ 3]    Mr. Garrison:  Was anybody else present when you and

[ 4]    Mr. Martin discussed keeping time records?

[ 5]        A    No.

[ 6]        Q    It was just you and him?

[ 7]        A    Yes.

[ 8]        Q    Was it done over the telephone?

[ 9]        A    Let's see.  No.

[10]        Q    It was done in person?

[11]        A    Yes.

[12]        Q    Where?  Where was it done?

[13]        A    At a meeting.

[14]        Q    At a meeting where?

[15]        A    To a restaurant.

[16]        Q    In a restaurant?

[17]        A    Yes.

[18]        Q    Was anybody else present?

[19]        A    Yes.

[20]        Q    Who was present?

[21]        A    The rest of the defendants.

[22]        Q    The rest of the plaintiffs, do you

[23]    mean?

[24]        A    I meant the plaintiffs, yes.

[25]        Q    Just to be sure who we're talking

Page 14

[ 1]    about, we're talking about a Mr. Willie Davis?

[ 2]        A    Larry Gibbs.

[ 3]        Q    I'm sorry, was Mr. Davis present at

[ 4]    this meeting?

[ 5]        A    Yes, yes.

[ 6]        Q    And was Mr. Briddell present at this

[ 7]    meeting?

[ 8]        A    Briddell?

[ 9]        Q    Nathaniel Briddell?

[10]        A    Yes.

[11]        Q    How about George Feddiman?

[12]        A    Yes.

[13]        Q    And yourself, of course?

[14]        A    Yes.

[15]        Q    Mr. Larry Gibbs?

[16]        A    Yes.

[17]        Q    Mr. Roy Walters?

[18]        A    Yes.

[19]        Q    And anybody else?

[20]        A    No.

[21]        Q    Okay, thank you.  Let me ask you this,

[22]    sir:  Did you attempt to attain any statements in

[23]    support of your claims from anybody?

[24]        A    No.  Say that again.

[25]        Q    You have made certain claims, as you

Page 15

[ 1]    know, for unpaid overtime.

[ 2]        A    Yes.

[ 3]        Q    And you have made those claims because

[ 4]    you feel you're entitled to that money?

[ 5]        A    Yes.

[ 6]        Q    My question is did you try to get

[ 7]    anybody to give you a statement to that effect, that

[ 8]    you are entitled to that overtime?

[ 9]        A    Yes.

[10]        Q    Who?

[11]        A    My lawyer, Mr. Martin.

[12]        Q    Okay, outside of Mr. Martin?

[13]        A    Oh, yes, Mr. Martin and Doug Lynch.

[14]        Q    And Doug Lynch?  You asked Doug Lynch

[15]    to give you a statement?

[16]        A    Not a statement, but he said that I'm

[17]    entitled to it.

[18]        Q    Mr. Lynch told you that?

[19]        A    Yes.

[20]        Q    When did he tell you that?

[21]        A    Well, at the chicken farm, he came out

[22]    there and seen me, and asked me about the lawsuit.

[23]    And he said that he did owe us some money of the

[24]    lawsuit but he didn't know how much.

[25]        Q    Okay.  So let me, if I can put this in

Page 16

[ 1]    perspective, sometime after June 18th of 2004,

[ 2]    Mr. Lynch came out to see you on a farm where you were

[ 3]    catching chickens?

[ 4]        A    Yes.

[ 5]        Q    Can you tell me approximately when that

[ 6]    was?

[ 7]        A    I don't know the month that it -- no.

[ 8]    It was cold, it was in the wintertime.

[ 9]        Q    Winter of 2004, would that be a fair --

[10]        A    Yes.

[11]        Q    -- approximation?

[12]        A    Uh-huh.

[13]        Q    And tell me when that occurred, what

[14]    Mr. Lynch said and what you said.

[15]        A    Well, he asked me, said, "Joe, I heard

[16]    about the lawsuit that's going on."  He said, "I'm

[17]    asking you to not to sign any papers," he said, "we

[18]    can talk about it."  He said, "I do know that we owe

[19]    you all some money but," he said, "I don't know how

[20]    much."

[21]            Then he said that, "Willie Davis is

[22]    doing this but," he said, "he's a nobody and he's not

[23]    getting any money, he's not getting anything.  But he

[24]    said, "We know we owe y'all some but," he said, "we

[25]    don't know how much."

Page 17

[1]    Q    Okay.  Was anybody else present?

[2]    A    Just me and him talking.

[3]    Q    Okay.  Did you try to obtain -- so in

[4] answer to that question, did you ask Mr. Lynch to give

[5] you a statement to that effect?

[6]    A    No.

[7]    Q    All right.  Did you ask anybody to give

[8] you sort of a statement to help you in this case?

[9]    A    No.

[10]    Q    All right.  Sir, have you been involved

[11] in any other lawsuits as either a plaintiff or a

[12] defendant?

[13]    A    Yes, I have, one time before.

[14]    Q    Okay, can you tell me a little about

[15] that, please?

[16]    A    Just the one that they have with

[17] Clarence Heath.

[18]    Q    All right, that was an arbitration

[19] case?

[20]    A    That's the only thing.

[21]    Q    That's the only thing?  So you have

[22] never sued anybody in court?

[23]    A    Oh, no.

[24]    Q    Nor have you been sued by anybody in

[25] court?

Page 18

[1]    A    No.

[2]    Q    All right.  Do you have any criminal

[3] convictions at all?

[4]    A    No.

[5]    Q    Have you ever appeared as a witness in

[6] behalf of anybody in any litigation?

[7]    A    No.

[8]    Q    We have your full legal name, you have

[9] given that to the court reporter, I believe, has he

[10] not?

[11]    A    Yes.

[12]    Q    Have you ever gone by any other name?

[13]    A    No.

[14]    Q    What's your present address, please?

[15]    A    Route 4, Box 4E, Frankford, Delaware,

[16] 19945.

[17]    Q    And how long have you been at that

[18] address, sir?

[19]    A    Approximately six years.

[20]    Q    And prior addresses?  Where did you

[21] live prior to that?

[22]    A    I stayed at Selbyville; on Route 2, Box

[23] 386, Selbyville.

[24]    Q    Okay, and how long were you there?

[25]    A    Roughly 15 years.

Page 19

[1]    Q    Okay, that's fine.  What is your birth

[2] date?

[3]    A    7-16-59.

[4]    Q    And you are how old then?

[5]    A    45.

[6]    Q    45 years old, okay.  Are you married,

[7] sir?

[8]    A    Yes.

[9]    Q    And what's your wife's name?

[10]    A    Vanzalle, V-a-n-z-a-l-l-e.

[11]    Q    And is your wife employed?

[12]    A    Yes.

[13]    Q    Where is she employed, sir?

[14]    A    Ocean Club Village 2 on 120th Street of

[15] Ocean City, Maryland.

[16]    Q    I'm not familiar, what kind of an

[17] establishment is that?

[18]    A    It's an Ocean View Club 2, it's a

[19] condominium.

[20]    Q    Oh, I see, okay.  And what does she do

[21] there?

[22]    A    She's a maid supervisor.

[23]    Q    Okay.  What was your -- what is your

[24] father's name, I'm sorry?

[25]    A    Well, his name was Joseph but --

Page 20

[1]    Q    Joseph?

[2]    A    Yeah, he's deceased.

[3]    Q    Okay.  And what was your mother's

[4] maiden name, if you don't mind my asking?

[5]    A    Violet Garrison.

[6]    Q    Her maiden name before she got married?

[7]    A    Um-hmm.

[8]    Q    Oh, she was Garrison before she got

[9] married?

[10]    A    Well, she's a -- well, she was a

[11] Garrison, but now she's a Poole, Yvonne Poole.

[12]    Q    Is your mother still alive?

[13]    A    Yes.

[14]    Q    Okay, and does she have an occupation?

[15]    A    No, she don't work.

[16]    Q    Do you have any brothers or sisters?

[17]    A    Yes.

[18]    Q    Can you tell me how many of each?

[19]    A    I have three brothers and five sisters.

[20]    Q    Do you have any dependents, sir?

[21]    A    Five.

[22]    Q    And can you give me their names and

[23] ages, please, and the relationship?

[24]    A    Okay.  Javon Garrison, he's 11, that's

[25] my son.