**EXHIBIT 2**

ORIGINAL

1

```
 1           IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE DISTRICT OF DELAWARE
 2

 3   WILLIE DAVIS, JR.                    )
     NATHANIEL BRIDDELL,                  )
 4   GEORGE W. FEDDIMAN,                  )
     JOSEPH GARRISON,                     )
 5   LARRY E. GIBBS,                      )
     ROY H. WALTERS,                      )
 6   ALL SIMILARLY-SITUATED CURRENT       )
     AND FORMER EMPLOYEES OF              )
 7   MOUNTAIRE FARMS, INC.,               )
     MOUNTAIRE FARMS OF DELMARVA,         )
 8   INC., and MOUNTAIRE FARMS OF         )
     DELAWARE, INC.,                      )
 9                  Plaintiffs,           )
              -vs-                        )   C.A. No. 04-0414
10                                        )
     MOUNTAIRE FARMS, INC.,               )
11   MOUNTAIRE FARMS OF                   )
     DELMARVA, INC., and                  )
12   MOUNTAIRE FARMS OF DELAWARE,         )
     INC., all Delaware corporations)
13                  Defendants.           )
                                - - - - - - -
14           Deposition of WILLIAM DOUGLAS LYNCH, taken
     before Pamela C. Washington, Registered Professional
15   Reporter and Notary Public, at the law offices of
     Young, Conaway, Stargatt & Taylor, 110 West Pine
16   Street, Georgetown, Delaware, on March 15, 2005,
     beginning at 11:30 a.m.
17                              - - - - - - -

18   APPEARANCES:

19      On behalf of the Plaintiffs:
            Margolis Edelstein
20          BY:  JEFFREY K. MARTIN, ESQ.
            and  KERI WILLIAMS, ESQ.
21          1509 Gilpin AVenue
            Wilmington, Delaware 19806
22
        On behalf of the Defendant:
23          Shawe & Rosenthal
            BY:  ARTHUR M. BREWER, ESQ.
24          and  LAURA PIERSON SCHEINBERG, ESQ.
            20 South Charles Street
25          Baltimore, Maryland  21201
```


PLAINTIFF'S EXHIBIT 12

FIRST STATE REPORTING SERVICE          (302) 424-4541
                      Pamela C. Washington, RPR
P.O. Box 99                    Milford, Delaware  19963

Lynch - Martin

1  A   No.
2  Q   Well, let me go back and ask about what
3  factual basis you have to disagree with the testimony
4  of any of the witnesses, the plaintiffs, who testified
5  here as to how long it took them to pick up and to
6  drop off.
7  A   Okay.
8  Q   Was there anything other than -- I
9  thought you suggested that you served as the crew
10 leader one day, correct?
11 A   I did, one day.
12 Q   Okay. Other than your, as I understand
13 it, kind of a general belief it shouldn't take that
14 long, do you have anything more specific?
15 A   No.
16 Q   No? Okay. And do you recall talking
17 to Joe Garrison out on a farm about the prospective
18 litigation, meaning this lawsuit, before it was filed?
19 A   Talking with Joe Garrison?
20 Q   Yes.
21 A   Yes.
22 Q   What was it that you spoke to Joe
23 about?
24 A   Just basically just talked to Joe,
25 asking him -- or I heard the rumor that there may be a

1  lawsuit or a litigation, and asked him, you know, what
2  it was about, was there anything that we could talk
3  about, something we could, you know, deal with in the
4  company, deal with within the company.  What the basis
5  was for the lawsuit.
6      Q    Do you recall what his response was?
7      A    I believe he said for back pay.
8      Q    Did you make any suggestion that the
9  company could take care of that?
10     A    No, sir.
11     Q    No?
12     A    No.
13     Q    Did you make any suggestion as to
14 whether he should file a lawsuit?
15     A    No, sir.
16     Q    All right, it's 12:15, our agreed-upon
17 time; why don't we take some time for lunch and get
18 back and try to finish this up.
19         (Whereupon, a luncheon recess was
20 taken.)
21 BY MR. MARTIN:
22     Q    Mr. Lynch, we left off when I was
23 talking to you about the conversation that you had
24 with Mr. Garrison at a farm, and you recalled having
25 talked to him about the overtime issue, is that

1  correct?
2     A   He didn't specifically mention
3  overtime.
4     Q   Okay.
5     A   I just asked him if he knew anything
6  about the lawsuit or what's going on, and he basically
7  said -- I said, "What's it concerning?" And he said,
8  "It's back pay". I said, "What do you mean by back
9  pay?" He said, "Back pay".
10    Q   Can you give me an idea where the farm
11 was, where you were when you had this conversation?
12    A   It was on a farm, I don't recall which
13 farm, it was early morning.
14    Q   Okay. Do you recall when you had this
15 conversation with him?
16    A   Not exactly, but it was probably
17 sometime in February, `04.
18    Q   Okay. Now, you mentioned I think in
19 your testimony right before lunch that you had heard
20 some rumors about a pending lawsuit, is that correct?
21    A   Well, I really hadn't heard of any
22 rumors. Actually, the first I heard of it actually I
23 believe was from Mr. Owens.
24    Q   And was that in February of `04 as
25 well?

1  A  Yes.

2  Q  What was it that you had heard?

3  A  I just received a phone call from
4  Mr. Owens, actually he had said he heard some rumors
5  and wanted to know if I had heard any rumors.

6  Q  Okay. And what rumor did Mr. Owen
7  indicate that he had heard?

8  A  Just there was some type of legal
9  action or some type of lawsuit, possible lawsuit
10 pending.

11 Q  Did he tell you who it involved, what
12 group of employees?

13 A  Crew leader employees.

14 Q  And that's your best recollection,
15 that's how you first heard about it was through
16 Mr. Owen?

17 A  Yes.

18 Q  Okay. Now, let me show you what's been
19 used in a prior deposition and I don't have the actual
20 deposition number but it's called a final warning
21 dated 3-2-04.

22 A  Yes.

23 Q  Are you familiar with that document?

24 A  Yes.

25 Q  Did you draft that document?