# EXHIBIT "2"



Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

jmartin@martinandwilson.com

August 18, 2008

*VIA E-MAIL ONLY*
*eh@shawe.com*

Eric Hemmendinger, Esquire
Shawe & Rosenthal, LLP
20 S. Charles St., 11th Floor
Baltimore, Maryland 21201

**RE:   Davis v. Mountaire**
       **C. A. No. 04-0414-SLR**
       **Year Three Compensation**

Dear Eric:

I waited until you returned from your family time in Maine before addressing the issue of compensation for Year Three, June 2001 to June 2002. As you will recall, you essentially conceded the compensability of this year before the Crew Leaders became salaried.

I have reviewed the numbers that we entered into evidence and will provide you with the following data necessary for the compensation computations:

Eric Hemmendinger
August 18, 2008
Page Two

_____

### Nathaniel "Binky" Briddell

| Weeks Worked | 52 |
|---|---|
| Regular Rate | $23.87 |
| Total Compensation | $49,648.07 |
| Farm Time | 41.1 |
| Travel Time | 26.25 (in accordance with un-refuted trial testimony) |
| Hourly Rate | Hour Rate $23.87 (dividing weeks worked and 40 hours per week into the total compensation) |
| Overtime Rate | $71.61 |
| Total Hours Per Week | 67.35 |
| **TOTAL OVERTIME DUE AND OWING** | **$101,843.74** |

### Willie Davis

| Weeks Worked | 52 |
|---|---|
| Regular Rate | $16.28 |
| Total Compensation | $33,863.50 |
| Farm Time | 42.33 |
| Travel Time | 25.00 (in accordance with un-refuted trial testimony) |
| Hourly Rate | Hour Rate $16.28 (dividing weeks worked and 40 hours per week into the total compensation) |
| Overtime Rate | $48.84 |
| Total Hours Per Week | 67.33 |
| **TOTAL OVERTIME DUE AND OWING** | **$69,409.00** |

### Joseph Garrison

| Weeks Worked | 52 |
|---|---|
| Regular Rate | $23.51 |
| Total Compensation | $48,907.02 |
| Farm Time | 39.86 |
| Travel Time | 27.5 (in accordance with un-refuted trial testimony) |
| Hourly Rate | Hour Rate $23.51 (dividing weeks worked and 40 hours per week into the total compensation) |
| Overtime Rate | $70.54 |
| Total Hours Per Week | 67.36 |
| **TOTAL OVERTIME DUE AND OWING** | **$100,358.67** |

Eric Hemmendinger
August 18, 2008
Page Three

**Larry Gibbs**

| | |
|---|---|
| Weeks Worked | 52 |
| Regular Rate | $24.17 |
| Total Compensation | $450,266.36 |
| Farm Time | 41.1 |
| Travel Time | 15.0 (in accordance with un-refuted trial testimony) |
| Hourly Rate | Hour Rate $24.17 (dividing weeks worked and 40 hours per week into the total compensation) |
| Overtime Rate | $72.50 |
| Total Hours Per Week | 56.10 |
| **TOTAL OVERTIME DUE AND OWING** | **$60,6097.00** |

**Roy Walters**

| | |
|---|---|
| Weeks Worked | 52 |
| Regular Rate | $22.52 |
| Total Compensation | $46,851.48 |
| Farm Time | 34.28 |
| Travel Time | 24.0 (in accordance with un-refuted trial testimony) |
| Our Compensation | Hour Rate $22.52 (dividing weeks worked and 40 hours per week into the total compensation) |
| Overtime Rate | $67.57 |
| Total Hours Per Week | 58.28 |
| **TOTAL OVERTIME DUE AND OWING** | **$99,365.74** |

From our past discussion, I know that you have a different methodology for calculating overtime. I have reviewed the FLSA text and believe that our method is proper. Perhaps we can go to a neutral source and get this worked out.

In any event, please give me a call so that we can discuss the logistics of getting this finalized.

Thank you.

Eric Hemmendinger
August 18, 2008
Page Four

---

Very truly yours,

JEFFREY K. MARTIN

JKM/jcf-d