## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., NATHANIEL BRIDDELL, )<br>GEORGE W. FEDDIMAN, JOSEPH GARRISON, )<br>LARRY E. GIBBS and ROY H. WALTERS, )<br>)<br>ALL SIMILARLY-SITUATED CURRENT AND )<br>FORMER EMLOYEES OF MOUNTAIRE )<br>FARMS, INC., MOUNTAIRE FARMS OF )<br>DELMARVA, INC., and MOUNTAIRE FARMS )<br>OF DELAWARE, INC., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>MOUNTAIRE FARMS, INC., )<br>MOUNTAIRE FARMS OF DELMARVA, INC., )<br>and MOUNTAIRE FARMS OF )<br>DELAWARE, INC., all Delaware corporations, )<br>)<br>      Defendants. ) | C. A. NO. 04-0414-SLR<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## ORDER

At Wilmington, Delaware this _____ day of _____, 2008,

After consideration of Plaintiffs' Motion For Partial Summary Judgment,

**IT IS HEREBY ORDERED** that Plaintiffs will receive overtime compensation pursuant to the Fair Labor Standards Act for the year beginning June 2001 and ending June 2002.

_____
J.