## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, the undersigned counsel for Plaintiffs in the above-captioned case, hereby certify that a copy of *Plaintiffs' Motion For Partial Summary Judgment* was served by electronic filing to the following:

>Eric Hemmendinger, Esquire
>Arthur M. Brewer, Esquire
>Shawe & Rosenthal, LLP
>Sun Life Building, 11th Floor
>20 South Charles Street
>Baltimore, MD 21201

_____
JEFFREY K. MARTIN

Dated: September 16, 2008